UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                    19-CR-227 (JLS)

MICHAEL MASECCHIA,

        Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS** on December 9, 2020, the defendant, MICHAEL MASECCHIA,

pled guilty to Counts 15 and 17 of the Superseding Indictment, charging violations of

Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute

marijuana), and Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of

firearms in furtherance of drug trafficking), respectively, and

**WHEREAS** from the defendant's conviction on Counts 15 and 17 and from his

admission in the written plea agreement that certain property is subject to forfeiture,

the government has established the requisite nexus between the property and the

offense committed by the defendant, and, therefore, that the following property, seized

on or about August 23, 2019, is subject to forfeiture:

**CURRENCY:**

The sum of $27,950 in United States currency; and

**FIREARMS AND AMMUNITION:**

a. One Keltec Rifle bearing serial number E3T96;

b. One Remington Savage Rifle bearing serial number B361093;

c. One Remington Shotgun bearing serial number TL062987;

d. One New England Firearms Shotgun bearing serial number 399197;

e. One Mossberg Shotgun bearing serial number K911699;

f. One Mossberg Shotgun bearing serial number R134294;

g. One Remington Shotgun bearing serial number 58541;

h. One Masterpiece Arms Pistol bearing serial number F14805 with three magazines;

i. Ten 20 gauge slugs;

j. 56 rounds of 9mm ammunition;

k. 25 .410 gauge shotgun shells;

l. One Mecgar 9mm magazine; and

m. Ten 12 gauge shotgun shells.

**NOW, THEREFORE,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(2); Title 21, United States Code, Section 853(a)(1); Title 18, United States Code, Sections 924(d) and 3665; Title 28, United States Code, Section 2461(c); and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(c) and (e) through (o), the above-listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

2

**ORDERED, ADJUDGED,** and **DECREED** that this order shall serve as a judgment in favor of the United States of America regarding any and all of the defendant's right, title, and interest in the above-described property.   The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, and shall protect the interests of the Government in the property ordered forfeited, by providing a copy of this order to any person or entity that has possession of, or jurisdiction over, the forfeited interests and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(h), following the seizure of the property ordered forfeited, the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, shall direct the disposition of the property, making due provision for the rights of any innocent persons; and it is further

**ORDERED, ADJUDGED,** and **DECREED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property in such manner as the Attorney General, through the United States Attorney's Office and/or any other duly authorized federal agency, may direct, and provide notice that any person other than the defendant having or claiming a legal interest in the above forfeited

3

property must file a petition with the court within 30 days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition: (1) shall request a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (2) shall be signed by the petitioner under penalty of perjury; (3) shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property; and (4) shall state any additional facts supporting the petitioner's claim and the relief sought.

The United States also may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified; and it is further

**ORDERED, ADJUDGED, AND DECREED** that if a Final Order of Forfeiture is issued concerning the subject property, the Department of Homeland Security and/or any other duly authorized federal agency shall dispose of the forfeited property according to law; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).

DATED:     December 28, 2020
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

4