UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                               **NOTICE OF MOTION**

                                                    Case No. 19-CR-227

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                        Defendants.

SIRS:

       PLEASE TAKE NOTICE that upon the annexed Declaration of Steven M. Cohen, Esq. with attached exhibits, duly sworn to on the \_7th\_ day of September, 2021, and upon the indictment and other proceedings previously had herein, the undersigned will move this Court, at a term to be held in the United States Courthouse, Buffalo, New York, on the day of September, 2021 at 10:00 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following relief:

          (1) Amendment of the conditions of Mr. Gerace's release pursuant to 18 U.S.C. § 3142 (a)(2); and
          (2) Such other and further relief as the Court deems proper.

DATED:     September 2021                     Respectfully submitted,

                                                       Steven M. Cohen, Esq.
                                                       *Attorneys for Peter Gerace, Jr.*
                                                       2410 North Forest Road, Suite 301
                                                       Amherst, New York 14068
                                                       Telephone: (716) 636-7600
                                                       Fax: (716) 636-7606

TO:    JAMES P. KENNEDY, JR. ESQ.
         United States Attorney for the Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com