IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.                 19-CR-227-JLS

JOSEPH BONGIOVANNI,

     Defendant.

---

## GOVERNMENT'S EXHIBIT LIST

  **THE UNITED STATES OF AMERICA**, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Corey R. Amundson, Chief of the Public Integrity Section, Joseph M. Tripi and Brendan T. Cullinane, Assistant United States Attorneys, and Jordan Dickson, Trial Attorney, Public Integrity Section, of counsel, hereby serves on the Court and counsel the Exhibit List for the evidentiary hearing in this matter.

  DATED: Buffalo, New York, November 17, 2021.

| | |
|---|---|
| COREY R. AMUNDSON<br>Chief | TRINI E. ROSS<br>United States Attorney |
| BY: s/JORDAN DICKSON<br>Trial Attorney<br>Public Integrity Section<br>U.S. Department of Justice<br>Criminal Division<br>1301 New York Ave. NW, Suite 1000<br>Washington, D.C. 20530<br>202-597-0508<br>Jordan.Dickson@usdoj.gov | BY: s/JOSEPH M. TRIPI<br>Assistant United States Attorney<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>716/843/5839<br>Joseph.Tripi@usdoj.gov<br><br>BY: s/BRENDAN T. CULLINANE<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>716/843-5875<br>Brendan.Cullinane@usdoj.gov |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EVIDENTIARY HEARING EXHIBIT LIST

Case No.: 19-CR-19-CR-227-JLS     　X　 Government
Date:     November 17, 2021        ____ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | Photos of defendant Bongiovanni's phone screens from the search of the phone at BWI Airport | | |
| 2 | Secondary Inspection Report | | |
| 3 | Search Warrant 19-M-5154 | | |
| 4 | Application for Search Warrant [Redacted] 17-M-5163 | | |
| 5-10 | Photos of 85 Alder Place from June 6, 2019 | | |
| 11 | Report- Interview of Joseph Bongiovanni June 6, 2019 authored by HSI Special Agent Curtis Ryan | | |
| 12 | Notes- Interview of Joseph Bongiovanni June 6, 2019 written by HSI Special Agent Curtis Ryan | | |
| 13 | Draft Version of CBP Intel Report authored by Jack Gernatt April 2019 | | |
| 14 | Group Photo | | |
| 15 | Group Photo | | |
| 16 | Redacted Search Warrant Application/Affidavit 19-M-5154 authored by HSI SA Curtis Ryan | | |
| 17 | Redacted Search Warrant Application/Affidavit 19-MJ-5209 authored by HSI SA Curtis Ryan | | |
| 18 | Redacted Grand Jury Transcript- June 20, 2019, HSI SA Curtis Ryan | | |

| | | | |
|---|---|---|---|
| 19 | Photo Log- 85 Alder Place, June 6, 2019 | | |
| 20 | CD of all photos- 85 Alder Place, June 6, 2019 | | |
| 21 | DOJ-OIG, Memorandum of Investigation (MOI) March 29, 2019, authored by SA David Carpenter | | |
| 22 | Notes of SA David Carpenter, March 29, 2019 | | |
| 23 | DOJ-OIG, Memorandum of Investigation (MOI) June 6, 2019, authored by SA David Carpenter | | |
| 24 | Redacted Grand Jury Transcript, June 27, 2019, SA David Carpenter | | |
| 25 | Redacted Search Warrant Application/Affidavit 19-MJ-213 authored by SA David Carpenter | | |
| 26 | Redacted email thread HSI SA Ed Williams | | |
| 27 | Email HSI SA Ed Williams | | |
| 28 | Form 438- Tactical Operations Plan | | |
| 29 | After Action Report | | |
| 30 | FBI 302- Lindsay Bongiovanni June 6, 2019, authored by FBI SA Brian Burns | | |
| 31 | Notes of FBI SA Brian Burns June 6, 2019 | | |
| 32 | Affidavit of Joseph Bongiovanni, Docket 81, pages 90 through 97 | | |
| 33 | U.S. Customs and Border Protection Tear Sheet | | |