**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE OF APPEARANCE** |
| PLAINTIFF, | |
| v. | CASE NO. 1:19-CR-00227-JLS-MJR-3 |
| **JOHN BONGIOVANNI AND**<br>**PETER GERACE, JR.** | |
| DEFENDANTS. | |

---

       **PLEASE TAKE NOTICE** that Eric M. Soehnlein, of the law firm of Lippes Mathias LLP, 50 Fountain Plaza, Suite 1700, Buffalo, New York 14202, hereby appears as counsel for Defendant, Peter Gerace, Jr., in the above captioned action.

DATED:     Buffalo, New York
             February 24, 2023

                      Respectfully Submitted,

                      **LIPPES MATHIAS LLP**

                      s/Eric M. Soehnlein
                      Eric M. Soehnlein, Esq.
                      *Attorneys for Defendant*
                      *Peter Gerace, Jr.*
                      50 Fountain Plaza, Suite 1700
                      Buffalo, New York 14202
                      (716) 853-5100
                      esoehnlein@lippes.com