UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

**NOTICE OF MOTION
TO WITHDRAW**

UNITED STATES OF AMERICA,

   v.

19-CR-227 (JLS) (MJR)

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

   Defendants.

———————————————————

UNITED STATES OF AMERICA,

   v.

23-CR-37 (JLS) (MJR)

PETER GERACE, JR.,

   Defendant.

———————————————————

| | |
|---|---|
| MOTION MADE BY: | Eric M. Soehnlein, Esq. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Attorney Declaration, Ex-Parte Declaration, Ex-Parte Memorandum of Law. |
| RELIEF REQUESTED: | An Order of this Court: |

1. Granting undersigned's motion to withdraw as counsel for defendant, Peter Gerace, Jr.

2. For such other and further relief as the Court deems just and proper.

DATED: Buffalo, New York
           June 26, 2023

Respectfully submitted,

**LIPPES MATHIAS LLP**

By:   *s/ Eric M. Soehnlein*
      Eric M. Soehnlein, Esq.
      *Attorneys for Defendant*
      *Peter Gerace, Jr.*
      50 Fountain Plaza, Suite 1700
      Buffalo, New York 14202
      Telephone: 716-853-5100
      E-mail: esoehnlein@lippes.com