09:26AM

```
 1                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF NEW YORK
 2
   _____
 3 UNITED STATES OF AMERICA,
                                       Case No. 1:19-cr-227
 4                 Plaintiff,                  (LJV)
   v.
 5                                     August 27, 2024
   JOSEPH BONGIOVANNI,
 6
   _____
 7                 Defendant.

 8       TRANSCRIPT EXCERPT - EXAMINATION OF LOUIS SELVA - DAY 1
                BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                   UNITED STATES DISTRICT JUDGE

10 APPEARANCES:           TRINI E. ROSS, UNITED STATES ATTORNEY
                          BY: JOSEPH M. TRIPI, ESQ.
11                            NICHOLAS T. COOPER, ESQ.
                              CASEY L. CHALBECK, ESQ.
12                        Assistant United States Attorneys
                          Federal Centre, 138 Delaware Avenue
13                        Buffalo, New York 14202
                          For the Plaintiff
14
                          SINGER LEGAL PLLC
15                        BY: ROBERT CHARLES SINGER, ESQ.
                          80 East Spring Street
16                        Williamsville, New York 14221
                             And
17                        LAW OFFICES OF PARKER ROY MacKAY
                          BY: PARKER ROY MacKAY, ESQ.
18                        3110 Delaware Avenue
                          Kenmore, New York 14217
19                           And
                          OSBORN, REED & BURKE, LLP
20                        BY: JOHN J. GILSENAN, ESQ.
                          120 Allens Creek Road
21                        Rochester, New York 14618
                          For the Defendant
22
   PRESENT:               BRIAN A. BURNS, FBI Special Agent
23                        MARILYN K. HALLIDAY, HSI Special Agent
                          KAREN A. CHAMPOUX, USA Paralegal
24
   LAW CLERK:             REBECCA FABIAN IZZO, ESQ.
25
```

| | |
|---|---|
| 1 | **COURT DEPUTY CLERK:  COLLEEN M. DEMMA** |
| 2 | **COURT REPORTER:**      **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 3 | Robert H. Jackson Federal Courthouse<br>2 Niagara Square<br>Buffalo, New York  14202 |
| 4 | Ann_Sawyer@nywd.uscourts.gov |
| 5 | |
| 6 | *     *     *     *     *     *     * |
| 7 | |
| 8 | (Excerpt commenced at 2:20 p.m.) |

02:20PM  9   (Jury is present.)

02:20PM 10   **THE COURT:**  Okay.  The government can call its next

02:20PM 11 witness.

02:20PM 12   **MR. TRIPI:**  The government calls Lou Selva,

02:20PM 13 Your Honor.

02:20PM 14

02:21PM 15 **L O U I S   S E L V A**, having been duly called and sworn,

02:21PM 16 testified as follows:

02:21PM 17   **MR. TRIPI:**  May I inquire, Your Honor?

02:22PM 18   **THE COURT:**  You may.

02:22PM 19   **MR. TRIPI:**  Thank you, Your Honor.

02:22PM 20

02:22PM 21   **DIRECT EXAMINATION BY MR. TRIPI:**

02:22PM 22 Q.  Good afternoon, Mr. Selva.

02:22PM 23 A.  Good afternoon.

02:22PM 24 Q.  I'm just going to ask you to keep your voice up just to

02:22PM 25 make sure everybody can hear you today, okay?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

| | | |
|---|---|---|
| 02:22PM | 1 | A.  Okay. |
| 02:22PM | 2 | Q.  Mr. Selva, how old are you, sir? |
| 02:22PM | 3 | A.  59. |
| 02:22PM | 4 | Q.  Where did you grow up? |
| 02:22PM | 5 | A.  In Buffalo, North Buffalo. |
| 02:22PM | 6 | Q.  Spend most of your life there? |
| 02:22PM | 7 | A.  Yes. |
| 02:22PM | 8 | Q.  Do you know Joseph Bongiovanni? |
| 02:22PM | 9 | A.  Yes. |
| 02:22PM | 10 | Q.  How do you know him? |
| 02:22PM | 11 | A.  We had grown up together. |
| 02:22PM | 12 | Q.  Do you see him in court? |
| 02:22PM | 13 | A.  Yes. |
| 02:22PM | 14 | Q.  Can you please point to him and describe something he's |
| 02:22PM | 15 | wearing? |
| 02:22PM | 16 | A.  He's wearing a suit and a tie. |
| 02:22PM | 17 | Q.  What color tie? |
| 02:22PM | 18 | A.  Different color blue and brown. |
| 02:22PM | 19 | Q.  There's three people with ties, so I just want to? |
| 02:22PM | 20 | A.  I'm sorry, the gentleman in the middle. |
| 02:22PM | 21 | **MR. TRIPI:**  Your Honor, may the record reflect the |
| 02:22PM | 22 | witness has identified the defendant. |
| 02:22PM | 23 | **THE COURT:**  It does. |
| 02:22PM | 24 | **BY MR. TRIPI:** |
| 02:22PM | 25 | Q.  How long have you known him? |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

| | | |
|---|---|---|
| 02:22PM | 1 | A.  Since sixth grade. |
| 02:22PM | 2 | Q.  Go to grammar school together? |
| 02:22PM | 3 | A.  Yes. |
| 02:22PM | 4 | Q.  Would you characterize yourself and him as your best |
| 02:23PM | 5 | friend and you as his best friend? |
| 02:23PM | 6 | A.  Yes. |
| 02:23PM | 7 | Q.  What did he do for a living for most of the your adult |
| 02:23PM | 8 | life? |
| 02:23PM | 9 | A.  He was a DEA agent. |
| 02:23PM | 10 | Q.  Here in Buffalo? |
| 02:23PM | 11 | A.  Here in Buffalo, and in Florida. |
| 02:23PM | 12 | Q.  How far have you gone in school, Mr. Selva? |
| 02:23PM | 13 | A.  Three years of college.  I have not graduated. |
| 02:23PM | 14 | Q.  Now you mentioned you met the defendant in grammar |
| 02:23PM | 15 | school.  What grammar school was that? |
| 02:23PM | 16 | A.  PS Number 81. |
| 02:23PM | 17 | Q.  Is that in North Buffalo, New York? |
| 02:23PM | 18 | A.  Yes. |
| 02:23PM | 19 | Q.  Did you go to high school with the defendant? |
| 02:23PM | 20 | A.  Yes. |
| 02:23PM | 21 | Q.  What high schools did you attend that you went to with |
| 02:23PM | 22 | the defendant? |
| 02:23PM | 23 | A.  There were a few. |
| 02:23PM | 24 | Q.  Go ahead, name them. |
| 02:23PM | 25 | A.  Saint Joe's Collegiate Institute, Canisius, and then |

5

| | | |
|---|---|---|
| 02:23PM | 1 | Cardinal O'Hara. |
| 02:23PM | 2 | Q.  Ultimately did you graduate from Bennett High School? |
| 02:23PM | 3 | A.  Yes. |
| 02:23PM | 4 | Q.  What year was that? |
| 02:23PM | 5 | A.  1982. |
| 02:23PM | 6 | Q.  And the defendant graduated from what high school? |
| 02:24PM | 7 | A.  O'Hara. |
| 02:24PM | 8 | Q.  So you went to school together for all four years or how |
| 02:24PM | 9 | did that work? |
| 02:24PM | 10 | A.  The last half, I had went to Bennett, so up until then, |
| 02:24PM | 11 | yes.  So -- |
| 02:24PM | 12 | Q.  Last half of your senior year? |
| 02:24PM | 13 | A.  My senior year, correct. |
| 02:24PM | 14 | Q.  You transferred? |
| 02:24PM | 15 | A.  Yes. |
| 02:24PM | 16 | Q.  Did he go to Saint Joe's with you as freshmen? |
| 02:24PM | 17 | A.  Yes. |
| 02:24PM | 18 | Q.  Did he go to Canisius with you as sophomores? |
| 02:24PM | 19 | A.  Yes. |
| 02:24PM | 20 | Q.  Junior year, you both went to O'Hara together? |
| 02:24PM | 21 | A.  Yes. |
| 02:24PM | 22 | Q.  Okay.  After graduating high school, did you spend some |
| 02:24PM | 23 | time in the Air Force? |
| 02:24PM | 24 | A.  I did. |
| 02:24PM | 25 | Q.  About how long? |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

6

| | | |
|---|---|---|
| 02:24PM | 1 | A.  Six months. |
| 02:24PM | 2 | Q.  And after that, did you separate from the Air Force? |
| 02:24PM | 3 | A.  I was released with the general -- general release.  And |
| 02:24PM | 4 | then I came back to Buffalo, yes. |
| 02:24PM | 5 | Q.  After you came back to Buffalo, is that around 1983, 1984 |
| 02:24PM | 6 | are we talking about? |
| 02:24PM | 7 | A.  '83, yes. |
| 02:25PM | 8 | Q.  Where did you go to school? |
| 02:25PM | 9 | A.  I enrolled at Buff State.  I was taking classes there. |
| 02:25PM | 10 | Q.  Did you go there for a year or two, how long? |
| 02:25PM | 11 | A.  Two years.  Taking two classes, three classes, just |
| 02:25PM | 12 | trying to get matriculated. |
| 02:25PM | 13 | Q.  After that, where did you go? |
| 02:25PM | 14 | A.  Then in '84, I moved out to Arizona and I went to Mesa |
| 02:25PM | 15 | Junior College for two years. |
| 02:25PM | 16 | Q.  After that, you came back to the Buffalo area? |
| 02:25PM | 17 | A.  Yes. |
| 02:25PM | 18 | Q.  All right.  Does that conclude your education, Mesa |
| 02:25PM | 19 | Community College, your formal education? |
| 02:25PM | 20 | A.  Yes, roughly about three years all together with Buff |
| 02:25PM | 21 | State. |
| 02:25PM | 22 | Q.  What types of jobs have you held in your adult life? |
| 02:25PM | 23 | A.  Sales and bartending. |
| 02:25PM | 24 | Q.  Okay.  For a period of time, right before your |
| 02:25PM | 25 | involvement in this case -- well, withdrawn. |

02:25PM    1        There was a search warrant in your -- at your house

02:26PM    2   August 23rd, 2019; is that right?

02:26PM    3   A.   Correct.

02:26PM    4   Q.   That related to your conduct in this matter?

02:26PM    5   A.   Yes.

02:26PM    6   Q.   By that point in time, what were you -- what was your

02:26PM    7   job?

02:26PM    8   A.   I was a deputy with the Erie County Sheriff's Holding

02:26PM    9   Center.

02:26PM   10   Q.   How long had you been doing that job?

02:26PM   11   A.   Just about six months.

02:26PM   12   Q.   Okay.  Up until that point in your life, most of your

02:26PM   13   jobs have been in the bartending and sales fields?

02:26PM   14   A.   Correct.

02:26PM   15   Q.   I'd like to stick with that Erie County Sheriff's job

02:26PM   16   just for a minute.  That's a job that you acquired later in

02:26PM   17   life; is that right?

02:26PM   18   A.   Later in life, yes.

02:26PM   19   Q.   How old were you when you got the job?

02:26PM   20   A.   52.

02:26PM   21   Q.   How old are you now?

02:26PM   22   A.   59.

02:26PM   23   Q.   When you were applying to get that job at the Erie County

02:27PM   24   Sheriff's Office, that was to work as a jail deputy?

02:27PM   25   A.   Correct.  In the jail, correct.

02:27PM 1 Q. Did you have to supply a list of references in

02:27PM 2 conjunction with your application in that -- in that -- for

02:27PM 3 that job?

02:27PM 4 A. I did.

02:27PM 5 Q. Did you list the defendant as one of your character

02:27PM 6 references --

02:27PM 7 A. Yes.

02:27PM 8 Q. -- on your application?

02:27PM 9 A. Yes.

02:27PM 10 Q. Showing you Government Exhibit 215. Handing that up to

02:27PM 11 you. Do you recognize that?

02:27PM 12 A. I do.

02:27PM 13 Q. What do you recognize that to be?

02:27PM 14 A. Those are my references for the application for the

02:27PM 15 sheriff's.

02:27PM 16 Q. Is that a fair and accurate excerpt of your application

02:27PM 17 packet where you listed your character references when you

02:27PM 18 were applying to be an Erie County Sheriff's officer?

02:27PM 19 A. It is.

02:27PM 20          MR. TRIPI: The government offers Exhibit 215,

02:27PM 21 Your Honor.

02:27PM 22          MR. SINGER: No objection.

02:27PM 23          THE COURT: Received without objection.

02:27PM 24          **(GOV Exhibit 215 was received in evidence.)**

02:27PM 25          MR. TRIPI: Ms. Champoux, can we publish that,

02:28PM    1    please.

02:28PM    2            Can we highlight or zoom in on paragraph 43 at the

02:28PM    3    bottom of the page.

02:28PM    4            **THE WITNESS:**  Okay.

02:28PM    5            **BY MR. TRIPI:**

02:28PM    6    Q.  Can you read that there on your screen?

02:28PM    7    A.  Yes.

02:28PM    8    Q.  So you listed three references; is that right?

02:28PM    9    A.  Correct.

02:28PM    10   Q.  Who is the -- who filled this out?

02:28PM    11   A.  I did.

02:28PM    12   Q.  Who is the number 1 reference on your list there?

02:28PM    13   A.  Joseph Bongiovanni.

02:28PM    14   Q.  And did you fill in what his occupation was?

02:28PM    15   A.  Yes.

02:28PM    16   Q.  What did you write?

02:28PM    17   A.  Special agent, Drug Enforcement Agency.

02:28PM    18   Q.  And did you list how long you had known him?

02:28PM    19   A.  Yes.

02:28PM    20   Q.  And what did you write?

02:28PM    21   A.  45 years.

02:28PM    22           **MR. TRIPI:**  Okay.  We can take that down.

02:28PM    23           **BY MR. TRIPI:**

02:28PM    24   Q.  When you took that position, was he there when you

02:28PM    25   graduated?

| | | |
|---|---|---|
| 02:28PM | 1 | A.  Yes. |
| 02:28PM | 2 | Q.  So there's an application and then there's a training |
| 02:29PM | 3 | period and then you graduate to the job as a sheriff's |
| 02:29PM | 4 | deputy; is that correct? |
| 02:29PM | 5 | A.  That's correct. |
| 02:29PM | 6 | Q.  I'm going to show you Government Exhibit 109AA for the |
| 02:29PM | 7 | record.  Do you recognize Government Exhibit 109AA? |
| 02:29PM | 8 | A.  Yes. |
| 02:29PM | 9 | Q.  What is -- |
| 02:29PM | 10 | A.  Yes, I'm sorry. |
| 02:29PM | 11 | Q.  What do you recognize that to be? |
| 02:29PM | 12 | A.  That's the graduation from the Erie County Sheriff's |
| 02:29PM | 13 | Academy. |
| 02:29PM | 14 | Q.  And does that fairly and accurately depict a photo that |
| 02:29PM | 15 | you were in with the defendant and someone else when you |
| 02:29PM | 16 | graduated? |
| 02:29PM | 17 | A.  Yes. |
| 02:29PM | 18 | Q.  And you were ascending to your job as a sheriff deputy? |
| 02:29PM | 19 | A.  Yes. |
| 02:29PM | 20 | MR. TRIPI:  The government offers Exhibit 109AA, |
| 02:29PM | 21 | Your Honor. |
| 02:29PM | 22 | MR. SINGER:  No objection. |
| 02:29PM | 23 | THE COURT:  Received without objection. |
| 02:29PM | 24 | **(GOV Exhibit 109AA was received in evidence.)** |
| 02:29PM | 25 | MR. SINGER:  No, no.  Yes, Judge, no. |

| | | |
|---|---|---|
| 02:29PM | 1 | **MR. TRIPI:**  Ms. Champoux, may we please publish that. |
| 02:29PM | 2 | **BY MR. TRIPI:** |
| 02:29PM | 3 | Q.  And can you tell the jury what they're looking at in this |
| 02:29PM | 4 | photo? |
| 02:29PM | 5 | A.  That's a picture of graduation from the Erie County |
| 02:30PM | 6 | Sheriff's.  Myself in the middle, the defendant on the left, |
| 02:30PM | 7 | and then another friend of ours, Victor Sorrento, on the |
| 02:30PM | 8 | right.  My right. |
| 02:30PM | 9 | **MR. TRIPI:**  All right.  We can take that down, |
| 02:30PM | 10 | Ms. Champoux. |
| 02:30PM | 11 | **BY MR. TRIPI:** |
| 02:30PM | 12 | Q.  Now, have you ever been a character reference for this |
| 02:30PM | 13 | defendant? |
| 02:30PM | 14 | A.  I believe so.  Yes. |
| 02:30PM | 15 | Q.  Were you a character reference for him when he applied |
| 02:30PM | 16 | for a pistol permit? |
| 02:30PM | 17 | A.  For a pistol permit, yes. |
| 02:30PM | 18 | Q.  I'm going to show you what's been marked as Government |
| 02:30PM | 19 | Exhibit 143A-1; do you recognize that? |
| 02:30PM | 20 | A.  Yes. |
| 02:30PM | 21 | Q.  What do you recognize that to be? |
| 02:30PM | 22 | A.  It's a character reference with my name on it. |
| 02:31PM | 23 | Q.  And who were you being a character reference for? |
| 02:31PM | 24 | A.  For the defendant, for Mr. Bongiovanni. |
| 02:31PM | 25 | Q.  Did that relate to his pistol permit? |

02:31PM  1   A.  Yes.

02:31PM  2   Q.  Is that a fair and accurate excerpt of his pistol permit

02:31PM  3   with you as a character reference?

02:31PM  4   A.  Yes.

02:31PM  5   Q.  And do you recognize your signature there?

02:31PM  6   A.  Yes.

02:31PM  7           **MR. TRIPI:**  The government offers Exhibit 143A-1.

02:31PM  8           **MR. SINGER:**  No objection.

02:31PM  9           **THE COURT:**  Received without objection.

02:31PM  10          **(GOV Exhibit 143A-1 was received in evidence.**)

02:31PM  11          **MR. TRIPI:**  If we can please publish that,

02:31PM  12  Ms. Champoux.

02:31PM  13          Ms. Champoux, could we zoom in just on the top

02:31PM  14  portion where it says applicants's name all the way across.

02:31PM  15          **BY MR. TRIPI:**

02:31PM  16  Q.  Mr. Selva, can you see that there?

02:31PM  17  A.  Yes.

02:31PM  18  Q.  At the time, did Mr. Bongiovanni live at 221 Lovering

02:31PM  19  Buffalo, New York?

02:31PM  20  A.  Yes.

02:31PM  21  Q.  Is that the home that you associated with him growing up

02:31PM  22  in North Buffalo?

02:31PM  23  A.  Yes.

02:32PM  24          **MR. TRIPI:**  Okay.  Can we zoom out of that

02:32PM  25  Ms. Champoux.  And can we highlight or zoom in on the middle

02:32PM  1   section there.

