09:26AM

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JOSEPH BONGIOVANNI,**

Defendant.

Case No. 1:19-cr-227 (LJV)

September 3, 2024

**TRANSCRIPT EXCERPT - EXAMINATION OF PHLYCIA HUNT**
**BEFORE THE HONORABLE LAWRENCE J. VILARDO**
**UNITED STATES DISTRICT JUDGE**

**APPEARANCES:**

**TRINI E. ROSS, UNITED STATES ATTORNEY**
**BY: JOSEPH M. TRIPI, ESQ.**
**NICHOLAS T. COOPER, ESQ.**
**CASEY L. CHALBECK, ESQ.**
Assistant United States Attorneys
Federal Centre, 138 Delaware Avenue
Buffalo, New York 14202
For the Plaintiff

**SINGER LEGAL PLLC**
**BY: ROBERT CHARLES SINGER, ESQ.**
80 East Spring Street
Williamsville, New York 14221
And
**LAW OFFICES OF PARKER ROY MacKAY**
**BY: PARKER ROY MacKAY, ESQ.**
3110 Delaware Avenue
Kenmore, New York 14217
And
**OSBORN, REED & BURKE, LLP**
**BY: JOHN J. GILSENAN, ESQ.**
120 Allens Creek Road
Rochester, New York 14618
For the Defendant

**PRESENT:**

**BRIAN A. BURNS,** FBI Special Agent
**MARILYN K. HALLIDAY,** HSI Special Agent
**KAREN A. CHAMPOUX,** USA Paralegal
**CARLA J. BENZ, ESQ.,** for Phlycia Hunt

**LAW CLERK:**

**REBECCA FABIAN IZZO, ESQ.**

**COURT DEPUTY CLERK:** **COLLEEN M. DEMMA**

**COURT REPORTER:** **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
Robert H. Jackson Federal Courthouse
2 Niagara Square
Buffalo, New York 14202
Ann_Sawyer@nywd.uscourts.gov

* * * * * * *

01:53PM (Excerpt commenced at 1:53 p.m.)

01:53PM (Jury seated at 1:53 p.m.)

01:53PM **THE COURT:** Welcome back. The record will reflect
01:53PM that all our jurors are present.

01:53PM The government can call its next witness.

01:54PM **MR. COOPER:** The government calls Phlycia Hunt,
01:54PM Your Honor.

01:54PM **P H L Y C I A H U N T,** having been duly called and sworn,
01:54PM testified as follows:

01:54PM **MR. COOPER:** May I inquire, Judge?

01:54PM **THE COURT:** Yes, you may.

01:54PM **DIRECT EXAMINATION BY MR. COOPER:**

01:54PM Q. Good afternoon, Ms. Hunt. How are you?
01:54PM A. Good, how are you.
01:54PM Q. Well. Will you introduce yourself to the jury, please?
01:54PM A. My name is Phlycia Hunt. I'm 33 years old, and I'm from
01:55PM Buffalo, New York.

01:55PM Q. Okay. How far did you go in school, Ms. Hunt?
01:55PM A. I graduated high school and did some college.
01:55PM Q. After you graduated from high school, did you start
01:55PM working at that point?
01:55PM A. Yes, I did.
01:55PM Q. In fact were you working before you graduated from high
01:55PM school?
01:55PM A. Yes.
01:55PM Q. Okay. What kind of jobs did you have back then when you
01:55PM were young, a teenager?
01:55PM A. I worked at LaNova Pizzeria, the one on West Ferry and
01:55PM the one on Main Street.
01:55PM Q. And are you familiar with a location called Pharaoh's
01:55PM Gentlemen's Club?
01:55PM A. Yes, I am.
01:55PM Q. Can you tell the jury how you're familiar with that
01:55PM location?
01:55PM A. Pharaoh's is on -- Pharaoh's is on Aero Drive. It is a
01:55PM gentleman's club. And I started working there when I was 18.
01:55PM Q. Okay. And you told us a moment ago you are 33 years old
01:55PM now?
01:55PM A. Yes.
01:55PM Q. When you started working there at about age 18, would
01:56PM that have been -- what year were you born?
01:56PM A. 1990.

01:56PM Q. Would that have been sometime around 2008, when you started working there?
01:56PM A. Yeah.
01:56PM Q. And how did you learn about Pharaoh's Gentlemen's Club?
01:56PM A. I was working at LaNova, and one of the workers there told me that I would probably make a lot of money if I worked at the strip club. And he said that he knew the owner.
01:56PM Q. Okay. Who is the owner of LaNova Pizzeria?
01:56PM A. Joe Todaro.
01:56PM Q. And you said an employee at the pizzeria told you you can make a lot of money working at the strip club?
01:56PM A. Correct.
01:56PM Q. At that point in your life, what age are you?
01:56PM A. I was 17, about to be 18.
01:56PM Q. Okay. Had you ever worked at a strip club before?
01:56PM A. No.
01:56PM Q. Did you ultimately go -- we're going to cover this in more detail later, but did you ultimately go and start working at Pharaoh's?
01:56PM A. Yes.
01:56PM Q. Did that start in our around 2008 or '9?
01:56PM A. Yes, yes.
01:56PM Q. And how long on and off did you work at Pharaoh's after you started?
01:57PM A. On and off for over a decade.

01:57PM Q. Sometime around 2019?
01:57PM A. Correct.
01:57PM Q. We said on and off a moment ago about your employment at Pharaoh's. During that ten-plus years that you worked there, were there times when you didn't even live in Buffalo?
01:57PM A. Yes.
01:57PM Q. Did you go live in Vegas for some time?
01:57PM A. Yes, I did?
01:57PM Q. Okay. But did you come back and go back to Pharaoh's for a period of time after that?
01:57PM A. Yes -- yes, I did.
01:57PM Q. Okay. Do you remember the first day that you walked into Pharaoh's?
01:57PM A. Yes, I do.
01:57PM Q. Can you describe that day for the jury?
01:57PM A. I walked in. I didn't know that, like, you had to have, like, a uniform or high heels, nothing like that, I just walked in, and I asked the day manager if I could have a job there. He said yes, but as a formality, you need to come back when you have an outfit and heels and audition.
01:58PM Q. How old were you when you went there to do that?
01:58PM A. 18.
01:58PM Q. Had you just turned 18?
01:58PM A. Yes.
01:58PM Q. Did you come back after that with the outfit as you

01:58PM described?
01:58PM A. Yes, I did.
01:58PM Q. Did you have a tryout, so to speak?
01:58PM A. Yes.
01:58PM Q. Can you describe just generally what that entailed for
01:58PM the jury?
01:58PM A. They -- you pick a song, they play the song, you go on to
01:58PM the stage, there's two poles, and you dance in front of the
01:58PM manager.
01:58PM Q. Okay. You were ultimately hired as a result of that
01:58PM tryout?
01:58PM A. Yes.
01:58PM Q. Do you know an individual by the name of Peter Gerace?
01:58PM A. Yes, I do.
01:58PM Q. How do you know that person?
01:58PM A. He was the owner of Pharaoh's.
01:58PM Q. Okay. Before you started working at Pharaoh's, had you
01:58PM met Peter Gerace before?
01:58PM A. No.
01:58PM Q. Did you meet him at the club?
01:58PM A. Yes, I did.
01:58PM Q. Can you describe for the jury what you remember about
01:58PM your first meeting with Peter Gerace?
01:58PM A. I met him within the first week of me working there. He
01:59PM came up and introduced himself. And he was -- it was during

01:59PM the day. He was there counting money or something along those lines.
01:59PM Q. Okay. You said he came up and introduced himself?
01:59PM A. Yes, he did.
01:59PM Q. And did he tell you that he had, you know, that he owned the club or that he worked there? Did he tell you anything like that?
01:59PM A. Yes, he introduced himself as the owner of the club.
01:59PM Q. Okay. And was that the only time you ever interacted with him?
01:59PM A. No.
01:59PM Q. Okay. Was that first time you interacted with him?
01:59PM A. Yes.
01:59PM Q. Did you continue working at Pharaoh's after that point?
01:59PM A. Yes, I did.
01:59PM Q. Did you see Peter there at Pharaoh's?
01:59PM A. Yes.
01:59PM Q. Was he there often?
01:59PM A. Yes, he was.
01:59PM Q. Would you interact with him when he was there often?
01:59PM A. Yes, I would.
01:59PM Q. In that early time when you first started working there, can you describe the interactions that you would have with Peter at the club?
01:59PM A. They were, you know, he would come up and talk to me,

01:59PM tell me that I was pretty, give me compliments. Within the
01:59PM first year of working there, him and I -- he took me out to
02:00PM dinner, and him and I became intimate.
02:00PM Q. Okay. Did you at some point begin or engage in a
02:00PM physical relationship with Peter Gerace?
02:00PM A. Yes, I did.
02:00PM Q. Okay. Before you met Peter Gerace, had you ever used
02:00PM cocaine before?
02:00PM A. No.
02:00PM Q. You mentioned that you started at some point being
02:00PM involved in an intimate or physical relationship with him.
02:00PM How old were you when that began?
02:00PM A. 18.
02:00PM **MR. SINGER:** Objection. Relevance.
02:00PM **THE COURT:** Overruled.
02:00PM **BY MR. COOPER:**
02:00PM Q. How old were you when that began?
02:00PM A. 18.
02:00PM Q. Okay. As you sit here today, have you used cocaine
02:00PM before?
02:00PM A. Yes.
02:00PM Q. Once or more than once?
02:00PM A. More than once.
02:00PM Q. Have drugs been a problem for you in your life?
02:00PM A. Yes, they have.

02:00PM Q. Have they caused you some significant hardship?
02:00PM A. Absolutely.
02:00PM Q. Okay. I want to talk to you about the very first time you used cocaine.
02:00PM A. Yes, I do.
02:00PM Q. Do you remember that?
02:00PM A. Yes, I do.
02:00PM Q. Tell this jury about it.
02:00PM A. I was 18 years old. Peter had texted me asking me to come over to his house. At that time he was living above the garage at his grandparents's house in Tonawanda. I went over there, he offered me some alcohol, and we did cocaine. And we slept together that night.
02:01PM Q. Who brought the -- who brought out the cocaine?
02:01PM A. He did.
02:01PM Q. Did you use it?
02:01PM A. Yes, I did.
02:01PM Q. That's the first time you ever used cocaine before?
02:01PM A. Yes.
02:01PM Q. Over the years after that happened, did you begin to use cocaine more frequently?
02:01PM A. Yes.
02:01PM Q. Was that the only time that Peter Gerace ever provided you cocaine?
02:01PM A. No.

02:01PM Q. Did he provide you with cocaine, "he" being Peter Gerace, on a regular basis?
02:01PM A. Yes.
02:01PM Q. Other than cocaine, did Peter Gerace provide you with other drugs?
02:01PM A. Yes.
02:01PM Q. What drugs? Tell the jury.
02:01PM A. Mostly cocaine. But one time -- well, not one time, a few times he brought me Lortabs, which are an opiate. And one time, we had done meth together.
02:02PM Q. Okay. We're going to break some of those down in more detail. But just generally, in your life you've used cocaine before, right?
02:02PM A. Yes.
02:02PM Q. Can you describe for the jury how using cocaine makes you feel? What's the physical effect of it?
02:02PM A. It's a euphoric high. You kind of lose your inhibitions. You get a lot of energy. Some people use it for arousal.
02:02PM Q. Okay. Now I want to speak with you about Lortabs. You described that as an opiate; is that correct?
02:02PM A. Correct.
02:02PM Q. Is the feeling that you get from taking Lortabs different from the feeling that you get from taking cocaine?
02:02PM A. Yes.
02:02PM Q. Can you describe that for the jury?

02:02PM A. With opiates, it's, again, like a euphoric feeling, but it's more of like a downer -- yeah. I don't -- I don't know.
02:02PM Q. Okay. Well, you said the word downer.
02:02PM A. Yeah.
02:02PM Q. Is that a term that you're using to describe your demeanor when you use opiates?
02:03PM A. Yes.
02:03PM Q. Do they make you kind of sleepy looking?
02:03PM A. Yes.
02:03PM Q. Kind of tired looking?
02:03PM A. Yes.
02:03PM Q. In your experience having used these Lortabs as you've described them, can it cause you to fall asleep where you're sitting?
02:03PM A. Yes, many people nod out.
02:03PM Q. Okay. Is there a term for that?
02:03PM A. Nodding out.
02:03PM Q. Okay. Before you worked at Pharaoh's Gentlemen's Club, had you ever used Lortabs before?
02:03PM A. Yes.
02:03PM Q. Okay. You described for the jury a moment ago that Peter Gerace acquired Lortabs and provided them to you; is that correct?
02:03PM A. Yes.
02:03PM Q. Did that happen one time or more than once?

