1                 **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF NEW YORK**

2

   _____

3  **UNITED STATES OF AMERICA,**

                           Case No. 1:19-cr-227

4             Plaintiff,            (LJV)

   v.

5                             March 19, 2024

6  **JOSEPH BONGIOVANNI,**

7             Defendant.

   _____

8        **TRANSCRIPT EXCERPT - EXAMINATION OF JASON PIERINI**
         **BEFORE THE HONORABLE LAWRENCE J. VILARDO**

9              **UNITED STATES DISTRICT JUDGE**

10

11  **APPEARANCES:**       **TRINI E. ROSS, UNITED STATES ATTORNEY**
                    **BY: JOSEPH M. TRIPI, ESQ.**

12                        **NICHOLAS T. COOPER, ESQ.**
                      **CASEY L. CHALBECK, ESQ.**

13                   Assistant United States Attorneys
                 Federal Centre

14                   138 Delaware Avenue
                 Buffalo, New York 14202

15                     And
                 **UNITED STATES DEPARTMENT OF JUSTICE**
                 **BY: JORDAN ALAN DICKSON, ESQ.**

16                   1301 New York Ave NW
                 Suite 1000

17                   Washington, DC 20530-0016
                 For the Plaintiff

18

19                   **SINGER LEGAL PLLC**
                 **BY: ROBERT CHARLES SINGER, ESQ.**

20                   80 East Spring Street
                 Williamsville, New York 14221

21                    And
                 **LAW OFFICES OF PARKER ROY MacKAY**
                 **BY: PARKER ROY MacKAY, ESQ.**

22                   3110 Delaware Avenue
                 Kenmore, New York  14217

23                   For the Defendant

24  **PRESENT:**         **BRIAN A. BURNS,** FBI Special Agent
                 **MARILYN K. HALLIDAY,** HSI Special Agent

25                   **KAREN A. CHAMPOUX,** USA Paralegal

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse |
| | | 2 Niagara Square |
| | | Buffalo, New York  14202 |
| 5 | | Ann_Sawyer@nywd.uscourts.gov |

6

7                    *    *    *    *    *    *    *

8

9            (Excerpt commenced at 11:10 a.m.)

11:11AM   10            (Jury seated at 11:10 a.m.)

11:11AM   11            **THE COURT:**  The record will reflect that all our

11:11AM   12   jurors, again, are present.

11:11AM   13            The government can call its next witness.

11:11AM   14            **MS. CHALBECK:**  Thank you, Your Honor.

11:11AM   15            The government calls Jason Pierini.

11:11AM   16

11:11AM   17   **J A S O N   P I E R I N I**, having been duly called and sworn,

11:11AM   18   testified as follows:

11:11AM   19

11:11AM   20                 **DIRECT EXAMINATION BY MS. CHALBECK:**

11:11AM   21   Q.  Good morning, Mr. Pierini.  How are you doing today?

11:11AM   22   A.  Good.  How about yourself?

11:11AM   23   Q.  I'm well, thank you.  I'm just going to ask when I ask

11:12AM   24   you questions, you answer directly into the microphone

11:12AM   25   speaking slowly and clearly so that Ann can get everything

11:12AM   1   down.
11:12AM   2       What do you do for a living, sir?
11:12AM   3   A.  I work for U.S. Customs and Border Protection.
11:12AM   4   Q.  And how long have you been doing that?
11:12AM   5   A.  A little over 15 years.
11:12AM   6   Q.  And can you please describe for the jury your duties as
11:12AM   7   an officer with CBP?
11:12AM   8   A.  I'm there to secure and protect the border, and to
11:12AM   9   facilitate free trade and travel.
11:12AM   10  Q.  Do you work at -- or, have you ever worked at a
11:12AM   11  checkpoint along the border?
11:12AM   12  A.  Yes, that's -- that was my job up until last year.
11:12AM   13  Q.  What do you do currently?
11:12AM   14  A.  I work for nonintrusive inspection unit.  It's -- we
11:12AM   15  detect elicit cargo with the use of x-ray machines.
11:12AM   16  Q.  I want to bring you back, though, to November 29th, 2012.
11:12AM   17  Were you working at what's called the Rainbow Bridge
11:12AM   18  checkpoint that day?
11:12AM   19  A.  Yes.
11:12AM   20  Q.  Can you just explain to the jury what the Rainbow Bridge
11:12AM   21  checkpoint is?  Like, where is it?
11:12AM   22  A.  It it's a border crossing in Niagara Falls, New York,
11:13AM   23  right next to the Niagara Falls landmark.  And travelers
11:13AM   24  coming in from Canada or abroad, we're the first people to
11:13AM   25  interact with them and inspect them and allow them into the

Case 1:19-cr-00227-LJV-MJR   Document 1204   Filed 09/19/24   Page 4 of 9
USA v Bongiovanni - Pierini - Chalbeck/Direct - 3/20/24

4

11:13AM   1   United States if necessary.

