09:26AM

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
```

_____

**UNITED STATES OF AMERICA,**

                                       Case No. 1:19-cr-227

       Plaintiff,                        (LJV)

v.

                                       September 3, 2024

**JOSEPH BONGIOVANNI,**

       Defendant.

_____

**TRANSCRIPT EXCERPT - EXAMINATION OF CHERYL PANZARELLA**
**BEFORE THE HONORABLE LAWRENCE J. VILARDO**
**UNITED STATES DISTRICT JUDGE**

<u>**APPEARANCES:**</u>           **TRINI E. ROSS, UNITED STATES ATTORNEY**
                              **BY: JOSEPH M. TRIPI, ESQ.**
                                   **NICHOLAS T. COOPER, ESQ.**
                                   **CASEY L. CHALBECK, ESQ.**
                              Assistant United States Attorneys
                            Federal Centre, 138 Delaware Avenue
                            Buffalo, New York 14202
                            For the Plaintiff

                            **SINGER LEGAL PLLC**
                            **BY: ROBERT CHARLES SINGER, ESQ.**
                            80 East Spring Street
                            Williamsville, New York 14221
                              And
                            **LAW OFFICES OF PARKER ROY MacKAY**
                            **BY: PARKER ROY MacKAY, ESQ.**
                            3110 Delaware Avenue
                            Kenmore, New York 14217
                              And
                            **OSBORN, REED & BURKE, LLP**
                            **BY: JOHN J. GILSENAN, ESQ.**
                            120 Allens Creek Road
                            Rochester, New York 14618
                            For the Defendant

<u>**PRESENT**</u>:              **BRIAN A. BURNS,** FBI Special Agent
                            **MARILYN K. HALLIDAY,** HSI Special Agent
                            **KAREN A. CHAMPOUX,** USA Paralegal

<u>**LAW CLERK:**</u>           **REBECCA FABIAN IZZO, ESQ.**

```
 1   COURT DEPUTY CLERK:    COLLEEN M. DEMMA

 2   COURT REPORTER:        ANN MEISSNER SAWYER, FCRR, RPR, CRR
                            Robert H. Jackson Federal Courthouse
 3                          2 Niagara Square
                            Buffalo, New York  14202
 4                          Ann_Sawyer@nywd.uscourts.gov

 5                  *     *     *     *     *     *     *

 6

 7          (Excerpt commenced at 4:02 p.m.)

 8          (Jury is present.)

 9          THE COURT:  Okay.  And the government can call its

10   next witness.

11          MS. CHALBECK:  Ms. Demma, can I hand this to you?

12          THE CLERK:  Sure.

13          MS. CHALBECK:  Thank you, ma'am.

14          The government calls Cheryl Panzarella.

15

16   C H E R Y L   P A N Z A R E L L A, having been duly called and

17   sworn, testified as follows:

18          MS. CHALBECK:  May I inquire, Judge?

19          THE COURT:  You may.

20

21              DIRECT EXAMINATION BY MS. CHALBECK:

22   Q.  Good afternoon, Ms. Panzarella.  Can you introduce

23   yourself to the jury?

