12:21PM

1
                    **UNITED STATES DISTRICT COURT**
                    **WESTERN DISTRICT OF NEW YORK**

2

_____

3    **UNITED STATES OF AMERICA,**

                              Case No. 1:19-cr-227
4                Plaintiff,              (LJV)

v.

5                              September 6, 2024

**JOSEPH BONGIOVANNI,**

6

                Defendant.
_____

7

8        **TRANSCRIPT EXCERPT - EXAMINATION OF JOHN McDONALD**
9            **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
             **UNITED STATES DISTRICT JUDGE**

10   **APPEARANCES:**        **TRINI E. ROSS, UNITED STATES ATTORNEY**
                         **BY: JOSEPH M. TRIPI, ESQ.**
11                           **NICHOLAS T. COOPER, ESQ.**
                             **CASEY L. CHALBECK, ESQ.**
12                       Assistant United States Attorneys
                         Federal Centre, 138 Delaware Avenue
13                       Buffalo, New York 14202
                         For the Plaintiff

14
                         **SINGER LEGAL PLLC**
15                       **BY: ROBERT CHARLES SINGER, ESQ.**
                         80 East Spring Street
16                       Williamsville, New York 14221
                            And
17                       **LAW OFFICES OF PARKER ROY MacKAY**
                         **BY: PARKER ROY MacKAY, ESQ.**
18                       3110 Delaware Avenue
                         Kenmore, New York 14217
19                          And
                         **OSBORN, REED & BURKE, LLP**
20                       **BY: JOHN J. GILSENAN, ESQ.**
                         120 Allens Creek Road
21                       Rochester, New York 14618
                         For the Defendant

22
     **PRESENT:**            **BRIAN A. BURNS,** FBI Special Agent
23                       **MARILYN K. HALLIDAY,** HSI Special Agent
                         **KAREN A. CHAMPOUX,** USA Paralegal

24
     **LAW CLERK:**          **REBECCA FABIAN IZZO, ESQ.**
25

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

| | |
|---|---|
| 1 | **COURT DEPUTY CLERK:** **COLLEEN M. DEMMA** |
| 2 | **COURT REPORTER:** **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 3 | Robert H. Jackson Federal Courthouse<br>2 Niagara Square<br>Buffalo, New York  14202 |
| 4 | Ann_Sawyer@nywd.uscourts.gov |
| 5 | |
| 6 | *    *    *    *    *    *    * |
| 7 | |
| 8 | (Excerpt commenced at 4:47 p.m.) |

| | | |
|---|---|---|
| 04:47PM | 9 | (Jury present.) |
| 04:47PM | 10 | **THE COURT:**  Call your next witness. |
| 04:47PM | 11 | **MR. COOPER:**  John McDonald. |
| 04:47PM | 12 | |
| 04:47PM | 13 | **J O H N   M c D O N A L D**, having been duly called and sworn, |
| 04:48PM | 14 | testified as follows: |
| 04:48PM | 15 | **MR. COOPER:**  May I inquire? |
| 04:48PM | 16 | **THE COURT:**  You may. |
| 04:48PM | 17 | |
| 04:48PM | 18 | **DIRECT EXAMINATION BY MR. COOPER:** |
| 04:48PM | 19 | Q.  Good afternoon, sir.  How are you? |
| 04:48PM | 20 | A.  Good. |
| 04:48PM | 21 | Q.  Can you introduce yourself to the jury, please? |
| 04:48PM | 22 | A.  I'm John. |
| 04:48PM | 23 | Q.  How old are you? |
| 04:48PM | 24 | A.  38.  Oh, yeah.  38 next week. |
| 04:48PM | 25 | Q.  Okay.  We're going to jump right into it. |

04:48PM    1        John, during times in your life, have you struggled with

04:48PM    2    drug use?

04:48PM    3    A.   Yes.

04:48PM    4    Q.   At what age did you start using drugs?

04:48PM    5    A.   19.

04:48PM    6    Q.   Okay.  And you said you're about 38 now?

04:48PM    7    A.   Yes.

04:48PM    8    Q.   What kinds of drugs did you start using when you were

04:48PM    9    around 19?

04:48PM    10   A.   Coke.

04:48PM    11   Q.   Is that cocaine?

04:48PM    12   A.   Yes.

04:48PM    13   Q.   Okay.  And have there been times in your life when you

04:48PM    14   used cocaine pretty frequently?

04:48PM    15   A.   Yes.

04:48PM    16   Q.   Would you describe yourself as being addicted to cocaine

04:48PM    17   at times in your life?

04:48PM    18   A.   Yes.

04:48PM    19   Q.   Have you sold cocaine before?

04:48PM    20   A.   Yes.

04:49PM    21        **MR. COOPER:**  Judge, may I approach the witness with

04:49PM    22   what's marked for identification as Government's

04:49PM    23   Exhibit 3649L?

04:49PM    24        **THE COURT:**  Yes.

04:49PM    25        **MR. COOPER:**  Thank you.

| | | |
|---|---|---|
| 04:49PM | 1 | **BY MR. COOPER:** |
| 04:49PM | 2 | Q.  John, just take a moment, look at that, and look back up |
| 04:49PM | 3 | at me when you're finished. |
| 04:49PM | 4 | A.  Yeah, I read this before. |
| 04:49PM | 5 | Q.  Do you recognize it? |
| 04:49PM | 6 | A.  Yes. |
| 04:49PM | 7 | Q.  Is that a copy of your plea agreement? |
| 04:49PM | 8 | A.  Yes. |
| 04:49PM | 9 | **MR. COOPER:**  May I approach, Judge? |
| 04:49PM | 10 | **THE COURT:**  Sure. |
| 04:49PM | 11 | **MR. COOPER:**  Thank you. |
| 04:49PM | 12 | **BY MR. COOPER:** |
| 04:49PM | 13 | Q.  I asked you a few moments ago if you've sold cocaine |
| 04:49PM | 14 | before; do you remember that? |
| 04:49PM | 15 | A.  Yes. |
| 04:49PM | 16 | Q.  Have you? |
| 04:49PM | 17 | A.  Yes. |
| 04:49PM | 18 | Q.  Okay.  And at some point, did you get arrested and |
| 04:49PM | 19 | charged related to being a drug dealer? |
| 04:49PM | 20 | A.  Yes. |
| 04:49PM | 21 | Q.  Did you plead guilty here in federal court? |
| 04:49PM | 22 | A.  Yes. |
| 04:49PM | 23 | Q.  As a part of that guilty plea, did you sign what's called |
| 04:49PM | 24 | a cooperation agreement? |
| 04:49PM | 25 | A.  Yes. |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

