## CERTIFICATION

I, Steven M. Cohen, Esq., hereby certify the following: (1) In the action entitled United States of America v. Peter Gerace, Jr., Case No. 19-cr-227 in the United States District Court for the Western District of New York, I have delivered all 3500 material and other material covered by the protective order to the United States District Court for the Western District of New York to be turned over to Attorneys Mark Foti and/or Eric Soehnlein; and (2) have been advised by my firm's information technology department that any electronic copies of such materials have been deleted from our firm's systems.

Dated: October 31, 2024
Amherst, New York

_____
Steven M. Cohen, Esq.
TIVERON LAW, PLLC
2410 North Forest Road, Suite 301
Amherst, New York 14068
Telephone: (716) 636-7600