02:32PM  2          **BY MR. TRIPI:**

02:32PM  3   Q.  And Mr. Selva, is that your name, your address, and your

02:32PM  4   signature and all your identifiers in terms of your date of

02:32PM  5   birth and phone numbers that you had at the time?

02:32PM  6   A.  Yes, it is.

02:32PM  7   Q.  And essentially, by being a character reference, you were

02:32PM  8   vouching for the defendant's character in the event that you

02:32PM  9   were asked questions about him in connection with the pistol

02:32PM  10  permit; is that right?

02:32PM  11  A.  Correct.

02:32PM  12         **MR. TRIPI:**  We can take that down, Ms. Champoux.

02:32PM  13         **BY MR. TRIPI:**

02:32PM  14  Q.  Now Mr. Selva, are you here under the terms of a

02:32PM  15  cooperation agreement with the United States Attorney's

02:32PM  16  Office?

02:32PM  17  A.  Proffer agreement, yes.

02:32PM  18  Q.  It's actually a cooperation agreement; is that right?

02:32PM  19  A.  Yes.

02:32PM  20  Q.  You've also signed a proffer agreement --

02:32PM  21  A.  Yes.

02:32PM  22  Q.  -- prior to the cooperation agreement?

02:32PM  23  A.  Correct, I'm sorry.

02:32PM  24  Q.  That's okay.  Who was your cooperation agreement between?

02:33PM  25  A.  Myself and the U.S. Attorney.

02:33PM  1   Q.  Now, let's talk about the things that happened prior to

02:33PM  2   you getting to the point where you signed a cooperation

02:33PM  3   agreement, just generally, okay?

02:33PM  4       Did HSI execute a search warrant at your house

02:33PM  5   August 23rd, 2019?

02:33PM  6   A.  They did.

02:33PM  7   Q.  After that, did you resign your position as an Erie

02:33PM  8   County sheriff deputy?

02:33PM  9   A.  I did.

02:33PM  10  Q.  After that, did you meet with members of law enforcement

02:33PM  11  and give several interviews?

02:33PM  12  A.  Yes.

02:33PM  13  Q.  Now, initially, from the time investigators went to your

02:33PM  14  house through your first couple of interviews with

02:33PM  15  investigators, were you completely candid and truthful in all

02:33PM  16  respects?

02:33PM  17  A.  No.

02:33PM  18  Q.  Did you withhold some information?

02:33PM  19  A.  Yes.

02:33PM  20  Q.  Generally, what type of information did you withhold?

02:33PM  21  A.  Specifics.  You know, questions that were asked, I wasn't

02:33PM  22  being truthful about.  I was torn.

02:34PM  23  Q.  Were you protecting somebody?

02:34PM  24  A.  Yes.

02:34PM  25  Q.  Who were you protecting?

02:34PM  1  A.  The parties that were involved with me.

02:34PM  2  Q.  Who were -- who were those parties?

02:34PM  3  A.  Mike Masecchia, the defendant, Ron Serio.

02:34PM  4  Q.  This defendant here?

02:34PM  5  A.  Yes.

02:34PM  6  Q.  Eventually, were you asked to take a polygraph?

02:34PM  7  A.  Yes.

02:34PM  8  Q.  After you took that polygraph, did you disclose more

02:34PM  9  information?

02:34PM  10  A.  I did.

02:34PM  11  Q.  During each interview, were you asked more and more

02:35PM  12  questions?

02:35PM  13  A.  Yes.

02:35PM  14  Q.  During each interview, did you provide a little more

02:35PM  15  information each time?

02:35PM  16  A.  Yes.

02:35PM  17  Q.  When you were in those initial interviews, was your

02:35PM  18  friendship weighing on your mind?

02:35PM  19  A.  Yes.

02:35PM  20  Q.  Describe that for the jury.  Explain to them what was

02:35PM  21  going through your mind when you were withholding

02:35PM  22  information, please.

02:35PM  23  A.  I was torn, I mean, lifelong friendships.  I'm put in a

02:35PM  24  position that was uncompromising and, I made a decision to go

02:35PM  25  forward.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
16

02:35PM  1   Q.  Were you -- were you concerned about other people viewing

02:35PM  2   you as -- as -- as a snitch or a rat?

02:35PM  3   A.  Yes.

02:35PM  4   Q.  Generally, explain that for the jury, why was that on

02:36PM  5   your mind?

02:36PM  6   A.  In our area of the city in North Buffalo, West Side, that

02:36PM  7   area, it's not a good label to have.  And I'd have to be

02:36PM  8   looking over my shoulder, so to speak.  Nervous.

02:36PM  9   Q.  Ultimately, did you move forward and testify before a

02:36PM  10  federal grand jury?

02:36PM  11  A.  Yes.

02:36PM  12  Q.  Was that on or about October 3rd, 2019?

02:36PM  13  A.  It was.

02:36PM  14  Q.  After that on May 14th, 2020, did you ultimately enter

02:36PM  15  your cooperation agreement?

02:36PM  16  A.  Yes.

02:36PM  17  Q.  So you did some things and gave interviews and testimony

02:36PM  18  before you reached an agreement; is that right?

02:36PM  19  A.  Correct.

02:36PM  20  Q.  What's the main thing that that cooperation agreement

02:36PM  21  requires of you while you're sitting on that witness stand?

02:36PM  22  A.  To tell the truth, to come forth, tell the truth.

02:37PM  23  Q.  Are you going to tell this jury the truth today?

02:37PM  24  A.  Yes.

02:37PM  25  Q.  Were you engaged in criminal activity for years prior to

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24    17

| | | |
|---|---|---|
| 02:37PM | 1 | Homeland Security executing a search warrant at your house on |
| 02:37PM | 2 | August 23rd, 2019? |
| 02:37PM | 3 | A.   Yes. |
| 02:37PM | 4 | Q.   What crimes were you involved in? |
| 02:37PM | 5 | A.   Cultivating and producing and distributing marijuana. |
| 02:37PM | 6 | Q.   Any other crimes? |
| 02:37PM | 7 | A.   Yes. |
| 02:37PM | 8 | Q.   What was that? |
| 02:37PM | 9 | A.   The bribing of a federal agent. |
| 02:37PM | 10 | Q.   Were you the principal negotiator with respect to bribe |
| 02:37PM | 11 | payments between the people you were trafficking with and the |
| 02:37PM | 12 | defendant? |
| 02:37PM | 13 | A.   Yes. |
| 02:37PM | 14 | Q.   Who was that federal agent you negotiated bribes with? |
| 02:37PM | 15 | A.   The defendant, Mr. Bongiovanni. |
| 02:37PM | 16 | Q.   Who were the principal people you mentioned a moment ago, |
| 02:37PM | 17 | three names:  Serio, this defendant, and Masecchia.  Were |
| 02:38PM | 18 | those the principal people you were involve in in this |
| 02:38PM | 19 | activity with? |
| 02:38PM | 20 | A.   Yes. |
| 02:38PM | 21 | Q.   Are you happy to be sitting here testifying against your |
| 02:38PM | 22 | best friend? |
| 02:38PM | 23 | A.   No. |
| 02:38PM | 24 | Q.   Who put you in the position that you're in? |
| 02:38PM | 25 | A.   Myself. |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

18

| | | |
|---|---|---|
| 02:38PM | 1 | Q.  Through decisions you made? |
| 02:38PM | 2 | A.  Yes. |
| 02:38PM | 3 | Q.  Through conduct you engaged in? |
| 02:38PM | 4 | A.  Yes. |
| 02:38PM | 5 | Q.  In addition to the defendant, were you also good friends |
| 02:38PM | 6 | with Mike Masecchia? |
| 02:38PM | 7 | A.  Yes. |
| 02:38PM | 8 | Q.  Did you know him going back to your childhood? |
| 02:38PM | 9 | A.  I did. |
| 02:38PM | 10 | Q.  Did you go to high school with him as well? |
| 02:38PM | 11 | A.  Yes.  He was a little bit younger, but yes. |
| 02:38PM | 12 | Q.  A couple years younger? |
| 02:38PM | 13 | A.  A couple years behind. |
| 02:38PM | 14 | Q.  What high school did they go to with you? |
| 02:38PM | 15 | A.  Cardinal O'Hara and then he was at Bennett as well. |
| 02:39PM | 16 | Q.  Did Masecchia and the defendant go to college together? |
| 02:39PM | 17 | A.  Yes. |
| 02:39PM | 18 | Q.  Where did they go to college together? |
| 02:39PM | 19 | A.  U.B., University of Buffalo. |
| 02:39PM | 20 | Q.  Did they go to high school together? |
| 02:39PM | 21 | A.  Together, but they were there at same time, yes, but |
| 02:39PM | 22 | different -- |
| 02:39PM | 23 | Q.  Same high school? |
| 02:39PM | 24 | A.  Same high school, yes. |
| 02:39PM | 25 | Q.  Cardinal O'Hara? |

| | | |
|---|---|---|
| 02:39PM | 1 | A.  Yes. |
| 02:39PM | 2 | Q.  Were the defendant and Masecchia close based upon your |
| 02:39PM | 3 | observations and growing up with both of them? |
| 02:39PM | 4 | A.  Yes.  We were all close. |
| 02:39PM | 5 | Q.  I'm going to show you Government Exhibit 222J.  Do you |
| 02:39PM | 6 | recognize Exhibit 222J? |
| 02:39PM | 7 | A.  Yes. |
| 02:39PM | 8 | Q.  What do you recognize that to be? |
| 02:39PM | 9 | A.  It's a picture of myself, Mike Masecchia -- excuse me, |
| 02:39PM | 10 | Mike Masecchia and Sal Volpe. |
| 02:39PM | 11 | Q.  Where is that picture from? |
| 02:39PM | 12 | A.  That's in Florida. |
| 02:40PM | 13 | Q.  So the three of you were in Florida together? |
| 02:40PM | 14 | A.  Yes. |
| 02:40PM | 15 | Q.  Does it fairly and accurately depict you, Mike Masecchia, |
| 02:40PM | 16 | and Sal Volpe together on a trip to Florida? |
| 02:40PM | 17 | A.  Yes. |
| 02:40PM | 18 | MR. TRIPI:  Rob, do you need to see this one? |
| 02:40PM | 19 | MR. SINGER:  No. |
| 02:40PM | 20 | MR. TRIPI:  The government offers Government |
| 02:40PM | 21 | Exhibit 222J, Your Honor. |
| 02:40PM | 22 | MR. SINGER:  No objection. |
| 02:40PM | 23 | THE COURT:  Received without objection. |
| 02:40PM | 24 | **(GOV Exhibit 222J was received in evidence.)** |
| 02:40PM | 25 | MR. TRIPI:  If we can publish that, please. |

| | | |
|---|---|---|
| 02:40PM | 1 | Thank you, Your Honor. |
| 02:40PM | 2 | Could we publish that, please, Ms. Champoux. |
| 02:40PM | 3 | **BY MR. TRIPI:** |
| 02:40PM | 4 | Q.  Now Mr. Selva, where are you in the photo? |
| 02:40PM | 5 | A.  I'm on the far right. |
| 02:40PM | 6 | Q.  Okay.  And who is in the middle there? |
| 02:40PM | 7 | A.  Mike Masecchia. |
| 02:40PM | 8 | Q.  And who's on the far left of the photo? |
| 02:40PM | 9 | A.  Sal Volpe. |
| 02:40PM | 10 | Q.  And I'm going to get into more detail in a little bit |
| 02:40PM | 11 | about Mr. Masecchia and Mr. Volpe, but were those both |
| 02:40PM | 12 | individuals who were involved in marijuana trafficking with |
| 02:41PM | 13 | you? |
| 02:41PM | 14 | A.  Yes. |
| 02:41PM | 15 | Q.  Does the defendant also know Sal Volpe? |
| 02:41PM | 16 | A.  I believe so, yes. |
| 02:41PM | 17 | Q.  Where is Mr. Volpe from? |
| 02:41PM | 18 | A.  He's from North Buffalo.  Linden Avenue. |
| 02:41PM | 19 | Q.  So let's get into that North Buffalo neighborhood and |
| 02:41PM | 20 | growing up there. |
| 02:41PM | 21 | **MR. TRIPI:**  We can take that down, Ms. Champoux, a |
| 02:41PM | 22 | little bit. |
| 02:41PM | 23 | **BY MR. TRIPI:** |
| 02:41PM | 24 | Q.  I'd like to focus on your with relationship |
| 02:41PM | 25 | Mr. Bongiovanni. |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

02:41PM    1    I think you said in the beginning you first met him in

02:41PM    2    grammar school?

02:41PM    3    A.  Yes.

02:41PM    4    Q.  Where did you live in relation to one another when you

02:41PM    5    both went to public school, I think it was '81 you said?

02:41PM    6    A.  We lived in the neighborhood, he lived on Lovering, we

02:41PM    7    lived on Commonwealth and then we moved to Tennyson.

02:41PM    8    Q.  "We" meaning your family?

02:41PM    9    A.  My family.

02:41PM   10    Q.  Are those streets in North Buffalo just a few blocks from

02:41PM   11    one another?

02:41PM   12    A.  They are, very close.

02:41PM   13    Q.  Did the defendant live at that house, 221 Lovering, that

02:42PM   14    we saw on his pistol permit application?

02:42PM   15    A.  Yes.

02:42PM   16    Q.  Who did he live there with?

02:42PM   17    A.  His family.

02:42PM   18    Q.  Which consisted of who?

02:42PM   19    A.  His mother, his father, and his two sisters.

02:42PM   20    Q.  What was his mom's name?

02:42PM   21    A.  Maria.

02:42PM   22    Q.  His father's name?

02:42PM   23    A.  Fred.

02:42PM   24    Q.  What his sister's names?

02:42PM   25    A.  Marla and Lisa.

02:42PM 1    Q.  Growing up together, going to school and then living

02:42PM 2    together in the neighborhood, did you see each other almost

02:42PM 3    every day?

02:42PM 4    A.  Quite a bit, yes.

02:42PM 5    Q.  Is that neighborhood that you grew up in the defendant a

02:42PM 6    predominantly Italian neighborhood?

02:42PM 7    A.  At that time, yes.

02:42PM 8    Q.  Were your friends predominantly Italian?

02:42PM 9    A.  Yes.

02:42PM 10   Q.  Were his friends that were common friends of yours

02:42PM 11   predominantly Italian?

02:42PM 12   A.  Yes.

02:42PM 13   Q.  Did you and the defendant have many friends in common?

02:42PM 14   A.  Yes.

02:42PM 15   Q.  Was Mike Masecchia one of those people?

02:43PM 16   A.  Yes.

02:43PM 17   Q.  Now, as you got to sort of the end of high school and

02:43PM 18   beyond that period of your life, were there other friends

02:43PM 19   that you had from the neighborhood, North Buffalo, or the

02:43PM 20   West Side of Buffalo, that were also friendly with the

02:43PM 21   defendant?

02:43PM 22   A.  Yes.

02:43PM 23   Q.  Did you both know an individual named Wayne Anderson?

02:43PM 24   A.  Yes.

02:43PM 25   Q.  How did you and the defendant know Wayne Anderson?

02:43PM    1    A.  From the neighborhood growing up.  Wayne was within our

02:43PM    2    age bracket.  So we just knew him from growing up from

02:43PM    3    around.

02:43PM    4    Q.  What types of things did you and the defendant do with

02:43PM    5    Wayne Anderson?

02:43PM    6    A.  If we saw him out at a bar, we saw him at the beach, it

02:43PM    7    was a different time back then.  Be friendly with him, say

02:44PM    8    hello, hang out.

02:44PM    9    Q.  You hung out at the beach together in the summertime?

02:44PM   10    A.  Yes.

02:44PM   11    Q.  Did Wayne Anderson have a nickname growing up?

02:44PM   12    A.  Not that I remember.

02:44PM   13    Q.  Okay.

02:44PM   14    A.  No.

02:44PM   15    Q.  Is Wayne Anderson friends with Mike Masecchia?

02:44PM   16    A.  Yes.

02:44PM   17    Q.  Were you friends with a person named Joe Tomasello

02:44PM   18    growing up?

02:44PM   19    A.  Yes.

02:44PM   20    Q.  Is that someone the defendant was -- also knew and was

02:44PM   21    friends with?

02:44PM   22    A.  Yes.

02:44PM   23    Q.  Were you friends with a person named Sal Lima?

02:44PM   24    A.  Yes.

02:44PM   25    Q.  How did you know him?

02:44PM   1   A.  Through Masecchia.

02:44PM   2   Q.  Did the defendant know Sal Lima?

02:44PM   3   A.  I don't believe so.

02:44PM   4   Q.  Were you friends with an individual named Dave Hersey

02:44PM   5   growing up?

02:44PM   6   A.  Yes.

02:44PM   7   Q.  How did you know him?

02:44PM   8   A.  The timeframe, again, through the -- it was early 20s,

02:44PM   9   from growing up going to the bars.

02:44PM   10  Q.  Did the defendant know Dave Hersey?

02:44PM   11  A.  Yes.

02:45PM   12  Q.  Was Masecchia close with Hersey?

02:45PM   13  A.  Yes.

02:45PM   14  Q.  We've talked about Sal Volpe already, right?

02:45PM   15      He was in the picture?

02:45PM   16  A.  Yes.

02:45PM   17  Q.  How about John Suppa, do you know him?

02:45PM   18  A.  I do.

02:45PM   19  Q.  Who is he friends with?

02:45PM   20  A.  John was a little older, but we were friends with his

02:45PM   21  brothers, Mark and Matty.

02:45PM   22  Q.  When you say we, who -- who are you talking about?

02:45PM   23  A.  The defendant, myself, all the folks you mentioned so

02:45PM   24  far, we all knew the Suppas.

02:45PM   25  Q.  Was Masecchia friends with them?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

02:45PM  1    A.  Yes.

02:45PM  2    Q.  Was the defendant friends with them?

02:45PM  3    A.  Yes.

02:45PM  4    Q.  Were you friends with them?

02:45PM  5    A.  Yes.

02:45PM  6    Q.  Along the way growing up in the neighborhood, did you get

02:45PM  7    to know an individual named Monty Massimi?

02:46PM  8    A.  Yes.

02:45PM  9    Q.  Monty Massimi?

02:46PM  10   A.  Yes.  Monty was from the West Side, he didn't grow up in

02:46PM  11   North Buffalo, but we knew him.

02:46PM  12   Q.  For a period of time, was the West Side also

02:46PM  13   predominantly Italian neighborhood?

02:46PM  14   A.  It was.

02:46PM  15   Q.  Did the defendant know Monty Massimi?

02:46PM  16   A.  Yes, yes.

02:46PM  17   Q.  Did you know Monet Massimi?

02:46PM  18   A.  Yes.

02:46PM  19   Q.  Did the defendant also know Monet Massimi?

02:46PM  20   A.  Yes.

02:46PM  21   Q.  Did you know an individual named Anthony Anastasia?

02:46PM  22   A.  Yes.

02:46PM  23   Q.  How did you know him?