A. More than once.
Q. Okay. And what are we talking about in terms of amounts of Lortabs?
A. A couple times, it was just two or three, there was one occasion though that it was a sandwich baggie full of them.
Q. Have you been addicted to drugs before in your life?
A. Yes, I have.
Q. Did you develop a drug addiction while you were working at Pharaoh's?
A. Yes, I did.
Q. Okay. Can you describe to the best of your ability for the jury how it is that using drugs develops into an addiction?
A. You start using the drug, you like how it makes you feel. And it kind of messes up your brain. It confuses your brain into needing that drug in order to maintain feeling good.
Q. Okay. Compared to your life before you began working at Pharaoh's Gentlemen's Club, did your access to cocaine increase? Was it easier for you to get cocaine once you started working at Pharaoh's?
A. Yes.
Q. Compared to your life before you started working there, did your access to Lortabs expand or become easier?
A. Yes.
Q. Over time, did you become addicted to Lortabs?

02:05PM A. Yes.
02:05PM Q. Did you become addicted to cocaine?
02:05PM A. Yes.
02:05PM Q. When you were hired initially to work at Pharaoh's, what was your job there?
02:05PM A. Exotic dancer.
02:05PM Q. Okay. On a given night at Pharaoh's -- I just want you to estimate, how many different exotic dancers are working at Pharaoh's at one time?
02:05PM A. Up to 20. 25 some nights.
02:05PM Q. Okay. And during the years that you worked at Pharaoh's, did you observe those other dancers that worked there?
02:05PM A. Yes.
02:05PM Q. Did you have conversations with them?
02:05PM A. Yes, I did.
02:05PM Q. Did you get to know some of them?
02:05PM A. Yes.
02:05PM Q. Would it be fair to say that you got to know some of them better than others?
02:05PM A. Yes.
02:05PM Q. Okay. And is there a common area where dancers would get ready before their shifts?
02:06PM A. Yes.
02:06PM Q. Where is that in the club?
02:06PM A. It is directly behind the stage. Do you want me to

explain how to get to it?
Q. Go ahead, yeah.
A. Okay. You walk into the door. On your right-hand side there's a bar that is about, I don't know, 20 -- 50 feet long. And then the stage is right in front of you. If you go around the stage to the right, the dressing room is on your left-hand side all the way in the back. And then the private dance room would be on your left, and there's a smoking area, also, off the back.
Q. Let's talk about that dressing room first.
Was that dressing room where dancers would get ready to go out on stage?
A. Yes.
Q. Could you keep things back in that area?
A. Yes.
Q. Did you have, like, lockers?
A. Yes.
Q. Were there some different ways that you made money working at Pharaoh's Gentlemen's Club?
A. Yes.
Q. Okay. Can you explain for the jury what are the different ways as a dancer that you could make money working at Pharaoh's?
A. You could make money off of doing a set on stage, which is three songs where you gradually take off your clothes.

02:07PM And then there is lap dances, which are private dances held in the back.
02:07PM Q. Okay. And so, first let's start with on stage.
02:07PM Are customers giving you money when you're on stage dancing?
02:07PM A. Yes.
02:07PM Q. And so are you taking that money directly?
02:07PM A. Yes.
02:07PM Q. Does the club make money from you dancing on stage?
02:07PM A. No.
02:07PM Q. Okay. Do you owe the club a certain number of dances at the beginning of your shift?
02:07PM A. Yes.
02:07PM Q. Can you describe that to them?
02:07PM A. They are referred to as house dances. Usually, the first two -- one or two are on the house, which means you go up to the manager or whoever's at the private -- private room, little desk. And they would give you poker chips that coincided with the number of dances that you would do. And --
02:08PM Q. So would the club make money from your stage dances?
02:08PM A. No, not from the stage dances, they would take away your first two private dances.
02:08PM Q. Okay. And so the club made money from the private dances that you would do?

02:08PM A. Correct.
02:08PM Q. Okay. You mentioned something about chips. Who gives you the chips?
02:08PM A. Either the manager or the bouncer.
02:08PM Q. Okay. And so if a customer indicates to you that they would like a private dance, what do you do at that point in order to turn that into money?
02:08PM A. Normally we take them to the bouncer or the manager, and the manager takes their money and gives us poker chips that coincide with the number of dances.
02:08PM Q. Okay. And if -- do you recall as you sit here today how much money a certain private dance costs?
02:09PM A. Not exactly.
02:09PM Q. Okay. Would you keep all of the money, 100 percent of the profit from a private dance?
02:09PM A. No.
02:09PM Q. Did the club get some of the money?
02:09PM A. Yes.
02:09PM Q. Who owned the club?
02:09PM A. Peter Gerace.
02:09PM Q. Okay. On any given night when you worked at Pharaoh's, would you make more money if you did more private dances?
02:09PM A. Yes.
02:09PM Q. Would the club make more money if you did more private dances?

02:09PM A. Yes.
02:09PM Q. During the time that you worked at Pharaoh's, did you ever use drugs inside of Pharaoh's?
02:09PM A. Yes, I did.
02:09PM Q. Once or more than once?
02:09PM A. More than once.
02:09PM Q. Did that happen with regularity while you worked there?
02:09PM A. Yes.
02:09PM Q. Did you know or did you ever observe other dancers using drugs at Pharaoh's?
02:09PM A. Yes, I did.
02:09PM Q. Can you describe for the jury what sorts of drugs you observed other dancers using at Pharaoh's?
02:09PM A. There was a lot of cocaine. There was also girls who were doing opiates or heroin. And they would be nodding out in the dressing room. We would also smoke weed in the smoking area.
02:10PM Q. Okay. You just mentioned that you would see dancers nodding out in the dressing room; do you remember saying that?
02:10PM A. Yes.
02:10PM Q. Is that behavior you just described, nodding out, is that consistent with opiate use in your experience?
02:10PM A. Yes, it is.
02:10PM Q. Is essentially a person losing consciousness?

02:10PM A. Yes.
02:10PM Q. Has that happened to you before?
02:10PM A. Yes.
02:10PM Q. Is it a rare occurrence to see people using drugs at Pharaoh's?
02:10PM A. No.
02:10PM Q. Are you familiar with an upstairs area of Pharaoh's Gentlemen's Club?
02:10PM A. Yes, I am.
02:10PM Q. Okay. Who controlled that upstairs area?
02:10PM A. Peter.
02:10PM Q. Were you allowed to go up there on your own?
02:10PM A. No.
02:10PM Q. Who controlled whether you could go up there?
02:10PM A. Peter.
02:10PM Q. Have you been up there before?
02:10PM A. Yes, I have.
02:10PM Q. I want to talk about the first time you went into that upstairs area, okay?
02:11PM A. Um-hum.
02:11PM Q. Do you recall how long after you started working at Pharaoh's you went upstairs for the first time?
02:11PM A. I would say within the first couple months.
02:11PM Q. Okay. And, so, in that early time, tell the jury about what led you to go upstairs, and what happened when you got

02:11PM there.
02:11PM A. We would go up there. It would be a couple of the
02:11PM dancers. It would also be a couple of Peter's friends. We
02:11PM would go up there and it was kind of, like, an apartment.
02:11PM There was a living room that we would sit on -- or, sit in,
02:11PM and we would pass a plate around and do cocaine and drink.
02:11PM Q. When you say "pass a plate around," can you just explain
02:11PM what you mean by that?
02:11PM A. It's -- it was a usually a plate or a mirror that had
02:11PM cocaine on it, and you would just divvy up lines,
02:11PM essentially, and each person would do it.
02:11PM Q. Okay. Did you observe that happening in the upstairs
02:12PM once or more than once?
02:12PM A. More than once.
02:12PM Q. Did that happen with regularity while you worked at
02:12PM Pharaoh's?
02:12PM A. Yes, it did.
02:12PM Q. Who provided the cocaine that you would use off the
02:12PM plate?
02:12PM A. Peter.
02:12PM Q. Did you see him put the cocaine on the plate during your
02:12PM time there?
02:12PM A. Yes.
02:12PM Q. Can you estimate for this jury about how many times
02:12PM you've used cocaine with Peter Gerace?

A. Close to 100, if not more.

Q. Okay. When you used cocaine with Peter Gerace, who was providing the cocaine?

A. He was.

Q. What's the largest amount of cocaine that you've ever seen Peter in possession of?

A. I think a golf ball size.

Q. Would you see him possess that amount inside of the club at Pharaoh's?

A. Yes.

Q. A few minutes ago when you were testifying, you mentioned that one of the drugs that you've used with Peter was methamphetamine; do you remember saying that?

A. Yes.

Q. Can you describe for this jury the circumstances under which you used methamphetamine with Peter?

A. It was when we were going upstairs once, there was a Pagan biker that went upstairs first.

Once we got upstairs, he had put out a line. It was a white powdery substance, so me and Peter both assumed that it was cocaine. And once we had snorted it, immediately we knew that it was not cocaine 'cuz it burned very badly. And that is -- that coincides with methamphetamine.

Q. Okay. So let's break this down a little bit. By this time, the date that the Pagan biker goes upstairs with you

02:13PM and Peter, had you used cocaine a bunch of times before?
02:13PM A. Yes.
02:13PM Q. Were you familiar with how it felt, like, in your nose
02:13PM when you snorted it?
02:13PM A. Yes.
02:13PM Q. This white line that the Pagan biker laid out, did it
02:13PM feel different?
02:13PM A. Yes.
02:14PM Q. Did it cause you to be intoxicated?
02:14PM A. Yes.
02:14PM Q. Was the high that you got from that white line different
02:14PM from what you had experienced previously with cocaine?
02:14PM A. Yes.
02:14PM Q. Can you describe how so for the jury?
02:14PM A. It's a very -- you get a ton of energy. You don't sleep
02:14PM for days on end. It just makes you very fast at what
02:14PM you're -- whatever you're doing.
02:14PM Q. Did you, in fact, stay up for a long period of time after
02:14PM that?
02:14PM A. Yes, we were both up for four days.
02:14PM Q. When you say we were "both" up, who is the both in that?
02:14PM A. Peter and I.
02:14PM Q. Okay. Do you know a person by the name of Jessica
02:14PM Leyland?
02:14PM A. Yes, I do.

02:14PM Q. How do you know that person?
02:14PM A. She was a dancer at the club as well as me.
02:14PM Q. Did you know Jessica Leyland to be involved in cocaine?
02:14PM A. Yes.
02:14PM Q. Did you know her to give cocaine to other people?
02:14PM A. Yes.
02:14PM Q. Did you know her to use cocaine?
02:14PM A. Yes, yes.
02:14PM Q. Did you know her to sell cocaine?
02:14PM A. Yes.
02:15PM Q. You mentioned that Leyland worked at Pharaoh's; is that correct?
02:15PM A. Yes.
02:15PM Q. Is that where you met her?
02:15PM A. Yes.
02:15PM Q. Did you see her sell cocaine at Pharaoh's?
02:15PM A. Yes, I did.
02:15PM Q. Did that happen one time or more than once?
02:15PM A. Multiple times.
02:15PM Q. Was that a common occurrence?
02:15PM A. Yes.
02:15PM Q. Do you know what amounts Leyland was selling?
02:15PM A. Usually, $20, $40, an 8 Ball.
02:15PM Q. Did you see her sell to customers?
02:15PM A. Yes.

02:15PM Q. Generally, what amounts would she sell to customers?
02:15PM A. Little baggies full of grams.
02:15PM Q. Did you see her sell larger amounts to Peter Gerace?
02:15PM A. Yes.
02:15PM Q. What amounts would you see her sell to Peter Gerace?
02:15PM A. Like two 8 Balls. I don't really know how big they are.
02:15PM But $500 worth, usually.
02:15PM Q. Okay. Have you ever personally participated in buying
02:15PM drugs, cocaine, from Jessica Leyland for Peter Gerace?
02:16PM A. Yes, I have.
02:16PM Q. Can you tell them about it?
02:16PM A. We were -- me and Peter were at Pharaoh's one night, we
02:16PM were drinking, and he was extremely intoxicated. So he
02:16PM handed me $500 and I was instructed to go out back, meet
02:16PM Jessica, and come back with the drugs.
02:16PM Q. Did you do that?
02:16PM A. Yes, I did.
02:16PM Q. Did Jessica have the drugs?
02:16PM A. Yes, she did.
02:16PM Q. Did you give her the money?
02:16PM A. Yes.
02:16PM Q. Did she give you the cocaine?
02:16PM A. Yes.
02:16PM Q. What did you do with the cocaine?
02:16PM A. Gave it to Peter.