11:13AM   2   Q.  And were you working at the Rainbow Bridge checkpoint at

11:13AM   3   a station called the primary inspection station?

11:13AM   4   A.  Yeah, primary inspection booth.

11:13AM   5   Q.  Okay.  And is that what you were just describing where

11:13AM   6   you're the first point of encounter for people coming into

11:13AM   7   the country?

11:13AM   8   A.  Yes.

11:13AM   9   Q.  Okay.

11:13AM  10       **MS. CHALBECK:**  Ms. Champoux, can we please pull up

11:13AM  11   for the witness only Government Exhibit 3713A.

11:13AM  12       **BY MS. CHALBECK:**

11:13AM  13   Q.  Mr. Pierini, can you explain to the jury what this

11:13AM  14   document is?

11:13AM  15   A.  It's a vehicle encounter report.  Every time I log into

11:13AM  16   the terminal to process passengers, one of these is

11:14AM  17   generated.  And it logs any occupants in vehicles that I

11:14AM  18   process.

11:14AM  19   Q.  Okay.  So let's just walk the jury through that a little

11:14AM  20   bit.  When you're at a primary inspection station and you

11:14AM  21   encounter a vehicle, what do you do?

11:14AM  22   A.  What I do?  I get a verbal declaration as far as where

11:14AM  23   they've been, where they're going, what their plan is in the

11:14AM  24   United States if they're not U.S. citizens.

11:14AM  25       If they're U.S. citizens, what they were doing abroad.

| | | |
|---|---|---|
| 11:14AM | 1 | And get an idea of what they're bringing back into the |
| 11:14AM | 2 | country, if anything. |
| 11:14AM | 3 | Q.  Okay.  And do you then upload some of that information |
| 11:14AM | 4 | into a Department of Homeland Security computer system? |
| 11:14AM | 5 | A.  That's correct.  So every time you encounter an |
| 11:14AM | 6 | individual, I get a document for these people, a travel |
| 11:14AM | 7 | document, passport, enhanced licensed, et cetera.  It's |
| 11:14AM | 8 | swiped in our system, and it creates a record of their |
| 11:14AM | 9 | arrival there in the United States. |
| 11:14AM | 10 | Q.  And as it relates to Government Exhibit 3713A, did you |
| 11:14AM | 11 | encounter two individuals and get their identification |
| 11:15AM | 12 | information and upload it to the DHS computer system? |
| 11:15AM | 13 | A.  Yes. |
| 11:15AM | 14 | Q.  Does this exhibit -- is this exhibit a fair and accurate |
| 11:15AM | 15 | reflection of the information you uploaded? |
| 11:15AM | 16 | A.  Yes. |
| 11:15AM | 17 | **MS. CHALBECK:**  With that foundation, Your Honor, the |
| 11:15AM | 18 | government would offer Exhibit 3713A into evidence. |
| 11:15AM | 19 | **MR. MacKAY:**  Judge, I don't think it's really |
| 11:15AM | 20 | qualified as a business record, but we have no objection to |
| 11:15AM | 21 | letting it in. |
| 11:15AM | 22 | **THE COURT:**  Well, I don't know that the foundation |
| 11:15AM | 23 | has been laid for a business record.  Are you objecting? |
| 11:15AM | 24 | **MR. MacKAY:**  No. |
| 11:15AM | 25 | **THE COURT:**  Okay.  If there's no objection, it comes |

11:15AM    1    in without objection.

11:15AM    2            **(GOV Exhibit 3713A was received in evidence.)**

11:15AM    3            **THE COURT:**  Go ahead.

11:15AM    4            **MS. CHALBECK:**  Ms. Demma, can we please publish that

11:15AM    5    for the jury?

11:15AM    6            **BY MS. CHALBECK:**

11:15AM    7    Q.  Mr. Pierini, on November 29th, 2012, did you encounter a

11:15AM    8    vehicle containing two people:  Joseph Bongiovanni and a

11:15AM    9    P. Francoforte?

11:15AM    10   A.  Yes.

11:15AM    11   Q.  Do you understand that Mr. Francoforte refers to a Paul

11:16AM    12   Francoforte?

11:16AM    13   A.  Yes.

11:16AM    14   Q.  Did you encounter these two individuals together in the

11:16AM    15   same vehicle?