24   A.  Yes.  My name is Cheryl Panzarella.

25   Q.  And where do you work, Ms. Panzarella?
```

```
04:04PM   1   A.   I work at the DEA.
04:04PM   2   Q.   And what do you do there?
04:04PM   3   A.   I'm the office assistant.
04:04PM   4   Q.   How long have you been working for the DEA?
04:04PM   5   A.   I've worked for the DEA for 40 years.
04:04PM   6   Q.   And prior to being the office assistant, did you have
04:04PM   7   some other position with the DEA?
04:04PM   8   A.   Two other positions.
04:04PM   9             THE COURT:  Could you speak right into the
04:04PM  10   microphone?
04:04PM  11             THE WITNESS:  Two other positions.
04:04PM  12             BY MS. CHALBECK:
04:04PM  13   Q.   Can you tell the jury what those positions were?
04:04PM  14   A.   I was hired -- I was hired as a clerk steno.  And I was
04:04PM  15   hired as a -- investigative assistant, and then office
04:04PM  16   assistant now.  So I've had three jobs there.
04:04PM  17   Q.   At one point, were you what's called a property custodial
04:04PM  18   assistant?
04:04PM  19   A.   Yes.
04:04PM  20   Q.   Okay.  Were you a property custodial assistant in 2019?
04:05PM  21   A.   Yes.
04:05PM  22   Q.   And can you explain to the jury what your duties were as
04:05PM  23   a property custodial assistant --
04:05PM  24   A.   Yes.
04:05PM  25   Q.   -- at that time?
```

Case 1:19-cr-00227-LJV-MJR   Document 1209   Filed 09/23/24   Page 4 of 10
USA v Bongiovanni - Panzarella - Chalbeck/Direct - 9/3/24

4

04:05PM  1   A.   As a property custodial assistant, you're responsible for
04:05PM  2   keeping track of all the property that is handed out that is
04:05PM  3   owned by the government.  So, computers, cell phones, things
04:05PM  4   like that.  And that's basically it in a nut shell.
04:05PM  5   Q.   And let me just ask a quick follow-up question.  When you
04:05PM  6   say "property that is handed out," this is -- are you
04:05PM  7   referring to property that the DEA provides its employees
04:05PM  8   including special agents?
04:05PM  9   A.   Yes.
04:05PM  10  Q.   Okay.  It's not just like property that DEA is just
04:05PM  11  giving away?
04:05PM  12  A.   Oh, no.
04:05PM  13  Q.   Okay.  And among the property that is -- withdrawn.
04:05PM  14       Are cell phones among the property that the DEA issues
04:06PM  15  its special agents?
04:06PM  16  A.   Yes.
04:06PM  17  Q.   Okay.  I'm going to return to that in just a minute,
04:06PM  18  Ms. Panzarella, but first I want to ask you if you know an
04:06PM  19  individual by the name of Joseph Bongiovanni.
04:06PM  20  A.   Yes, I do.
04:06PM  21  Q.   How do you know that person?
04:06PM  22  A.   He worked with me at the DEA.
04:06PM  23  Q.   Do you see him present in the courtroom?
04:06PM  24  A.   I do.
04:06PM  25  Q.   Can you identify him by an article of clothing that he's