| | | |
|---|---|---|
| 04:49PM | 1 | Q.  Did you promise that when you were called upon, you'd sit |
| 04:49PM | 2 | in that chair and testify truthfully? |
| 04:49PM | 3 | A.  Yes. |
| 04:49PM | 4 | Q.  Is that what you're here to do today? |
| 04:49PM | 5 | A.  Yes. |
| 04:49PM | 6 | Q.  Are you hoping at the back end that you'll get some |
| 04:49PM | 7 | benefit on your sentencing? |
| 04:49PM | 8 | A.  Yes. |
| 04:49PM | 9 | Q.  Do you know what that will be? |
| 04:49PM | 10 | A.  No. |
| 04:50PM | 11 | Q.  Is it your intention to tell this jury the truth today? |
| 04:50PM | 12 | A.  Yeah. |
| 04:50PM | 13 | Q.  All right.  I want to now jump into 2018. |
| 04:50PM | 14 | In the year 2018, were you working? |
| 04:50PM | 15 | A.  Yes. |
| 04:50PM | 16 | Q.  What kind of work were you doing? |
| 04:50PM | 17 | A.  Roofer. |
| 04:50PM | 18 | Q.  Okay.  Roofing's hard work? |
| 04:50PM | 19 | A.  Yes. |
| 04:50PM | 20 | Q.  Can you do roofing year-round? |
| 04:50PM | 21 | A.  No. |
| 04:50PM | 22 | Q.  When can you do roofing, John? |
| 04:50PM | 23 | A.  Summertime.  Weather permits. |
| 04:50PM | 24 | Q.  Okay.  And did you make money from doing roofing during |
| 04:50PM | 25 | the summertime? |

| | | |
|---|---|---|
| 04:50PM | 1 | A.  Yeah. |
| 04:50PM | 2 | Q.  What did you do to make money during the wintertime? |
| 04:50PM | 3 | A.  Sell drugs. |
| 04:50PM | 4 | Q.  Okay.  Did you sell cocaine? |
| 04:50PM | 5 | A.  Yes. |
| 04:50PM | 6 | Q.  Were you using cocaine at that time in your life? |
| 04:50PM | 7 | A.  Yes. |
| 04:50PM | 8 | Q.  I want to talk to you now about an individual by the name |
| 04:50PM | 9 | of Michael Sinatra.  Do you know that person? |
| 04:50PM | 10 | A.  Yes. |
| 04:50PM | 11 | Q.  How do you know that person? |
| 04:50PM | 12 | A.  Just around, knowing individuals.  We've crossed paths a |
| 04:50PM | 13 | few timed. |
| 04:50PM | 14 | Q.  Okay.  Have you lived generally in this area your whole |
| 04:50PM | 15 | life? |
| 04:50PM | 16 | A.  Yeah. |
| 04:50PM | 17 | Q.  Do you know a lot of people in the area? |
| 04:50PM | 18 | A.  Yeah. |
| 04:50PM | 19 | Q.  You said before that you use drugs, right? |
| 04:50PM | 20 | A.  Yes. |
| 04:50PM | 21 | Q.  Are you on drugs today? |
| 04:51PM | 22 | A.  No. |
| 04:51PM | 23 | Q.  Have you used drugs recently? |
| 04:51PM | 24 | A.  No. |
| 04:51PM | 25 | Q.  Okay.  Did you know Michael Sinatra from the |

04:51PM   1   neighborhood?

04:51PM   2   A.   Yes.

04:51PM   3   Q.   Do you know him from growing up?

04:51PM   4   A.   Yes.

04:51PM   5   Q.   Did you know Michael Sinatra to be involved in selling

04:51PM   6   drugs?

04:51PM   7   A.   Yes.

04:51PM   8   Q.   Tell the jury what kind of drugs you knew Michael Sinatra

04:51PM   9   to be involved in selling.

04:51PM   10   A.   Weed and cocaine.

04:51PM   11   Q.   And when you say "weed" do you mean marijuana?

04:51PM   12   A.   Yes.

04:51PM   13   Q.   How do you know that Michael Sinatra sold weed and

04:51PM   14   marijuana?

04:51PM   15   A.   'Cuz --

04:51PM   16   Q.   Weed and cocaine, I'm sorry.

04:51PM   17   A.   Oh, I've been there with him when he's done it.

04:51PM   18   Q.   Okay.  Have you watched him sell drugs to people?

04:51PM   19   A.   Yeah.

04:51PM   20   Q.   In late 2018, so we're talking like fall, winter, did you

04:51PM   21   know where Michael Sinatra lived?

04:51PM   22   A.   Yes.

04:51PM   23   Q.   Had you been to his house before?

04:51PM   24   A.   Yes.

04:51PM   25   Q.   About how many times had you been in his house before?

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

8

| 04:51PM | 1 | A.  Half dozen, dozen, maybe more. |
| 04:51PM | 2 | Q.  Had you ever been in his basement before? |
| 04:51PM | 3 | A.  Yes. |
| 04:51PM | 4 | Q.  Can you tell the jury around that timeframe, around 2018, |
| 04:51PM | 5 | what did you observe when you were in Michael Sinatra's |
| 04:51PM | 6 | basement? |
| 04:51PM | 7 | A.  Well, at that time, the roommate I was living with at |
| 04:52PM | 8 | that time was Sinatra's old roommate, lived in his basement. |
| 04:52PM | 9 | He moved out of Sinatra's basement.  And we moved in |
| 04:52PM | 10 | together. |
| 04:52PM | 11 | And then he turned his basement into a grow room. |
| 04:52PM | 12 | Q.  Who turned their basement into grow room? |
| 04:52PM | 13 | A.  Michael Sinatra. |
| 04:52PM | 14 | Q.  Okay.  Did you see that with your own eyes? |
| 04:52PM | 15 | A.  Yes. |
| 04:52PM | 16 | Q.  So, you -- I want to unpack the information that you gave |
| 04:52PM | 17 | there for a moment. |
| 04:52PM | 18 | At one point, did Michael Sinatra have a roommate? |
| 04:52PM | 19 | A.  I -- me -- me and Andy moved in together around 2015, |
| 04:52PM | 20 | 2016. |
| 04:52PM | 21 | Q.  Okay.  And did Andy have some connection to Mike Sinatra? |
| 04:52PM | 22 | A.  Yeah. |
| 04:52PM | 23 | Q.  Okay. |
| 04:52PM | 24 | A.  That's really how I met Mike is through Andy. |
| 04:52PM | 25 | Q.  Okay.  Is Andy a friend of yours? |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

9

04:52PM    1    A.  Yes.