02:46PM  24   A.  From going to Gables.  Gables is a bar on Hertel.  He had

02:46PM  25   worked there and knew a lot of -- we knew a lot of the same

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

26

| | | |
|---|---|---|
| 02:46PM | 1 | friends. |
| 02:46PM | 2 | Q.  And Hertel is a street that runs in North Buffalo? |
| 02:46PM | 3 | A.  Hertel is in North Buffalo. |
| 02:46PM | 4 | Q.  Would that be like the main street in North Buffalo? |
| 02:46PM | 5 | A.  Yes. |
| 02:46PM | 6 | Q.  Gables was a bar on that street? |
| 02:46PM | 7 | A.  It was.  It's since closed, yes. |
| 02:46PM | 8 | Q.  Is that a bar that the defendant with go to as well? |
| 02:46PM | 9 | A.  Yes. |
| 02:46PM | 10 | Q.  Did the defendant know Anthony Anastasia? |
| 02:46PM | 11 | A.  Yes. |
| 02:46PM | 12 | Q.  Did you know Steven Brucato? |
| 02:47PM | 13 | A.  Yes. |
| 02:47PM | 14 | Q.  How did you know him? |
| 02:47PM | 15 | A.  From growing up in North Buffalo and he also worked at |
| 02:47PM | 16 | the bar. |
| 02:47PM | 17 | Q.  Same bar, Gables? |
| 02:47PM | 18 | A.  Gables.  Yes. |
| 02:47PM | 19 | Q.  Did the defendant know Steven Brucato? |
| 02:47PM | 20 | A.  Yes. |
| 02:47PM | 21 | Q.  Is Gables a bar that you and the defendant would go to? |
| 02:47PM | 22 | A.  Yes.  It was -- it was in the neighborhood. |
| 02:47PM | 23 | Q.  As you got into -- as you started to get a little older, |
| 02:47PM | 24 | high school and beyond, in high school, did you start |
| 02:47PM | 25 | using -- trying marijuana? |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

02:47PM    1    A.   Yes.

02:47PM    2    Q.   As you got a little older, did you progress to trying

02:47PM    3    cocaine?

02:47PM    4    A.   Yes.

02:47PM    5    Q.   About how old were you at that point?

02:47PM    6    A.   With cocaine?

02:47PM    7    Q.   Yeah.

02:47PM    8    A.   Trying, like 20s.  Early 20s.

02:47PM    9    Q.   Did the cocaine come into the scene for you after you

02:47PM   10    started working in the bar scene?

02:47PM   11    A.   Yes.

02:47PM   12    Q.   Growing up, when you would engage in -- in

02:48PM   13    marijuana-related activity, did you -- did you sometimes do

02:48PM   14    that around and with Mike Masecchia?

02:48PM   15    A.   The cocaine?

02:48PM   16    Q.   Marijuana.

02:48PM   17    A.   Yes, yes.

02:48PM   18    Q.   How about the defendant?

02:48PM   19    A.   Yes.

02:48PM   20    Q.   As you got older into the -- in -- cocaine came into the

02:48PM   21    mix, did you ever use that around the defendant?

02:48PM   22    A.   Yes.

02:48PM   23    Q.   Did the defendant ever partake in that with you?

02:48PM   24    A.   Yes.

02:48PM   25    Q.   Now you -- you mentioned a moment ago that the defendant

02:48PM   1   was your best friend until this case pretty much, right?

02:48PM   2   A.   Yes.

02:48PM   3   Q.   Did you talk about a number of different things like

02:48PM   4   friends do growing up?

02:48PM   5   A.   Yes.

02:48PM   6   Q.   Did you spend time at the defendant's house growing up?

02:49PM   7   A.   Yes.

02:49PM   8   Q.   Did he spend time at your house?

02:49PM   9   A.   Yes.

02:49PM  10   Q.   Did he know members of your family?

02:49PM  11   A.   Yes.

02:49PM  12   Q.   You knew members of his family?

02:49PM  13   A.   Yes.

02:49PM  14   Q.   You knew a lot of the same people in the neighborhood?

02:49PM  15   A.   Yes.

02:49PM  16   Q.   Went to a lot of the same places?

02:49PM  17   A.   Yes.

02:49PM  18   Q.   Was there ever a time growing up, kind of high school

02:49PM  19   teenage years into your 20s and -- and beyond, where you and

02:49PM  20   the defendant had conversations about what we're referring to

02:49PM  21   at this trial as Italian Organized Crime or what you might

02:49PM  22   have heard of referenced as the La Cosa Nostra?

02:49PM  23   A.   Conversations as far as you -- can you?

02:49PM  24   Q.   Have you -- just generally about that topic?

02:49PM  25   A.   Yes.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

29

02:49PM    1    Q.   You had discussions with this defendant?

02:49PM    2    A.   Yes.

02:49PM    3    Q.   How old were you and the defendant, approximately -- he's

02:49PM    4    about your age, right?

02:49PM    5    A.   Yes.

02:49PM    6    Q.   How old were you when that starts becoming a topic of

02:50PM    7    conversation that you and the defendant would talk about on

02:50PM    8    occasion?

02:50PM    9    A.   Early 20s.  We were getting older.

02:50PM    10   Q.   Was that an area of interest for you?

02:50PM    11   A.   Yes, meaning knowing about it.  Yes.

02:50PM    12   Q.   Did it appear to you based on your discussions with the

02:50PM    13   defendant that it was a topic of interest to him?

02:50PM    14   A.   Yes.

02:50PM    15   Q.   As you got into your 20s, did you start to see people in

02:50PM    16   the neighborhood that you perceived to be associated with

02:50PM    17   Organ -- Italian Organized Crime in North Buffalo?

02:50PM    18   A.   Yes.

02:50PM    19   Q.   Did you base your perceptions of those people based upon

02:50PM    20   conversations with friends?

02:50PM    21   A.   Yes.

02:51PM    22   Q.   Sometimes family?

02:51PM    23   A.   Yes.

02:51PM    24   Q.   Sometimes news reports?

02:51PM    25   A.   Yes.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

30

02:51PM   1   Q.  Eventually even books?

02:51PM   2   A.  Yes.

02:51PM   3   Q.  Did you respect people you perceived to be connected to

02:51PM   4   Organ -- Italian Organized Crime?

02:51PM   5   A.  Yes, I did.

02:51PM   6   Q.  When you were present with the defendant, did you observe

02:51PM   7   him appear to show respect to individuals that you and he had

02:51PM   8   discussed as potentially being connected to Italian Organized

02:51PM   9   Crime?

02:51PM   10  A.  If we were out and we ran into them, yes.

02:51PM   11  Q.  What would you observe this defendant do interacting with

02:51PM   12  such persons?

02:51PM   13  A.  Just a pleasantry, just hello, a handshake.

02:51PM   14  Q.  When that topic would come up, how would the defendant

02:52PM   15  talk about people he -- he believed were connected?

02:52PM   16  A.  Well, if we saw somebody -- or what -- I don't understand

02:52PM   17  the question.  Meaning if it was a specific person?

02:52PM   18  Q.  No.  Just generally, when you would see people who fit

02:52PM   19  that description, how did the defendant discuss them

02:52PM   20  generally?

02:52PM   21  A.  Conversation would come up that they're allegedly

02:52PM   22  connected to organized crime, they're allegedly made.

02:52PM   23  Q.  Was he talking -- would the defendant talk about those

02:52PM   24  people in a respectful or disrespectful way?

02:52PM   25  A.  No, in a respectful way.

| | | |
|---|---|---|
| 02:52PM | 1 | Q.  What was the defendant's demeanor around those types of |
| 02:52PM | 2 | individuals? |
| 02:52PM | 3 | A.  Just friendly.  Just cordial. |
| 02:52PM | 4 | Q.  Did it appear to you that it was important for the |
| 02:52PM | 5 | defendant to know who people were as to whether they had some |
| 02:53PM | 6 | perceived status in Italian Organized Crime? |
| 02:53PM | 7 | **MR. SINGER:**  Objection to the form. |
| 02:53PM | 8 | **THE COURT:**  Sustained to -- sustained to the form. |
| 02:53PM | 9 | **BY MR. TRIPI:** |
| 02:53PM | 10 | Q.  You observed the defendant around people that you both |
| 02:53PM | 11 | believed were connected to Organized -- Italian Organized |
| 02:53PM | 12 | Crime; is that correct? |
| 02:53PM | 13 | A.  Correct. |
| 02:53PM | 14 | Q.  Did you see how the defendant interacted with those |
| 02:53PM | 15 | people? |
| 02:53PM | 16 | A.  Yes.  Again, it would be just a hello, a handshake, an |
| 02:53PM | 17 | exchange of pleasantries. |
| 02:53PM | 18 | Q.  Do you believe the defendant made a point to say hello to |
| 02:53PM | 19 | those types of people? |
| 02:53PM | 20 | **MR. SINGER:**  Objection. |
| 02:53PM | 21 | **THE COURT:**  Sustained. |
| 02:53PM | 22 | **THE WITNESS:**  If it was unavoidable -- |
| 02:53PM | 23 | **MR. SINGER:**  Objection. |
| 02:53PM | 24 | **THE COURT:**  Sustained, don't answer.  When I say |
| 02:53PM | 25 | "sustained," you don't answer. |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

32

02:53PM    1    **THE WITNESS:**  I'm sorry.

02:53PM    2    **THE COURT:**  No, that's okay.

02:53PM    3    **BY MR. TRIPI:**

02:54PM    4    Q.  Do you believe the defendant -- based on your

02:54PM    5    observations of him, do you believe the defendant had an

02:54PM    6    interest in who people were?

02:54PM    7    A.  General interest, yeah.  I mean, if he knew him, he'd say

02:54PM    8    hello to be respectful.

02:54PM    9    Q.  Growing up, did the defendant talk about his father's

02:54PM    10   friends who were connected to organized crime?

02:54PM    11   A.  On occasion.

02:54PM    12   Q.  Who did he -- who did the defendant indicate his father's

02:54PM    13   friends were that were connected to Italian Organized Crime?

02:54PM    14   A.  Friends that he played cards with on Hertel.

02:54PM    15   Q.  Did the defendant mention his father's friend, Tom

02:54PM    16   Chooch?

02:54PM    17   A.  He was friends with him, yes.

02:54PM    18   Q.  What did the defendant say about his father's

02:55PM    19   relationship?

02:55PM    20   A.  They were friends and he knew him from The Club on Hertel

02:55PM    21   Avenue there was a club where they played cards.

02:55PM    22   Q.  Did the defendant bring up the name Joe Rosato?

02:55PM    23   A.  Yes, the defendant's father's friends with him as well.

02:55PM    24   Q.  Did the defendant bring up the name John Catanzaro?

02:55PM    25   A.  Yes.

02:55PM  1   Q.  Did he bring up the name as someone who was friends with

02:55PM  2   his father?

02:55PM  3   A.  Yes.

02:55PM  4   Q.  How about a person named Gabby Cino?

02:55PM  5        **MR. SINGER:**  Judge, he's asking Mr. Selva whether he

02:55PM  6   can name certain names and what he's able to repeat.  Let's

02:55PM  7   not go through the name game.  Why don't we ask the witness

02:55PM  8   what he knows.  I object to this.

02:55PM  9        **MR. TRIPI:**  I can ask certain names.

02:55PM  10       **THE COURT:**  He can ask questions the way he wants as

02:55PM  11  long as he's not leading.  He's not leading.

02:55PM  12       **MR. SINGER:**  I believe it's leading, Judge.

02:55PM  13       **THE COURT:**  No, he's not leading.  Overruled.

02:55PM  14       **BY MR. TRIPI:**

02:55PM  15  Q.  Did the defendant bring up the name Gabby Cino?

02:55PM  16  A.  Yes, yes.

02:55PM  17  Q.  What did he say about him?

02:55PM  18  A.  He was a friend of his dad's from playing cards on Hertel

02:55PM  19  Avenue.

02:55PM  20  Q.  Based upon your understanding in the neighborhood of Tom

02:55PM  21  Chooch, a/k/a Tom Machelli, Joe Rosato, John Catanzaro and

02:56PM  22  Gabby Cino, was it your belief that those individuals were

02:56PM  23  connected to Italian Organized Crime based on their

02:56PM  24  reputations in the neighborhood.

02:56PM  25       **MR. SINGER:**  Judge, objection to this.  We

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24          34

02:56PM   1   established a timeframe.  We started talking about

02:56PM   2   conversations that happened at what time --

02:56PM   3           **MR. TRIPI:**  At any time.  At any time.  The timeframe

02:56PM   4   doesn't matter.

02:56PM   5           **MR. SINGER:**  Can we approach?

02:56PM   6           **THE COURT:**  Come on up.

02:56PM   7           (Sidebar discussion held on the record.)

02:56PM   8           **MR. SINGER:**  The way the testimony came out, Judge,

02:56PM   9   was that Mr. Selva and Mr. Bongiovanni had conversations in

02:56PM  10   their 20s about some of the figures that we're talking about

02:56PM  11   in some ways.  And then we jumped back to when they're

02:56PM  12   childhood people.  I don't know if they're having

02:56PM  13   conversations at this point in time or whatnot, but there

02:56PM  14   hasn't been a foundation laid as to Mr. Selva's opinions.

02:56PM  15           And, more importantly, the foundation for his

02:56PM  16   reputation about opinions that he forms below his 20s, like,

02:57PM  17   so, for instance he might know certain things as an adult, but

02:57PM  18   to say that he might know those things as a child I think is

02:57PM  19   too much of a leap.

02:57PM  20           So I don't think we've really established a

02:57PM  21   foundation for how he knows the reputation in the community.

02:57PM  22   He's not hanging out with adults when he's a child.  It

02:57PM  23   doesn't work that way.

02:57PM  24           **MR. TRIPI:**  First, the question was framed high

02:57PM  25   school and beyond.  As they got --

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

35

| | |
|---|---|
| 02:57PM | 1 |

THE COURT:  High school and beyond?

02:57PM    2          MR. TRIPI:  -- as they got older, did you -- did you

02:57PM    3   discuss --

02:57PM    4          THE COURT:  Okay.

02:57PM    5          MR. TRIPI:  Yeah.  Did you discuss certain people.

02:57PM    6          THE COURT:  So we do have a timeframe?

02:57PM    7          MR. TRIPI:  Yeah.  So moving forward from there, did

02:57PM    8   you discuss certain people.  And I established that Mr. Selva,

02:57PM    9   from growing up in the neighborhood, formed opinions about who

02:57PM   10   was and who wasn't based upon discussions with friends,

02:57PM   11   relatives, news articles, even books, so he has a basis to

02:57PM   12   make these opinions, the one I'm about to ask him, and --

02:57PM   13          THE COURT:  So why -- so --

02:57PM   14          MR. TRIPI:  -- and -- one more thing, Judge?  I'm

02:57PM   15   sorry.

02:57PM   16          In the context of this particular question was, who

02:58PM   17   was your -- who was he discussing that was friends with his

02:58PM   18   father who were connected to organized crime, so that

02:58PM   19   particular -- the first question in the set linked it back to

02:58PM   20   that's the whole topic of conversation regarding these names.

02:58PM   21          THE COURT:  So -- so why don't you make it a little

02:58PM   22   bit clearer the timeframes we're talking about, and I'll

02:58PM   23   overrule the objection.

02:58PM   24          MR. TRIPI:  Okay.

02:58PM   25          MR. SINGER:  Understood, Judge.

| 02:58PM | 1 | (End of sidebar discussion.) |

02:58PM    2    **BY MR. TRIPI:**

02:58PM    3    Q.   Now, Mr. Selva, these questions I've been asking you

02:58PM    4    about, just to clarify, when you're talking about you know

02:58PM    5    who's connected to organized crime in the neighborhood,

02:58PM    6    you're having those discussions with the defendant, did you

02:58PM    7    say earlier that -- that those types of conversations started

02:58PM    8    to begin sort of towards the end of high school and into your

02:58PM    9    20s as you started to get older?

02:58PM    10   A.   Yes --

02:58PM    11   Q.   And --

02:58PM    12   A.   -- as we got older.

02:58PM    13   Q.   I'm sorry, I didn't mean to interrupt you.

02:58PM    14        Did those continue sporadically overtime into your adult

02:59PM    15   life with the defendant?

02:59PM    16   A.   Yes.  If -- if the topic came up, yes.

02:59PM    17   Q.   Okay.  And so now I'm asking you, I had gone through

02:59PM    18   several names that you had talked about, that the defendant

02:59PM    19   mentioned his father was friends with, Tom Machelli, Joe

02:59PM    20   Rosato, John Catanzaro, Gabby Cino; do you remember those

02:59PM    21   names?

02:59PM    22   A.   Yes.

02:59PM    23   Q.   Now I'm going to ask you based upon you growing up in

02:59PM    24   that neighborhood, did you have an opinion or were you aware

02:59PM    25   of their reputation in the neighborhood?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

37

02:59PM    1    A.  Yes.

02:59PM    2    Q.  What was the reputation you were aware of, of those

02:59PM    3    names?

02:59PM    4    A.  Allegedly, that from what you hear and like you mentioned

02:59PM    5    in book and on paper, that they were all connected.

02:59PM    6    Q.  And when you say connected, do you mean to Italian

02:59PM    7    Organized Crime?

02:59PM    8    A.  Yes.

02:59PM    9    Q.  So those were names that were familiar to you in the

02:59PM    10   North Buffalo neighborhood you grew up in?

02:59PM    11   A.  Yes.

02:59PM    12   Q.  In the North Buffalo neighborhood you grew up in with the

03:00PM    13   defendant, were you also -- I think you referenced it vaguely

03:00PM    14   a moment ago, were you familiar with a location on Hertel

03:00PM    15   Avenue called 1234 Hertel?

03:00PM    16   A.  Yes.

03:00PM    17   Q.  What was that location called or known as in the

03:00PM    18   neighborhood?

03:00PM    19   A.  The Club.

03:00PM    20   Q.  Did you have an understanding of what occurred at that

03:00PM    21   location?

03:00PM    22   A.  Yes.

03:00PM    23   Q.  What was your understanding of what occurred at that

03:00PM    24   location?

03:00PM    25           **MR. SINGER:**  Objection, lack of foundation.  Hearsay.

03:00PM    1    Lack of personal knowledge.

03:00PM    2             **THE COURT:**  You need to establish more of a

03:00PM    3    foundation, Mr. Tripi.

03:00PM    4             **BY MR. TRIPI:**

03:00PM    5    Q.  Well, have you talked about -- where was The Club on

03:00PM    6    Hertel?

03:00PM    7    A.  It was on Hertel, right between Commonwealth and

03:00PM    8    Lovering.

03:00PM    9    Q.  And you grew up on Commonwealth?

03:00PM   10    A.  For a short time, then I moved to Tennyson, yes, so it

03:00PM   11    was in my neighborhood.

03:00PM   12    Q.  And the defendant grew up on Lovering?

03:00PM   13    A.  Yes.