02:16PM Q. Did you use it?
02:16PM A. Yes.
02:16PM Q. Did he use it?
02:16PM A. Yes.
02:16PM Q. Did all that happen inside of Pharaoh's?
02:16PM A. Yes.
02:16PM Q. Did you ever know Jessica Leyland to get in trouble with
02:16PM Peter for selling cocaine at Pharaoh's?
02:16PM A. No.
02:16PM Q. Was there a time when you were told that Leyland was
02:16PM getting sloppy with her drug dealing at Pharaoh's?
02:16PM A. Yes.
02:16PM Q. Who told you that?
02:16PM A. Peter.
02:16PM Q. During that conversation, did he say to you, I can't
02:17PM believe she's selling drugs, she's got to stop that?
02:17PM **MR. SINGER:** Object to form.
02:17PM **THE COURT:** Sustained.
02:17PM **BY MR. COOPER:**
02:17PM Q. What -- to the best of your recollection, what did Peter
02:17PM say to you about Jessica's selling of drugs at Pharaoh's?
02:17PM A. That she was getting sloppy. She was doing too much.
02:17PM She had gotten pulled over leaving the club with multiple
02:17PM baggies, individual baggies of cocaine on her front seat.
02:17PM Q. Did Peter Gerace tell you that he was concerned that

02:17PM Leyland was -- did it -- withdrawn.
02:17PM Did it appear to you that Peter Gerace was angry or upset that Jessica was dealing, or concerned that she was going to bring attention to the club?
02:17PM A. That she was making the club hot.
02:17PM Q. What did you say?
02:17PM A. Making the club hot.
02:17PM Q. What's it mean to make the club hot?
02:17PM A. Bringing attention to the club.
02:17PM Q. Based on your participation in that conversation, that's what he was concerned about?
02:17PM A. Yes.
02:17PM Q. Did Peter Gerace ever make statements to you regarding his connections to law enforcement?
02:18PM A. Yes, he did.
02:18PM Q. Can you tell the jury what he said?
02:18PM A. He could make somebody disappear with a phone call.
02:18PM Q. Did Peter Gerace ever tell you that he was friends with a person in federal law enforcement?
02:18PM A. Yes, he did.
02:18PM Q. Do you recall the -- approximately when that conversation occurred or where it occurred?
02:18PM A. No.
02:18PM Q. Did he tell you the person's name?
02:18PM A. No.

02:18PM Q. Okay. Now you mentioned that shortly after you began working at Pharaoh's Gentlemen's Club, you began a physical relationship with Peter Gerace, right?
02:18PM A. Yes.
02:18PM Q. Okay. Was that on and off for a period of time after it started?
02:18PM A. Yes, it was.
02:18PM Q. At some point after that started, did you get married to someone else?
02:18PM A. Yes.
02:19PM Q. Around 2015, did you move to Las Vegas?
02:19PM A. Yes.
02:19PM Q. Did you eventually come back?
02:19PM A. Yes.
02:19PM Q. Okay. At some point in 2018, were you back interacting with Peter Gerace and -- and around Pharaoh's?
02:19PM A. Yes.
02:19PM Q. Okay. I want to speak with you now about the summer of 2018, okay?
02:19PM A. Um-hum.
02:19PM Q. Were you and Peter Gerace in each other's lives at that time?
02:19PM A. Yes.
02:19PM Q. Were you interacting with him?
02:19PM A. Yes.

02:19PM Q. Did there come a time in 2018 when you went to a cottage on Sunset Bay with Peter Gerace?
02:19PM A. Yes.
02:19PM Q. Can you describe for the jury what that was about, what were you going there for?
02:19PM A. It was a party, a gathering of people. We were -- there was drinks there, there was food there. There was games in the back, bike beer pong, flip cups.
02:19PM Q. At this time in your life, in 2018, were you using drugs?
02:19PM A. Yes.
02:19PM Q. Were you using Lortabs?
02:19PM A. Yes.
02:19PM Q. Were you using cocaine?
02:19PM A. Yes.
02:19PM Q. Would you describe yourself, now as you sit here today, as an active drug user back at that time?
02:20PM A. Absolutely.
02:20PM Q. Had you been using drugs and drinking leading up to even going to that Sunset Bay cottage?
02:20PM A. Yes.
02:20PM Q. Who did you go to that Sunset Bay cottage with?
02:20PM A. Peter Gerace.
02:20PM Q. Okay. You described it a moment ago as a party. Were there a bunch of people there when you got there?
02:20PM A. Yes.

02:20PM Q. Did you know everyone who was there?
02:20PM A. No.
02:20PM Q. Did you use any drugs once you got to that cottage party?
02:20PM A. Yes.
02:20PM Q. Can you describe that for the jury?
02:20PM A. Me, Peter, and two other people went upstairs in the cottage and divvied out a few lines of cocaine and we sniffed them.
02:20PM Q. Okay. Do you remember that clearly?
02:20PM A. Yes.
02:21PM **MR. COOPER:** Judge, may I approach the witness?
02:21PM **THE COURT:** Sure.
02:21PM **BY MR. COOPER:**
02:21PM Q. Ms. Hunt, I just want you to take a moment and look at that, look back up at me when you're finished.
02:21PM Do you recognize that?
02:21PM A. Yes.
02:21PM Q. Is that a photo from your trip to the cottage with Peter Gerace?
02:21PM A. Yes, it is.
02:21PM Q. Okay. Are there other people in the photo as well?
02:21PM A. Yes.
02:21PM Q. Does it fairly and accurately depict what you looked like on that day?
02:21PM A. Yes.

02:21PM Q. Does it fairly and accurately depict people you were with at the party at the cottage?
02:21PM A. Yes, it does.
02:21PM Q. Today, this is the not first time you've seen this picture before; is that right?
02:21PM A. No.
02:21PM **MR. COOPER:** May I approach the witness?
02:21PM **THE COURT:** Yes.
02:21PM **MR. COOPER:** Thank you.
02:21PM **BY MR. COOPER:**
02:21PM Q. I'm going to ask you some specific questions now, and I just want to make sure you just answer specifically what I'm asking you. Okay?
02:22PM A. Okay.
02:22PM Q. Did there come a time when law enforcement came and showed you this photograph?
02:22PM A. Yes.
02:22PM Q. Okay. Did they ask you questions about it?
02:22PM A. Yes, they did.
02:22PM Q. Did you talk with them about what you were doing at the cottage that day?
02:22PM A. Yes.
02:22PM **MR. COOPER:** I would offer Government Exhibit 127 into evidence.
02:22PM **MR. SINGER:** No objection.

02:22PM **THE COURT:** Received without objection.

02:22PM **(GOV Exhibit 127 was received in evidence.)**

02:22PM **MR. COOPER:** Ms. Champoux, can we pull up Government Exhibit 127?

02:22PM **BY MR. COOPER:**

02:22PM Q. Do you see that, ma'am?

02:22PM A. Yes, I do.

02:22PM Q. Can you circle yourself in that picture?

02:22PM **MR. COOPER:** Judge, just for the record, the witness made a green circle around an individual with long brown hair towards the center right of the picture.

02:22PM **THE COURT:** Yes. Yes, she did.

02:22PM **MR. COOPER:** Thank you.

02:22PM **BY MR. COOPER:**

02:22PM Q. Ms. Hunt, when law enforcement came and asked you questions about this photograph, did you tell them what you just told this jury about using drugs with other people at the cottage?

02:23PM A. Yes.

02:23PM Q. Did they ask you to circle who you used drugs with at the cottage?

02:23PM A. Yes, they did.

02:23PM Q. Okay. Did you make circles on the paper?

02:23PM A. Yes.

02:23PM Q. Do you see them on Government Exhibit 127?

02:23PM A. Yes, I do.
02:23PM Q. Are those the people that you snorted cocaine with at the cottage on Sunset Bay?
02:23PM A. Yes, they are.
02:23PM Q. Did anybody tell you who to circle?
02:23PM A. No.
02:23PM Q. Anybody suggest that to you?
02:23PM A. No.
02:23PM Q. Did you make it up?
02:23PM A. No.
02:23PM Q. Why did you circle the two people that are in this photo?
02:23PM A. Those were the two people I did drugs with other than Peter.
02:23PM Q. And is Peter in this photo as well?
02:23PM A. Yes, he is.
02:23PM Q. Tell you what, can you draw a nice circle around Peter?
02:23PM Is that what he looked like back in 2018 when you were at the cottage with him?
02:23PM A. Yeah.
02:23PM Q. He's standing right next to you, right?
02:23PM A. Yes.
02:23PM Q. Is he also standing right next to one of the two people that you circled?
02:23PM A. Yes, he is.
02:23PM Q. Did you snort the cocaine at the cottage on Sunset Bay?

02:24PM A. Yes, I did.
02:24PM Q. This guy with the circle over his head on the left with the sunglasses on, did he snort cocaine?
02:24PM A. Yes, he did.
02:24PM Q. Peter in the red shirt, did he snort cocaine?
02:24PM A. Yes.
02:24PM Q. This guy to the right with a circle on his head, did he snort the cocaine?
02:24PM A. Yes, he did.
02:24PM Q. Did anybody throw you handcuffs and bring you to jail after that happened?
02:24PM A. No.
02:24PM **MR. SINGER:** Objection.
02:24PM **THE WITNESS:** No.
02:24PM **THE COURT:** Sorry.
02:24PM **MR. SINGER:** Withdrawn, Judge.
02:24PM **BY MR. COOPER:**
02:24PM Q. Did -- did any of these guys arrest you after you used the cocaine?
02:24PM A. No.
02:24PM Q. Did anybody seem concerned about it?
02:24PM A. No.
02:24PM **MR. COOPER:** Just one, moment please, Judge.
02:24PM **BY MR. COOPER:**
02:25PM Q. Just a few more questions, Ms. Hunt.

02:25PM A few moments ago --

02:25PM **MR. COOPER:** You can take this down, Ms. Champoux.

02:25PM Thank you.

02:25PM **BY MR. COOPER:**

02:25PM Q. A few moments ago, you were describing for us at the club
02:25PM that you would go upstairs and a plate would be passed around
02:25PM to use cocaine.

02:25PM Do you remember describing that?

02:25PM A. Yes, I do.

02:25PM Q. I think you said some of the people that would go up
02:25PM would be dancers like yourself at the time, right?

02:25PM A. Correct.

02:25PM Q. Who were some of the other people, specifically men, that
02:25PM would go upstairs. Not their names, but like who were they
02:25PM in relation to the club?

02:25PM A. They were friends with Peter, Peter's family members.

02:25PM Q. Would customers go upstairs?

02:25PM A. Yeah. But they're also Peter's friends.

02:25PM Q. Okay. So let's -- let's kind of focus in on that for a
02:26PM moment. Have you heard the term VIP before?

02:26PM A. Yes.

02:26PM Q. What's it stand for?

02:26PM A. Very important person.

02:26PM Q. Were there people who were treated as VIPs at -- at
02:26PM Pharaoh's Gentlemen's Club?

02:26PM A. Yes.
02:26PM Q. Were those Peter's friends?
02:26PM A. Yes.
02:26PM Q. Were those the people that got invited to go upstairs and
02:26PM do coke?
02:26PM A. Yes, they were.
02:26PM Q. We've spoken a bit about Jessica Leyland. Does that
02:26PM person have, like, a name that they go by when they work
02:26PM in -- in -- in the club?
02:26PM A. Yes, her dancer name was Charm.
02:26PM Q. Okay. Was Charm closely associated with Peter?
02:26PM A. Yes, she was.
02:26PM Q. Did you see them interact a lot together?
02:26PM A. Yes.
02:26PM Q. Did you know them to get along?
02:26PM A. Yes.
02:26PM Q. Has she known Peter longer than you have?
02:26PM A. Yes, she does.
02:26PM Q. During the time in your life that you were in an intimate
02:27PM relationship with Peter Gerace, did you ever become aware
02:27PM that he was setting up acts of prostitution?
02:27PM A. Yes.
02:27PM Q. I need you to speak up.
02:27PM A. Yes, sorry.
02:27PM Q. That's okay. Can you tell the jury about what you

02:27PM observed?
02:27PM A. At one point, I was at Peter's house. I was sitting next to him on the couch, and a gentleman by the name of Russell Salvatore called, and he asked Peter for a girl for the night.
02:27PM Peter then gave him a price of I believe $500. And he said he would call him back and he got off the phone with him and started calling girls.
02:27PM Q. Okay. Did Peter tell you how much of that money the -- the female or the woman would get to keep?
02:27PM A. I don't recall.
02:27PM Q. Okay. Did you testify at a prior proceeding before?
02:28PM A. Yes.
02:28PM Q. Would looking at your testimony from a prior proceeding help refresh your memory?
02:28PM A. Yes, it would.
02:28PM **MR. COOPER:** So, Mr. Singer, I'm going to show the witness 3583AO, and I'm looking at page 19.
02:28PM Don't read this out loud. Just look at it, specifically line 16 through 20.
02:28PM **MR. SINGER:** Judge, while Ms. Hunt is reading that, I object to relevance. I mean, we've already described this as an act of prostitution. How much she made off of it really is irrelevant at this point.
02:28PM **THE COURT:** No, I'll allow it.