11:16AM    16   A.  Yes.

11:16AM    17   Q.  Did you upload their identification information into the

11:16AM    18   DHS computer system?

11:16AM    19   A.  I did, yes.

11:16AM    20           **MS. CHALBECK:**  One moment, Your Honor.

11:16AM    21           No further questions.

11:16AM    22           **THE COURT:**  Any cross?

11:16AM    23           **MR. MacKAY:**  Briefly, Judge, thank you.

11:16AM    24           **THE COURT:**  Sure.

11:16AM    25

Case 1:19-cr-00227-LJV-MJR    Document 1204    Filed 09/19/24    Page 7 of 9
USA v Bongiovanni - Pierini - MacKay/Cross - 3/20/24

7

| | | |
|---|---|---|
| 11:16AM | 1 | **CROSS-EXAMINATION BY MR. MacKAY:** |
| 11:16AM | 2 | Q.  Good morning, Agent Pierini.  How are you? |
| 11:16AM | 3 | A.  Good.  How about yourself? |
| 11:16AM | 4 | Q.  I'm well, thanks.  Slowly getting over my cold. |
| 11:16AM | 5 | All right.  So 3713A in evidence here, that's essentially |
| 11:16AM | 6 | what's generated when somebody crosses the border and the |
| 11:16AM | 7 | agent is typing all the stuff on their terminal, correct? |
| 11:16AM | 8 | A.  Yes. |
| 11:16AM | 9 | Q.  That's ultimately the record that's memorialized as a |
| 11:17AM | 10 | border crossing, correct? |
| 11:17AM | 11 | A.  Yes. |
| 11:17AM | 12 | Q.  And as you read this, and two individuals crossed the |
| 11:17AM | 13 | border at on November 29th, 2012 around 10:00, a little after |
| 11:17AM | 14 | 10:00 p.m.? |
| 11:17AM | 15 | A.  Yes. |
| 11:17AM | 16 | Q.  And it's inbound, so they're coming back, correct? |
| 11:17AM | 17 | A.  Yes. |
| 11:17AM | 18 | Q.  Do you recall this specific crossing as you sit here |
| 11:17AM | 19 | today? |
| 11:17AM | 20 | A.  I don't recall the encounter, but I know that I was the |
| 11:17AM | 21 | one that did it.  And, like I said, there's a record |
| 11:17AM | 22 | generated every time I log in. |
| 11:17AM | 23 | Q.  Okay.  You don't remember them reporting that they were |
| 11:17AM | 24 | coming back from seeing -- from going to a Swiss Chalet |
| 11:17AM | 25 | restaurant? |

| 11:17AM | 1 | A.  I don't recall the encounter. |

11:17AM  1   A.  I don't recall the encounter.

11:17AM  2   Q.  Do you know that we don't have Swiss Chalet restaurants

11:17AM  3   anymore in the United States here?

11:17AM  4   A.  I do.

11:17AM  5   Q.  Yeah, pretty good dipping sauce, so you gotta go to

11:17AM  6   Canada, correct?

11:17AM  7   A.  As far as I know.

11:17AM  8            **MR. MacKAY:**  Okay.  Thank you, Agent Pierini.

11:17AM  9            I have no further questions.

11:17AM  10           **THE COURT:**  Any redirect?

11:17AM  11           **MS. CHALBECK:**  No, Your Honor.

11:17AM  12           **THE COURT:**  Okay.  You can step down, sir.

11:17AM  13           (Witness excused at 11:17 a.m.)

14           (Excerpt concluded at 11:17 a.m.)

15               *     *     *     *     *     *     *

16

17                 **CERTIFICATE OF REPORTER**

18

19               In accordance with 28, U.S.C., 753(b), I

20   certify that these original notes are a true and correct

21   record of proceedings in the United States District Court for

22   the Western District of New York on March 20, 2024.

23                     s/ Ann M. Sawyer
                        Ann M. Sawyer, FCRR, RPR, CRR
24                      Official Court Reporter
                        U.S.D.C., W.D.N.Y.

25

1

2
## **TRANSCRIPT INDEX**

3
### **EXCERPT - EXAMINATION OF JASON PIERINI**

4
**MARCH 20, 2024**

5

6
**W I T N E S S**                                    **P A G E**

7
**J A S O N   P I E R I N I**                         2

8
DIRECT EXAMINATION BY MS. CHALBECK:                  2

9
CROSS-EXAMINATION BY MR. MacKAY:                     7

10

11

12
**E X H I B I T**                                    **P A G E**

13
GOV Exhibit 3713A                                    6

14

15

16

17

18

19

20

21

22

23

24

25