```
04:06PM   1   wearing?
04:06PM   2   A.   Light blue tie.
04:06PM   3   Q.   There are two blue ties.
04:06PM   4   A.   White shirt.
04:06PM   5   Q.   Okay.
04:06PM   6            MS. CHALBECK:  Your Honor, may the record reflect
04:06PM   7   that the witness identified the defendant?
04:06PM   8            THE COURT:  It does.
04:06PM   9            MS. CHALBECK:  Thank you, Your Honor.
04:06PM  10            BY MS. CHALBECK:
04:06PM  11   Q.   You mentioned that you know the defendant through work;
04:06PM  12   is that correct?
04:06PM  13   A.   Yes.
04:06PM  14   Q.   Would you -- how would you characterize the kind of,
04:06PM  15   like, work relationship that you had with the defendant?
04:06PM  16   A.   We were friends.
04:06PM  17   Q.   Do you recall approximately when the defendant retired
04:07PM  18   from the DEA?
04:07PM  19   A.   Maybe the end of January 2019, I think.
04:07PM  20   Q.   And did the defendant turn in his DEA-issued cell phone
04:07PM  21   prior to his retirement?
04:07PM  22   A.   Yes.
04:07PM  23   Q.   Did you come to learn that the defendant had wiped that
04:07PM  24   cell phone?
04:07PM  25   A.   Yes.
```

Case 1:19-cr-00227-LJV-MJR   Document 1209   Filed 09/23/24   Page 6 of 10
USA v Bongiovanni - Panzarella - Chalbeck/Direct - 9/3/24

6

| | | |
|---|---|---|
| 04:07PM | 1 | Q. Okay. Was there ever a time when you had possession of |
| 04:07PM | 2 | the defendant's phone after he turned it in? |
| 04:07PM | 3 | A. Yes. |
| 04:07PM | 4 | Q. And did you ever give that phone to someone else? |
| 04:07PM | 5 | A. I did. |
| 04:07PM | 6 | Q. Who did you give that phone to? |
| 04:07PM | 7 | A. I turned it over to the resident agent in charge at the |
| 04:07PM | 8 | time, Edward Orgon. |
| 04:07PM | 9 | Q. Okay. And I'm going to ask you just another couple of |
| 04:07PM | 10 | questions and then we'll -- we'll hopefully get you out of |
| 04:07PM | 11 | here soon. You mentioned that you were work friends with the |
| 04:08PM | 12 | defendant. Were you surprised when he retired? |
| 04:08PM | 13 | A. A little bit. |
| 04:08PM | 14 | Q. Can you explain that to the jury, please? |
| 04:08PM | 15 | A. Well, he came to me and said, you know, Friday is my last |
| 04:08PM | 16 | day here, Cheryl. And I was surprised. And I said, no, why? |
| 04:08PM | 17 | And he said, well, my -- |
| 04:08PM | 18 | Q. Hold on. Not trying to get into anyone else's |
| 04:08PM | 19 | statements. I just wanted to know if you were surprised. |
| 04:08PM | 20 | A. Yes. |
| 04:08PM | 21 | Q. And you said that he -- that Friday was his last day, he |
| 04:08PM | 22 | told you that Friday was his last day? |
| 04:08PM | 23 | A. Yes. |
| 04:08PM | 24 | Q. When in the week did this occur? |
| 04:08PM | 25 | A. I think it was a Monday, but that's a guess. |

| | | |
|---|---|---|
|04:08PM|1|Q. Okay.|
|04:08PM|2|**MS. CHALBECK:** One moment, please.|
|04:09PM|3|No further direct, Your Honor.|
|04:09PM|4|**THE COURT:** Any cross?|
|04:09PM|5|**MR. MacKAY:** Yes, Judge.|
|04:09PM|6| |
|04:09PM|7|**CROSS-EXAMINATION BY MR. MacKAY:**|
|04:09PM|8|Q. Good afternoon, Ms. Panzarella. How are you?|
|04:09PM|9|A. Good, thank you.|
|04:09PM|10|Q. So one of your jobs was, I think it was property|
|04:09PM|11|custodian, correct?|
|04:09PM|12|A. Correct.|
|04:09PM|13|Q. So over the years at the DEA, you dealt with, for|
|04:09PM|14|example, agents turning in property when they were done with|
|04:09PM|15|their -- their time at the DEA, correct?|
|04:09PM|16|A. Yes.|
|04:09PM|17|Q. Meaning that, like, they can't take their government cell|
|04:09PM|18|phones home with them, for example, correct?|
|04:09PM|19|A. After they retire?|
|04:09PM|20|Q. Yes.|
|04:09PM|21|A. No.|
|04:09PM|22|Q. Okay. And in -- so, in -- just to be clear, you've dealt|
|04:09PM|23|with that quite a few times where you have had to get those|
|04:09PM|24|cell phones back, correct?|
|04:09PM|25|A. Yes.|

04:09PM  1   Q.   And fair to say that standard practice was the agents
04:09PM  2   would wipe those prior to giving those back to you?
04:09PM  3   A.   Yes.
04:09PM  4   Q.   Okay.  Prior, meaning that you would take custody of the
04:09PM  5   phones when you would get them from the agents, correct?
04:09PM  6   A.   Yes.
04:09PM  7   Q.   And you would receive them, and it was routine practice
04:10PM  8   that they were already wiped before you got possession of
04:10PM  9   them, correct?
04:10PM  10  A.   Yes.  Yes.
04:10PM  11           **MR. MacKAY:**  Nothing further.  Thank you,
04:10PM  12  Ms. Panzarella.
04:10PM  13           **THE WITNESS:**  You're welcome.
04:10PM  14           **THE COURT:**  Anything more, Ms. Chalbeck?
04:10PM  15           **MS. CHALBECK:**  Yes, Your Honor.
04:10PM  16
04:10PM  17           **REDIRECT EXAMINATION BY MS. CHALBECK:**
04:10PM  18  Q.   Ms. Panzarella, just one more question.
04:10PM  19  A.   Sure.
04:10PM  20  Q.   When the defendant told you that he was going to retire
04:10PM  21  at the end of the week and it surprised you, did he mention
04:10PM  22  that he was under investigation by the DEA at that time?
04:10PM  23  A.   No.
04:10PM  24           **MR. SINGER:**  Objection, beyond the scope.
04:10PM  25           **THE COURT:**  Stop.  Yes, sustained.

```
04:10PM   1           MS. CHALBECK:  No further --
04:10PM   2           THE COURT:  The jury will strike that question and
04:10PM   3   answer, and you can step down, ma'am.  Thank you.
04:10PM   4           THE WITNESS:  Thank you.
04:10PM   5           (Witness excused at 4:10 p.m.)
04:10PM   6           (Excerpt concluded at 4:10 p.m.)
04:10PM   7              *     *     *     *     *     *
04:10PM   8
          9
         10
         11                      CERTIFICATE OF REPORTER
         12
         13           In accordance with 28, U.S.C., 753(b), I
         14   certify that these original notes are a true and correct
         15   record of proceedings in the United States District Court for
         16   the Western District of New York on September 3, 2024.
         17
         18
         19                      s/ Ann M. Sawyer
                                 Ann M. Sawyer, FCRR, RPR, CRR
         20                      Official Court Reporter
                                 U.S.D.C., W.D.N.Y.
         21
         22
         23
         24
         25
```

**TRANSCRIPT INDEX**

**EXCERPT - EXAMINATION OF CHERYL PANZARELLA**

**SEPTEMBER 3, 2024**

**W I T N E S S**                                                **P A G E**

**C H E R Y L   P A N Z A R E L L A**                            2

  DIRECT EXAMINATION BY MS. CHALBECK:                  2

  CROSS-EXAMINATION BY MR. MacKAY:                     7

  REDIRECT EXAMINATION BY MS. CHALBECK:                8