04:52PM    2    Q.  When you and Andy moved in together, did you begin to

04:52PM    3    interact with Mike Sinatra?

04:52PM    4    A.  Yes.

04:52PM    5    Q.  You told the jury a moment ago that you saw Mike Sinatra

04:52PM    6    sell drugs before, right?

04:52PM    7    A.  Yeah.

04:52PM    8    Q.  Had you gone out and socialized with Mike Sinatra?

04:52PM    9    A.  Yeah.

04:53PM   10    Q.  And you told the jury that you'd been to his house, like,

04:53PM   11    six or eight times; do you remember that?

04:53PM   12    A.  Um-hum.

04:53PM   13    Q.  Can you just tell them, like, what were you doing going

04:53PM   14    to his house?

04:53PM   15    A.  I mean, we go in there and take care of his plants when

04:53PM   16    he was out of town, or feed the dogs.  Whatever.  Like, him

04:53PM   17    and Andy were really good friends, and we would stop there,

04:53PM   18    like, on our way out to the bars or whatever, just to do

04:53PM   19    whatever they had going on.

04:53PM   20    Q.  Okay.  I want to break down two things there.

04:53PM   21        You said we would go and take care of his plants.  What

04:53PM   22    kind of plants are you talking about?

04:53PM   23    A.  Weed plants.

04:53PM   24    Q.  Okay.  Would you go and take care of his plants that he

04:53PM   25    was growing?

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

10

| | | |
|---|---|---|
| 04:53PM | 1 | A.  Yes. |
| 04:53PM | 2 | Q.  You also testified that he and Andy were really good |
| 04:53PM | 3 | friends; do you remember saying that? |
| 04:53PM | 4 | A.  Yes. |
| 04:53PM | 5 | Q.  Were you really good friends with Mike Sinatra? |
| 04:53PM | 6 | A.  No, not at all. |
| 04:53PM | 7 | Q.  Did you like him? |
| 04:53PM | 8 | A.  No. |
| 04:53PM | 9 | Q.  Did you observe marijuana every time you were at Michael |
| 04:53PM | 10 | Sinatra's house? |
| 04:53PM | 11 | A.  Yeah. |
| 04:53PM | 12 | Q.  Do you know a person by the name of Ronald Rowles? |
| 04:53PM | 13 | A.  Yes. |
| 04:53PM | 14 | Q.  How do you know that person? |
| 04:53PM | 15 | A.  Used to be my brother. |
| 04:53PM | 16 | Q.  Okay.  When you say used to be your brother, your last |
| 04:53PM | 17 | name is McDonald, right? |
| 04:53PM | 18 | A.  Yeah. |
| 04:53PM | 19 | Q.  Is he a biological brother, or -- |
| 04:54PM | 20 | A.  No, we call each other brothers. |
| 04:54PM | 21 | Q.  Okay.  Were you very close with Mr. Rowles? |
| 04:54PM | 22 | A.  Yes. |
| 04:54PM | 23 | Q.  Back in 2018, that same timeframe we're talking about, |
| 04:54PM | 24 | were you very close with Mr. Rowles? |
| 04:54PM | 25 | A.  Yes. |

04:54PM   1   Q.  Did there come a time when you had discussions with

04:54PM   2   Mr. Rowles -- or, I'm sorry, withdrawn.

04:54PM   3       Have you ever had discussions with Mike Sinatra regarding

04:54PM   4   making money from selling marijuana?

04:54PM   5   A.  Yes.

04:54PM   6   Q.  Can you tell the jury what you overheard Sinatra bragging

04:54PM   7   about?

04:54PM   8   A.  That he had a hundred grand to buy as much weed as he

04:54PM   9   wanted to.

04:54PM  10   Q.  Okay.  And what was the context of him saying that?

04:54PM  11   A.  He just fucking brags about everything.

04:54PM  12   Q.  Okay.  And you remember him saying that?

04:54PM  13   A.  Yeah.

04:54PM  14   Q.  Did that stick out in your mind?

04:54PM  15   A.  Yeah.

04:54PM  16   Q.  What did that make you think?  Tell the jury.  When you

04:54PM  17   heard him say that, what started going on in your head?

04:54PM  18   A.  Um, I'm taking it.  I'm taking it.  I'm kicking in his

04:54PM  19   door and taking your shit.

04:54PM  20   Q.  Did you know him to have a safe in his house?

04:54PM  21   A.  Yes.

04:54PM  22   Q.  How did you know that?

04:54PM  23   A.  I've seen it.

04:54PM  24   Q.  Did you know where it was in his house?

04:54PM  25   A.  Um-hum.

| | | |
|---|---|---|
| 04:54PM | 1 | Q.  Is that a yes? |
| 04:54PM | 2 | A.  Yes. |
| 04:55PM | 3 | Q.  Sorry, Ann has to type everything down. |
| 04:55PM | 4 | Where was it in his house? |
| 04:55PM | 5 | A.  In his bedroom closet. |
| 04:55PM | 6 | Q.  Had you seen it there before? |
| 04:55PM | 7 | A.  Yes. |
| 04:55PM | 8 | Q.  At some point after you hear Michael Sinatra bragging |
| 04:55PM | 9 | about having $100,000, did you decide to burglarize his |
| 04:55PM | 10 | house? |
| 04:55PM | 11 | A.  Yes. |
| 04:55PM | 12 | Q.  Did you discuss that plan with someone? |
| 04:55PM | 13 | A.  Yes. |
| 04:55PM | 14 | Q.  Who did you discuss that plan with? |
| 04:55PM | 15 | A.  Ronald Rowles. |
| 04:55PM | 16 | Q.  Give me a timeframe, and estimate if you have to. |
| 04:55PM | 17 | When did you and Ronald Rowles come up with this plan to |
| 04:55PM | 18 | burglarize Mike Sinatra's house? |
| 04:55PM | 19 | A.  The end of 2018.  Like, December of 2018. |
| 04:55PM | 20 | Q.  Okay.  And did there come a time around New Year's Eve of |
| 04:55PM | 21 | December of 2018 when you ultimately carried out that plan? |
| 04:55PM | 22 | A.  Yes. |
| 04:55PM | 23 | Q.  Did you pick that day, December 31st of 2018, for any |
| 04:55PM | 24 | specific reason? |
| 04:55PM | 25 | A.  Yeah. |

04:55PM    1    Q.  Can you tell them why?

04:55PM    2    A.  'Cuz no drug dealer in the world is home on New Year's

04:56PM    3    Eve.

04:56PM    4    Q.  Where are they?

04:56PM    5    A.  At the party.

04:56PM    6    Q.  Okay?