03:00PM   14    Q.  Have you talked about The Club, 1234 Hertel, with the

03:01PM   15    defendant?

03:01PM   16    A.  Yes.

03:01PM   17    Q.  Have you talked about it with other people in the

03:01PM   18    neighborhood growing up?

03:01PM   19    A.  Yes.

03:01PM   20    Q.  Have you made your own physical observations of people

03:01PM   21    coming and going from there?

03:01PM   22    A.  Yes.

03:01PM   23    Q.  Have you seen different cars coming and going from that

03:01PM   24    location?

03:01PM   25    A.  Yes.

03:01PM   1   Q.  Have -- as an adult later on, have you had occasion to go

03:01PM   2   there on two occasions yourself?

03:01PM   3   A.  Yes.

03:01PM   4   Q.  Okay.  Based upon all of that, do you have an -- do you

03:01PM   5   have an understanding of what The Club was known as in the

03:01PM   6   neighborhood?

03:01PM   7          MR. SINGER:  Objection, again, lack of foundation.

03:01PM   8          THE COURT:  No.  Overruled.

03:01PM   9          THE WITNESS:  It was a place where they socialized

03:01PM  10   and they played cards, and they gathered.

03:01PM  11          BY MR. TRIPI:

03:01PM  12   Q.  Who is "they"?

03:01PM  13   A.  The gentlemen that you were talking about.

03:01PM  14   Q.  Are you referencing organized crime figures?

03:01PM  15   A.  Yes.

03:01PM  16   Q.  Have you seen the defendant's father, Fred Bongiovanni,

03:01PM  17   associate with The Club on Hertel Avenue?

03:02PM  18   A.  I've driven by and seen his car.  I never --

03:02PM  19   Q.  Okay.

03:02PM  20   A.  -- saw him in there personally.

03:02PM  21   Q.  Did the defendant tell you about his father's presence at

03:02PM  22   The Club on Hertel Avenue?

03:02PM  23   A.  Yes.

03:02PM  24   Q.  What has the defendant said about his father's presence

03:02PM  25   going to The Club on Hertel Avenue?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

40

| | | |
|---|---|---|
| 03:02PM | 1 | A.  His father frequented it regularly and he was a card |
| 03:02PM | 2 | player, a Ziginette player. |
| 03:02PM | 3 | Q.  So we're talking about gambling? |
| 03:02PM | 4 | A.  Gambling. |
| 03:02PM | 5 | Q.  Did the defendant ever talk about family in Las Vegas |
| 03:02PM | 6 | that -- that he had that was connected to organized crime? |
| 03:02PM | 7 | A.  Yes. |
| 03:02PM | 8 | Q.  Who did he mention? |
| 03:02PM | 9 | A.  He had an uncle out there. |
| 03:02PM | 10 | Q.  Uncle what? |
| 03:02PM | 11 | A.  I think they referred to him as Uncle Cheech. |
| 03:02PM | 12 | Q.  And what did the defendant tell you about Uncle Cheech in |
| 03:03PM | 13 | Las Vegas? |
| 03:03PM | 14 | A.  Not much.  He lived out there.  He's been out there a |
| 03:03PM | 15 | long time.  And he hadn't seen him in a while. |
| 03:03PM | 16 | Q.  What, if anything, did he tell you about Uncle Cheech's |
| 03:03PM | 17 | status as it related to Italian Organized Crime? |
| 03:03PM | 18 | A.  He thought that he was involved in it. |
| 03:03PM | 19 | Q.  Who thought Uncle Cheech was involved in organized crime? |
| 03:03PM | 20 | A.  The defendant. |
| 03:03PM | 21 | Q.  Do you or did you know a woman named Dana Panepinto? |
| 03:03PM | 22 | A.  Yes, sir. |
| 03:03PM | 23 | Q.  Who was that? |
| 03:03PM | 24 | A.  That was the defendant's girlfriend when we were younger. |
| 03:03PM | 25 | Q.  Approximately what age? |

03:03PM   1   A.  High school.

03:03PM   2   Q.  What age?

03:03PM   3   A.  High school, 16, 17, 18, 19.

03:03PM   4   Q.  How long did he date her for?

03:03PM   5   A.  Five years, maybe.

03:03PM   6   Q.  Did the defendant tell you anything about Dana

03:04PM   7   Panepinto's father?

03:04PM   8   A.  Yes.

03:04PM   9   Q.  What did the defendant tell you about her father?

03:04PM   10  A.  He was affiliated with the union.  His nickname was

03:04PM   11  Turtle.  And he was allegedly connected with organized crime.

03:04PM   12  Q.  Based upon your discussions and observations, did the

03:04PM   13  defendant seem to respect Dana's father, Turtle Panepinto?

03:04PM   14  A.  Yes.

03:04PM   15  Q.  Are you familiar with the name Butchie Bifulco?

03:04PM   16  A.  Yes.

03:04PM   17  Q.  Based upon growing up in the neighborhood and all the

03:04PM   18  same sources of information we've been discussing, did

03:04PM   19  Butchie Bifulco have a reputation as it related to Italian

03:04PM   20  Organized Crime that you were aware of?

03:05PM   21  A.  Yes.

03:05PM   22  Q.  What was that reputation?

03:05PM   23  A.  He was connected, he had worked with the union.

03:05PM   24  Q.  When you say connected, are you talking about to Italian

03:05PM   25  Organized Crime?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
42

03:05PM  1   A.  Yes.

03:05PM  2   Q.  Is this hard for you to say?

03:05PM  3   A.  Yes.

03:05PM  4   Q.  Okay.  Is this an uncomfortable topic for you?

03:05PM  5   A.  Yes.

03:05PM  6   Q.  But you understand you've got to talk about it?

03:05PM  7   A.  I understand, yes, sir.

03:05PM  8   Q.  Okay.  Did Masecchia have a relationship with Butchie

03:05PM  9   Bifulco?

03:05PM  10  A.  He did.

03:05PM  11  Q.  What was your understanding of Masecchia's relationship

03:05PM  12  with Butchie Bifulco?

03:05PM  13  A.  Their fathers were very close.  He was either Mike or his

03:05PM  14  brother's godfather.  I'm not sure which one.

03:05PM  15  Q.  Did the defendant know Butchie Bifulco?

03:05PM  16  A.  Yes.

03:05PM  17  Q.  Have you ever been in a social situation where you and

03:05PM  18  the defendant saw Butchie Bifulco out at a local -- he's

03:06PM  19  deceased now, right?

03:06PM  20  A.  Yes.

03:06PM  21  Q.  When he was alive, were you ever in a situation where you

03:06PM  22  were with the defendant and you both saw Butchie Bifulco out?

03:06PM  23  A.  Yes.

03:06PM  24  Q.  Did the defendant greet Butchie Bifulco?

03:06PM  25  A.  Say hello.

| | | |
|---|---|---|
| 03:06PM | 1 | Q.  Did you greet him? |
| 03:06PM | 2 | A.  Yes. |
| 03:06PM | 3 | Q.  Did he know -- did Butchie know who you were? |
| 03:06PM | 4 | A.  Yes. |
| 03:06PM | 5 | Q.  Did Butchie know who the defendant was? |
| 03:06PM | 6 | A.  Yes. |
| 03:06PM | 7 | Q.  Did you and the defendant, this defendant, ever discuss |
| 03:06PM | 8 | Mike Masecchia's connection to Butchie Bifulco? |
| 03:06PM | 9 | A.  Yes. |
| 03:06PM | 10 | Q.  Describe that conversation. |
| 03:06PM | 11 | A.  Well, we knew the relationship with his father and with |
| 03:06PM | 12 | Mike's father and Butchie.  And they were very close.  So |
| 03:06PM | 13 | there was speculation that Mike was possibly made with this |
| 03:06PM | 14 | organization. |
| 03:06PM | 15 | Q.  When you had that discussion with the defendant, was this |
| 03:07PM | 16 | before he was a DEA agent? |
| 03:07PM | 17 | A.  Yes. |
| 03:07PM | 18 | Q.  What's your approximate ages when you had that |
| 03:07PM | 19 | discussion? |
| 03:07PM | 20 | A.  Like, through our life, late -- late 20s. |
| 03:07PM | 21 | Q.  So as of your late 20s, you and the defendant were |
| 03:07PM | 22 | discussing whether Mike Masecchia was in the La Cosa Nostra; |
| 03:07PM | 23 | is that right? |
| 03:07PM | 24 | A.  He was a rough guy, he was a tough guy, he had a |
| 03:07PM | 25 | reputation, yes. |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

03:07PM   1   Q.  My question is:  As of your late 20s, were you and the

03:07PM   2   defendant discussing whether Mike Masecchia was in Italian

03:07PM   3   Organized Crime?

03:07PM   4   A.  Yes, it was brought up.

03:07PM   5   Q.  Fast forwarding, and I'll get into more detail later, but

03:08PM   6   later on, as time went on, did you, in fact, have a

03:08PM   7   discussion with Masecchia and confirm directly that he was a

03:08PM   8   member of Italian Organized Crime?

03:08PM   9   A.  I did.  I asked him.  We were -- we had become close.

03:08PM  10   And I had been hearing things for a long time.  And I just

03:08PM  11   asked the question.

03:08PM  12   Q.  And what did Masecchia say?

03:08PM  13   A.  He told me he was.

03:08PM  14   Q.  Did you relay that information to the defendant?

03:08PM  15   A.  Yes.

03:08PM  16   Q.  What did the defendant say about that?

03:08PM  17   A.  Didn't say much.  I mean, it was kind of speculated all

03:08PM  18   along.

03:08PM  19   Q.  What did the defendant say about it?

03:08PM  20   A.  He -- he really didn't have a response.  He said, okay.

03:08PM  21   I mean, I confirmed it, and I told him that he was.

03:08PM  22   Q.  Did the defendant seem surprised?

03:08PM  23   A.  No.

03:08PM  24   Q.  Okay.  I'm going to fast forward a bit past your 20s to

03:09PM  25   the point in time where the defendant's a DEA agent.  Okay?

03:09PM    1    Just to you in a frame of reference?

03:09PM    2    A.  Okay.

03:09PM    3    Q.  Did the defendant once he was a DEA agent ever discuss

03:09PM    4    with you his views on marijuana and whether he thought he

03:09PM    5    should be enforcing marijuana laws?

03:09PM    6    A.  Yes.  He was a little liberal -- he was liberal.

03:09PM    7    Q.  What did he say about it?

03:09PM    8    A.  He felt it should be legal.

03:09PM    9    Q.  Can you elaborate any more about what he said for this

03:09PM   10    jury so they understand the conversation you had with him?

03:09PM   11    A.  We would discuss it, I would bring it up.  I'd ask his

03:09PM   12    opinion about it, something that he didn't feel real strongly

03:09PM   13    about.  He felt that it should be legal.

03:09PM   14    Q.  Once he was a DEA agent, did he ever express to you why

03:09PM   15    he didn't use marijuana?

03:09PM   16    A.  Yes.  Because it stayed in his system for 30 days or

03:10PM   17    longer.

03:10PM   18    Q.  Once the defendant was a DEA agent, in Buffalo, New York,

03:10PM   19    did you use cocaine with him on occasion?

03:10PM   20    A.  Yes.

03:10PM   21    Q.  Did you ever discuss with the defendant why he would use

03:10PM   22    cocaine on occasion as a DEA agent but not marijuana?

03:10PM   23    A.  Cocaine stayed in your system.

03:10PM   24    Q.  Is your answer to my question yes?

03:10PM   25    A.  The answer is yes.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

03:10PM  1   Q.  What did the -- now I ask the next question.  What did

03:10PM  2   the defendant say about that?

03:10PM  3   A.  He said cocaine stayed in your system for a shorter

03:10PM  4   amount of time.  It would be out of your system in 72 hours.

03:10PM  5   Drink fluid, work out, sweat, and it will pass through.

03:10PM  6   Q.  So did the defendant -- did he discuss with you like a

03:11PM  7   strategy for not getting caught with cocaine in his system

03:11PM  8   that he would implement?  Is that what you're saying?

03:11PM  9   A.  Yes, if he did it, he would immediately sweat it out.

03:11PM  10  Q.  How?

03:11PM  11  A.  Drink fluids, work out, sauna, steam, whatever it took,

03:11PM  12  run.  Get it out of your system.

03:11PM  13  Q.  Now you spent some time in Las Vegas from about 1997 to

03:11PM  14  1999; is that about right?

03:11PM  15  A.  Correct.

03:11PM  16  Q.  By that point in time, were you married?

03:11PM  17  A.  I was.

03:11PM  18  Q.  Did you have any children?

03:11PM  19  A.  I had two.

03:11PM  20  Q.  By 1999, you came back to Buffalo?

03:11PM  21  A.  Yes.

03:11PM  22  Q.  Around that time, did you go through a divorce?

03:11PM  23  A.  A little bit after that, yes.

03:11PM  24  Q.  While you were in Las Vegas, was the defendant working

03:11PM  25  for the Erie County Sheriff's Office, the same department you

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

03:12PM    1    later worked for?

03:12PM    2    A.   Yes.

03:12PM    3    Q.   By the time you got back to Buffalo, was the defendant

03:12PM    4    moving on from that department and going into the DEA around

03:12PM    5    there time period?

03:12PM    6    A.   Yes.

03:12PM    7    Q.   As the defendant was working for the Sheriff's Office and

03:12PM    8    then applying to becoming a DEA agent, had he become married

03:12PM    9    by then?

03:12PM    10    A.   Yes.

03:12PM    11    Q.   What was his first wife's name?

03:12PM    12    A.   JoAnn.

03:12PM    13    Q.   Did he have a young child around that time?

03:12PM    14    A.   He did, yes.

03:12PM    15    Q.   What's his daughter's name?

03:12PM    16    A.   He had a daughter, Chelsea.

03:12PM    17    Q.   Do you know where the defendant's first job out of the

03:13PM    18    DEA Academy was?

03:13PM    19    A.   I believe Florida.  Orlando or Miami.

03:13PM    20    Q.   Were you still in Las Vegas when he first went to

03:13PM    21    Florida?

03:13PM    22    A.   Yes.

03:13PM    23    Q.   Did you and the defendant keep in touch somewhat?

03:13PM    24    A.   Sporadically.

03:13PM    25    Q.   How would you keep in touch back in those days, late

03:13PM   1   '90s?

03:13PM   2   A.  Back then, there was -- there were cell phones, but they

03:13PM   3   weren't as popular.  Either called the home phone, or if you

03:13PM   4   had a wireless phone, the old analog phones.

03:13PM   5   Q.  Do you recall the defendant coming back to Buffalo around

03:13PM   6   2001?

03:13PM   7   A.  Yes.

03:13PM   8   Q.  By that point, were you back in Buffalo?

03:13PM   9   A.  I was.

03:13PM  10   Q.  Where were you working?

03:13PM  11   A.  I was working for Nextel.  I was in the wireless

03:14PM  12   business, and I was also tending bar two nights a week.

03:14PM  13   Q.  Where were you tending bar?

03:14PM  14   A.  At that time, Harry's Harbor.

03:14PM  15   Q.  Is that a bar along the water in Buffalo?

03:14PM  16   A.  It was.  I don't believe it's there anymore.

03:14PM  17   Q.  Would the defendant come in and visit you when you

03:14PM  18   bartended?

03:14PM  19   A.  Yes.

03:14PM  20   Q.  What did the defendant tell you about why he had moved

03:14PM  21   back to Buffalo?

03:14PM  22   A.  His wife's sister was sick and I believe she had passed.

03:14PM  23   And they wanted to come back and she was here first.  And he

03:14PM  24   was trying to, I believe, wait his transfer with the DEA and

03:14PM  25   sell their home in Florida.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
49

03:14PM    1    Q.  After the defendant moved back from Florida and was back

03:14PM    2    in Buffalo, was he living with or was he separated from his

03:14PM    3    wife?

03:14PM    4    A.  I believe they were living together.

03:15PM    5    Q.  Shortly after coming back, did they separate?

03:15PM    6    A.  Yes.

03:15PM    7    Q.  And begin divorce each other?

03:15PM    8    A.  Yes.

03:15PM    9    Q.  Had you recently gone through a divorce as well?

03:15PM   10    A.  Yes.  At that timeframe, 2001, '2, yes.

03:15PM   11    Q.  As the defendant is back in Buffalo going through his

03:15PM   12    divorce, did you and the defendant start to do more socially?

03:15PM   13    A.  We did, yes.

03:15PM   14    Q.  What types of things did you do together?

03:15PM   15    A.  When I was tending bar, he would come in and see me.  And

03:15PM   16    then if we had any free time, we'd try to meet out, catch up,

03:15PM   17    you know, for a drink.

03:15PM   18    Q.  So you would go to bars together?

03:15PM   19    A.  Well, when it permitted, yes.

03:15PM   20    Q.  Did you and he join the same gym?

03:15PM   21    A.  Yes.

03:15PM   22    Q.  What gym was that?

03:15PM   23    A.  The Fitness Factory.

03:15PM   24    Q.  Where is that locate?

03:15PM   25    A.  That's on Delaware Avenue in Kenmore.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

| | | |
|---|---|---|
| 03:16PM | 1 | Q.  Did you work out together? |
| 03:16PM | 2 | A.  On occasion, yes. |
| 03:16PM | 3 | Q.  How many times per week would you get there together? |
| 03:16PM | 4 | A.  A few.  Two.  Three. |
| 03:16PM | 5 | Q.  So you're working out together two or three times a week. |
| 03:16PM | 6 | He's coming in to visit you how many times a week as Harry's? |
| 03:16PM | 7 | A.  I predominantly worked on the weekends so it might be |
| 03:16PM | 8 | sporadic, maybe a Friday or Saturday, not every Friday or |
| 03:16PM | 9 | Saturday, but come in. |
| 03:16PM | 10 | Q.  And then when you guys both weren't working, would you go |
| 03:16PM | 11 | out socially? |
| 03:16PM | 12 | A.  If it permitted, yes. |
| 03:16PM | 13 | Q.  When you would go out to bars together, would anyone else |
| 03:16PM | 14 | typically go with you or was it just you and him type of |
| 03:17PM | 15 | things? |
| 03:17PM | 16 | A.  It lot of times it was him and I, just meeting out. |
| 03:17PM | 17 | Q.  Eventually, when you would go out with the defendant |
| 03:17PM | 18 | drinking, did you -- did he notice that you had used cocaine? |
| 03:17PM | 19 | A.  Yes. |
| 03:17PM | 20 | Q.  Describe that situation for the jury so they understand |
| 03:17PM | 21 | what happened. |
| 03:17PM | 22 | A.  We were out.  I had had some, a little bag of cocaine.  I |
| 03:17PM | 23 | did some of it and my demeanor changed.  I told him -- |
| 03:17PM | 24 | Q.  What happened next? |
| 03:17PM | 25 | A.  I told him I did a blast.  I went in the bathroom and I |

03:17PM  1    did a bump.

03:17PM  2    Q.  How did the defendant react?