02:28PM **MR. COOPER:** May I approach?
02:28PM **THE COURT:** Yes, you may.
02:28PM **BY MR. COOPER:**
02:28PM Q. Did looking at that refresh your recollection?
02:28PM A. Yes, it did.
02:28PM Q. Do you recall now how much Peter was going to keep and
02:28PM how much the dancer was going to keep?
02:28PM A. Yes.
02:28PM Q. How much?
02:28PM A. Peter would get 500 and the girl would get 300.
02:29PM Q. Did you know Peter Gerace to know Russell Salvatore
02:29PM personally?
02:29PM A. Yes.
02:29PM Q. Had you seen them interact together before?
02:29PM A. Yes, I have.
02:29PM Q. How would you describe their relationship based on your
02:29PM own observations?
02:29PM **MR. SINGER:** Your Honor, object to relevance at this
02:29PM point.
02:29PM **MR. COOPER:** Judge, I'll come up and explain it. I
02:29PM don't want to do a speaking objection.
02:29PM **THE COURT:** Yeah, why don't you come up. Yeah.
02:29PM (Sidebar discussion held on the record.)
02:29PM **MR. COOPER:** So I credit Mr. Singer for consistency.
02:29PM So I have the transcript right in front of me, and we

drew the same objection last time.

The answer that came out last time was:

"How would you describe their relationship?

"Answer: Very friendly. He would -- I would go to dinner with Peter all the time, and I would go -- Russ would take me in the back of Salvatore's, and they were very buddy-buddy."

And then I started to ask a next question, and we approached, and had a discussion about which Russell Salvatore. I indicated that I could probably have her clarify it. But there was no sustained objection on this topic last time.

I don't plan to go any further than they were close friends. I expect -- what I expect, Judge, that the -- on summation, maybe on cross of this witness, the suggestion is going to made that she's making these things up. And so the details that corroborate her account, like whether they knew each other or not, whether they went to dinner at his restaurant all the time, are relevant.

I'm not going to spend a lot of time on it, but it's -- so, she's saying that Peter arranged for a prostitution act with Russell Salvatore.

It tends to make that more likely if Peter and Russell Salvatore know each other. In fact, if they're buddy-buddy like she describes, that's much more likely than

02:30PM if that didn't exist.

02:30PM **THE COURT:** But why isn't it right?

02:30PM **MR. SINGER:** I think this is just gratuitous. It's gratuitous. It's not what this case is about, Judge. I mean, I think there are relevance -- that there are grounds to sustain the objection on relevance grounds.

02:30PM The only thing they need to get out to fulfill the indictment grounds is that an act of prostitution occurred. There's no way for me to cross on this. All right?

02:31PM Like last time, I didn't go out and cross her on that, and I'm not going to do that now.

02:31PM So it's in evidence. Let's just move on past this.

02:31PM **MR. COOPER:** Well, I'm allowed to corroborate my own evidence. It's not excessive or gratuitous. It's one question about whether these two people knew each other.

02:31PM It's more likely that he set up an act of prostitution with someone that he knew than with someone that he didn't know.

02:31PM **THE COURT:** I'll allow that one question. That's it.

02:31PM **MR. COOPER:** Thank you, Judge.

02:31PM (End of sidebar discussion.)

02:31PM **THE COURT:** The objection is overruled to that one question.

02:31PM **MR. COOPER:** Thank you, Judge.

02:31PM **BY MR. COOPER:**

02:31PM Q. Based on your own observations, did -- what was the relationship between Peter Gerace and Russell Salvatore?

02:31PM A. They were very close friends.

02:31PM Q. Okay.

02:32PM **MR. COOPER:** I have no further direct, Judge. Thank you.

02:32PM **THE COURT:** Cross, Mr. Singer?

02:32PM **MR. SINGER:** Thank you, Judge.

02:32PM

02:32PM **CROSS-EXAMINATION BY MR. SINGER:**

02:32PM Q. Hello, Ms. Hunt.

02:32PM A. Hello.

02:32PM Q. So just to review a couple things from your direct testimony, so you worked at Pharaoh's Gentlemen's Club as a dancer; is that right?

02:32PM A. Dancer and a bartender.

02:32PM Q. And a bartender, correct?

02:32PM And the times that you worked as a dancer and bartender were kind of intermixed?

02:32PM A. Yes.

02:33PM Q. And so you said that you first started working at Pharaoh's in 2008; is that right?

02:33PM A. 2000 -- between 2008 and 2009.

02:33PM Q. Okay.

02:33PM A. I was 18.
02:33PM Q. So somewhere between 2008 and 2009?
02:33PM A. Um-hum.
02:33PM Q. And then you said that you worked there until you moved out to Vegas; is that right?
02:33PM A. Yes.
02:33PM Q. And you moved out to Vegas in 2015, correct?
02:33PM A. Correct.
02:33PM Q. And you stayed out there roughly for about a year or more?
02:33PM A. Yeah.
02:33PM Q. And then eventually you made your way back to Buffalo; is that right?
02:33PM A. Correct.
02:33PM Q. And when you went got back to Buffalo, you started working at Pharaoh's again?
02:33PM A. Correct.
02:33PM Q. When was it that you started working at Pharaoh's again when you moved back to Buffalo?
02:33PM A. Almost immediately after.
02:33PM Q. Okay. Do you remember the year, roughly?
02:33PM A. I don't.
02:33PM Q. Okay. Was it sometime, you said you moved to Vegas sometime in 2015?
02:33PM A. Um-hum.

02:33PM Q. You stayed there roughly for about a year or so?
02:33PM A. Yeah. Yeah. Either, late 2016, early 2017.
02:34PM Q. Okay. So, you first worked at the club for a stint
02:34PM between 2008 to sometime in 2015?
02:34PM A. Repeat that?
02:34PM Q. Sorry.
02:34PM A. Can you repeat that?
02:34PM Q. Sure. So, the first stint of you working at Pharaoh's
02:34PM Gentlemen's Club was between 2008 to sometime in 2015?
02:34PM A. Correct.
02:34PM Q. And then the second time you worked there was sometime
02:34PM either 2016 or 2017 until 2019?
02:34PM A. Correct.
02:34PM Q. All right. How many days a week did you work at
02:34PM Pharaoh's Gentlemen's Club when you were working the club in
02:34PM the first stint, from the '08, '09 to 2015?
02:34PM A. I would usually work day shift three days a week. And
02:34PM sometimes Friday on Saturday, sometimes only Friday,
02:34PM sometimes only Saturday.
02:34PM Q. Okay. So two to three days a week is the amount of time
02:34PM you worked there?
02:34PM A. More like four.
02:34PM Q. Four days?
02:34PM A. Yeah.
02:34PM Q. So four days a week you worked there between '08, '09 to

02:35PM 2015, right?
02:35PM A. Um-hum.
02:35PM Q. And you worked day shift during that period of time?
02:35PM A. Not all of the time. But a chunk of it, yeah.
02:35PM Q. Okay. So, sometimes you worked day shift?
02:35PM A. Um-hum.
02:35PM Q. And sometimes you worked night shift during that period?
02:35PM A. Yes.
02:35PM Q. And do you recall that you also worked on the weekdays and the weekends; is that right?
02:35PM A. Yes.
02:35PM Q. And you testified that you knew Peter Gerace pretty well, correct?
02:35PM A. Correct.
02:35PM Q. I think you started up a relationship with him at some point after 2008, 2009; is that right?
02:35PM A. Yes.
02:35PM Q. When was it that you first started dating him or -- or seeing him?
02:35PM A. Within the first year of me working at the club.
02:35PM Q. Okay. And that naturally would have brought you guys a little closer together, right?
02:35PM A. Yes.
02:35PM Q. You would have spent time both at work at Pharaoh's but also spent time together outside of work; is that right?

02:35PM A. Correct.
02:35PM Q. And so as far as that first time period that we're talking about, you never saw that man at Pharaoh's Gentlemen's Club during that time period, correct?
02:36PM A. Correct.
02:36PM Q. And you never saw him out with Peter Gerace during that time period between 2008 to 2015, correct?
02:36PM A. Yes.
02:36PM Q. Okay. So the second time period you talked about was sometime between 2016, '17, you got back to Buffalo, right?
02:36PM A. Um-hum.
02:36PM Q. And then you continued to work at Pharaoh's Gentlemen's Club till about 2019?
02:36PM A. Yes.
02:36PM Q. And what was your work schedule like during that second stint?
02:36PM A. I was mostly working as a bartender, and I was working sometimes five, six days a week.
02:36PM Q. So you worked a little more frequently during this period than you did the first stint?
02:36PM A. Correct.
02:36PM Q. You mentioned you were working as a bartender. Were you working as a bartender and dancer as well, or just a bartender?
02:36PM A. Just a bartender.

02:36PM Q. Were you working day shift, night shift, what was your schedule like?
02:36PM A. It was mixed.
02:36PM Q. So there's some periods where you worked days?
02:37PM A. Yes.
02:37PM Q. There were some periods where you worked nights?
02:37PM A. Yes.
02:37PM Q. That was during that five- to six-day-a-week schedule that you -- you kept?
02:37PM A. Yes.
02:37PM Q. Would you work there on the weekends?
02:37PM A. Yes.
02:37PM Q. Would you work there on the weekdays?
02:37PM A. Yes.
02:37PM Q. And during that period of time, you stated, I guess, you got back into a relationship in some capacity with Peter Gerace?
02:37PM A. Yes.
02:37PM Q. Did you guys start dating at first again, or were you just kind of hanging out?
02:37PM A. Just hanging out.
02:37PM Q. And did it progress into something a little more serious?
02:37PM A. Yes.
02:37PM Q. And so during that time period, how soon was it when you started working at Pharaoh's Gentlemen's Club in that 2016 or

02:37PM '17 time period that you started hanging out more with Peter
02:37PM Gerace on a social basis?
02:37PM A. I almost immediately moved in with him.
02:37PM Q. Okay. So just like the last time in your relationship
02:37PM with him, you would hang out with him outside of work,
02:37PM correct?
02:37PM A. Yes.
02:37PM Q. And as far as that man at the table that was sitting next
02:37PM to, you never saw him at Pharaoh's Gentlemen's Club during
02:38PM that second stint that you work at Pharaoh's Gentlemen's
02:38PM Club, correct?
02:38PM A. I don't remember.
02:38PM Q. And as far as the gentleman's concerned on a social
02:38PM basis, you testified on direct that you saw him one day at
02:38PM Sunset Bay when you went to that cottage, correct?
02:38PM A. Correct.
02:38PM Q. But you didn't see any other days other than that,
02:38PM correct?
02:38PM A. I do not remember.
02:38PM Q. Okay. And as far as the Sunset Bay day is concerned,
02:38PM that was the first time you had ever seen him to the best of
02:38PM your recollection, correct?
02:38PM A. That was the first time I was introduced to him, yeah.
02:38PM Q. Okay.
02:38PM A. Yeah. I don't remember if I had seen him before.

02:38PM Q. Okay. So -- so, it's the first time that you remember ever seeing that person in your life, correct?
02:38PM A. Yes.
02:38PM Q. Okay. So, you spoke a little bit about Peter Gerace and what you observed when you were dating him or working with him, and I wanted to get a little bit into that.
02:39PM So as far as Pharaoh's Gentlemen's Club was concerned, you testified on direct that the largest amount of cocaine that you saw Mr. Gerace with at Pharaoh's was roughly something the size of a golf ball; is that right?
02:39PM A. Correct.
02:39PM Q. But you never saw him with anything else in excess of that?
02:39PM A. No.
02:39PM Q. And when you saw him in possession of that quantity that you made, you made that observation in the upstairs; is that right?
02:39PM A. Correct.
02:39PM Q. Okay. You didn't see him possess that quantity of cocaine downstairs, correct?
02:39PM A. No. At his house?
02:39PM Q. Okay. So, I'm talking about Pharaoh's right now.
02:39PM A. Okay.
02:39PM Q. So, in Pharaoh's, the only time you saw him possess that quantity of cocaine, that golf-ball amount that you testified

02:39PM on direct, that was in the upstairs part of Pharaoh's, correct?
02:39PM A. Correct.
02:39PM Q. Okay. And then you said you also saw him possess some cocaine at his house?
02:39PM A. Correct.
02:39PM Q. All right. So you were out in Vegas for about a year or two, right?
02:40PM A. Um-hum.
02:40PM Q. And during your time at Pharaoh's, you met up with a person by the name of Vegas Phil; is that correct?
02:40PM A. Correct.
02:40PM Q. And Vegas Phil is a person by the name of Phil Domiano?
02:40PM A. Correct.
02:40PM Q. And at the time that you met Phil Domiano, he was somebody who was working at Pharaoh's; is that correct?
02:40PM A. Correct.
02:40PM Q. He was a manager; is that right?
02:40PM A. Correct.
02:40PM Q. And that was sometime before you left to go to Vegas; is that correct?
02:40PM A. Yes.
02:40PM Q. And he was somebody that you knew to be a friend of Peter Gerace; is that right?
02:40PM A. Yes, he was.