04:56PM    7    A.  They're selling drugs.

04:56PM    8    Q.  Did you want to burglarize the house when Sinatra was not

04:56PM    9    home?

04:56PM    10   A.  Yes.

04:56PM    11   Q.  Was that a part of your plan?

04:56PM    12   A.  Yeah.

04:56PM    13   Q.  Can you describe for this jury how that burglary played

04:56PM    14   out?  What did you do?

04:56PM    15   A.  So, like I said, I always used to go to his house to

04:56PM    16   water the plants or whatever.  And we forgot the keys, so

04:56PM    17   we'd be able to card the door open with a credit card.

04:56PM    18       So I figured that's what I was gonna do.

04:56PM    19       But he put a new door on.  So I had to smash the window

04:56PM    20   of the door.

04:56PM    21   Q.  Okay.  What did you smash the window of the door with?

04:56PM    22   A.  He had a log laying in his driveway.

04:56PM    23   Q.  Okay.  And when you smashed the window with the log, were

04:56PM    24   you able to gain access inside the house?

04:56PM    25   A.  Yes.

04:56PM  1    Q.  Was anybody home?

04:56PM  2    A.  No.

04:56PM  3    Q.  Describe what you did when you got inside.

04:56PM  4    A.  I went inside and messed up the kitchen, like, opened the

04:56PM  5    cupboards and knocked everything out onto the floor.  Then

04:56PM  6    went in and took the safe and left.

04:56PM  7    Q.  Why did you mess up the kitchen?

04:56PM  8    A.  To make it look like they were looking for something.  Or

04:56PM  9    someone was looking for the safe, or money, or whatever.  Not

04:56PM  10   just like it was someone he knew.  Trying to throw him off a

04:56PM  11   little bit.

04:56PM  12   Q.  Did you want him to be able to figure out that it was

04:57PM  13   you?

04:57PM  14   A.  No.

04:57PM  15   Q.  Were you trying to cover your tracks?

04:57PM  16   A.  Yeah.

04:57PM  17   Q.  Did you go into the bedroom ultimately and get the safe?

04:57PM  18   A.  Yes.

04:57PM  19   Q.  Was it heavy?

04:57PM  20   A.  Yes.

04:57PM  21   Q.  How did you get it out of the house?

04:57PM  22   A.  I picked it up, carried it.

04:57PM  23   Q.  What did you do with it when you picked it up?

04:57PM  24   A.  Put it up on my shoulder, walked out the door, and threw

04:57PM  25   it in the back of the truck.

04:57PM   1   Q.   Who was in the truck?

04:57PM   2   A.   Ronald Rowles.

04:57PM   3   Q.   Okay.  When you walk out of the house with the safe, you

04:57PM   4   put it in the truck, do you and Rowles leave together?

04:57PM   5   A.   Yes.

04:57PM   6   Q.   Where is the first place that you go?

04:57PM   7   A.   I'm not sure of the dude's name.  One of his buddies.

04:57PM   8        We went into his garage, and I opened up the safe while

04:57PM   9   he took a walk with the guy inside and talked to him,

04:57PM  10   whatever.

04:57PM  11   Q.   Okay.  So you go with Rowles to someone's house; is that

04:57PM  12   right?

04:57PM  13   A.   Um-hum.

04:57PM  14   Q.   And do you go into the garage?

04:57PM  15   A.   Yes.

04:57PM  16   Q.   Do you bring the safe in the garage?

04:57PM  17   A.   Yes.

04:57PM  18   Q.   Describe what you do then.

04:57PM  19   A.   I took a -- he had all the tools, that's why we went

04:57PM  20   there.  I took a grinder, hit the hinges, and then beat it

04:57PM  21   with a sledgehammer until opened.

04:58PM  22   Q.   Was Rowles in there with you when you did that?

04:58PM  23   A.   No.

04:58PM  24   Q.   Was the guy who owned the home in there with you when you

04:58PM  25   did that?

04:58PM     1    A.  No.

04:58PM     2    Q.  When you hit the hinges with a grinder, and then took a

04:58PM     3    sledgehammer to the door of the safe, were you able to get it

04:58PM     4    open?

04:58PM     5    A.  Yes.

04:58PM     6    Q.  Can you describe what happened when it eventually opened?

04:58PM     7    A.  So as I'm swinging away with the sledgehammer, obviously

04:58PM     8    the door pushes in, and the sledgehammer goes in.  So as I'm

04:58PM     9    pulling it out to take another swing just to make sure, it

04:58PM     10   had caught a bag of cocaine and it ripped open on the safe.

04:58PM     11   So now there's about a key of coke flying through the air.

04:58PM     12   Everything was covered with cocaine.

04:58PM     13   Q.  Are you familiar with what cocaine smells and tastes

04:58PM     14   like?

04:58PM     15   A.  Yes.

04:58PM     16   Q.  Have you used a lot of cocaine in your life?

04:58PM     17   A.  Yes.

04:58PM     18   Q.  Are you sure it was cocaine floating around through the

04:58PM     19   air?

04:58PM     20   A.  Yes.

04:58PM     21   Q.  Did you see packaging material near the sledgehammer?

04:58PM     22   A.  Yes.

04:58PM     23   Q.  When you're standing in the garage with the sledgehammer

04:58PM     24   and the cocaine everywhere in the air, what did you do?

04:58PM     25   A.  I started looking, emptying the rest of the safe, to see

04:58PM    1    what was actually in there.

04:58PM    2    Q.   Other than what you described as a key of cocaine that

04:58PM    3    broke open, what else was inside the safe?

04:59PM    4    A.   Around $260,000 and some jewelry.

04:59PM    5    Q.   What did you do with the $260,000?

04:59PM    6    A.   Split it up and spent it.

04:59PM    7    Q.   Okay.  We're gonna get there in a second.  But, like, in

04:59PM    8    that moment, what do you do with the safe?

04:59PM    9    A.   Oh, I -- was an empty cooler in the dude's garage, and I

04:59PM   10    just put all the contents into the cooler.

04:59PM   11    Q.   Okay.  And you said there was some jewelry, as well?

04:59PM   12    A.   Jewelry yes.

04:59PM   13    Q.   Did you put the jewelry in the cooler as well?

04:59PM   14    A.   Yes.

04:59PM   15    Q.   Okay.  At some point did Rowles and the guy who owns the

04:59PM   16    garage come back?

04:59PM   17    A.   Yes.

04:59PM   18    Q.   What did you do?

04:59PM   19    A.   Right as -- right as it opened, you know what I mean, as

04:59PM   20    the safe opened, they came in as the coke was settling.  And

04:59PM   21    we just -- I was pulling money out pulling it in the cooler.