03:17PM  3    A.  He didn't say anything.

03:17PM  4    Q.  Eventually did it get to the point where he also used

03:17PM  5    cocaine with you at bars?

03:17PM  6    A.  Yes.

03:17PM  7    Q.  Was that a bit of a progression?

03:17PM  8    A.  It was a progression.

03:17PM  9    Q.  How did it get to that point?  Explain it for the jury.

03:17PM  10   A.  As we went out more frequently, if it was around, get a

03:18PM  11   little bit And then we would do it.

03:18PM  12   Q.  When the defendant separated from JoAnn, do you know

03:18PM  13   where he was living?

03:18PM  14   A.  I believe he moved back to Lovering.

03:18PM  15   Q.  That same house, 221 Lovering?

03:18PM  16   A.  Yes.

03:18PM  17   Q.  Is that a house with an upper and lower apartment?

03:18PM  18   A.  It is.  It's a two unit.

03:18PM  19   Q.  As you guys were going out to bars more or generally

03:18PM  20   socializing more, was he telling you about the problems he

03:18PM  21   was having with his wife, JoAnn?

03:18PM  22   A.  Yes.  They were in the midst of their divorce.

03:18PM  23   Q.  Was he talking about any financial issues he was having

03:18PM  24   as a result of the divorce?

03:18PM  25   A.  Yes, he was --

| 03:18PM | 1 | Q. What did he say? |
| 03:18PM | 2 | A. It was going to be a strain because he was going to have |
| 03:18PM | 3 | to pay maintenance, child support. I don't believe JoAnn was |
| 03:19PM | 4 | working. So, a lot of expense was going to fall on him. |
| 03:19PM | 5 | Q. Other than child support and maintenance, did he tell you |
| 03:19PM | 6 | about other financial obligations he had with respect to his |
| 03:19PM | 7 | daughter? |
| 03:19PM | 8 | A. Yes. |
| 03:19PM | 9 | Q. What did he say about that? |
| 03:19PM | 10 | A. He split medical costs. I believe clothing, anything |
| 03:19PM | 11 | that pertained to her, he was paying the majority of for. |
| 03:19PM | 12 | Q. What was that last part of it, he was paying what? |
| 03:19PM | 13 | A. The majority of expenses, was paying anything that she |
| 03:19PM | 14 | would need. |
| 03:19PM | 15 | Q. Did the defendant complain about his wife's lack of |
| 03:19PM | 16 | contribution financially? |
| 03:19PM | 17 | A. Yes. |
| 03:19PM | 18 | Q. What would he say about that? |
| 03:19PM | 19 | A. She's not working. She has a master's degree and he's |
| 03:19PM | 20 | picking up all the slack. It's all falling on him. |
| 03:20PM | 21 | Q. Did the defendant hire a lawyer with respect to the |
| 03:20PM | 22 | divorce? |
| 03:20PM | 23 | A. He did. |
| 03:20PM | 24 | Q. Do lawyers cost money? |
| 03:20PM | 25 | A. They do. |

53

03:20PM  1   Q.  How often -- how frequent of a topic when you would

03:20PM  2   socialize with the defendant during that timeframe was his

03:20PM  3   financial strain or obligations, how often would he bring it

03:20PM  4   up?

03:20PM  5   A.  It was a presence, because as you try go ahead and go

03:20PM  6   forward in your life, now you have the obligation of this.

03:20PM  7   It was a presence so it was quite a bit.

03:20PM  8   Q.  Was that something you had some common experience

03:20PM  9   with with the defendant?

03:21PM 10   A.  I did.  I had my own.

03:21PM 11   Q.  I want to ask about some specifics and ask whether he

03:21PM 12   mentioned paying for it or not, okay.

03:21PM 13       Did the defendant in relation to his caught Chelsea ever

03:21PM 14   talk about paying for her schooling?

03:21PM 15   A.  Yes.

03:21PM 16   Q.  What did he say about that?

03:21PM 17   A.  He was paying for it.  She was going to a Catholic school

03:21PM 18   in Williamsville.

03:21PM 19   Q.  Did he ever talk about paying for her dental or braces?

03:21PM 20   A.  Yes.

03:21PM 21   Q.  What did he say about that?

03:21PM 22   A.  Any additional expenses that weren't covered under

03:21PM 23   insurance, he would have to cover.

03:21PM 24   Q.  Did he ever talk about any medical expenses he was paying

03:21PM 25   with respect to any other treatments Chelsea was getting?

| | | |
|---|---|---|
| 03:21PM | 1 | A.  Not that I recall. |
| 03:21PM | 2 | Q.  When he would talk about how much he was paying and |
| 03:22PM | 3 | his -- his ex-wife's JoAnn's lack of paying, did you notice a |
| 03:22PM | 4 | change in his demeanor when that topic would come up? |
| 03:22PM | 5 | A.  Yes. |
| 03:22PM | 6 | Q.  What did you notice about it? |
| 03:22PM | 7 | A.  Stress.  More stressful.  More financial obligations, |
| 03:22PM | 8 | more stress. |
| 03:22PM | 9 | Q.  Based on your knowledge of the defendant and your |
| 03:22PM | 10 | discussions with him, did he have any other financial |
| 03:22PM | 11 | obligations you were aware of, things he was paying for in |
| 03:22PM | 12 | his personal life? |
| 03:22PM | 13 | A.  His living expenses, his rent, his car, his -- |
| 03:22PM | 14 | Q.  What kind of car did he have at that time? |
| 03:22PM | 15 | A.  At that time I believe an Escalade. |
| 03:22PM | 16 | Q.  Cadillac Escalade? |
| 03:22PM | 17 | A.  Yes. |
| 03:22PM | 18 | Q.  Do you know if he bought it or if he was leasing it? |
| 03:22PM | 19 | A.  I believe leased. |
| 03:23PM | 20 | Q.  And you said his rent.  Where was he renting? |
| 03:23PM | 21 | A.  His living expenses, where he was living on Lovering. |
| 03:23PM | 22 | Q.  So he paid his parents rent? |
| 03:23PM | 23 | A.  I believe he did. |
| 03:23PM | 24 | Q.  Okay.  As you understood it, did his parents own that |
| 03:23PM | 25 | home for a time? |

03:23PM   1   A.   Yes.

03:23PM   2   Q.   By that point, were they retired, if you know?

03:23PM   3   A.   They were.

03:23PM   4   Q.   What observations did you make of the defendant's social

03:23PM   5   life during this time period?  Was he going out more, going

03:23PM   6   out less?

03:23PM   7   A.   He was starting to go out more.

03:23PM   8   Q.   Does going out to bars cost money?

03:23PM   9   A.   It does.

03:23PM   10   Q.   In or about 2004, so after a couple years of being back,

03:24PM   11   maybe three -- three years or so, did the defendant start

03:24PM   12   dating a woman named Melissa?

03:24PM   13   A.   Yes.

03:24PM   14   Q.   Do you know her last name?

03:24PM   15   A.   I don't.

03:24PM   16   Q.   Okay.  What types of things did they do socially?

03:24PM   17   A.   Drink.  Dinners.  I believe they traveled, too.

03:24PM   18   Q.   Did the defendant still have his financial obligations

03:24PM   19   related to his daughter while he was dating Melissa?

03:24PM   20   A.   Yes.  As far as I knew, yes.

03:24PM   21   Q.   Did he and Melissa date for a number of years?

03:24PM   22   A.   I believe five years.

03:24PM   23   Q.   Did they even get engaged?

03:24PM   24   A.   I believe they did, yes.

03:24PM   25   Q.   Did the defendant tell you his spending habits in terms

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

56

| | | |
|---|---|---|
| 03:25PM | 1 | of spending on Melissa? |
| 03:25PM | 2 | A.  There was more.  She had champagne taste, so to speak, |
| 03:25PM | 3 | liked the finer things.  More dinners, outfits, that type |
| 03:25PM | 4 | thing.  The whole realm of it. |
| 03:25PM | 5 | Q.  While that's going on, he's still responsible for his |
| 03:25PM | 6 | daughter? |
| 03:25PM | 7 | A.  Yes. |
| 03:25PM | 8 | Q.  And you said he dated Melissa for about five years? |
| 03:25PM | 9 | A.  I believe so, yes. |
| 03:25PM | 10 | Q.  That ends around 2009, would that be a decent estimate? |
| 03:25PM | 11 | A.  About there. |
| 03:25PM | 12 | Q.  After that, did he start dating another young lady |
| 03:26PM | 13 | shortly thereafter? |
| 03:26PM | 14 | A.  Not right away, but shortly. |
| 03:26PM | 15 | Q.  Who's that? |
| 03:26PM | 16 | A.  His wife, Lindsay. |
| 03:26PM | 17 | Q.  His current wife, Lindsay? |
| 03:26PM | 18 | A.  Yes. |
| 03:26PM | 19 | Q.  I'll get more into that in a moment or a little bit |
| 03:26PM | 20 | later, but just for now, did he take on financial |
| 03:26PM | 21 | responsibilities related to his then-girlfriend, now wife |
| 03:26PM | 22 | Lindsay? |
| 03:26PM | 23 | A.  Not in the beginning.  At the beginning, she was just a |
| 03:26PM | 24 | tenant in his house on Lovering.  I believe his parents had |
| 03:26PM | 25 | moved out and she was living upstairs.  He was downstairs. |

03:26PM  1  Q.  Eventually, did he take on financial obligations --

03:26PM  2  A.  Yes.

03:26PM  3  Q.  -- related to her?

03:26PM  4  A.  Yes.

03:26PM  5  Q.  Okay.  We'll get into that in a moment.  But I'd like to

03:26PM  6  sort of switch gears for a moment.

03:26PM  7      We talked a little bit earlier about Italian Organized

03:27PM  8  Crime and discussions you and the defendant had about that

03:27PM  9  topic over time in your life; do you remember that?

03:27PM  10  A.  Yes.

03:27PM  11  Q.  But that's not the only topic you ever talked about

03:27PM  12  socially as friends; is that right?

03:27PM  13  A.  That's correct.

03:27PM  14  Q.  What other -- what other just types of topics did you

03:27PM  15  like to talk about with the defendant?

03:27PM  16  A.  Besides that?

03:27PM  17  Q.  Yeah.

03:27PM  18  A.  Sports.  Lot of different things.  Current events,

03:27PM  19  whatever was going on.

03:27PM  20  Q.  Relationships?

03:27PM  21  A.  Relationships.

03:27PM  22  Q.  In general conversation over time, did you and he ever

03:27PM  23  talk about, you know, like the concept of loyalty?

03:27PM  24  A.  Yes.

03:27PM  25  Q.  Is that concept part of what makes this difficult for

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

58

| | | |
|---|---|---|
| 03:28PM | 1 | you? |
| 03:28PM | 2 | A.   Yes. |
| 03:28PM | 3 | Q.   Can you describe how those types of discussions about |
| 03:28PM | 4 | loyalty would come up when you would have them with the |
| 03:28PM | 5 | defendant over time in your life? |
| 03:28PM | 6 | A.   Just if we were talking about someone in general, and |
| 03:28PM | 7 | just the general concept of it, what it means to be loyal. |
| 03:28PM | 8 | The respect factor.  How you feel about that person if |
| 03:28PM | 9 | they're loyal. |
| 03:28PM | 10 | Q.   Is it something that would come up sporadically |
| 03:28PM | 11 | throughout your life, those types of topics, concepts of |
| 03:28PM | 12 | loyalty? |
| 03:28PM | 13 | A.   Yes, from time to time. |
| 03:28PM | 14 | Q.   In your view, based upon your discussions and |
| 03:28PM | 15 | interactions with the defendant, do you believe loyalty was |
| 03:28PM | 16 | an important -- important to the defendant? |
| 03:28PM | 17 | A.   Yes. |
| 03:28PM | 18 | Q.   Was the defendant someone you viewed as being loyal to |
| 03:29PM | 19 | his friends? |
| 03:29PM | 20 | A.   Yes. |
| 03:29PM | 21 | Q.   Do you believe the defendant was loyal to his friends |
| 03:29PM | 22 | that he grew up with in the neighborhood? |
| 03:29PM | 23 | A.   Yes. |
| 03:29PM | 24 | Q.   Do you believe the defendant was loyal to his friends |
| 03:29PM | 25 | even after he became a member of law enforcement? |

03:29PM    1    A.   Yes.

03:29PM    2    Q.   Was the defendant loyal to you even after he became a

03:29PM    3    member of law enforcement?

03:29PM    4    A.   Yes.

03:29PM    5              **THE COURT:**  Is this a good time for a break?

03:29PM    6              **MR. TRIPI:**  Yes, sure, Judge.  No problem.

03:29PM    7              **THE COURT:**  Let's take our afternoon break.  Remember

03:29PM    8    my instructions about not talking about the case, including

03:29PM    9    with each other, not making up your minds.

03:29PM   10              See you back here in about 10 or 15 minutes.

03:29PM   11              (Jury excused at 3:29 p.m.)

03:30PM   12              **THE COURT:**  Okay.  Anything for the record from the

03:30PM   13    defense?

03:30PM   14              **MR. SINGER:**  No, Your Honor.

03:30PM   15              **THE COURT:**  From the government?

03:30PM   16              **MR. TRIPI:**  No, Your Honor.

03:30PM   17              May the witness step down.

03:30PM   18              **THE COURT:**  Sure, you can step down.

03:30PM   19              (Witness excused at 3:30 p.m.)

03:30PM   20              **THE COURT:**  I want to go close to 5.

03:30PM   21              **MR. TRIPI:**  Okay.

03:30PM   22              **THE COURT:**  But I'd like to break a few minutes

03:30PM   23    before, so -- you're not going to finish today, I take it.

03:30PM   24              **MR. TRIPI:**  No, Your Honor.

03:30PM   25              **THE COURT:**  So you let me know, you know, 10 to 5,

| | | |
|---|---|---|
| 03:30PM | 1 | somewhere around there. |
| 03:30PM | 2 | **MR. TRIPI:** Sounds good. |
| 03:30PM | 3 | **THE COURT:** Okay. Great. Thanks. |
| 03:30PM | 4 | (Off the record at 3:30 p.m.) |
| 03:30PM | 5 | (Back on the record at 3:49 p.m.) |
| 03:49PM | 6 | (Jury not present.) |
| 03:49PM | 7 | **THE CLERK:** All rise. |
| 03:49PM | 8 | **THE COURT:** Please be seated. |
| 03:49PM | 9 | **THE CLERK:** We are back on the record for the |
| 03:49PM | 10 | continuation of jury trial in case number 19-cr-227, United |
| 03:49PM | 11 | States of America versus Joseph Bongiovanni. |
| 03:49PM | 12 | All counsel and parties are present. |
| 03:49PM | 13 | **THE COURT:** Okay. Anything we need to do before we |
| 03:49PM | 14 | resume? |
| 03:49PM | 15 | **MR. TRIPI:** No, Your Honor. |
| 03:49PM | 16 | **MR. SINGER:** No, Judge. |
| 03:49PM | 17 | **THE COURT:** Let's get the witness back in, and let's |
| 03:49PM | 18 | bring the jury back in, please, Pat. |
| 03:49PM | 19 | (Jury seated at 3:49 p.m.) |
| 03:49PM | 20 | **THE COURT:** The record will reflect that all our |
| 03:49PM | 21 | jurors again are present. |
| 03:49PM | 22 | I remind the witness that he's still under oath. |
| 03:49PM | 23 | And, Mr. Tripi, you may continue. |
| 03:49PM | 24 | **MR. TRIPI:** Thank you very much, Your Honor. |
| | 25 | |

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 03:49PM | 1  | **BY MR. TRIPI:**                                            |
| 03:49PM | 2  | Q.  All right.  Mr. Selva, I'd like to switch gears a little |
| 03:49PM | 3  | bit and ask you about another person.  Do you know Peter     |
| 03:49PM | 4  | Gerace, Jr.?                                                 |
| 03:49PM | 5  | A.  Yes.                                                     |
| 03:49PM | 6  | Q.  Who is he?                                               |
| 03:49PM | 7  | A.  He is the owner of Pharaoh's nightclub, which is an adult |
| 03:50PM | 8  | strip club.  And he is also the grandson of Joe Todaro.      |
| 03:50PM | 9  | Q.  And that's a name you've mentioned, Joe Todaro.  Are you |
| 03:50PM | 10 | referencing Joe Todaro Sr.?                                  |
| 03:50PM | 11 | A.  Yes.  Sorry.                                             |
| 03:50PM | 12 | Q.  And that individual's now deceased, right?              |
| 03:50PM | 13 | A.  He deceased, yes.                                        |
| 03:50PM | 14 | Q.  Was -- did that individual, Mr. Todaro Sr., did he have a |
| 03:50PM | 15 | reputation that you were aware of?                          |
| 03:50PM | 16 | A.  Yes.  His reputation was that he was the head of         |
| 03:50PM | 17 | organized crime in Buffalo.                                  |
| 03:50PM | 18 | Q.  Is that what we've been referring to as Italian Organized |
| 03:50PM | 19 | Crime?                                                       |
| 03:50PM | 20 | A.  Yes.                                                     |
| 03:50PM | 21 | Q.  Is this defendant -- did this defendant have a           |
| 03:50PM | 22 | relationship with Peter Gerace, Jr.?                         |
| 03:50PM | 23 | A.  Yes.                                                     |
| 03:50PM | 24 | Q.  What was your understanding of the defendant's           |
| 03:50PM | 25 | relationship with Peter Gerace, Jr.?                         |

| | | |
|---|---|---|
| 03:51PM | 1 | A.  They were good friends, they were close. |
| 03:51PM | 2 | Q.  Did the defendant ever tell you how he met or became |
| 03:51PM | 3 | friends with Peter Gerace, Jr.? |
| 03:51PM | 4 | A.  No.  Through the years.  Just teens, 20s. |
| 03:51PM | 5 | Q.  So they've known each other a long time? |
| 03:51PM | 6 | A.  Yes.  They worked together, I think, back in the day. |
| 03:51PM | 7 | Bartending. |
| 03:51PM | 8 | Q.  Where?  Where if you know? |
| 03:51PM | 9 | A.  It was a place called The Bubble, the Ramada.  Long time |
| 03:51PM | 10 | ago.  It's since gone. |
| 03:51PM | 11 | Q.  What, if anything, has the defendant said to you about |
| 03:51PM | 12 | Gerace's relationship with Todaro Sr.? |
| 03:51PM | 13 | A.  That it's his grandson.  That he's aware it's his |
| 03:51PM | 14 | grandson, and who Mr. Todaro was. |
| 03:51PM | 15 | Q.  Did you and the defendant ever discuss Mr. Todaro Sr.'s |
| 03:51PM | 16 | reputation? |
| 03:51PM | 17 | A.  Yes. |
| 03:52PM | 18 | Q.  What do you recall about that conversation? |
| 03:52PM | 19 | A.  He was the owner of La Nova Pizzeria.  And what his |
| 03:52PM | 20 | status was in the Buffalo area is being an alleged boss of |
| 03:52PM | 21 | the Buffalo organized crime family. |
| 03:52PM | 22 | Q.  What, if anything, did the defendant ever tell you about |
| 03:52PM | 23 | Pharaoh's Gentlemen's Club? |
| 03:52PM | 24 | A.  He knew that Peter was the owner of that.  Just it was an |
| 03:52PM | 25 | adult nightclub. |

| | | |
|---|---|---|
| 03:52PM | 1 | Q. Did the defendant ever talk about going to Pharaoh's |
| 03:52PM | 2 | Gentlemen's Club? |
| 03:52PM | 3 | A. Yes. |
| 03:52PM | 4 | Q. What did he say about that? |
| 03:52PM | 5 | A. He's been there on occasion.  I was with him -- I was |
| 03:53PM | 6 | with him once there, a few times. |
| 03:53PM | 7 | Q. Were you with him there once or twice? |
| 03:53PM | 8 | A. Twice. |
| 03:53PM | 9 | Q. During what approximate time period? |
| 03:53PM | 10 | A. 2013, '14, '15, in that timeframe.  Right when Peter had |
| 03:53PM | 11 | taken it back over, he had lost control of it, and then he |
| 03:53PM | 12 | got it back. |
| 03:53PM | 13 | Q. So you're estimating between 2013 and '15? |
| 03:53PM | 14 | A. That would sound right, yes. |
| 03:53PM | 15 | Q. Was there an occasion when you were there with this |
| 03:53PM | 16 | defendant at Pharaoh's where you observed an interaction |
| 03:53PM | 17 | between the defendant and Mr. Gerace? |
| 03:53PM | 18 | A. Yes. |
| 03:53PM | 19 | Q. Describe what you observed for the jury. |
| 03:53PM | 20 | A. We had stopped in for a drink, we were at the bar.  Peter |
| 03:54PM | 21 | had came over, he said hello.  And then him and Joe stepped |
| 03:54PM | 22 | aside and they had a conversation.  I was standing there with |
| 03:54PM | 23 | my drink.  That conversation was, I don't know, three, |
| 03:54PM | 24 | five -- five minutes long.  And then he came back over to me. |
| 03:54PM | 25 | Q. When you say they stepped aside, what -- can you |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
64

03:54PM  1   elaborate on what you mean by that, the defendant and Gerace

03:54PM  2   stepped aside?  What did you mean by that?