Q. And he was somebody who you knew to be a supplier of cocaine for Peter Gerace; is that right?
A. Correct.
Q. In fact, when you went out to Vegas in 2015, did Peter tell you, hey, if you need to get some cocaine out there, contact Vegas Phil; you know him?
A. Yes.
Q. All right. So I want to talk a little bit about the Sunset Bay cottage.

**MR. SINGER:** So, Ms. Champoux, would you mind putting up Government Exhibit 127 onto the screen, please. If you could expand. Thank you very much, Ms. Champoux.

**BY MR. SINGER:**

Q. All right. So Mr. Cooper asked you a couple questions on direct about this one photograph; do you remember that?
A. Um-hum.
Q. All right. So when was it that you recall that you went to this -- this cottage at Sunset Bay?
A. It was in the summer.
Q. Do you remember what year?
A. Not off the top of my head, no.
Q. How was it that you got to the cottage at Sunset Bay?
A. Peter drove us.
Q. Do you remember what car he drives?
A. His SUV Maserati.

02:41PM Q. So he had an SUV Maserati?
02:41PM A. Correct.
02:41PM Q. And Mr. Cooper talked to you a little bit on direct about how you had been using some alcohol and drugs before you went up to the cottage; is that right?
02:42PM A. Yes.
02:42PM Q. I want to get a little more into that so we that can understand exactly what was going on.
02:42PM So before we get into the drug use, you didn't get any sleep prior to going to the cottage that day; is that correct?
02:42PM A. Correct. Not that night before, yeah.
02:42PM Q. So the day of the cottage, I know you don't remember exactly when it was, but the night before you left to go to the cottage, you didn't sleep that entire night, correct?
02:42PM A. Correct.
02:42PM Q. You were up partying with Peter Gerace at that point in time, correct?
02:42PM A. Correct.
02:42PM Q. And you guys were both using drugs and alcohol that whole night?
02:42PM A. Um-hum.
02:42PM Q. And I think Peter at one point in time, he stopped drinking so that he could get some rest so he could actually drive to the cottage; is that right?

02:42PM A. Yes.
02:42PM Q. And that didn't stop you from continuing on, correct?
02:42PM A. I stopped drinking heavily, yeah.
02:43PM Q. Okay. And when was it that you stopped drinking that morning?
02:43PM A. I don't recall.
02:43PM Q. It was sometime after midnight, though, correct?
02:43PM A. Yes.
02:43PM Q. Was it sometime after 2 a.m.?
02:43PM A. I do not know. I don't remember.
02:43PM Q. Did you -- did you stop drinking when the sunset arrived that -- that day you went to the cottage?
02:43PM A. Did I what? I'm sorry?
02:43PM Q. Did you stop drinking when the sun rose that same day you left to go to the cottage?
02:43PM A. I don't remember.
02:43PM Q. As far as the -- the -- the day before, when was it that you started partying with Peter?
02:43PM A. The day before.
02:43PM Q. Yeah, and that's what I'm getting at.
02:43PM So, it was before midnight that you started partying with Peter, correct?
02:43PM A. Correct.
02:43PM Q. Was it dinnertime that you started partying with Peter?
02:43PM A. I do not remember.

02:43PM Q. Was it lunchtime that you started partying with Peter?
02:43PM A. No, it was after lunch.
02:43PM Q. So it was after lunch?
02:43PM A. Yeah.
02:43PM Q. Do you remember was it still light outside when you started partying with Peter?
02:44PM A. I do not remember.
02:44PM Q. And -- and you were using alcohol that day, correct?
02:44PM A. Correct.
02:44PM Q. Do you remember how many drinks you had between the time that you started that evening the day before you left for the cottage and the time you stopped drinking sometime in the morning?
02:44PM A. I don't remember.
02:44PM Q. Do you remember if you were drinking hard alcohol?
02:44PM A. No. I don't remember. It was a mix of beer and alcohol.
02:44PM Q. So there was both beer and alcohol you were drinking that day before?
02:44PM A. I believe so, yes.
02:44PM Q. And both of you were also using drugs; is that correct?
02:44PM A. Yes.
02:44PM Q. Were you using cocaine with Peter Gerace?
02:44PM A. Yes.
02:44PM Q. How many lines of cocaine do you think you consumed that evening to the morning when you stopped?

02:44PM A. I don't remember exactly how many.
02:44PM Q. Were you using any other type of narcotics other than cocaine?
02:44PM A. A few hours before we went to Sunset, I did do, like, two or three Lortabs.
02:45PM Q. Yeah. And I guess before we get to that, Ms. Hunt, I'm talking about that -- that evening to morning period.
02:45PM A. Um-hum.
02:45PM Q. Did you use any type of other narcotics other than cocaine?
02:45PM A. No.
02:45PM Q. Did you smoke any marijuana that you can remember?
02:45PM A. No.
02:45PM Q. All right. So, after finishing off -- after Peter stops and you stop eventually as well, you don't go to bed, correct?
02:45PM A. Correct.
02:45PM Q. But you recall that before you left to go to the cottage, you consumed two to three Lortabs; is that right?
02:45PM A. Correct.
02:45PM Q. Okay. And just like you testified on direct, those were a downer, correct?
02:45PM A. Correct.
02:45PM Q. They're something that make you less alert, right?
02:45PM A. Correct.

02:45PM Q. Do you recall what you had for breakfast that morning before you left for the cottage?
02:45PM A. I do not.
02:45PM Q. Do you recall if you had any breakfast?
02:45PM A. I do not.
02:46PM Q. Do you recall if you were hung over that morning?
02:46PM A. I was not.
02:46PM Q. You were not?
02:46PM A. Um-hum.
02:46PM Q. Do you recall what time you left your -- or Peter's house to go to the cottage in Sunset Bay?
02:46PM A. Sometime in the early afternoon.
02:46PM Q. Do you recall when you arrived at Sunset Bay?
02:46PM A. Sometime in the afternoon.
02:46PM Q. When you got to the party at Sunset Bay, you mentioned that there were a bunch of people there, right?
02:46PM A. Um-hum.
02:46PM Q. You mentioned that there were a lot of people who were playing drinking games?
02:46PM A. Correct.
02:46PM Q. And when you arrived at the party, the cocaine wasn't the first thing that you consumed, correct?
02:46PM A. Correct.
02:46PM Q. You started drinking alcohol, correct?
02:47PM A. Correct.

02:47PM Q. Just like everybody else?
02:47PM A. Correct.
02:47PM Q. And you started drinking hard liquor at the time, correct?
02:47PM A. I do not recall, I you don't remember?
02:47PM Q. Don't remember?
02:47PM A. No.
02:47PM Q. Do you remember consuming any type of Crown Royal that day?
02:47PM A. Yes. Me and Peter had brought -- well, Peter had brought a bottle of Crown, but I was not consuming it right away.
02:47PM Q. Do you remember Peter eventually making you a mixed drink with Crown Royal?
02:47PM A. Eventually, yes.
02:47PM Q. And you didn't prepare this drink, correct?
02:47PM A. Correct.
02:47PM Q. Peter was the one who prepared it for you?
02:47PM A. Correct.
02:47PM Q. And this drink was in, like, a red Solo cup; is that right?
02:47PM A. Correct.
02:47PM Q. And this one particular drink, do you know how much Crown Royal Peter put into it?
02:47PM A. No, I do not.
02:47PM Q. Do you recall if you tasted the Crown Royal in the mixed

02:47PM drink he made you?
02:47PM A. No, I do not.
02:47PM Q. Do you recall if it was a mixed drink at all, or if it
02:47PM was just Crown Royal on the rocks?
02:47PM A. It was a mixed drink.
02:48PM Q. It was a mixed drink? Do you remember what the mixer
02:48PM was?
02:48PM A. Cranberry and Crown.
02:48PM Q. Okay. And you started consuming that drink as well?
02:48PM A. Correct.
02:48PM Q. And you finished that drink, correct?
02:48PM A. I do not know.
02:48PM Q. You don't know?
02:48PM A. No, I don't know if I finished it or not.
02:48PM Q. You just can't remember as you sit here today?
02:48PM A. Correct.
02:48PM Q. So, do you know how many Crown Royal and cranberries you
02:48PM consumed prior to using cocaine on that day?
02:48PM A. I don't recall.
02:48PM Q. Do you know how long you were at the party before you
02:48PM consumed cocaine that day?
02:48PM A. It was very shortly after I got there.
02:48PM Q. So it was a short time afterwards?
02:48PM A. Correct.
02:48PM Q. All right. So, as far as substance abuse is concerned,

and Mr. Cooper went through it. I don't want to bash you or anything, ma'am, I just want to get the facts out before the jury. Okay?
A. Yeah.
Q. So you first started abusing illegal substances when in your life?
A. I started smoking weed when I was 17.
Q. And when you become an adult and you start working at Pharaoh's, your use of marijuana was something that continued, correct?
A. Correct.
Q. You used marijuana during that period of time; is that right?
A. Correct.
Q. And you continued to use marijuana until you went to Las Vegas, correct?
A. Correct.
Q. You continued to use marijuana when you lived in Vegas, correct?
A. Correct.
Q. And when you got back to Buffalo in 2016, 2017, you continued to use marijuana then; is that right?
A. Correct.
Q. Would you use marijuana when you were working at Pharaoh's Gentlemen's Club?

02:49PM A. Yes.
02:49PM Q. Would you use it when you were not working and outside the club?
02:49PM A. Yes.
02:49PM Q. As far as cocaine was concerned, you mentioned that you first started using cocaine when you were 18; is that right?
02:49PM A. Um-hum.
02:49PM Q. How much cocaine would you use during that first stint that you worked at Pharaoh's between 2018, 2009, to '15?
02:49PM A. I never really bought it. It was always just given to me. I would do a couple bumps, a few lines.
02:50PM Q. And that was when you worked at Pharaoh's?
02:50PM A. Yes.
02:50PM Q. And then when you were with Mr. Gerace, you would also use cocaine; is that right?
02:50PM A. Yes.
02:50PM Q. And when you were not with Mr. Gerace, would you also use cocaine when you were not with him outside the club?
02:50PM A. Seldomly, yeah.
02:50PM Q. When you were out in Vegas, did you continue to use cocaine?
02:50PM A. No.
02:50PM Q. When you returned to Buffalo, did you start using cocaine again?
02:50PM A. Yes.

02:50PM Q. As far as Lortabs are concerned, you mentioned that you used Lortabs; is that right?
02:50PM A. Um-hum.
02:50PM Q. Was that the only opiate that you've used in your life?
02:50PM A. No.
02:50PM Q. When was it you first started using Lortabs?
02:50PM A. I did one Lortab when I was in high school. Probably 17 years old. And then I would say 2014 is when I started doing them again with my ex-husband.
02:51PM Q. Okay. So you started using them roughly in 2014. And then did you continue to use them from 2014, onward?
02:51PM A. Yes.
02:51PM Q. And you mentioned that you used other type of opiates in your life; is that right?
02:51PM A. Correct.
02:51PM Q. What other type of opiates did you use, ma'am?
02:51PM **MR. COOPER:** Can we just get a timeframe, Judge? I object to the general question.
02:51PM **THE COURT:** I'm sorry, it's a timeframe you're asking for?
02:51PM **MR. COOPER:** Yeah, I would ask for a more specific question. I object to the form of this question.
02:51PM **THE COURT:** Sustained to the form, but you can answer.
02:51PM **MR. SINGER:** Let me ask this first.

**BY MR. SINGER:**

Q. What other type of opiate did you use besides Lortabs?

**THE COURT:** Ever in her life?

**MR. SINGER:** Yes, Judge.

**THE COURT:** Okay. Yeah. That's fair.

**THE WITNESS:** Ever in my life? I've used Roxicodone. I've used oxycodone. I've used fentanyl.

**BY MR. SINGER:**

Q. So let's start with the oxycodone. When was it that you first started using oxycodone?

A. Not until 2014.

Q. And kind of like Lortabs, you continue to use oxycodone from 2014 onward?

A. Correct.

Q. As far as fentanyl is concerned, when was it that you first used fentanyl?

A. I first used fentanyl when I was 32. So, that was just last year.

Q. Okay. So just last year?

A. Yes.

Q. You would inject the fentanyl when you used it?

A. No.

Q. How would you consume it?

A. I would freebase it.

Q. Okay. When you were using oxycodone, those are pills,

02:52PM correct?

02:52PM A. Correct.

02:52PM Q. Kind of like Lortabs?

02:52PM A. Correct.

02:52PM Q. When you used oxycodone, how many pills would you consume in one session?

02:52PM A. I don't really remember. I -- my husband supplied them for me. And we would just sniff a pill every couple hours or I don't -- it differed.

02:53PM Q. Okay. And so I think you were a continuous abuser of drugs until about 2019; is that right?

02:53PM A. Correct.

02:53PM Q. And eventually you got yourself into rehab; is that right?

02:53PM A. Correct.

02:53PM Q. I think there was a period where you got clean, ma'am; is that right?

02:53PM A. Correct.

02:53PM Q. Unfortunately that -- that's something that didn't last; is that right?