04:59PM   22    And I handed him an envelope, I don't know how much was in

04:59PM   23    there.

04:59PM   24        I was like, we weren't here.  And we grabbed the safe,

04:59PM   25    and got in the truck and left.

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

| | | |
|---|---|---|
| 04:59PM | 1 | Q. Did you give the guy who owns the house, the envelope you |
| 04:59PM | 2 | gave him, was there money inside? |
| 04:59PM | 3 | A. Yeah. |
| 04:59PM | 4 | Q. Was all that money that you described a moment ago |
| 04:59PM | 5 | contained in a series of envelopes? |
| 04:59PM | 6 | A. Yeah. |
| 04:59PM | 7 | Q. Did you count it right there? |
| 04:59PM | 8 | A. No. |
| 05:00PM | 9 | Q. Okay. So when you look at it, you just see what? |
| 05:00PM | 10 | A. Just bank envelopes. |
| 05:00PM | 11 | Q. Okay. |
| 05:00PM | 12 | A. Packed. |
| 05:00PM | 13 | Q. Okay. After you give the owner of the home one of the |
| 05:00PM | 14 | bank envelopes, do you and Rowles leave? |
| 05:00PM | 15 | A. Yes. |
| 05:00PM | 16 | Q. Where did you go? |
| 05:00PM | 17 | A. Some projects in the Falls. |
| 05:00PM | 18 | Q. Okay. |
| 05:00PM | 19 | A. We ditched the safe in the Dumpster, and then we went |
| 05:00PM | 20 | back to our house. |
| 05:00PM | 21 | Q. After you got rid of the safe in a Dumpster and went back |
| 05:00PM | 22 | to your house, did you count the money at that point? |
| 05:00PM | 23 | A. Yes. |
| 05:00PM | 24 | Q. Okay. What do you remember doing with the money when you |
| 05:00PM | 25 | got back to your house? |

05:00PM    1    A.  Ran in my room, and dumped it on my -- dumped the cooler

05:00PM    2    out on my bed and jumped in it.

05:00PM    3    Q.  Jumped in the money?

05:00PM    4    A.  Yep.

05:00PM    5    Q.  What do you remember doing next after the money on the

05:00PM    6    bed and jumping in it?

05:00PM    7    A.  We just -- I grabbed, like, $20,000 each, and went out to

05:00PM    8    the strip club.

05:00PM    9    Q.  Who went with you?

05:00PM   10    A.  I couldn't even tell you, there was so many of us that

05:00PM   11    went out to the strip club.  There was two carloads.

05:00PM   12    Q.  Did Rowles go with you?

05:00PM   13    A.  Yes.

05:00PM   14    Q.  You said you went to a strip club.  What strip club did

05:01PM   15    you go to?

05:01PM   16    A.  Show Girls.

05:01PM   17    Q.  What was that?

05:01PM   18    A.  Show Girls.

05:01PM   19    Q.  Okay.  Have you heard of a place called Pharaoh's before?

05:01PM   20    A.  Yeah, I was banned from Pharaoh's at that time.

05:01PM   21    Q.  Okay.  And we'll circle back to that in just a second.

05:01PM   22        When you go out with, like, the $20,000 to the strip

05:01PM   23    club, were you out for a period of time after that?

05:01PM   24    A.  Yes.

05:01PM   25    Q.  Were you partying?

| | | |
|---|---|---|
| 05:01PM | 1 | A. Yes. |
| 05:01PM | 2 | Q. Were you using drugs? |
| 05:01PM | 3 | A. Yes. |
| 05:01PM | 4 | Q. How long did that last? |
| 05:01PM | 5 | A. A few days. |
| 05:01PM | 6 | Q. During that few days when you're out partying, did you |
| 05:01PM | 7 | become aware that people were looking for you? |
| 05:01PM | 8 | A. Yeah. |
| 05:01PM | 9 | Q. What was your understanding about who was looking for |
| 05:01PM | 10 | you? |
| 05:01PM | 11 | A. What I was told, it was a couple biker clubs and the mob. |
| 05:01PM | 12 | Q. Okay. You mentioned that there was some jewelry in the |
| 05:01PM | 13 | safe as well; is that right? |
| 05:01PM | 14 | A. Yes. |
| 05:01PM | 15 | Q. What did you plan to do with the jewelry from the safe? |
| 05:01PM | 16 | A. Well, I -- from what -- the jewelry that I seen in the |
| 05:02PM | 17 | safe, I threw out. I grabbed it and threw it out. |
| 05:02PM | 18 | Q. Why did you do that? |
| 05:02PM | 19 | A. Because I didn't want to get caught, like, selling |
| 05:02PM | 20 | jewelry. And people see you wearing their shit, you're gonna |
| 05:02PM | 21 | get caught. |
| 05:02PM | 22 | Q. Do you know if Rowles also got rid of all the jewelry? |
| 05:02PM | 23 | A. No, he didn't. He had took a ring out of the pile of |
| 05:02PM | 24 | jewelry and kept it. |
| 05:02PM | 25 | Q. Are you aware of whether Rowles was captured in some |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

| | | |
|---|---|---|
| 05:02PM | 1 | pictures wearing that ring? |
| 05:02PM | 2 | A.   Yes. |
| 05:02PM | 3 | Q.   Were those on social media? |
| 05:02PM | 4 | A.   Yes. |
| 05:02PM | 5 | Q.   Did people become aware that you and Rowles were |
| 05:02PM | 6 | involved? |
| 05:02PM | 7 | A.   Yes. |
| 05:02PM | 8 | Q.   Did you find out, or did you form a belief at some point, |
| 05:02PM | 9 | that the mob, as you described it, was looking for you? |
| 05:02PM | 10 | A.   Yes. |
| 05:02PM | 11 | Q.   Do you know if that ring that Rowles was wearing had any |
| 05:02PM | 12 | significance? |
| 05:02PM | 13 | A.   Yes. |
| 05:02PM | 14 | Q.   Describe that for the jury. |
| 05:02PM | 15 | A.   It belonged to Stefano Magaddino, or whatever the fuck |
| 05:02PM | 16 | his name is. |
| 05:02PM | 17 | Q.   Okay.  Did you believe that the ring had some association |
| 05:02PM | 18 | with Italian Organized Crime? |
| 05:02PM | 19 | A.   Yes. |
| 05:02PM | 20 | Q.   After your few days out partying, where do you go? |
| 05:03PM | 21 | A.   Back home. |
| 05:03PM | 22 | Q.   Do you eventually go home? |
| 05:03PM | 23 | A.   Yeah. |
| 05:03PM | 24 | Q.   Okay.  And when you get home, what do you do? |
| 05:03PM | 25 | A.   Pop a couple Xanax, because it's time to go to sleep. |

05:03PM    1    Q.  Were you able to go to sleep?