03:54PM  3   A.  They had a private conversation.

03:54PM  4   Q.  So they walked away from you a little way?

03:54PM  5   A.  Yes.

03:54PM  6   Q.  Was it far enough where you couldn't see -- hear what

03:54PM  7   they said?

03:54PM  8   A.  It was loud in there.  It was loud and I was in the

03:54PM  9   corner and I was in the middle of the bar, so, yes, I did not

03:54PM  10  hear what they saying.

03:54PM  11  Q.  Did they appear to be the only two people involved in the

03:54PM  12  conversation?

03:54PM  13  A.  Yes.

03:54PM  14  Q.  Did it appear to you to be a private conversation between

03:54PM  15  those two?

03:54PM  16  A.  Yes.

03:54PM  17  Q.  How long would you estimate that conversation lasted?

03:54PM  18  A.  Three to five minutes.  It was brief.

03:54PM  19  Q.  When Mr. Bongiovanni came back over to you, or you were

03:55PM  20  at the bar, did he tell you what him and Peter talked about?

03:55PM  21  A.  No.

03:55PM  22  Q.  From your perspective, do you believe it was well known

03:55PM  23  that Mr. Gerace was Todaro Sr.'s grandson?

03:55PM  24  A.  Yes.

03:55PM  25  Q.  What, if anything, did the defendant ever tell you about

03:55PM   1    Peter Gerace and Pharaoh's, and a situation involving

03:55PM   2    U.S. Probation?  Did he tell you anything about that?

03:55PM   3    A.  Yes, he did.

03:55PM   4    Q.  What did the defendant tell you about that situation?

03:55PM   5    A.  Peter was on probation.  He had did, I believe, four

03:55PM   6    months in federal prison for violation -- he got involved --

03:56PM   7    he owned a telemarketing business as well.  And he got

03:56PM   8    violated, something had happened.

03:56PM   9        And the defendant had stepped in and talked to somebody

03:56PM  10    at U.S. Probation and instead of getting violated to go back

03:56PM  11    to prison, he wore an ankle bracelet.

03:56PM  12    Q.  That's how the defendant explained it to you?

03:56PM  13    A.  Yes.

03:56PM  14    Q.  The defendant tell you why he did that, why he stepped in

03:56PM  15    to help Gerace?

03:56PM  16    A.  I believe Peter asked for his help.

03:56PM  17    Q.  By that point in time, had the defendant and Gerace been

03:56PM  18    friends for a long time as far as you knew?

03:56PM  19    A.  Yes.

03:57PM  20    Q.  Did Peter Gerace have a brother Anthony?

03:57PM  21    A.  He did, and a brother David.

03:57PM  22    Q.  Was Anthony someone who became involved with Ron Serio

03:57PM  23    and the marijuana trafficking that you were involved in?

03:57PM  24    A.  Yes.  But through Ron, I never dealt with Anthony.  But

03:57PM  25    yes.  He was involved.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
66

03:57PM    1    Q.  I'm talking about as part of the larger group?

03:57PM    2    A.  Yes.

03:57PM    3    Q.  Did the defendant ever tell you anything about a

03:57PM    4    situation where he helped Anthony Gerace?

03:57PM    5    A.  Yes.

03:57PM    6    Q.  Describe what this defendant told you about helping

03:57PM    7    Anthony Gerace.

03:57PM    8    A.  I believe Peter reached out to the defendant, he had --

03:58PM    9    Anthony had been arrested for cocaine possession, two or

03:58PM    10    three ounces of cocaine, whatever it was.  And the defendant

03:58PM    11    stepped in, reached out to a contact he had at Amherst Police

03:58PM    12    Department to try to help him.

03:58PM    13    Q.  Is that what the defendant told you about the situation?

03:58PM    14    A.  Yes.

03:58PM    15    Q.  Did he tell you how it resolved?

03:58PM    16    A.  No.

03:58PM    17    Q.  Did the defendant tell you why he stepped in for Anthony

03:58PM    18    Gerace?

03:58PM    19    A.  Because Peter had asked him.  Because of his friendship

03:58PM    20    with Peter.

03:58PM    21    Q.  And Peter's Anthony's brother?

03:58PM    22    A.  Peter's Anthony's older brother.

03:58PM    23    Q.  Do you recall what the defendant told you that he told

03:58PM    24    Anthony Gerace?  Or, what the defendant told Amherst about

03:59PM    25    Anthony Gerace to help him get out of trouble?

03:59PM    1   A.  I -- I don't recall.

03:59PM    2   Q.  I'm going to try to show you something to see if I could

03:59PM    3   help refresh your recollection.

03:59PM    4   A.  Please.

03:59PM    5   Q.  If that's okay.

04:00PM    6          **MR. TRIPI:**  Mr. Singer, I'm going to show him Exhibit

04:00PM    7   3540I at page 7.

04:00PM    8          **BY MR. TRIPI:**

04:00PM    9   Q.  Mr. Selva, I'm going to hand up Exhibit 3540I at page 7.

04:00PM   10   There are two bullet points.  I want you to read the first

04:00PM   11   two bullet points to yourself and then I'm going to take this

04:00PM   12   back and then I'll ask you some questions, okay?

04:00PM   13   A.  Okay.

04:01PM   14   Q.  Did you read those first two bullet points?

04:01PM   15   A.  Yes, yes.

04:01PM   16   Q.  Did reading that refresh your recollection?

04:01PM   17   A.  Yes.

04:01PM   18   Q.  Do you recall what the defendant told you that he said to

04:01PM   19   Amherst police when -- to step in for Anthony Gerace?

04:01PM   20   A.  He was a cooperating witness.  He was a cooperating

04:01PM   21   informant.

04:01PM   22   Q.  So the defendant told you that he told Amherst that

04:01PM   23   Anthony Gerace was a cooperator?

04:01PM   24   A.  Yes.

04:01PM   25   Q.  To your knowledge, had the defendant and Peter Gerace

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
68

| | | |
|---|---|---|
| 04:02PM | 1 | gone on trips together? |
| 04:02PM | 2 | A.  Yes. |
| 04:02PM | 3 | Q.  Where have they gone on trips together? |
| 04:02PM | 4 | A.  Las Vegas, New York, Canada.  They might have gone to |
| 04:02PM | 5 | Florida. |
| 04:02PM | 6 | Q.  How -- how would you become aware of those trips the two |
| 04:02PM | 7 | of them would take? |
| 04:02PM | 8 | A.  The defendant would tell me. |
| 04:02PM | 9 | Q.  Do you know who Tom Doctor is? |
| 04:02PM | 10 | A.  I do. |
| 04:02PM | 11 | Q.  Is that someone who's friends with the defendant? |
| 04:02PM | 12 | A.  Yes. |
| 04:02PM | 13 | Q.  Is that a person who you -- you and the defendant knew |
| 04:02PM | 14 | though growing up? |
| 04:02PM | 15 | A.  Yes. |
| 04:02PM | 16 | Q.  How long have you known Tom Doctor? |
| 04:02PM | 17 | A.  Since 20s, my early 20s. |
| 04:02PM | 18 | Q.  Did he later become a member of -- Tom Doctor later |
| 04:03PM | 19 | become a member of law enforcement with the defendant? |
| 04:03PM | 20 | A.  Yes, he was a member of Buffalo PD. |
| 04:03PM | 21 | Q.  Did he work with DEA? |
| 04:03PM | 22 | A.  He was on the DEA task force. |
| 04:03PM | 23 | Q.  Would you socialize with the defendant and Tom Doctor? |
| 04:03PM | 24 | A.  On occasion, yes. |
| 04:03PM | 25 | Q.  Have you done cocaine with Tom Doctor and the defendant? |

| | | |
|---|---|---|
| 04:03PM | 1 | A.  Yes. |
| 04:03PM | 2 | Q.  Approximately how many times? |
| 04:03PM | 3 | A.  A few. |
| 04:03PM | 4 | Q.  At that time, were they both members of law enforcement? |
| 04:03PM | 5 | A.  Yes. |
| 04:03PM | 6 | Q.  What, if anything, did Mr. Bongiovanni tell you about |
| 04:03PM | 7 | attending Tom Doctor's annual Fourth of July party with Peter |
| 04:03PM | 8 | Gerace? |
| 04:03PM | 9 | A.  It was an annual party that he had out in Angola and he |
| 04:03PM | 10 | had a cottage out there.  It was a big bash, it was annual. |
| 04:03PM | 11 | Q.  Did Gerace attend that? |
| 04:03PM | 12 | A.  I believe he did, yes. |
| 04:03PM | 13 | Q.  Did the defendant tell you that? |
| 04:04PM | 14 | A.  Yes. |
| 04:04PM | 15 | Q.  Have you been to that cottage? |
| 04:04PM | 16 | A.  I have been there once. |
| 04:04PM | 17 | Q.  What, if anything, did the defendant tell you about going |
| 04:04PM | 18 | to Peter Gerace's parents' 50th anniversary? |
| 04:04PM | 19 | A.  He told me he attended that as well, his parents |
| 04:04PM | 20 | anniversary. |
| 04:04PM | 21 | Q.  Why did that stand out to you? |
| 04:04PM | 22 | A.  I don't know.  I just -- why did it stand out to me? |
| 04:04PM | 23 | Q.  Yeah, why do you remember the defendant telling you that |
| 04:04PM | 24 | he went to Peter Gerace's parents' 50th anniversary? |
| 04:04PM | 25 | A.  Because I had an anniversary party for my parents and it |

04:04PM    1    was a 50th anniversary, and he didn't come to that, so it

04:04PM    2    just stood out.

04:04PM    3    Q.  So the defendant didn't come to your parents' 50th but he

04:04PM    4    went to Peter Gerace's?

04:04PM    5    A.  Yes.

04:04PM    6    Q.  When the defendant got married to Lindsay, who was the

04:05PM    7    best man at the wedding?

04:05PM    8    A.  Me.

04:05PM    9    Q.  A couple more questions about Anthony Gerace.

04:05PM   10        In the context of Ron Serio's associates in his drug

04:05PM   11    organization, eventually did you learn Anthony was involved

04:05PM   12    in the marijuana distribution activity with Ron Serio and

04:05PM   13    others that were part of the organization you were in?

04:05PM   14    A.  I did.

04:05PM   15    Q.  Approximately when did you learn about Anthony being

04:05PM   16    involved?  And when I say that, I mean approximately what

04:05PM   17    year.

04:05PM   18    A.  2017, 2016, that timeframe.

04:05PM   19    Q.  Who did you learn it from?

04:05PM   20    A.  That Anthony was involved?

04:05PM   21    Q.  Yes.

04:05PM   22    A.  Mike had told me.

04:06PM   23    Q.  Mike Masecchia?

04:06PM   24    A.  Yes.

04:06PM   25    Q.  All right.  You have said his name at the beginning.  I

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

04:06PM   1   now want to get into more detail about Ron Serio and then

04:06PM   2   sort of your involvement in the drug activity with Serio and

04:06PM   3   Masecchia that led to the bribery that we're here to talk

04:06PM   4   about, okay?

04:06PM   5   A.   Okay.

04:06PM   6   Q.   How do you know Ron Serio?

04:06PM   7   A.   I met him through Mike Masecchia.

04:06PM   8   Q.   Did you know of him before you first met him?

04:06PM   9   A.   I did.

04:06PM   10   Q.   Who did you first learn of him through?

04:06PM   11   A.   Well, Mike had known him a while.

04:06PM   12   Q.   Just who did you learn about Ron from?

04:07PM   13   A.   From Mike.

04:07PM   14   Q.   Okay.  Who first introduced you to Ron?

04:07PM   15   A.   I believe it was Joe Tomasello.

04:07PM   16   Q.   Now describe how you became acquainted with Ron Serio.

04:07PM   17   A.   Through -- well, I -- I met him through Joe Tomasello.

04:07PM   18   But Mike was close with him at the time.  And then Mike

04:07PM   19   reintroduced me to him so to speak.

04:07PM   20   Q.   I want to direct your attention to approximately in or

04:07PM   21   about the year 2008.  Okay?

04:07PM   22   A.   Okay.

04:07PM   23   Q.   What was your financial situation like at that time?

04:07PM   24   A.   It was very rough.  I was divorced.  I had just declared

04:08PM   25   bankruptcy.  I had two children that I was paying child

04:08PM    1    support for.  And I was working two jobs as well.

04:08PM    2    Q.  What were the two jobs you were working?

04:08PM    3    A.  At that time, I was -- again, I was in the wireless

04:08PM    4    business.  I was a manager for a wireless company, and I was

04:08PM    5    bartending.

04:08PM    6    Q.  Where were you bartending at that time?

04:08PM    7    A.  2008?  I believe still was Harry's Harbor.  Maybe Jimmy

04:08PM    8    Mac's, I don't recall.  I bounced around bartending wherever

04:08PM    9    I could find shifts.

04:08PM    10   Q.  Did you pursue an opportunity to make additional money

04:08PM    11   through illegal means?

04:08PM    12   A.  I did.

04:08PM    13   Q.  By that point in time, did you know that Mike Masecchia

04:08PM    14   was involved in trafficking marijuana?

04:08PM    15   A.  I did.

04:08PM    16   Q.  Did you speak with an individual named Joe Tomasello

04:09PM    17   about becoming involved --

04:09PM    18   A.  I did.

04:09PM    19   Q.  -- in that activity?

04:09PM    20   A.  Yes.

04:09PM    21   Q.  Was Tomasello also involved with Masecchia at the time?

04:09PM    22   A.  At that time, yes.

04:09PM    23   Q.  Describe your initial conversation with Tomasello

04:09PM    24   regarding wanting to get involved with Masecchia and the

04:09PM    25   trafficking.

04:09PM  1  A.  I reached out to him, we met out.  Told him I'd just gone

04:09PM  2  through a divorce, I'm basically broke, I'm working two jobs.

04:09PM  3  And I'm very familiar with what was going on, and I wanted to

04:09PM  4  get involved.  How can I -- what can I do to get involved.

04:09PM  5      And he said, you have to reach out to Mike, who I knew

04:09PM  6  very well, and I did.  I reached out to Mike.

04:09PM  7  Q.  Tomasello said you have to reach out to Mike meaning

04:10PM  8  Masecchia?

04:10PM  9  A.  Yeah, because -- Masecchia, he was running the show so to

04:10PM  10 speak.

04:10PM  11 Q.  Okay.  Now, just to make it easier for the jury to follow

04:10PM  12 when you're explaining conversations, can you instead of

04:10PM  13 saying he and he --

04:10PM  14 A.  Sure.

04:10PM  15 Q.  -- can you use names for us?

04:10PM  16 A.  Sure.

04:10PM  17 Q.  Okay.  That will just have me ask less follow-up

04:10PM  18 questions?

04:10PM  19 A.  Understood, yes.

04:10PM  20 Q.  After that, did you reach out to Masecchia?

04:10PM  21 A.  I did.  I reached out to Mike.

04:10PM  22 Q.  And was that for the purpose of becoming involved in the

04:10PM  23 marijuana trafficking activity?

04:10PM  24 A.  Yes.

04:10PM  25 Q.  Before you reached out to Masecchia to become involved,

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
74

04:10PM  1   what was your understanding of what the involve -- the

04:10PM  2   operation was?

04:10PM  3   A.   It was an outdoor operation.  They had two spots, one in

04:10PM  4   Angelica, one in Chautauqua or Cattaraugus, Franklinville

04:10PM  5   area.  They were outdoor grows, they had plants outdoors and

04:11PM  6   the work was -- you would have to maintain and take care of

04:11PM  7   the plants.  There is also a process, too, that you had to

04:11PM  8   do.  You had to prepare the plants to bring out to plant into

04:11PM  9   the ground.

04:11PM  10  Q.   I guess this is a good time.  Can you -- you're familiar

04:11PM  11  with that process of outdoor marijuana growing?

04:11PM  12  A.   I am.

04:11PM  13  Q.   Can you describe that process for the jury from the

04:11PM  14  beginning to end, just the steps in an outdoor marijuana grow

04:11PM  15  operation?

04:11PM  16  A.   Sure.

04:11PM  17  Q.   Please do.

04:11PM  18  A.   You have to first get clones, and you get clones from a

04:11PM  19  mother plant, and you clip those clones, leaves, and then you

04:11PM  20  put them in a clone machine.  And the objective is to get

04:11PM  21  them to stem to -- to get a root.

04:11PM  22      Once they're rooted, you transplant them.  You put them

04:11PM  23  under a -- a light.  And you want to get them about -- again,

04:11PM  24  they're in little transplant -- plants -- containers.  You

04:11PM  25  want to get them about a couple inches high.  Maybe that big.