02:53PM A. Correct.

02:53PM Q. I think you started using again this spring?

02:53PM A. Correct.

02:53PM Q. What drugs were you abusing this spring?

02:53PM A. I was smoking crack cocaine. And I was also using

02:53PM fentanyl.
02:53PM Q. Okay. Are you clean now?
02:53PM A. Yes, I am.
02:53PM Q. When was it that you started rehab?
02:53PM A. May 7th.
02:54PM Q. Okay. And you've kept clean ever since then?
02:54PM A. Yes.
02:54PM Q. Good. So as far as the various substances that we've gone over, you would agree with me that -- that a person who uses Lortabs like you did, use of Lortabs is something that's going to affect a person's ability to perceive events correctly, correct?
02:54PM A. Not really. No, not for me. It didn't really affect my -- like my memory or, you know, I was usually -- Lortabs and stuff usually get me, like, woken up. I wasn't one of the people that would use it to, like, nod out.
02:54PM Q. So you testified earlier that -- that opiates, they're a type of downer, right?
02:54PM A. Correct. But they don't affect everyone the same way.
02:54PM Q. Okay. So they effect you differently?
02:54PM A. Yes.
02:54PM Q. So when you take Lortabs, you're telling the jury that -- that you're actually more alert?
02:54PM A. Correct.
02:54PM Q. And you're more able to perceive events than you normally

02:55PM would be?
02:55PM A. Correct.
02:55PM Q. And you're -- you're more able to record those events
02:55PM into your memory?
02:55PM A. Correct.
02:55PM Q. So, as far as cocaine is concerned, when you take
02:55PM cocaine, you would agree with me that that's another type of
02:55PM drug that would prevent you from perceiving events correctly,
02:55PM right?
02:55PM A. No. Cocaine is an upper so cocaine would make me more
02:55PM alert.
02:55PM Q. So when you use cocaine, you're telling the jury that you
02:55PM become better at perceiving events than when you're sober?
02:55PM A. I wouldn't say better. I would say that it makes you
02:55PM more alert to see certain things that you wouldn't normally
02:55PM see when you were sober.
02:55PM Q. So, when you use cocaine, does cocaine affect your
02:55PM memory?
02:55PM A. No, it does not.
02:55PM Q. It doesn't affect your memory?
02:55PM A. No, it does not.
02:55PM Q. And it also doesn't affect your ability to perceive
02:55PM events correctly?
02:55PM A. Correct.
02:55PM Q. When you use alcohol, how about that? When you're using

02:56PM alcohol, would you agree with me that when you use alcohol
02:56PM and consume alcohol, it effects your ability to perceive
02:56PM events correctly?
02:56PM A. Correct.
02:56PM Q. And when you use alcohol, would you agree with me that
02:56PM affects your memory of events?
02:56PM A. Correct.
02:56PM Q. Okay. As far as oxycodone is concerned, is that
02:56PM something that affects your ability to perceive events
02:56PM correctly?
02:56PM A. No. Those do not affect me the way that Lortabs do.
02:56PM Q. All right. How about your memory? When you take
02:56PM oxycodone, is it something that affects your memory?
02:56PM A. No.
02:56PM Q. It doesn't affect your memory?
02:56PM A. No.
02:56PM Q. How about fentanyl, is that something that affects your
02:56PM ability to perceive events correctly?
02:56PM A. No.
02:56PM Q. No, it doesn't?
02:56PM A. No, it does not.
02:56PM Q. How about memory, when you take fentanyl, is that
02:56PM something that affects your ability to memorize events
02:56PM correctly?
02:56PM A. No, it doesn't.

02:56PM Q. No, it doesn't?
02:56PM A. No.
02:56PM Q. So, when you're taking Lortabs or cocaine or oxycodone or fentanyl, it's your testimony that you can perceive events the same way as when you're sober?
02:57PM **MR. COOPER:** I would object, Judge, argumentative and that's a compound question as well.
02:57PM **THE COURT:** Sustained to the compound. I don't think it's argumentative, but -- but it is a compound question.
02:57PM So, break it down, please.
02:57PM **BY MR. SINGER:**
02:57PM Q. All right. Just so to review, Ms. Hunt, so when you take Lortabs, it's your testimony today that you can perceive events just the same way as when you're sober?
02:57PM **MR. COOPER:** Objection, asked and answered. We literally just went through this whole line.
02:57PM **MR. SINGER:** If I have to break that down, I have to break it down.
02:57PM **THE COURT:** Overruled.
02:57PM **THE WITNESS:** I'm sorry, can you repeat that?
02:57PM **BY MR. SINGER:**
02:57PM Q. Certainly. When you take Lortabs, it is your testimony today that you can perceive events the same way as when you're sober, correct?
02:57PM A. Yes.

02:57PM Q. That you can memorize the same -- you can memorize events the same way as when you're sober, correct?
02:57PM A. Correct.
02:58PM Q. When you take cocaine, it is your testimony today that you can perceive events the same way as when you're sober?
02:58PM A. Correct.
02:58PM Q. And you can memorize events the same way as when you're sober, too, correct?
02:58PM A. Correct.
02:58PM Q. When you take oxycodone, it is your testimony today that you can perceive events the same way as when you're sober?
02:58PM Oxycodone.
02:58PM A. Um-hum.
02:58PM Q. You can perceive events the same way as when you're sober, correct?
02:58PM A. Um-hum.
02:58PM Q. And you can memorize events the same way as when you're sober?
02:58PM A. Correct.
02:58PM Q. When you take fentanyl, it's your testimony today that you can perceive events the same way as when you're sober?
02:58PM A. Correct.
02:58PM Q. And you can memorize events the same way as when you're sober, too?
02:58PM A. Correct.

02:58PM Q. But alcohol is a little bit of a different story; is that right?
02:58PM A. Correct.
02:58PM Q. Alcohol does affect your ability to perceive events correctly?
02:58PM A. Correct.
02:58PM Q. And alcohol does affect your ability to memorize events correctly?
02:58PM A. Correct.
02:58PM Q. So at Sunset Bay, let's go back to that.
02:58PM You were consuming alcohol that day, correct?
02:58PM A. Correct.
02:58PM Q. And so you would agree with me that based on your consumption of alcohol, your ability to perceive events that day was impaired, right?
02:58PM A. Correct.
02:58PM Q. And you'd agree with me that because you consumed alcohol that day, your ability to memorize events was impaired, too, correct?
02:59PM A. Correct.
02:59PM Q. So in this one particular picture, you identified Peter Gerace as the person in the red shirt right here; is that correct?
02:59PM A. Correct.
02:59PM Q. And he drove you down to Sunset Bay to the best of your

02:59PM recollection; is that right?
02:59PM A. Correct.
02:59PM Q. This particular picture, was this taken before you used
02:59PM cocaine or after you used cocaine?
02:59PM A. I don't recall.
02:59PM Q. You don't recall?
02:59PM A. No.
02:59PM Q. Was it something that was taken right off the start of
02:59PM the party, when you arrived?
02:59PM A. No.
02:59PM Q. So I think you testified that you used cocaine pretty
02:59PM close in time to when you arrived; is that right?
02:59PM A. Correct.
02:59PM Q. But you don't remember when this picture was taken,
02:59PM whether it was before or after the cocaine use?
02:59PM A. It was after.
02:59PM Q. It was after?
02:59PM A. Yes.
02:59PM Q. Okay. And you testified that cocaine is an upper; is
02:59PM that right?
03:00PM A. Correct.
03:00PM Q. And that's something that would cause you to be in a
03:00PM little bit of a heightened state; is that right?
03:00PM A. Correct.
03:00PM Q. I think you testified that it was euphoria that you

03:00PM sometimes experience as a result of your cocaine use?
03:00PM A. Correct.
03:00PM **MR. SINGER:** Ms. Champoux, is it possible we could zoom in on Ms. Hunt?
03:00PM **BY MR. SINGER:**
03:00PM Q. Doesn't look like you're smiling in that photograph, ma'am; is that fair to say?
03:00PM A. Yes.
03:00PM Q. You would agree with me that your head is a little cocked over to the side; is that right?
03:00PM A. Yeah, that's the way I'm posed.
03:00PM Q. And Peter Gerace looks like he has his arm around you; is that correct?
03:00PM A. Yes.
03:00PM Q. Your posture in this picture -- I know you said you were in a pose. It's not a hundred percent upright; is that correct?
03:00PM A. Correct.
03:00PM **MR. SINGER:** And if we could expand out a little bit on the group again, Ms. Champoux.
03:00PM **BY MR. SINGER:**
03:00PM Q. So I'm looking at the other picture -- other people pictured in this photograph, and all of them are smiling; is that correct?
03:01PM A. Correct.

03:01PM Q. Like the person you circled up here in the blue, he's smiling, correct?
03:01PM A. Correct.
03:01PM Q. And the person -- the female below him, she's smiling, correct?
03:01PM A. Correct.
03:01PM Q. Peter Gerace is next to you and he's smiling in the photograph; is that right?
03:01PM A. Correct.
03:01PM Q. Can't really tell too much, but the person in the sunglasses behind you and Peter, it looks like he's got a grin on his face, right?
03:01PM A. Kind of.
03:01PM Q. These people that are in the circle in the middle part of the photograph right here, are those people all smiling, too?
03:01PM A. Yes.
03:01PM Q. The one individual in the sunglasses with his shirt off, he's got a beer up to his face, right?
03:01PM A. Correct.
03:01PM Q. You can't really tell what he's doing, correct?
03:01PM A. Correct.
03:01PM Q. But the person directly behind him with the hat and the sunglasses with his hand up in the air, that's somebody who is smiling, correct?
03:01PM A. Correct.

03:01PM Q. Looks like this guy in the red shirt over on the far left side of the -- the photograph, he doesn't really have a smile much on his face at all, correct?
03:02PM A. Correct.
03:02PM Q. The majority of the people in this photograph, they're all smiling, correct?
03:02PM A. Correct.
03:02PM Q. You had mentioned that in your experience, opioid users sometimes, they nod out; is that right?
03:02PM A. Correct.
03:02PM Q. But in your experience of using Lortabs, that doesn't have the same effect on you, correct?
03:02PM A. Correct.
03:02PM Q. Do you look like you're nodding out in that photograph, ma'am?
03:02PM A. Absolutely not.
03:02PM Q. You don't?
03:02PM A. No.
03:02PM Q. So as far as this one particular picture is concerned, one of the people that you recognize is a person that you used cocaine on with that day, is the person over on the right side of this photograph as we're looking at it who you circled, correct?
03:02PM A. Correct.
03:02PM Q. And that's the person that's kind of off to the right

03:02PM side of Peter's head?
03:02PM A. Correct.
03:02PM Q. And like we were talking about early in your testimony,
03:02PM ma'am, this is someone that you had never remembered seeing
03:03PM ever before in your life until this one day?
03:03PM A. Correct.
03:03PM Q. In fact, you don't even know what his name is, correct?
03:03PM A. I was introduced to him that day.
03:03PM Q. Okay. But -- but, what I'm getting at is that before
03:03PM this case arose, you didn't know or remember what his name
03:03PM was, correct?
03:03PM A. Yes, I did.
03:03PM Q. You did?
03:03PM A. Yes. I was introduced to him that day, so I knew his
03:03PM name, there going forward from that day, forward.
03:03PM Q. When law enforcement asked you about this photograph, you
03:03PM could identify the person in the photograph, right?
03:03PM A. Correct.
03:03PM Q. But you couldn't identify who it was or what the person's
03:03PM name was in the photograph, correct?
03:03PM A. Incorrect.
03:03PM Q. Incorrect, you told law enforcement that day what his
03:03PM name was?
03:03PM A. I don't -- I don't really remember.
03:03PM Q. You don't really remember?

03:03PM As far as the other person circled in the photograph, that's a person who you identified as a person you used cocaine with that day, correct?
03:03PM A. Correct.
03:03PM Q. But you don't know what that person's name is, correct?
03:04PM A. I used to.
03:04PM Q. Okay. But you don't know what it is now?
03:04PM A. No.
03:04PM Q. All right. So you believe that at some point in time, Peter asked you if you wanted to use cocaine with him; is that right?
03:04PM A. Correct.
03:04PM Q. And you indicated that you wanted to do that, right?
03:04PM A. Correct.
03:04PM Q. And so he brings you up to the second story of this house that you're in, this cottage?
03:04PM A. Correct.
03:04PM Q. And it was just you and Peter walking up the stairs at that point, correct?
03:04PM A. No.
03:04PM Q. No? Who -- who was walking up with you?
03:04PM A. The two people that I circled.
03:04PM Q. The two people. Do you remember when you first talked to law enforcement about this incident, that you said that the man -- the man in the blue shirt, the person over here on the

03:04PM right that you circled, was already upstairs in the bedroom?
03:04PM A. I do not remember.
03:04PM Q. Let me see if I can refresh your memory on that, ma'am.
03:05PM A. Okay.
03:05PM Q. Direct your attention to Government Exhibit 3583I, as in
03:05PM India.
03:05PM **MR. TRIPI:** Do you want to put it up on the screen,
03:05PM Rob?
03:05PM **MR. SINGER:** No, that's okay. I've got it here.
03:05PM **BY MR. SINGER:**
03:05PM Q. I'm going to direct your attention -- can you read that
03:05PM exhibit, ma'am?
03:05PM I'm going to ask you, please, take a look at all these
03:05PM bullets here on the top of the page. And when you're done,
03:05PM look back up at me.
03:05PM Did you have a chance to read that last bullet, ma'am,
03:06PM too?
03:06PM A. Yes, I did.
03:06PM Q. I'm going to take this exhibit away from you.
03:06PM Does that help refresh your memory as to what you told
03:06PM law enforcement the first time you talked to them about this?
03:06PM A. Yes.
03:06PM Q. And you in fact told them that that person in the blue
03:06PM shirt was already up in the bedroom, correct?
03:06PM A. Correct.