05:03PM    2    A.  No.  Not at all.

05:03PM    3    Q.  What happened?

05:03PM    4    A.  I had a female come in the room and wake me up.  I though

05:03PM    5    she was just jealous because I had another bitch in the bed,

05:03PM    6    thought she was just -- you know what I mean?

05:03PM    7        And she's, like, Tony got pulled over.

05:03PM    8        What you fuck you want me to do?  I ain't got no license.

05:03PM    9    I just went to sleep.  Fuck Tony.

05:03PM    10       And she comes back -- I don't know how much time went by,

05:03PM    11   but she comes back in, smashes the phone off my face.

05:03PM    12       Wake up, it's Ronald on the phone, talking about get your

05:03PM    13   shit and get out the house, we're about to get raided.

05:03PM    14       I was like, you're fucking crazy.  I was like, you're

05:03PM    15   paranoid.

05:03PM    16       Then I looked out the window, and I watch the feds pull

05:03PM    17   in the driveway.

05:03PM    18   Q.  You said Ronald called you and told you get out, you're

05:03PM    19   about to get raided?

05:03PM    20   A.  Um-hum.

05:03PM    21   Q.  And that's when you looked out the window?

05:03PM    22   A.  Yeah.

05:03PM    23   Q.  When you looked out the window, did you believe Ronald

05:03PM    24   was right, that you were about to get raided?

05:03PM    25   A.  Yeah.

| | | |
|---|---|---|
| 05:03PM | 1 | Q.  What did you do at that moment? |
| 05:04PM | 2 | A.  Put on some clothes, grabbed -- grabbed my half of the |
| 05:04PM | 3 | money, and ran out the back door through a golf course. |
| 05:04PM | 4 | Q.  Are we talking about January in 2019? |
| 05:04PM | 5 | A.  Yeah.  January 3rd, I believe. |
| 05:04PM | 6 | Q.  Cold outside? |
| 05:04PM | 7 | A.  Yes. |
| 05:04PM | 8 | Q.  Was there snow on the ground? |
| 05:04PM | 9 | A.  Yes. |
| 05:04PM | 10 | Q.  Were you able to get away by running out the back door |
| 05:04PM | 11 | and through the golf course? |
| 05:04PM | 12 | A.  Yeah.  I was in my underwear carrying everything. |
| 05:04PM | 13 | Q.  Where did you go? |
| 05:04PM | 14 | A.  I went and called a cab.  Ran a couple holes, stopped, |
| 05:04PM | 15 | got dressed, called a cab.  And then went to the Econo Lodge. |
| 05:04PM | 16 | Q.  Okay.  After getting to the Econo Lodge, did you |
| 05:04PM | 17 | eventually come up with a plan to get out of New York? |
| 05:04PM | 18 | A.  Yeah. |
| 05:04PM | 19 | Q.  What was the plan? |
| 05:04PM | 20 | A.  Well, it was already in motion before we got raided.  I |
| 05:04PM | 21 | was leaving and going to Florida.  Once I got raided, it just |
| 05:04PM | 22 | moved up the timeline. |
| 05:04PM | 23 | Q.  Okay.  Did you ultimately flee to Florida? |
| 05:04PM | 24 | A.  Yes. |
| 05:04PM | 25 | Q.  Who did you go with? |

| | | |
|---|---|---|
| 05:04PM | 1 | A.  It was couple females. |
| 05:04PM | 2 | Q.  Okay.  What did you do when you got down to Florida? |
| 05:04PM | 3 | A.  Found a job.  Got a house.  And just lived a normal life. |
| 05:04PM | 4 | Q.  Were you spending the money that you had stolen from |
| 05:04PM | 5 | Sinatra's safe? |
| 05:05PM | 6 | A.  Yeah. |
| 05:05PM | 7 | Q.  At some point, did you decide to take a vacation and |
| 05:05PM | 8 | spend some of that money on a cruise? |
| 05:05PM | 9 | A.  Yes. |
| 05:05PM | 10 | Q.  Who did you go on the cruise with? |
| 05:05PM | 11 | A.  Ronald Rowles, a couple people from his family, a couple |
| 05:05PM | 12 | other buddies. |
| 05:05PM | 13 | Q.  At the end of that cruise, when you came back into port, |
| 05:05PM | 14 | so to speak, did you get arrested? |
| 05:05PM | 15 | A.  Yes. |
| 05:05PM | 16 | Q.  Can you describe for the jury how that happened? |
| 05:05PM | 17 | A.  I woke up -- I don't know.  We had to be off the boat at |
| 05:05PM | 18 | like 7 a.m.  I remember laying down at like 5:30.  I was |
| 05:05PM | 19 | mother-fucking myself, like, dude, you gotta get up in an |
| 05:05PM | 20 | hour. |
| 05:05PM | 21 | And I woke up, seen the alarm clock.  It was like 5 to |
| 05:05PM | 22 | 6:00, and there was a dog barking in my face.  And my room |
| 05:05PM | 23 | was filled with federal agents and customs, whatever the fuck |
| 05:05PM | 24 | it was.  I don't remember. |
| 05:05PM | 25 | And I thought I was getting arrested for like being an |

05:05PM   1   asshole the last night on the cruise.  So I was talking like

05:05PM   2   crazy shit to the cops.  Fuck you.  Suck my dick.  Take me to

05:05PM   3   jail, I got bail money.

05:05PM   4       And that just wasn't the case.

05:05PM   5   Q.  Okay.  Did they arrest you?

05:05PM   6   A.  Yeah.

05:06PM   7   Q.  At some point after they arrested you, did you realize

05:06PM   8   that you weren't being arrested for your conduct on the

05:06PM   9   cruise?

05:06PM   10  A.  Yeah.

05:06PM   11  Q.  Okay.  Was this about -- were you encountered -- or, did

05:06PM   12  you encounter a special agent by the name of Marilyn

05:06PM   13  Halliday?

05:06PM   14  A.  Yes.

05:06PM   15  Q.  Did she tell you what you were being arrested for?

05:06PM   16  A.  Yes.

05:06PM   17  Q.  Did you realize that it was more serious than that?

05:06PM   18  A.  Yes.

05:06PM   19  Q.  I asked you earlier towards the beginning of your direct

05:06PM   20  examination if you had ultimately pled guilty.  Was that as a

05:06PM   21  result of the arrest with Special Agent Halliday?

05:06PM   22  A.  Yes.