04:12PM  1     **MR. TRIPI:**  May the record reflect the witness held

04:12PM  2  his fingers just at 6 inches apart.

04:12PM  3     **THE WITNESS:**  About 6 inches.  You want them to be

04:12PM  4  big enough so you can take them and then transplant them into

04:12PM  5  the ground in an outdoor spot but you want to make sure that

04:12PM  6  they're strong enough to -- to withstand that, too, so you got

04:12PM  7  to nurture them, you've got to take care of them, there's a

04:12PM  8  lot of prep.

04:12PM  9     **BY MR. TRIPI:**

04:12PM  10  Q.  Does that cloning process happen indoors somewhere?

04:12PM  11  A.  It happens indoors.

04:12PM  12  Q.  Okay.  So once the -- once they're large enough to

04:12PM  13  transplant outdoors, they have to be planted in the ground?

04:12PM  14  A.  Correct.

04:12PM  15  Q.  Take it from there.  What are the next steps from there?

04:12PM  16  A.  It goes from cloning to -- when it -- when it's

04:12PM  17  transplanted into the ground?

04:12PM  18  Q.  Yes, please.

04:12PM  19  A.  Then you have the -- the taking care part.  You have

04:12PM  20  to -- you -- you put them in bigger buckets or we would dig a

04:12PM  21  hole and put them right into the ground, whichever was --

04:12PM  22  whichever we would do.

04:12PM  23     Preferably we would use bigger buckets, and then you had

04:12PM  24  to take care of them.  You had to go out to the country at

04:13PM  25  least two to three times a week, water them, take care of

04:13PM    1    them, give them nutrients, make sure the animals didn't get

04:13PM    2    them, put deer repellant, that type thing, around the

04:13PM    3    parameter, because you had a parameter of 50 plants and you

04:13PM    4    had to take care of it.

04:13PM    5         You always wanted it near a water source.  You know, it

04:13PM    6    was on state land usually, water source being a creek because

04:13PM    7    you were carrying buckets to the water -- to the -- to the

04:13PM    8    forest, the woods, to water the plants.

04:13PM    9    Q.  And would steps or precautions be taken to conceal -- you

04:13PM   10    mentioned state land.  What was the importance of state land?

04:13PM   11    A.  State land would always be near the land of someone that

04:13PM   12    we knew, so it was -- so if they ever got caught, it couldn't

04:13PM   13    be turned on to the individual whose land was near it.  If

04:13PM   14    that -- if that makes sense, so somebody that had land out in

04:13PM   15    Angelica or Franklinville, we would look for state land which

04:14PM   16    was out there quite a bit.

04:14PM   17         And then we would plant the plants on state land because

04:14PM   18    there was no ownership, so to speak, of that land.  It

04:14PM   19    couldn't come back to anybody.

04:14PM   20    Q.  But you and the group you were involved with knew where

04:14PM   21    the plants were?

04:14PM   22    A.  We knew where -- yeah, absolutely, yes.

04:14PM   23    Q.  How long is the growing season?

04:14PM   24    A.  You would want to get them in the ground by right around

04:14PM   25    Memorial Day and then try to stretch it all the way through,

04:14PM    1    as long as you could, in October.

04:14PM    2        But October would be getting a little rainy, colder.  So

04:14PM    3    you had to really keep an eye on it because they could die,

04:14PM    4    they could get moldy.  So first week in October, usually,

04:14PM    5    depending on weather.

04:14PM    6    Q.  And then when the plants are ready to be harvested, can

04:14PM    7    you describe the harvesting process for the jury?

04:15PM    8    A.  Yes.  Once they're harvested, you have to cut them down

04:15PM    9    in the woods.  You cut them down, we put them in bags and

04:15PM   10    when we transport it to a location where we hung them, we'd

04:15PM   11    have -- we'd set up clothing lines, and we'd have fans

04:15PM   12    blowing with dehumidifiers and the windows blocked and you

04:15PM   13    have to -- it's a drying process.

04:15PM   14    Q.  What's the purpose of drying them?

04:15PM   15    A.  So you can, when you pull them out of the ground, they're

04:15PM   16    soaking wet, they're wet, so you want to dry them out, and

04:15PM   17    then you have to clip the leaf off to get to the bud, so the

04:15PM   18    objective is to dry it out where it's dry enough where you

04:15PM   19    can trim it, clip, get the bud and the bud is what you sell.

04:15PM   20    Q.  The bud is what people smoke?

04:15PM   21    A.  Exactly, the bud is what people smoke.  That has the THC

04:15PM   22    in it, correct.

04:15PM   23    Q.  And then I guess we'll just talk about this now.  Once

04:16PM   24    the plants are dry and clipped down to the buds, do you put

04:16PM   25    those buds in bags?  How -- how do you -- how do you get them

| | | |
|---|---|---|
| 04:16PM | 1 | ready to move? |
| 04:16PM | 2 | A.  They go into quarter-pound and half-pound bags once |
| 04:16PM | 3 | they're dried and clipped.  So you bag them, and then you'd |
| 04:16PM | 4 | move them from there. |
| 04:16PM | 5 | Q.  Are we talking like plastic bags? |
| 04:16PM | 6 | A.  Yes, like big quarter pound sandwich bags. |
| 04:16PM | 7 | Q.  Like Ziploc bags? |
| 04:16PM | 8 | A.  I'm sorry? |
| 04:16PM | 9 | Q.  Ziploc bags? |
| 04:16PM | 10 | A.  Ziploc bags, yes.  Ziploc bags, better analogy. |
| 04:16PM | 11 | Q.  And then would you take those buds that are now in these |
| 04:16PM | 12 | Ziploc type plastic bags and transport them back to Buffalo? |
| 04:16PM | 13 | A.  Yes. |
| 04:16PM | 14 | Q.  And I'll talk more about -- I'll ask you more about this |
| 04:16PM | 15 | a little bit later, but was there a strategy involved for |
| 04:16PM | 16 | when those would be transported? |
| 04:16PM | 17 | A.  There was.  Once the process was done and they were |
| 04:17PM | 18 | bagged and it was ready to go, we would have to transport it |
| 04:17PM | 19 | in either my vehicle, or Mike's vehicle.  We's lay it down in |
| 04:17PM | 20 | the back seat and we pulled the cover over it and put a |
| 04:17PM | 21 | blanket over it so the marijuana is not -- you can't see it. |
| 04:17PM | 22 | And we would always move during business hours, during |
| 04:17PM | 23 | rush hour.  We would never do it early in the morning or in |
| 04:17PM | 24 | middle of the day.  We wanted to do it with the flow of |
| 04:17PM | 25 | traffic and kind of blend in to get it from the Southern Tier |

| | | |
|---|---|---|
| 04:17PM | 1 | to where we would bring it, which was in the city, to get rid |
| 04:17PM | 2 | of to Ron.  Ron was the major point of contact. |
| 04:17PM | 3 | Q.  So as -- |
| 04:17PM | 4 | A.  Ron Serio. |
| 04:17PM | 5 | Q.  So as you're getting involved and you're approaching |
| 04:17PM | 6 | Masecchia about getting involved, did you describe everything |
| 04:17PM | 7 | that you just talked about with this jury about the process |
| 04:17PM | 8 | and -- and the -- and how Mike Masecchia's operation was |
| 04:18PM | 9 | working? |
| 04:18PM | 10 | A.  That's it.  At that time, that's how it was working. |
| 04:18PM | 11 | Q.  And what did he tell you Serio's role was? |
| 04:18PM | 12 | A.  Ron would cash us out.  So whatever we were able to |
| 04:18PM | 13 | yield, we would bring it to Ron, and Ron would pay cash for |
| 04:18PM | 14 | it because he had a much bigger network. |
| 04:18PM | 15 | Q.  So Ron takes the product? |
| 04:18PM | 16 | A.  Yes. |
| 04:18PM | 17 | Q.  Provides currency, and then he has people help him move |
| 04:18PM | 18 | the product for more profit? |
| 04:18PM | 19 | A.  Correct. |
| 04:18PM | 20 | Q.  So when you talked to Masecchia about becoming involved, |
| 04:18PM | 21 | describe your conversation with him. |
| 04:18PM | 22 | A.  Again, my situation was coming out of bankruptcy, I was |
| 04:18PM | 23 | divorced, two kids, and I told him I was in a bad way and I |
| 04:18PM | 24 | could offer -- I can offer using my basement. |
| 04:18PM | 25 | If we did, I had an ionizer down there and we could |

04:19PM    1    deflect the smell, but they weren't there for that long a

04:19PM    2    period of time because it was just to get them ready, to

04:19PM    3    clone them, transplant them and bring them outdoors.  So it

04:19PM    4    was a very short period.

04:19PM    5    Q.  So you offered your basement to Masecchia as -- as a

04:19PM    6    place where you could prepare clones?

04:19PM    7    A.  Yes.  Exactly.

04:19PM    8    Q.  Did Masecchia tell you who was involved with the outdoor

04:19PM    9    grows at those two locations in Angelica and Franklinville?

04:19PM   10    A.  He did.

04:19PM   11    Q.  So, was Joe Tomasello at that time?

04:19PM   12    A.  At that time, yes.

04:19PM   13    Q.  Who was -- who else?

04:19PM   14    A.  Dave Hersey, Mike, Sal Lima and Anthony Martone.

04:19PM   15    Q.  And Serio was involved, as you said, cashing out?

04:19PM   16    A.  Yeah.  He wasn't involved at that point in the grow op.

04:19PM   17    He was at a much higher level.  We would take the -- the

04:20PM   18    marijuana to him and he would --

04:20PM   19    Q.  So he wasn't working the grows like you were working, but

04:20PM   20    he was part of the operation in terms of moving the product?

04:20PM   21    A.  Yes.

04:20PM   22    Q.  Up to that point in your life, as you're having this

04:20PM   23    conversation with Masecchia about who's involved and --

04:20PM   24    and -- and what would -- what the operations were, for how

04:20PM   25    many years up to that point in your life had you known

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24
81

| | | |
|---|---|---|
| 04:20PM | 1 | Masecchia to be involved in marijuana distribution? |
| 04:20PM | 2 | A.  Long time.  I mean -- |
| 04:20PM | 3 | Q.  Give the jury an estimate, as best you? |
| 04:20PM | 4 | A.  Before I approached him?  20 years. |
| 04:20PM | 5 | Q.  So he had been doing it for decades? |
| 04:20PM | 6 | A.  Long time, probably even longer than that. |
| 04:20PM | 7 | Q.  Prior to that point in time when you're having this |
| 04:20PM | 8 | discussion with Masecchia over the years of going to bars and |
| 04:20PM | 9 | socializing with the defendant after he was a DEA agent, had |
| 04:20PM | 10 | you ever discussed Masecchia's status as a marijuana |
| 04:20PM | 11 | distributor with the defendant? |
| 04:20PM | 12 | A.  Yes. |
| 04:20PM | 13 | Q.  What do you remember talking with this defendant about |
| 04:21PM | 14 | Masecchia's status as a marijuana distributor? |
| 04:21PM | 15 | A.  It was kind of known.  I believe he was aware of it.  You |
| 04:21PM | 16 | know, like you mentioned, decades, so everybody kind of knew. |
| 04:21PM | 17 | And the defendant knew as well. |
| 04:21PM | 18 | Q.  What do you remember about conversations with the |
| 04:21PM | 19 | defendant? |
| 04:21PM | 20 | A.  He knew Mike was involved.  He knew what he was doing. |
| 04:21PM | 21 | Q.  Was this at the same time that Masecchia had a reputation |
| 04:21PM | 22 | for being connected to IOC, Italian Organized Crime? |
| 04:21PM | 23 | A.  Yes. |
| 04:21PM | 24 | Q.  Based on your discussions with the defendant, do you |
| 04:21PM | 25 | believe he was also aware of that reputation? |

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

| | | |
|---|---|---|
| 04:21PM | 1 | A.  Yes. |
| 04:21PM | 2 | Q.  I'm going to ask another follow-up question. |
| 04:22PM | 3 | Approximately when did you and the defendant first discuss -- |
| 04:22PM | 4 | so, approximate year, did you and the defendant first discuss |
| 04:22PM | 5 | Masecchia's involvement in marijuana distribution activity, |
| 04:22PM | 6 | before you were involved.  Just how far back do you recall |
| 04:22PM | 7 | discussing Masecchia being involved as a weed distributor |
| 04:22PM | 8 | with this defendant? |
| 04:22PM | 9 | A.  Oh, God, it had to be in the '90s.  I mean, he went back |
| 04:22PM | 10 | quite a while that he was involved. |
| 04:22PM | 11 | Q.  Now, same question.  Approximately how far back do you |
| 04:22PM | 12 | remember discussing Masecchia's reputation as a tough guy, |
| 04:23PM | 13 | connected to Italian Organized Crime with this defendant? |
| 04:23PM | 14 | A.  Going -- he was always known as a tough guy, so that |
| 04:23PM | 15 | would be a long time ago as well. |
| 04:23PM | 16 | Q.  Okay.  How about the organized crime part? |
| 04:23PM | 17 | A.  That came about later in life.  I don't know.  30s. |
| 04:23PM | 18 | Q.  What decade? |
| 04:23PM | 19 | A.  Late '90s.  Around there. |
| 04:23PM | 20 | Q.  Did you say late '90s? |
| 04:23PM | 21 | A.  Late '90's. |
| 04:23PM | 22 | Q.  Before you asked Masecchia to become involved directly in |
| 04:23PM | 23 | this operation, did you have a belief in your mind about |
| 04:23PM | 24 | whether the defendant was already looking out for Masecchia? |
| 04:23PM | 25 | **MR. SINGER:**  Objection. |

| | | |
|---|---|---|
| 04:23PM | 1 | **THE COURT:**  Sustained. |
| 04:23PM | 2 | **MR. TRIPI:**  May I explain it at the bench -- |
| 04:23PM | 3 | **THE COURT:**  Sure, come on up. |
| 04:23PM | 4 | **MR. TRIPI:**  Just for a moment, Judge. |
| 04:24PM | 5 | (Sidebar discussion held on the record.) |
| 04:24PM | 6 | **MR. TRIPI:**  Maybe it needs more foundation, |
| 04:24PM | 7 | Your Honor, but -- and I understand if I need to ask a few |
| 04:24PM | 8 | more questions, but his belief as to what Joe was looking out |
| 04:24PM | 9 | for this group already would be relevant to his decision to |
| 04:24PM | 10 | get involved.  So that's why I'm asking what his -- |
| 04:24PM | 11 | **THE COURT:**  You have to have some foundation. |
| 04:24PM | 12 | **MR. TRIPI:**  Yeah, I've got to ask more questions on |
| 04:24PM | 13 | foundation, but that's where I'm going with it.  If he's got |
| 04:24PM | 14 | that belief in his mind as he's getting involved then -- |
| 04:24PM | 15 | **MR. SINGER:**  Judge -- |
| 04:24PM | 16 | **THE COURT:**  I don't think I disagree with you.  I |
| 04:24PM | 17 | said I don't think I disagree with that. |
| 04:24PM | 18 | **MR. SINGER:**  I stand on my objection, Judge.  I guess |
| 04:24PM | 19 | we'll see what comes out. |
| 04:24PM | 20 | **THE COURT:**  Okay.  Great. |
| 04:24PM | 21 | **MR. TRIPI:**  I just didn't want to do it without -- |
| 02:58PM | 22 | (End of sidebar discussion.) |
| 04:24PM | 23 | **THE COURT:**  Okay, the objection is sustained.  You |
| 04:24PM | 24 | ask the next question. |
| 04:24PM | 25 | **MR. TRIPI:**  Thank you, Judge. |

| | | |
|---|---|---|
| 04:24PM | 1 | **BY MR. TRIPI:** |
| 04:25PM | 2 | Q.  When you were coming to the decision to ask Mike |
| 04:25PM | 3 | Masecchia whether to become involved, did you make some |
| 04:25PM | 4 | calculations in your mind about whether it would be worth it |
| 04:25PM | 5 | for you? |
| 04:25PM | 6 | A.  Yes. |
| 04:25PM | 7 | Q.  Did you weigh the -- in your mind, did you weigh the risk |
| 04:25PM | 8 | versus the reward? |
| 04:25PM | 9 | A.  Yes.  At that time, it was desperate. |
| 04:25PM | 10 | Q.  Were you interested in making money? |
| 04:25PM | 11 | A.  Yes, I was -- |
| 04:25PM | 12 | Q.  Were you interested in not getting caught? |
| 04:25PM | 13 | A.  Yes. |
| 04:25PM | 14 | Q.  Were all the individuals that -- was Mike Masecchia |
| 04:25PM | 15 | someone who had been good friends with and known the |
| 04:25PM | 16 | defendant for a long time? |
| 04:25PM | 17 | A.  Yes. |
| 04:25PM | 18 | Q.  Was Joe Tomasello someone who the -- in your mind, the |
| 04:25PM | 19 | defendant had been friends with for a long time? |
| 04:25PM | 20 | A.  Yes.  They knew each other. |
| 04:25PM | 21 | Q.  Was -- were some of the other persons -- Anthony Martone |
| 04:26PM | 22 | was another name you mentioned. |
| 04:26PM | 23 | A.  Yes. |
| 04:26PM | 24 | Q.  Was he someone that was friends with the defendant? |
| 04:26PM | 25 | A.  Yes.  We all were friends from the neighborhood, we all |

| | | |
|---|---|---|
| 04:26PM | 1 | knew each other. |
| 04:26PM | 2 | Q.  Okay.  And so, when -- when you're looking to become |
| 04:26PM | 3 | involved in this type of activity, did you have an interest |
| 04:26PM | 4 | in not getting caught? |
| 04:26PM | 5 | A.  Yes. |
| 04:26PM | 6 | Q.  Did you have an interest in not potentially getting |
| 04:26PM | 7 | arrested? |
| 04:26PM | 8 | A.  Yes. |
| 04:26PM | 9 | Q.  Did the fact that these individuals were friends with the |
| 04:26PM | 10 | defendant, like you were, and like Masecchia was, play into |
| 04:26PM | 11 | your calculus? |
| 04:26PM | 12 | A.  Yes. |
| 04:26PM | 13 | Q.  So now I'll go back and ask my question that I asked a |
| 04:26PM | 14 | moment ago:  Before you became involved, did you have a |
| 04:26PM | 15 | belief that Bongiovanni was already looking out for Masecchia |
| 04:26PM | 16 | by the time you were expressing interest in becoming involved |
| 04:26PM | 17 | in Masecchia's operation? |
| 04:26PM | 18 | **MR. SINGER:**  Again, objection, Judge, speculation. |
| 04:26PM | 19 | **THE COURT:**  No, overruled. |
| 04:26PM | 20 | **THE WITNESS:**  Yes.  I mean, like I mentioned, it |
| 04:26PM | 21 | was -- he was aware of it because it was going on prior to |
| 04:26PM | 22 | that, from the '90s, so yes, I believe he had his best |
| 04:27PM | 23 | interest. |
| 04:27PM | 24 | **BY MR. TRIPI:** |
| 04:27PM | 25 | Q.  Yes, you believe what? |

04:27PM  1   A.  I believe for his best interest, he was looking out for

04:27PM  2   him.