03:06PM Q. All right. So that's a little different than what you said to me today; you would agree with me on that, correct?
03:06PM A. Yeah.
03:06PM Q. All right. So, let's get back.
03:07PM So you're walking upstairs with just Peter, correct?
03:07PM A. Yes.
03:07PM Q. And you and Peter, based on -- on what you're telling the jury, you go up into an upstairs bedroom; is that right?
03:07PM A. Correct.
03:07PM Q. And this is a cottage on the lake; is that right?
03:07PM A. Correct.
03:07PM Q. So it's not like it's a really big house, correct?
03:07PM A. Correct.
03:07PM Q. So you're in the upstairs. How many bedrooms are in the upstairs?
03:07PM A. Two that I remember.
03:07PM Q. Okay. So there are two bedrooms in the upstairs you recall. And you remember walking into one of those bedrooms; is that right?
03:07PM A. Yes.
03:07PM Q. And when you walked into the bedroom, it was your understanding that the person in the blue shirt, he had some type of ownership interest in the cottage, correct?
03:07PM A. Correct.
03:07PM Q. Because that's why he had -- would have a bedroom up

03:07PM there, correct?
03:07PM A. Correct.
03:07PM Q. And what you recall is that when you got up into the room, the man in the blue shirt, he had a -- a suitcase; is that right?
03:07PM A. Correct.
03:07PM Q. And, so, he produced from the suitcase some quantity of cocaine; is that right?
03:08PM A. Correct.
03:08PM Q. And then when he got the quantity of cocaine, that's when he got some type of picture that was in the bedroom; is that right?
03:08PM A. Correct.
03:08PM Q. And he removed the glass from that picture; is that correct?
03:08PM A. Yes.
03:08PM Q. And then he put the quantity of cocaine or some quantity of cocaine down on the glass, correct?
03:08PM A. Correct.
03:08PM Q. And then he proceeded to use that quantity of cocaine along with you and Peter Gerace; is that right?
03:08PM A. Correct.
03:08PM Q. And so after you, Peter, and this other man in the blue shirt decided to use cocaine, there was another person that came up into the room, correct?

03:08PM A. Correct.
03:08PM Q. And that's the person over on the other side of this photograph that's in the glasses that you circled over here; is that right?
03:08PM A. Correct.
03:08PM Q. And so, wasn't it before you going up the stairs all at the same time, but this person actually comes after you and Peter get upstairs, correct?
03:08PM A. Correct.
03:08PM Q. And this person was another person that you identified as using cocaine to the best of your knowledge that day?
03:08PM A. Yes.
03:09PM Q. And this person used the same quantity of cocaine that was provided to you by the man in the blue shirt?
03:09PM A. Correct.
03:09PM Q. This one particular photograph that this person used to -- to cut the cocaine on, what was the photograph of, do you remember?
03:09PM A. I don't remember.
03:09PM Q. How about the setup of this bedroom, what do you recall about the bedroom? How many beds were inside of it?
03:09PM A. One.
03:09PM Q. How big was the bed?
03:09PM A. A full -- a twin.
03:09PM Q. What was the color of the bedding?

03:09PM A. I don't remember.
03:09PM Q. What were the color of the walls?
03:09PM A. I don't remember.
03:09PM Q. Were there windows?
03:09PM A. I don't remember.
03:09PM Q. Were there any other type of TVs or other furniture inside the room?
03:09PM A. I don't remember.
03:09PM Q. Now, you mentioned that there was a party ongoing at the house at the time, correct?
03:09PM A. Correct.
03:09PM Q. How many people do you think were at the party at the time that you went upstairs with Peter?
03:10PM A. Maybe 20, between 20 and 30. I -- yeah.
03:10PM Q. And in all, 20 and 30 people, they weren't coming upstairs at that point in time, correct?
03:10PM A. No, they were not.
03:10PM Q. Those other 20 or 30 people that -- that weren't up in the bedroom, safe to say they probably would have no idea what was going on up in the bedroom?
03:10PM **MR. COOPER:** Objection, as to what the other people had an idea of.
03:10PM **THE COURT:** Yeah, sustained.
03:10PM You can -- you can inquire further, but yes, but what they knew, she can't tell.

03:10PM **BY MR. SINGER:**

03:10PM Q. To your knowledge, did anyone downstairs know what was
03:10PM going on upstairs?

03:10PM A. No.

03:10PM **MR. SINGER:** Just a moment, Judge.

03:11PM **BY MR. SINGER:**

03:11PM Q. So earlier on cross-examination, Ms. Hunt, you remember
03:11PM testifying that Peter Gerace drove you down to the lake in a
03:11PM Maserati SUV; is that correct?

03:11PM A. Correct.

03:11PM Q. But you remember testifying at a prior hearing in this
03:11PM case in February of 2024, correct?

03:11PM A. Correct.

03:11PM Q. And at that same time, you were provided an oath to tell
03:11PM the truth, correct?

03:11PM A. Correct.

03:11PM Q. And to say everything to the best of your ability,
03:11PM correct?

03:11PM A. Correct.

03:11PM Q. And you attempted to do that, correct?

03:12PM A. Correct.

03:12PM Q. And do you recall providing the following answers in
03:12PM response to the following questions?

03:12PM **MR. SINGER:** And for the government's advantage, I'll
03:12PM direct you to 3583AO at page 43. Line 18.

03:12PM **BY MR. SINGER:**

03:12PM Q. Do you remember being asked this question, ma'am.

03:12PM "Okay. And you testified that you got to the cottage at Sunset Bay by car?

03:12PM "Answer: By Peter's pickup truck, but yes"?

03:12PM A. Correct. He owned a -- a -- an F -- F-450, I believe, it was, and the Maserati. We often switched in between cars. That must have been a simple mistake.

03:12PM Q. So which car was it that you remember, was it the Maserati or the pickup?

03:12PM A. I believe it was the pickup, actually. Again, we switched on and off of those cars very frequently, so that was probably a simple mistake.

03:13PM Q. Okay. So -- so, what you're saying is that your testimony today, earlier when you said the Maserati, that's not correct, but the pickup, when you testified back in February, is correct?

03:13PM A. Yeah.

03:13PM Q. Okay. Is there a reason why you forgot that?

03:13PM A. Because this incident happened several years ago.

03:13PM Q. Did your drug use have any potential reason as to why you may have forgotten that?

03:13PM A. No.

03:13PM Q. No?

03:13PM A. No.

03:13PM Q. Okay.

03:13PM **MR. SINGER:** I have no further questions, Judge.

03:13PM **THE COURT:** Mr. Cooper?

03:13PM **MR. COOPER:** Thank you, Judge.

03:13PM

03:13PM **REDIRECT EXAMINATION BY MR. COOPER:**

03:13PM Q. Ms. Hunt, you were just asked questions about whether you
03:13PM took Peter's Maserati or his F-something truck down to Sunset
03:14PM Bay cottage; do you remember those questions?
03:14PM A. Correct.
03:14PM Q. When you answered that question to the jury earlier and
03:14PM you said Maserati, were you making that up?
03:14PM A. No.
03:14PM Q. Were you trying to mislead the jury?
03:14PM A. Absolutely not.
03:14PM Q. Did you forget which car?
03:14PM A. Yes.
03:14PM Q. Did you looking at your transcript from the prior
03:14PM proceeding help you remember?
03:14PM A. Yes.
03:14PM Q. Did you correct that testimony?
03:14PM A. Yes, I did.
03:14PM Q. Let me ask you this question: When law enforcement
03:14PM showed you that picture for the first time from the Sunset
03:14PM Bay cottage, was that back in 2019?

03:14PM A. Correct.
03:14PM Q. Was that approximately a year after the event occurred?
03:14PM A. Correct.
03:14PM Q. Now we're in 2024, right?
03:14PM A. Correct.
03:14PM Q. That's about six years after the event occurred, right?
03:14PM A. Correct.
03:14PM Q. So when Mr. Singer asked you questions on cross-examination about what the bedding looked like as you sit here six years later, do you remember what sheets were on the bed in the upstairs bedroom at the cottage?
03:14PM A. No.
03:14PM Q. Did the law enforcement officers who showed you the picture say, hey, Ms. Hunt, was it a full bed or a twin bed?
03:14PM A. No, they didn't.
03:14PM Q. You don't remember them asking that question?
03:14PM A. No.
03:14PM Q. Did they ask you who you used cocaine with at the party?
03:15PM A. Yes.
03:15PM Q. Who told them that you used cocaine at the party?
03:15PM A. I did.
03:15PM Q. You brought that up?
03:15PM A. Yes.
03:15PM Q. And then did they say who did you use cocaine with?
03:15PM A. Yes.

03:15PM Q. Is this that conversation back in 2019, five years ago?
03:15PM A. Correct.
03:15PM Q. One year after this incident happened?
03:15PM A. Correct.
03:15PM Q. And one year after this incident happened, was your memory even more fresh than it is today?
03:15PM A. Correct.
03:15PM Q. Are you making anything up when you sit here today and testify to this jury?
03:15PM A. No, I'm not.
03:15PM Q. You were asked a lot of questions on cross-examination about whether drugs impact your ability to memorize events. Do you remember those questions?
03:15PM A. Yes.
03:15PM Q. Do you know what it means to memorize events?
03:15PM A. Yes.
03:15PM Q. Okay. Have you read a book before in your life?
03:15PM A. Yes.
03:15PM Q. As you sit here today, can you remember every word in every book that you've ever read in your life?
03:15PM A. No.
03:15PM Q. Does that mean you didn't read the book?
03:15PM A. No.
03:15PM Q. Have you heard of something called tolerance before with respect to drug use?

03:15PM A. Yes, I have.
03:15PM Q. Can you tell this jury, what is tolerance in relation to drug use?
03:16PM A. The more you use a certain drug, the higher your tolerance becomes; therefore, you have to use more amount of the drug to -- to have the same effect.
03:16PM Q. Okay. And, so, by the time you go to this cottage in Sunset Bay in 2018, had you been using opiates for a period of time in your life?
03:16PM A. Yes.
03:16PM Q. Had you developed a tolerance?
03:16PM A. Yes.
03:16PM Q. Did that cause them to effect you differently than they did when you very first used them?
03:16PM A. Yes.
03:16PM Q. Okay. Did you meet people during this period of your life for the first time when you were addicted to drugs and using opiates?
03:16PM A. Yes.
03:16PM Q. Does that just disappear into a black hole of memory where you -- you can't recall them?
03:16PM A. No.
03:16PM **MR. SINGER:** Object to the form.
03:16PM **THE COURT:** No. Overruled.

03:16PM **BY MR. COOPER:**

03:16PM Q. Have you met people in your life when you were addicted
03:16PM to drugs?
03:16PM A. Yes.
03:16PM Q. As you sit here today, can you still remember meeting
03:16PM those people?
03:16PM A. Yes.
03:16PM Q. When you used drugs like, let's take Lortabs for example,
03:16PM do your eyes still work?
03:17PM A. Yes, they do.
03:17PM Q. When you use drugs, we'll stick with Lortab, do your ears
03:17PM still work?
03:17PM A. Yes, they do.
03:17PM Q. When you use drugs like Lortabs, are you still able to
03:17PM remember things?
03:17PM A. Yes.
03:17PM Q. Based on your experience when you were at the cottage in
03:17PM Sunset Bay, did you meet people?
03:17PM A. Yes.
03:17PM Q. Did you know all their names?
03:17PM A. No.
03:17PM Q. Okay. When you were shown that photo by law enforcement
03:17PM five years ago in 2019, did you circle people 'cuz you felt
03:17PM like it?
03:17PM A. No.