05:06PM   23  Q.  Now, we paused for a moment to talk about Pharaoh's, and

05:06PM   24  you said you had been there before, but at the time of the

05:06PM   25  burglary you were not welcome at Pharaoh's; is that correct?

| | | |
|---|---|---|
| 05:06PM | 1 | A.  Yes. |
| 05:06PM | 2 | Q.  How many times have you been to Pharaoh's? |
| 05:06PM | 3 | A.  Uncountable. |
| 05:06PM | 4 | Q.  Okay.  Would it be fair to say that you frequented that |
| 05:06PM | 5 | location? |
| 05:06PM | 6 | A.  Yes. |
| 05:06PM | 7 | Q.  What years do you think you frequented Pharaoh's, John? |
| 05:06PM | 8 | A.  From, like, '14 to '17. |
| 05:06PM | 9 | Q.  Okay.  So is that 2014 to 2017? |
| 05:07PM | 10 | A.  Yeah. |
| 05:07PM | 11 | Q.  How often would you go there during that three-year |
| 05:07PM | 12 | period? |
| 05:07PM | 13 | A.  Almost every day. |
| 05:07PM | 14 | Q.  Okay.  And you've told the jury that you used cocaine |
| 05:07PM | 15 | during that time period; is that correct? |
| 05:07PM | 16 | A.  Yes. |
| 05:07PM | 17 | Q.  Have you ever used cocaine at Pharaoh's? |
| 05:07PM | 18 | A.  Yes. |
| 05:07PM | 19 | Q.  Once or more than once? |
| 05:07PM | 20 | A.  Every time. |
| 05:07PM | 21 | Q.  Okay.  When you used cocaine at Pharaoh's, would you have |
| 05:07PM | 22 | to go hide in the bathroom in order to do it? |
| 05:07PM | 23 | A.  No. |
| 05:07PM | 24 | Q.  Where would you use cocaine at Pharaoh's? |
| 05:07PM | 25 | A.  Right where I was sitting. |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24    27

| | | |
|---|---|---|
| 05:07PM | 1 | Q.  Is there an open area where you can sit and watch stage |
| 05:07PM | 2 | dances? |
| 05:07PM | 3 | A.  Um-hum. |
| 05:07PM | 4 | Q.  Is that a yes? |
| 05:07PM | 5 | A.  Yes. |
| 05:07PM | 6 | Q.  Are there tables there? |
| 05:07PM | 7 | A.  Yes. |
| 05:07PM | 8 | Q.  Is there a bar? |
| 05:07PM | 9 | A.  Yes. |
| 05:07PM | 10 | Q.  Would you use cocaine right out in the open at Pharaoh's? |
| 05:07PM | 11 | A.  Yes. |
| 05:07PM | 12 | Q.  At any point did someone come over to you and say, oh, my |
| 05:07PM | 13 | God, you have cocaine?  Get out of here.  I'm calling the |
| 05:07PM | 14 | police. |
| 05:07PM | 15 | A.  No. |
| 05:07PM | 16 | Q.  Did that ever happen? |
| 05:07PM | 17 | A.  No. |
| 05:07PM | 18 | Q.  How did you use cocaine out in the open?  Like, what |
| 05:07PM | 19 | would you do?  Tell the jury. |
| 05:07PM | 20 | A.  Dump it on my fingers and sniff my fingers. |
| 05:07PM | 21 | Q.  Were you being quiet and shy about it? |
| 05:07PM | 22 | A.  No. |
| 05:07PM | 23 | Q.  Did you ever sell cocaine at Pharaoh's? |
| 05:07PM | 24 | A.  Yes. |
| 05:07PM | 25 | Q.  Did you sell cocaine to the customers there? |

| | | |
|---|---|---|
| 05:07PM | 1 | A.  Yes. |
| 05:07PM | 2 | Q.  Did you sell cocaine to dancers there? |
| 05:07PM | 3 | A.  Yes. |
| 05:07PM | 4 | Q.  I asked you in the beginning of your direct examination |
| 05:08PM | 5 | if a guy named Michael Sinatra sold drugs; do you remember |
| 05:08PM | 6 | that? |
| 05:08PM | 7 | A.  Yes. |
| 05:08PM | 8 | Q.  Was Michael Sinatra's reputation in the community that of |
| 05:08PM | 9 | a drug dealer? |
| 05:08PM | 10 | A.  Yes. |
| 05:08PM | 11 | Q.  Was that something he spoke about openly? |
| 05:08PM | 12 | A.  Yes. |
| 05:08PM | 13 | Q.  Did he talk about selling lots of marijuana? |
| 05:08PM | 14 | A.  Yes. |
| 05:08PM | 15 | Q.  Did he talk about having lots of money? |
| 05:08PM | 16 | A.  Yes. |
| 05:08PM | 17 | Q.  Is that something that he hid from people? |
| 05:08PM | 18 | A.  No.  That's how I got the idea to rob him, was from him. |
| 05:08PM | 19 | **MR. COOPER:**  Judge, if I may just have one moment? |
| 05:08PM | 20 | I have no further direct.  Thank you, Judge. |
| 05:08PM | 21 | **THE COURT:**  Cross? |
| 05:08PM | 22 | **MR. MacKAY:**  Very quick, Judge. |
| 05:08PM | 23 | |
| 05:08PM | 24 | **CROSS-EXAMINATION BY MR. MacKAY:** |
| 05:08PM | 25 | Q.  Mr. McDonald, you had an exciting transition from 2018 to |

05:08PM   1   2019, it sounds like; is that fair to say?

05:08PM   2   A.  Yes.

05:08PM   3   Q.  I just wanted to circle back on something.

05:08PM   4       You said when you busted open the safe, and you thought

05:08PM   5   it was approximately a key in there?

05:08PM   6   A.  Yes.

05:08PM   7   Q.  Do you recall it being closer to actually a quarter kilo?

05:09PM   8   A.  I really -- there was really no way to tell, but that's

05:09PM   9   what I thought at the time.  And like --

05:09PM  10   Q.  What about would it help to refresh your recollection to

05:09PM  11   look at something to see?  Can I show you something?

05:09PM  12   A.  Sure.

05:09PM  13   Q.  Sure.

05:09PM  14       **MR. MacKAY:**  Ms. Champoux, can we show the witness

05:09PM  15   only Government Exhibit 3649M page 22.

05:09PM  16       **BY MR. MacKAY:**

05:09PM  17   Q.  So if you just read those lines that I've bracketed off

05:09PM  18   to yourself, look up at me when you're done.

05:09PM  19   A.  Yes, I see it says about 9 ounces.