04:27PM  3   Q.  So you believe Bongiovanni was looking out for Masecchia?

04:27PM  4   A.  Yes.

04:27PM  5   Q.  Now, among that group that we just talked about, Ron

04:27PM  6   Serio, is he younger?

04:27PM  7   A.  He's younger.

04:27PM  8   Q.  Did he go to high school with you and Masecchia and

04:27PM  9   Bongiovanni?

04:27PM  10  A.  We went to the same high school but he was way behind us,

04:27PM  11  not when we were there.

04:27PM  12  Q.  Okay.  So, would it be accurate to say he didn't have the

04:27PM  13  same childhood friendships that you and Masecchia had with

04:27PM  14  the defendant?

04:27PM  15  A.  Yes.

04:27PM  16  Q.  In your discussions with Masecchia about getting

04:28PM  17  involved, did protection for Ron come up?

04:28PM  18  A.  With Masecchia?

04:28PM  19  Q.  Yeah.

04:28PM  20  A.  Yes.

04:28PM  21  Q.  Describe -- when you're having a conversation about

04:28PM  22  becoming involved, describe how the topic of protection for

04:28PM  23  Ron comes up.

04:28PM  24  A.  Masecchia raised that topic.  He asked if I could reach

04:28PM  25  out to the defendant, and just get -- just get a feel if he

04:28PM   1   would have a watchful eye over this, see where he was at.
04:28PM   2   Q.   What do you mean by a watchful eye?
04:28PM   3   A.   Because they were -- Mike was more involved with Ron than
04:28PM   4   I was.   And their operation was -- was getting ready to grow.
04:28PM   5   So if he can be tipped off or any information that can be
04:29PM   6   given.
04:29PM   7   Q.   Grow in the sense of operations expanding versus growing
04:29PM   8   plants?
04:29PM   9   A.   Yes, I should have been more clear with that, yes.
04:29PM  10   Q.   What specifically did Masecchia say about bribing the
04:29PM  11   defendant?
04:29PM  12   A.   He said he talked it over with Ron and reach out to him
04:29PM  13   and see if he would be interested in providing information
04:29PM  14   and getting paid for that.
04:29PM  15   Q.   Okay.   I'm going to try to break down because you used he
04:29PM  16   a lot again.   You have got to use names if you could, but can
04:29PM  17   you repeat that answer using names?
04:29PM  18   A.   Mike reached out to me to see if the defendant would be
04:29PM  19   interested in providing information and getting paid for it.
04:30PM  20   Q.   And Masecchia had discussed that with Ron?
04:30PM  21   A.   He had discussed it with Ron.
04:30PM  22   Q.   And Ron was willing to pay?
04:30PM  23   A.   Ron was willing to pay.
04:30PM  24   Q.   In your discussions with Masecchia, was it important to
04:30PM  25   you and Masecchia for Ron to be protected?

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

88

| | | |
|---|---|---|
| 04:30PM | 1 | A.  Yes. |
| 04:30PM | 2 | Q.  Why? |
| 04:30PM | 3 | A.  Because Ron was -- he was the top of the food chain. |
| 04:30PM | 4 | Without him, there was no way we could cash out and continue |
| 04:30PM | 5 | doing what we were doing on the -- on the outdoor.  But they |
| 04:30PM | 6 | were also involved getting -- their operating was getting |
| 04:30PM | 7 | ready to expand. |
| 04:30PM | 8 | Q.  Why -- what do you mean by Ron was -- was at the top of |
| 04:30PM | 9 | the food chain? |
| 04:30PM | 10 | A.  He was the guy.  I mean, he would be the one who -- when |
| 04:30PM | 11 | I mean that, like I mentioned earlier, when we got the |
| 04:30PM | 12 | marijuana from -- from the country, he was the one who was |
| 04:30PM | 13 | paying for it.  And he had an organization that was much |
| 04:30PM | 14 | larger than what we were doing. |
| 04:30PM | 15 | Q.  So he was the one moving the product? |
| 04:31PM | 16 | A.  Yes. |
| 04:31PM | 17 | Q.  Were you confident that you could approach the defendant |
| 04:31PM | 18 | about getting -- withdrawn.  I'll get to that next. |
| 04:31PM | 19 | Was there a dollar amount discussed that you should offer |
| 04:31PM | 20 | the defendant? |
| 04:31PM | 21 | A.  In the beginning? |
| 04:31PM | 22 | Q.  Yes. |
| 04:31PM | 23 | A.  Yes. |
| 04:31PM | 24 | Q.  What was that dollar amount? |
| 04:31PM | 25 | A.  $2,000. |

04:31PM  1    Q.  How frequently?

04:31PM  2    A.  A month.

04:31PM  3    Q.  So $24,000 a year?

04:31PM  4    A.  Yes.

04:31PM  5    Q.  Were you confident that you could take that offer to the

04:31PM  6    defendant and offer it to him?

04:31PM  7    A.  Yes.

04:31PM  8    Q.  What made you confident that you could take a bribe to a

04:31PM  9    federal DEA agent, offer it to him, and not get arrested on

04:32PM  10   the spot?

04:32PM  11       What made you confident that this defendant wouldn't

04:32PM  12   arrest you immediately?

04:32PM  13   A.  Our relationship.  We've known each other our whole lives

04:32PM  14   at that time.  We were close.  And his situation was getting

04:32PM  15   a little bit more deeper with his expenses.  So I thought he

04:32PM  16   would be able to accept it and move forward.

04:32PM  17   Q.  By that point, had you done cocaine with him as a DEA

04:32PM  18   agent?

04:32PM  19   A.  Yes.

04:32PM  20   Q.  Did that help make you confident you could talk to him

04:32PM  21   about this?

04:32PM  22   A.  Yes.

04:32PM  23   Q.  Did Ron Serio have a nickname that -- that Masecchia

04:33PM  24   called him?

04:33PM  25   A.  He did.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

90

| | | |
|---|---|---|
| 04:33PM | 1 | Q.  What was that nickname? |
| 04:33PM | 2 | A.  Greenie. |
| 04:33PM | 3 | Q.  Why did Masecchia call Ron Serio Greenie? |
| 04:33PM | 4 | A.  Because he's the one who had the money. |
| 04:33PM | 5 | Q.  Was Serio also, in your view as you got to know him, good |
| 04:33PM | 6 | at moving marijuana? |
| 04:33PM | 7 | A.  Yes. |
| 04:33PM | 8 | Q.  Did he appear to be a good businessman? |
| 04:33PM | 9 | A.  He was a very good businessman. |
| 04:33PM | 10 | Q.  Was he a good narcotics trafficker? |
| 04:33PM | 11 | A.  Yes. |
| 04:33PM | 12 | Q.  So was the objective of your discussion with Masecchia as |
| 04:33PM | 13 | it related to offering this defendant bribes in the amount of |
| 04:33PM | 14 | $2,000 a month, to make sure he would look out not only for |
| 04:33PM | 15 | you, Masecchia, the guys you grew up with, but Ron Serio and |
| 04:33PM | 16 | his group of distributors? |
| 04:33PM | 17 | A.  Yes. |
| 04:33PM | 18 | Q.  Did you tell Masecchia you think you could arrange that? |
| 04:34PM | 19 | A.  Yes. |
| 04:34PM | 20 | Q.  At that point, if Ron Serio wasn't protected, do you |
| 04:34PM | 21 | believe the entire operation could potentially have been |
| 04:34PM | 22 | exposed? |
| 04:34PM | 23 | A.  Yes. |
| 04:34PM | 24 | Q.  If Ron Serio wasn't protected, did you believe that the |
| 04:34PM | 25 | entire group would have been vulnerable to law enforcement? |

04:34PM    1    A.   Yes.

04:34PM    2    Q.   Did you discuss what your compensation would be with

04:34PM    3    Masecchia for helping distribute the marijuana in the manner

04:34PM    4    you've described your role with the outdoor grows as well as

04:35PM    5    arranging bribe payments from the -- to the defendant?

04:35PM    6    A.   It was a percentage.  It was a percentage of what the

04:35PM    7    outdoor grow would be.  15 to 20 percent, sometimes 25,

04:35PM    8    depending on what the yield was, so whatever the gross was, I

04:35PM    9    would get a percentage of that.

04:35PM   10    Q.   What did you average per year in terms of actual profit?

04:35PM   11    A.   Out there?

04:35PM   12    Q.   What did you --

04:35PM   13    A.   Me?

04:35PM   14    Q.   What did you earn?

04:35PM   15    A.   15 to 20,000.

04:35PM   16    Q.   In terms of the overall organization, was it your

04:35PM   17    understanding Ron Serio had more than just the outdoor grow

04:35PM   18    as an income stream into the organization?

04:35PM   19    A.   Yes.  Much more, yes.

04:35PM   20    Q.   Was your profit based off of the outdoor plant grow?

04:35PM   21    A.   It was.

04:36PM   22    Q.   So not everything that Serio and Masecchia were involved

04:36PM   23    in?

04:36PM   24    A.   No.  Just the work that I put in, what I brought to the

04:36PM   25    table.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

04:36PM    1    Q.  When you first had this conversation with Masecchia, was

04:36PM    2    it shortly before that harvest season was about to commence

04:36PM    3    in '08?

04:36PM    4    A.  Yes.

04:36PM    5    Q.  I'll ask you about the negotiations with this defendant

04:36PM    6    in detail in a moment.  But did this outdoor grow operation

04:36PM    7    you were involved in occur from 2008 all the way through

04:37PM    8    2017, the year Ron Serio got arrested ultimately?

04:37PM    9    A.  Yes.  2008, 2009, that timeframe.  Yes, that's when it

04:37PM   10    started.

04:37PM   11    Q.  Moving forward?

04:37PM   12    A.  Moving forward, yes.

04:37PM   13    Q.  All the way to 2017?

04:37PM   14    A.  Till '17, yes.

04:37PM   15    Q.  Just in terms of the outdoor grow operation, how many --

04:37PM   16    at the two locations, how many plants per year, what was a

04:37PM   17    range of plants that were being harvested?

04:37PM   18    A.  40 to 50.

04:37PM   19    Q.  At each site?

04:37PM   20    A.  Yeah.  I mean, gross was probably about, because you lose

04:37PM   21    some, there was a lot that died, that didn't make it.  Either

04:37PM   22    moldy or what have you.  So 70 to 80 is what you grossed.

04:38PM   23    Q.  So 80 to a hundred plants total.

04:38PM   24    A.  Yeah.

04:38PM   25    Q.  And then 70 to 80 that were good enough to harvest -- to

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

04:38PM    1    grow buds?

04:38PM    2    A.  Exactly, exactly, exactly.

04:38PM    3    Q.  I want to ask you about the first time after you spoke

04:38PM    4    with Masecchia that you had a discussion with this defendant,

04:38PM    5    offering him the $2,000 per month, okay?

04:38PM    6    A.  Okay.

04:38PM    7    Q.  Were you the one who ultimately negotiated the bribes

04:38PM    8    that were paid from Serio and Masecchia to this defendant?

04:38PM    9    A.  Yes.

04:38PM   10    Q.  Did this -- did that involve a process?

04:38PM   11    A.  It did.

04:38PM   12    Q.  Did it occur over time?

04:38PM   13    A.  It did.

04:38PM   14    Q.  How did you arrange the first meeting with the defendant

04:39PM   15    to discuss this issue?

04:39PM   16    A.  Called him.  I said I wanted to get together and talk

04:39PM   17    with him about something.

04:39PM   18    Q.  And did he agree to meet you?

04:39PM   19    A.  Yes.

04:39PM   20    Q.  And do you -- did you meet somewhere?

04:39PM   21    A.  Yes.  I think it was a bar.  It was a bar.  Either

04:39PM   22    downtown or on Hertel, I don't recall.

04:39PM   23    Q.  And describe, you and the defendant get to this bar.  And

04:39PM   24    you broached the topic with him?

04:39PM   25    A.  After a minute, we had a drink.  And then I brought it

04:39PM    1    up.

04:39PM    2    Q.  Describe the conversation from there.

04:39PM    3    A.  Told him who was involved.  Mike, Ron, and --

04:39PM    4    Q.  Did you list all the other people we talked about in

04:39PM    5    terms of involvement, Tomasello, Martone, those people?

04:40PM    6    A.  Not -- not at that point, but eventually.

04:40PM    7    Q.  Okay.  Please continue.

04:40PM    8    A.  Just wanted to get his idea or get his feel on what they

04:40PM    9    had just asked me to propose, which was $2,000 a month.  And

04:40PM   10    he was reluctant at first.

04:40PM   11    Q.  How did you pitch it to him.  What did you say?

04:40PM   12    A.  I said that they had asked me to come forward.

04:40PM   13    Q.  Who is the "they" you're referring to?

04:40PM   14    A.  Again, Mike and Ron, had asked me to reach out regarding

04:40PM   15    the operation that they have, and it's out in Cattaraugus and

04:40PM   16    Angelica.  And it's expanding, and they wanted to know if

04:40PM   17    they could get information if something were to happen.  And

04:40PM   18    they were willing to pay for that and he was reluctant.  He

04:40PM   19    did not want to do that.

04:40PM   20    Q.  At that point, did you explain to the defendant what type

04:40PM   21    of information they were looking for?

04:40PM   22    A.  Yes, if there was an investigation, if somebody was

04:41PM   23    busted, informants, that type thing.  Anything that can

04:41PM   24    infiltrate, ruin the operation.

04:41PM   25    Q.  What did the defendant -- you said the defendant was

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

04:41PM    1    reluctant at first.  What did he -- what do you remember him

04:41PM    2    saying?

04:41PM    3    A.  He was mad.  He said he could lose his career.  He was

04:41PM    4    reluctant.  He didn't want to do it.

04:41PM    5    Q.  Did you explain what Ron Serio's role was?

04:41PM    6    A.  Yes.

04:41PM    7    Q.  What did you say?

04:41PM    8    A.  I told him Ron was the top guy.  He was the one who was

04:41PM    9    cashing everyone out and his -- he had other interests as

04:41PM    10   well.  It was getting ready to expand.

04:41PM    11   Q.  As the conversation progressed, did you explain to him

04:41PM    12   who else was involved?

04:41PM    13   A.  Yes.

04:41PM    14   Q.  Is that when you talked about Tomasello, Martone, and

04:42PM    15   some of those people?

04:42PM    16   A.  The rest of the players, yes.

04:42PM    17   Q.  Did you think if you mentioned more people that the

04:42PM    18   defendant knew, it would help the discussion?

04:42PM    19   A.  Yes.  He would realize that we're all guys from the

04:42PM    20   neighborhood, and you would know them and hopefully have a

04:42PM    21   level of confidence.

04:42PM    22   Q.  As you continued to discuss it with him in this first

04:42PM    23   meeting, did the defendant indicate to you that he would have

04:42PM    24   your back?

04:42PM    25   A.  Yes.

USA v Bongiovanni - Selva - Tripi/Direct - 8/27/24

96

| | | |
|---|---|---|
| 04:42PM | 1 | Q.  How did you get to that point?  Describe the flow of the |
| 04:42PM | 2 | conversation where the defendant said he would have your back |
| 04:42PM | 3 | even though he started off angry. |
| 04:42PM | 4 | A.  He didn't want to participate.  I told him I was |
| 04:42PM | 5 | involved.  He says, I'll have your back if something were to |
| 04:42PM | 6 | happen.  I'd reach out to you, but at this point, he was not |
| 04:42PM | 7 | all in.  He did not want in. |
| 04:43PM | 8 | Q.  So he seemed reluctant? |
| 04:43PM | 9 | A.  He seemed reluctant. |
| 04:43PM | 10 | Q.  By having your back, though, did you understand that to |
| 04:43PM | 11 | mean there would be protection provided? |
| 04:43PM | 12 | A.  Yeah.  I would get tipped off if something were to happen |
| 04:43PM | 13 | to me.  Yes. |
| 04:43PM | 14 | Q.  And would you have told the others in the group? |
| 04:43PM | 15 | A.  Yes. |
| 04:43PM | 16 | Q.  The defendant didn't arrest you on the spot, did he? |
| 04:43PM | 17 | A.  No. |
| 04:43PM | 18 | Q.  Did you try to persuade him in that initial meeting |
| 04:43PM | 19 | regarding his expenses? |
| 04:43PM | 20 | A.  I did. |
| 04:43PM | 21 | Q.  What did you say? |
| 04:43PM | 22 | A.  I says, there's $2,000 a month could help.  Right now you |
| 04:43PM | 23 | have a lot of expenses.  Paying child support.  Your |
| 04:44PM | 24 | maintenance.  This could just be an offset and another source |
| 04:44PM | 25 | of income to help with that. |

04:44PM   1    Q.  Did he indicate to you that this -- the conversation that

04:44PM   2    you and him -- he just had should remain between the two of

04:44PM   3    you?

04:44PM   4    A.  Yes.

04:44PM   5    Q.  How did you end and how did you leave that initial

04:44PM   6    conversation?

04:44PM   7    A.  Told him to think about it.  I'm going to reach back out

04:44PM   8    to Mike and Ron.  But just think about it, and let's get

04:44PM   9    together again.

04:44PM  10    Q.  So you wanted to follow up with Mike and Ron and then

04:44PM  11    circle back with the defendant?

04:44PM  12    A.  Exactly.  Yes.

04:44PM  13              **MR. TRIPI:**  I can keep going five more minutes,

04:44PM  14    Judge.  You wanted me to flag you.  I'm going to another area,

04:44PM  15    that might not be a logical breaking point in the window that

04:45PM  16    you discussed?

04:45PM  17              **THE COURT:**  You'd rather break now?

04:45PM  18              **MR. TRIPI:**  Yeah.

04:45PM  19              **THE COURT:**  Fine, great, terrific.

04:45PM  20              So folks we will now break for the day.

         21              (Excerpt concluded at 4:45 p.m.)

         22                  *     *     *     *     *     *

         23

         24

         25

1

2                    **CERTIFICATE OF REPORTER**

3

4              In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on August 27, 2024.

8

9

10                         s/ Ann M. Sawyer
                           Ann M. Sawyer, FCRR, RPR, CRR
11                         Official Court Reporter
                           U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              **TRANSCRIPT INDEX**

3                **EXCERPT - EXAMINATION OF LOUIS SELVA - DAY 1**

4                            **AUGUST 27, 2024**

5

6      **W I T N E S S**                                    **P A G E**

7      **L O U I S   S E L V A**                              2

8         DIRECT EXAMINATION BY MR. TRIPI:                    2

9

10

11     **E X H I B I T S**                                  **P A G E**

12     GOV Exhibit 215                                        8

13     GOV Exhibit 109AA                                     10

14     GOV Exhibit 143A-1                                    12

15     GOV Exhibit 222J                                      19

16

17

18

19

20

21

22

23

24

25