03:17PM Q. Why did you circle the people that you circled?
03:17PM A. Those were the people I did cocaine with.
03:17PM **MR. COOPER:** Can you bring up 127, please, Ms. Champoux?
03:17PM **BY MR. COOPER:**
03:17PM Q. Do you see this woman in the front with the white short-sleeve shirt on here, this person?
03:17PM A. Yes, I do.
03:17PM Q. Did you circle her?
03:17PM A. No.
03:17PM Q. Why not?
03:17PM A. I didn't -- I don't remember doing anything with her.
03:17PM Q. Okay. When law enforcement asked you to put circles on the paper, who were you supposed to circle?
03:17PM A. The people who I did drugs with.
03:18PM Q. Did they tell you who to circle?
03:18PM A. No.
03:18PM Q. Did you pick people at random?
03:18PM A. No.
03:18PM Q. Is this based on what you experienced at the cottage in Sunset Bay?
03:18PM A. Yes.
03:18PM Q. Is testifying in a setting like this fun for you?
03:18PM A. No.
03:18PM Q. You enjoy it?

03:18PM A. No.
03:18PM Q. Did you enjoy being cross-examined?
03:18PM A. No.
03:18PM Q. Do you enjoy it when I ask you questions?
03:18PM A. No.
03:18PM Q. Are you under subpoena to be here today?
03:18PM A. Yes, I am.
03:18PM Q. A few times while you were being questioned by Mr. Singer, you answered I don't remember; do you remember saying that?
03:18PM A. Yes.
03:18PM Q. Tell them. Why did you say I don't remember to some questions you were asked?
03:18PM A. Because it happened so long ago, so much -- my life has -- so much of my life has happened since then.
03:18PM Q. Was the truthful answer to the question, I don't remember?
03:18PM A. Yes.
03:18PM Q. When the law enforcement officers showed you this picture that's right in front of you five years ago in 2019, how come you didn't say, I don't remember?
03:19PM A. 'Cuz I did remember at the time.
03:19PM Q. Okay. And what did you remember?
03:19PM A. Doing drugs with the two people that I circled.
03:19PM Q. Okay. The day law enforcement went and interviewed you

03:19PM in 2019, what did you have for breakfast the morning of the interview?
03:19PM A. I don't remember.
03:19PM Q. You don't remember?
03:19PM A. No.
03:19PM Q. Last Tuesday, what did you have for breakfast?
03:19PM A. I don't remember.
03:19PM Q. Were you alive last Tuesday?
03:19PM A. Yes.
03:19PM Q. Did you eat breakfast?
03:19PM A. Yes.
03:19PM Q. During the time of your life when you were using Lortabs and -- and I think you described Roxi and oxy, were you able to meet people?
03:19PM A. Yes.
03:19PM Q. Were you able to remember what you did the day before?
03:20PM A. Yes.
03:20PM Q. Okay. Is that a good -- based on your life experience, is it -- is it a good, healthy way to live to use those drugs?
03:20PM A. No.
03:20PM Q. Are you still able to -- to show up and go to work when you're using those drugs?
03:20PM A. Yes.
03:20PM Q. Do they impact your ability to function on a total level?

03:20PM A. No.
03:20PM Q. Do they shut your brain down?
03:20PM A. No.
03:20PM Q. Do they make your eyes stop working?
03:20PM A. No.
03:20PM Q. You were asked some questions about ownership of the cottage; do you remember being asked those questions?
03:20PM A. Yes, I do.
03:20PM Q. And you were asked about cocaine coming out of a suitcase. Mr. Singer asked you, did the cocaine come out of a suitcase; do you remember that?
03:20PM A. Yes.
03:20PM Q. Do you remember which individual of the people that went upstairs and used cocaine, who broke out the cocaine?
03:20PM A. The guy in the blue shirt.
03:20PM Q. Okay. And do you remember as you sit here today -- well, withdrawn.
03:20PM You testified on cross-examination you think it came out of a suitcase. I'm going to show you what is marked as 3583I.
03:21PM I drew a bracket to direct your attention to a specific portion of that document. Just read that paragraph and look back up at me when you're finished.
03:21PM **MR. SINGER:** Nick, what are we looking at?
03:21PM **MR. COOPER:** I.

03:21PM **MR. SINGER:** What page?

03:21PM **MR. COOPER:** The same page you showed her. 3, I
03:21PM think. Sorry about that, Rob.

03:21PM **MR. SINGER:** No problem.

03:21PM **BY MR. COOPER:**

03:21PM Q. Did you have a chance to read that?

03:21PM A. Yes, I did.

03:21PM **MR. COOPER:** May I approach, Judge?

03:21PM **THE COURT:** Sure.

03:21PM **BY MR. COOPER:**

03:21PM Q. Isn't it a fact, ma'am, that back in 2019, you told law
03:22PM enforcement that the man in the blue shirt took it out of his
03:22PM pocket?

03:22PM A. Yes.

03:22PM Q. Okay. That was five years ago, right?

03:22PM A. Correct.

03:22PM Q. Was that closer to when the incident happened?

03:22PM A. Yes.

03:22PM Q. Was your memory better back then?

03:22PM A. Yes.

03:22PM Q. You were asked some questions about ownership of the
03:22PM cottage. Do you remember being asked those questions?

03:22PM A. Yes, I do.

03:22PM Q. While you were there at the party drinking and using
03:22PM cocaine, did anybody break out like a lease or rental

03:22PM agreement to show you?
03:22PM A. No.
03:22PM Q. Do you have any idea who owned the cottage?
03:22PM A. No.
03:22PM Q. Were you -- were you making some assumptions based on
03:22PM being in a bedroom upstairs at the party?
03:22PM A. Yes.
03:22PM Q. Is that what you based that answer off of?
03:22PM A. Yes.
03:22PM Q. Do you have any other clue who owned the cottage?
03:22PM A. No.
03:22PM **MR. COOPER:** Just one second, please.
03:23PM I have no further redirect. Thank you, Judge.
03:23PM **THE COURT:** Anything more, Mr. Singer?
03:23PM **MR. SINGER:** Yes, just real brief, Judge.
03:23PM
03:23PM **RECROSS-EXAMINATION BY MR. SINGER:**
03:23PM Q. So, Ms. Hunt, Mr. Cooper asked you a couple of questions
03:23PM about whether it was a suitcase or a pocket that the cocaine
03:23PM was produced from up in the bedroom; do you remember that?
03:23PM A. Yes.
03:23PM Q. And I think you testified that back in 2019, you
03:23PM testified that it came from a pocket, correct?
03:23PM A. Correct.
03:23PM Q. But you also remember talking about a suitcase when you

03:23PM testified in February of 2024, correct?
03:23PM A. I don't remember.
03:23PM Q. Do you remember making the following statements to the
03:23PM following questions at that hearing?
03:23PM **MR. COOPER:** Objection, Judge, she said she didn't
03:23PM remember. This is not a proper impeachment.
03:23PM **THE COURT:** Yes, sustained.
03:23PM I mean, you can -- you can refresh her memory --
03:23PM **BY MR. SINGER:**
03:23PM Q. Let me try to refresh your memory. Let me try to refresh
03:24PM your memory, ma'am.
03:24PM I'm going to show you 3583AO, at page 63. And -- sorry,
03:24PM page 64 and 65.
03:24PM Direct your attention, ma'am, down to the bottom question
03:24PM on 24 and 25. When you're done reading that, look up at me.
03:25PM Okay. So I'm going to take that away from you.
03:25PM Does that help refresh your memory about additional
03:25PM testimony you provided regarding the suitcase, Ms. Hunt?
03:25PM A. Correct.
03:25PM Q. And so, at the hearing in February, you talked about the
03:25PM suitcases is where the pants were located where the cocaine
03:25PM was produced from, correct?
03:25PM **MR. COOPER:** Objection, Judge. Improper impeachment.
03:25PM There's no question and answer now. The person has testified
03:25PM they remember. This is not proper impeachment.

03:25PM **MR. SINGER:** She -- she -- she said that it helped refresh her recollection.

03:25PM **THE COURT:** Hang on, hang on. Stop, stop, stop, please.

03:26PM What's the objection?

03:26PM **MR. COOPER:** It's an improper impeachment. The witness -- the question -- so the form of the question the way it's asked, Judge, and I don't want to argue further than that.

03:26PM **THE COURT:** Overruled, if that's the objection, overruled.

03:26PM Go ahead.

03:26PM **BY MR. SINGER:**

03:26PM Q. Do you need the question repeated, ma'am?

03:26PM **THE WITNESS:** Yes, I do.

03:26PM **MR. SINGER:** Ann, would you mind reading that back? Thank you.

03:26PM (The above-requested question was then read by the reporter.)

03:26PM **THE WITNESS:** Correct.

03:26PM **MR. COOPER:** Objection, calls for hearsay, Judge.

03:26PM **THE COURT:** Sustained.

03:26PM **MR. COOPER:** I'd ask that the answer be stricken.

03:26PM **THE COURT:** She didn't testify, did she?

03:26PM **MR. COOPER:** Oh, okay.

03:26PM **BY MR. SINGER:**
03:26PM Q. So reviewing your prior testimony helped refresh your recollection, correct?
03:27PM A. Correct.
03:27PM Q. Where do you recall the cocaine being produced from?
03:27PM A. I don't remember. It was -- I don't know. It was upstairs and he had it. That's all I really know.
03:27PM Q. Correct. And you said it was produced by a pocket, correct?
03:27PM A. Correct.
03:27PM Q. But the pocket wasn't located on the person's body. The pocket was located in a suitcase, correct?
03:27PM A. That's what I said, yes.
03:27PM Q. Correct. And that's different than your testimony back in 2019 to the police officers, correct?
03:27PM A. Correct. That the pants could have came out of the suitcase, I mean, that's --
03:27PM Q. So, where does it come from, Ms. Hunt? Does it come from a person's pocket that they're wearing, from pants that they're wearing or does it come from a pocket in a suitcase that they produced pants from? Which one is it?
03:27PM A. I don't remember.
03:27PM Q. Do you think, again, that your use of illegal substances back then could have potentially prevented you from remembering this event correctly?

03:28PM A. No.

03:28PM **MR. COOPER:** Objection as to remembering this event correctly.

03:28PM **THE COURT:** Overruled.

03:28PM **BY MR. SINGER:**

03:28PM Q. Do you think that your use of alcohol impacted your ability to remember events correctly that day?

03:28PM A. No. Your.

03:28PM Q. Answer was yes previously, correct?

03:28PM A. No.

03:28PM Q. You would agree with me that when I had you up on cross-examination, you said that when you drink alcohol, unlike all the other drugs that you use, alcohol does affect your ability to perceive events correctly, right?

03:28PM A. In some circumstances, yes.

03:28PM Q. And alcohol also affects your ability to remember events correctly, right?

03:28PM A. In some circumstances, yes.

03:28PM Q. Just not that day?

03:28PM A. There is -- it depends on how much I had to drink. It depends on a lot. There's a lot of factors that go into it, I mean --

03:28PM Q. And the unfortunate part for us is that you can't remember how much you had to drink that day, right.

03:28PM **MR. COOPER:** Objection to that question and the

03:28PM statement, is inappropriate.

03:28PM **THE COURT:** Sustained, sustained, sustained. All we
03:29PM need is an objection, Mr. Cooper, sustained. Next question.

03:29PM **BY MR. SINGER:**

03:29PM Q. Like you testified on cross-examination previously, you
03:29PM can't remember how much you had to drink that day, right?

03:29PM A. Correct.

03:29PM **MR. SINGER:** Thank you. Nothing further, Judge.

03:29PM

03:29PM **RE-REDIRECT EXAMINATION BY MR. COOPER:**

03:29PM Q. Did you use cocaine with the guys that you circled in the
03:29PM picture?

03:29PM A. Yes.

03:29PM Q. Do you remember that?

03:29PM A. Yes.

03:29PM Q. Are you telling them the truth about that?

03:29PM A. Yes.

03:29PM **MR. COOPER:** I have no further questions.

03:29PM **THE COURT:** Anything more, Mr. Singer?

03:29PM **MR. SINGER:** No, Your Honor.

03:29PM **THE COURT:** Okay. You can step down, ma'am. Thank
03:29PM you.

03:29PM (Witness excused at 3:29 p.m.)

(Excerpt concluded at 3:29 p.m.)

* * * * * * *

**CERTIFICATE OF REPORTER**

In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Western District of New York on September 3, 2024.

s/ Ann M. Sawyer
Ann M. Sawyer, FCRR, RPR, CRR
Official Court Reporter
U.S.D.C., W.D.N.Y.

## TRANSCRIPT INDEX

## EXCERPT - EXAMINATION OF PHLYCIA HUNT

## SEPTEMBER 3, 2024


| WITNESS | PAGE |
| --- | --- |
| **PHLYCIA HUNT** | 2 |
| DIRECT EXAMINATION BY MR. COOPER | 2 |
| CROSS-EXAMINATION BY MR. SINGER: | 39 |
| REDIRECT EXAMINATION BY MR. COOPER | 80 |
| RECROSS-EXAMINATION BY MR. SINGER: | 90 |
| RE-REDIRECT EXAMINATION BY MR. COOPER | 95 |

| EXHIBIT | PAGE |
| --- | --- |
| GOV Exhibit 127 | 30 |