05:09PM  20   Q.  And that was going to be my question.  How much do you

05:09PM  21   remember if anything was in there?

05:09PM  22   A.  It's about 9 ounces.

05:09PM  23   Q.  Okay.

05:09PM  24   A.  It would be a quarter key.

05:09PM  25   Q.  A quarter key is, you know --

05:09PM  1    A.  250 grams.  A softball.

05:10PM  2    Q.  Yeah.  You gave me exactly what I was looking for, a

05:10PM  3    rough estimate.  About a softball size?

05:10PM  4    A.  Um-hum.

05:10PM  5         MR. MacKAY:  Okay.  You can take that down,

05:10PM  6    Ms. Champoux.  Thank you.

05:10PM  7         BY MR. MacKAY:

05:10PM  8    Q.  So, you go on a bit of a party bender for a while,

05:10PM  9    correct?

05:10PM  10   A.  Yes.

05:10PM  11   Q.  Then you get arrested, correct?

05:10PM  12   A.  Yes.

05:10PM  13   Q.  Now you talked about prior --

05:10PM  14   A.  No.  No, I didn't get arrested.  I never got arrested

05:10PM  15   when I got raided.  I got away.

05:10PM  16   Q.  Right.  That's what I mean.  Later at a point in time,

05:10PM  17   you do get arrested down in Florida, right?

05:10PM  18   A.  Yes.

05:10PM  19   Q.  Okay.  And then, but you were talking about previously

05:10PM  20   you had been at Pharaoh's Gentlemen's Club a few times,

05:10PM  21   right?

05:10PM  22   A.  Yes.

05:10PM  23   Q.  And you told Mr. Cooper here about how you'd done drugs

05:10PM  24   there, correct?

05:10PM  25   A.  Yes.

05:10PM    1    Q.  And how you had sold drugs, correct?

05:10PM    2    A.  Yes.

05:10PM    3    Q.  And ultimately you were banned from there because of that

05:10PM    4    activity, correct?

05:10PM    5    A.  Yes.

05:10PM    6    Q.  And you've gone to other strip clubs, correct?

05:10PM    7    A.  Yes.

05:10PM    8    Q.  Like, you went to Show Girls the night of that party

05:10PM    9    bender, right?

05:10PM    10    A.  Yes.

05:10PM    11    Q.  Did drugs there as well, too?

05:10PM    12    A.  Yes.

05:10PM    13    Q.  And you've seen drug use at other strip clubs as well,

05:11PM    14    correct?

05:11PM    15    A.  Yes.

05:11PM    16         **MR. MacKAY:**  Nothing further, Your Honor.

05:11PM    17         **THE COURT:**  Anything more?

05:11PM    18         **MR. COOPER:**  Just one second, Judge, please.

05:11PM    19

05:11PM    20              **REDIRECT EXAMINATION BY MR. COOPER:**

05:11PM    21    Q.  On the topic of why you were banned from Pharaoh's, is it

05:11PM    22    because you acted like you owned the place?

05:11PM    23    A.  That's what they told me.

05:11PM    24    Q.  Okay.  So when Mr. MacKay just asked you if it was for

05:11PM    25    selling drugs, do you know if that's the reason why?

05:11PM  1  A.  No, I went to go -- I went to go in after being gone for

05:11PM  2  like a month, or whatever.  I went to go, me and Ronald went

05:11PM  3  to go in one night, and they said you guys aren't allowed in.

05:11PM  4      And I said why?

05:11PM  5      And he said, you act like you own the motherfucker.

05:11PM  6  Q.  Okay.  When you were on the cruise, you described that

05:11PM  7  you engaged in some pretty obnoxious conduct; is that right?

05:11PM  8  A.  Yes.

05:11PM  9  Q.  When you were on the cruise, the night before you came

05:11PM  10  back to port, were you smoking marijuana in the hallways?

05:11PM  11  A.  Yes.

05:11PM  12  Q.  Were you slapping pizza pies on the walls?

05:11PM  13  A.  Yes.

05:11PM  14  Q.  Were you acting like a jerk, John?

05:11PM  15  A.  Yes.

05:12PM  16  Q.  Okay.  When you would be at Pharaoh's, would you

05:12PM  17  sometimes act like a jerk?

05:12PM  18  A.  Yes.

05:12PM  19  Q.  Would you get high on cocaine?

05:12PM  20  A.  Yes.

05:12PM  21  Q.  Okay.  Did anybody ever tell you, it's because you're

05:12PM  22  selling cocaine, you can't come here anymore?

05:12PM  23  A.  No.  That was just said, I acted like I owned the place.

05:12PM  24  That's what they told me when I went to go in.

05:12PM  25  Q.  The last question or topic I have is that softball size

05:12PM 1   bag of cocaine that you saw inside of the safe from Michael

05:12PM 2   Sinatra's house, is a softball size bag of cocaine a user

05:12PM 3   amount of cocaine for a normal person?

05:12PM 4   A.  No.

05:12PM 5   Q.  Is that a distribution amount?

05:12PM 6   A.  Yes.

05:12PM 7   Q.  Is $260,000 next to a softball-size bag of cocaine

05:12PM 8   consistent with selling drugs?

05:12PM 9   A.  I would say so.

05:12PM 10  Q.  Have you ever had $260,000 that you made from selling

05:12PM 11  drugs, John?

05:12PM 12  A.  Not that much.

05:12PM 13          **MR. COOPER:**  Okay.  I have no further questions.

05:12PM 14          **THE COURT:**  Anything more?

05:12PM 15          **MR. MacKAY:**  No further questions, Your Honor.

05:12PM 16          **THE COURT:**  Okay.  You can step down, sir.

17          (Witness excused at 5:12 p.m.)

18          (Excerpt concluded at 5:12 p.m.)

19              *     *     *     *     *     *     *

20

21

22

23

24

25

1

2                    **CERTIFICATE OF REPORTER**

3

4              In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on September 6, 2024.

8

9

10                         s/ Ann M. Sawyer
                           Ann M. Sawyer, FCRR, RPR, CRR
11                         Official Court Reporter
                           U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                      **TRANSCRIPT INDEX**

3            **EXCERPT - EXAMINATION OF JOHN McDONALD**

4                     **SEPTEMBER 6, 2024**

5

6

7    **W I T N E S S**                              **P A G E**

8    **J O H N   M c D O N A L D**                    2

9      DIRECT EXAMINATION BY MR. COOPER:             2

10     CROSS-EXAMINATION BY MR. MacKAY:              28

11     REDIRECT EXAMINATION BY MR. COOPER:           31

12

13

14

15

16

17

18

19

20

21

22

23

24

25