1           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF NEW YORK
2
   _____
3  UNITED STATES OF AMERICA,
                                    Case No. 1:19-cr-227
4              Plaintiff,                       1:23-cr-37
   v.                                             (LJV)
5
   PETER GERACE, JR.,               November 7, 2024
6
               Defendant.
   _____
7
         TRANSCRIPT EXCERPT - EXAMINATION OF A.P.
8       BEFORE THE HONORABLE LAWRENCE J. VILARDO
              UNITED STATES DISTRICT JUDGE
9
   APPEARANCES:    TRINI E. ROSS, UNITED STATES ATTORNEY
10                 BY: JOSEPH M. TRIPI, ESQ.
                       NICHOLAS T. COOPER, ESQ.
11                     CASEY L. CHALBECK, ESQ.
                   Assistant United States Attorneys
12                 Federal Centre, 138 Delaware Avenue
                   Buffalo, New York 14202
13                 For the Plaintiff

14                 THE FOTI LAW FIRM, P.C.
                   BY: MARK ANDREW FOTI, ESQ.
15                 16 West Main Street, Suite 100
                   Rochester, New York 14614
16                    And
                   SOEHNLEIN LAW
17                 BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                   350 Main Street, Suite 2100
18                 Buffalo, New York 14202
                   For the Defendant
19
   PRESENT:        KAREN A. CHAMPOUX, USA PARALEGAL
20                 BRIAN A. BURNS, FBI SPECIAL AGENT
                   MARILYN K. HALLIDAY, HSI SPECIAL AGENT
21
   LAW CLERK:      REBECCA FABIAN IZZO, ESQ.
22
   COURT CLERK:    COLLEEN M. DEMMA
23
   REPORTER:       ANN MEISSNER SAWYER, FCRR, RPR, CRR
24                 Robert H. Jackson Courthouse
                   2 Niagara Square
25                 Buffalo, New York 14202
                   Ann_Sawyer@nywd.uscourts.gov

10:21AM

| | | |
|---|---|---|
| 10:21AM | 1 | (Excerpt commenced at 10:21 a.m.) |
| 10:21AM | 2 | (Jury is present.) |
| 10:21AM | 3 | **THE COURT:**  The government can call its next witness. |
| 10:21AM | 4 | **MR. COOPER:**  Thank you, Judge.  The government calls |
| 10:21AM | 5 | A.P., Judge. |
| 10:21AM | 6 | |
| 10:21AM | 7 | **A.P.,** having been duly called and sworn, testified as follows: |
| 10:22AM | 8 | **MR. COOPER:**  May I inquire, Judge? |
| 10:22AM | 9 | **THE COURT:**  You may. |
| 10:22AM | 10 | |
| 10:22AM | 11 | **DIRECT EXAMINATION BY MR. COOPER:** |
| 10:22AM | 12 | Q.  Good morning, ma'am. |
| 10:22AM | 13 | A.  Good morning. |
| 10:22AM | 14 | Q.  All right.  We're gonna knock some stuff out of the way |
| 10:22AM | 15 | right here at the beginning. |
| 10:22AM | 16 | Have you and I met before? |
| 10:22AM | 17 | A.  Yes. |
| 10:22AM | 18 | Q.  Have we talked before? |
| 10:22AM | 19 | A.  Yes. |
| 10:22AM | 20 | Q.  Have I talked to you about the questions I'm going to ask |
| 10:22AM | 21 | you? |
| 10:22AM | 22 | A.  Yes. |
| 10:22AM | 23 | Q.  Have you told me the answers that you're gonna give? |
| 10:22AM | 24 | A.  Yes. |
| 10:22AM | 25 | Q.  Okay.  Do you want to be here today? |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

3

| | | |
|---|---|---|
| 10:22AM | 1 | A.  Not at all. |
| 10:22AM | 2 | Q.  Are you excited about it? |
| 10:22AM | 3 | A.  Not at all. |
| 10:22AM | 4 | Q.  Is this fun for you? |
| 10:22AM | 5 | A.  No. |
| 10:22AM | 6 | Q.  Are you under a subpoena? |
| 10:22AM | 7 | A.  Yes. |
| 10:22AM | 8 | Q.  Does that require you to appear? |
| 10:22AM | 9 | A.  Yes. |
| 10:22AM | 10 | Q.  Okay.  Introduce yourself to the jury, please. |
| 10:22AM | 11 | A.  Good morning.  My name is A.P.  How are you? |
| 10:22AM | 12 | Q.  Where did you grow up, A.P.? |
| 10:22AM | 13 | A.  I grew up in Batavia. |
| 10:22AM | 14 | Q.  How far did you go in school? |
| 10:22AM | 15 | A.  I have some college.  And I have a cosmetology license. |
| 10:22AM | 16 | Q.  Okay.  I'm going to kind of jump right into it and I'm |
| 10:22AM | 17 | not asking these questions to embarrass you, but did there |
| 10:22AM | 18 | come a time in your life when you started using drugs? |
| 10:22AM | 19 | A.  Yes. |
| 10:22AM | 20 | Q.  Can you tell the jury when that time in your life was? |
| 10:23AM | 21 | A.  Yes, about around 2006.  I went -- started working at |
| 10:23AM | 22 | Pharaoh's.  And my first night, I had got done working.  I |
| 10:23AM | 23 | went to a party back home in Batavia, and a couple of my |
| 10:23AM | 24 | friends were doing cocaine. |
| 10:23AM | 25 | **THE COURT:**  Could you pull the microphone a little |

10:23AM   1    closer to you, please?

10:23AM   2              **THE WITNESS:**  Sure.  And that was the first time that

10:23AM   3    I had tried it.

10:23AM   4              **BY MR. COOPER:**

10:23AM   5    Q.  You said that was around 2006?

10:23AM   6    A.  Right.

10:23AM   7    Q.  Okay.  And about how old were you then?

10:23AM   8    A.  21, 22.

10:23AM   9    Q.  Got it.  You mentioned that you had started working at a

10:23AM  10    place called Pharaoh's; is that correct?

10:23AM  11    A.  Yes.

10:23AM  12    Q.  Can you tell the jury what kind of business that is?

10:23AM  13    A.  It's a gentleman's club.

10:23AM  14    Q.  Okay.  And so, what does it entail to work at a

10:23AM  15    gentleman's club like Pharaoh's, or Pharaoh's specifically?

10:23AM  16    A.  I'm sorry, I don't --

10:23AM  17    Q.  What do you do for work there?

10:23AM  18    A.  Oh, I was a dancer.  I bar tended.  I was a waitress,

10:24AM  19    shot girl.

10:24AM  20    Q.  From the time that you started working at Pharaoh's until

10:24AM  21    the last day that you ever worked there, what was that time

10:24AM  22    period like?

10:24AM  23    A.  I did a lot of drinking, drugs.  I made some good money.

10:24AM  24    Q.  Got it.  Now I -- that was a poorly-phrased question.  I

10:24AM  25    guess what I want to know is when was the last time you ever

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

5

```
10:24AM   1   worked there?

10:24AM   2   A.  Oh, I stopped working there sometime in 2013.

10:24AM   3   Q.  Okay.  So between 2006 or '7 and 2013, did you work there

10:24AM   4   continuously the whole time?

10:24AM   5   A.  No.

10:24AM   6   Q.  Was it on and off for periods of time?

10:24AM   7   A.  Yes.

10:24AM   8   Q.  Okay.  All right.  During the time -- during that six or

10:24AM   9   seven-year period where you did work on and off at Pharaoh's,

10:24AM  10   did you observe people using drugs inside of Pharaoh's?

10:24AM  11   A.  Yes.

10:24AM  12   Q.  Did you observe dancers using drugs inside of Pharaoh's?

10:25AM  13   A.  Yes.

10:25AM  14   Q.  Did you observe dancers smoking marijuana?

10:25AM  15   A.  Yes.

10:25AM  16   Q.  Did you observe dancers using cocaine?

10:25AM  17   A.  Yes.

10:25AM  18   Q.  Okay.  And did you observe, you know, see things with

10:25AM  19   your eyes, that led you to believe that dancers were using

10:25AM  20   heroin?

10:25AM  21   A.  Yes.

10:25AM  22   Q.  Can you describe that for the jury?

10:25AM  23   A.  Yes, so I never actually physically saw anyone take a

10:25AM  24   needle or snort it or whatever they do with it, but there

10:25AM  25   were times when girls would go to the bathroom, be in there
```

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

6

10:25AM    1    for a while, come out, fall right to sleep or just kind of be

10:25AM    2    wobbling, acting out of it.  You could notice some girls had

10:25AM    3    track marks on their legs, their arms.

10:25AM    4    Q.  I want to pause right there for a second.  Are those some

10:25AM    5    observations that, based on your common sense life

10:25AM    6    experience, you associate with using drugs like heroin?

10:25AM    7    A.  Yes.

10:25AM    8    Q.  And when you say you see someone go to the bathroom, come

10:25AM    9    out of the bathroom, and then start kind of falling asleep,

10:25AM    10   is there a term for that called nodding out?

10:26AM    11   A.  Yes.

10:26AM    12   Q.  Have you heard that term before?

10:26AM    13   A.  Yes.

10:26AM    14   Q.  Is that what you were describing to the jury?

10:26AM    15   A.  Yes.

10:26AM    16   Q.  You also mentioned the word "track marks."  Do you

10:26AM    17   remember saying that?

10:26AM    18   A.  Yes.

10:26AM    19   Q.  Can you tell them what you mean when you say that you saw

10:26AM    20   dancers with track marks on them?

10:26AM    21   A.  So if someone were to use a needle to shoot up the

10:26AM    22   heroin, they would use a needle.  Once you keep poking

10:26AM    23   yourself many, many times, you get marks from it, just like

10:26AM    24   you would get blood drawn at the hospital, you have a mark.

10:26AM    25   Q.  Okay.  So is it like a physical sign of repeated use of a

| | | |
|---|---|---|
| 10:26AM | 1 | needle? |
| 10:26AM | 2 | A.  Yes. |
| 10:26AM | 3 | Q.  And based on your common sense and your life experience, |
| 10:26AM | 4 | is that something you associate with heroin use? |
| 10:26AM | 5 | A.  Yes. |
| 10:26AM | 6 | Q.  Did you see dancers that had track marks on their arms |
| 10:26AM | 7 | and legs when you worked at Pharaoh's? |
| 10:26AM | 8 | A.  Yes. |
| 10:26AM | 9 | Q.  Do you know a person by the name of Peter Gerace? |
| 10:26AM | 10 | A.  Yes. |
| 10:26AM | 11 | Q.  Okay.  How do you know that person? |
| 10:26AM | 12 | A.  We dated on and off for all of those years that I worked |
| 10:26AM | 13 | there.  He also is the owner of Pharaoh's. |
| 10:26AM | 14 | Q.  Okay.  So was there a period of time back in '06 to '13, |
| 10:27AM | 15 | approximately, when you were involved in an -- in a romantic |
| 10:27AM | 16 | or an intimate relationship with Peter Gerace? |
| 10:27AM | 17 | A.  Yes.  So, in 2008, we dated like exclusively for about |
| 10:27AM | 18 | five to six months, and then just periodically on and off |
| 10:27AM | 19 | throughout then. |
| 10:27AM | 20 | Q.  Does that make it difficult to sit in the chair that |
| 10:27AM | 21 | you're sitting in today? |
| 10:27AM | 22 | A.  Very. |
| 10:27AM | 23 | Q.  Okay.  Can you tell the jury -- well, first of all, is |
| 10:27AM | 24 | Peter Gerace in court today? |
| 10:27AM | 25 | A.  Yes. |

```
10:27AM    1    Q.  Can you point him out and identify what he's wearing for

10:27AM    2    the record?

10:27AM    3    A.  He's right over there with a blue tie and a gray jacket,

10:27AM    4    white shirt, glasses.

10:27AM    5          MR. COOPER:  Judge for the record, indicating the

10:27AM    6    defendant.

10:27AM    7          THE COURT:  Yeah, it does.

10:27AM    8          MR. COOPER:  Thank you.

10:27AM    9          BY MR. COOPER:

10:27AM   10    Q.  Do you remember the first time in your whole life that

10:27AM   11    you met the defendant?

10:27AM   12    A.  Yes.

10:27AM   13    Q.  Okay.  Can you tell them about it?

10:27AM   14    A.  Yes.  So, somewhere in 2008, I had gone to Pharaoh's.  I

10:28AM   15    wasn't working.  I went with some friends.  I believe it was

10:28AM   16    to watch a Bills game or some kind of game.  I remember

10:28AM   17    having Bills clothes on.

10:28AM   18        And he came up to the bar and bought drinks and we were

10:28AM   19    just socializing, talking.  And then after a while, he had

10:28AM   20    given me some money, and asked me to go to a certain address,

10:28AM   21    and to grab some cocaine and bring it back.

10:28AM   22    Q.  Is that the very first night that you met him?

10:28AM   23    A.  Yes.

10:28AM   24    Q.  Did you agree to do that?

10:28AM   25    A.  Yes.
```

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

9

| | | |
|---|---|---|
| 10:28AM | 1 | Q.  Okay.  Did the defendant give you money? |
| 10:28AM | 2 | A.  Yes. |
| 10:28AM | 3 | Q.  Did you take the money? |
| 10:28AM | 4 | A.  Yes. |
| 10:28AM | 5 | Q.  Did he provide you with an address to go to? |
| 10:28AM | 6 | A.  Yes. |
| 10:28AM | 7 | Q.  What did he tell you to do when you went to that address? |
| 10:28AM | 8 | A.  To go there and get the drugs. |
| 10:28AM | 9 | Q.  Okay.  When you had that conversation with him where he's |
| 10:28AM | 10 | telling you to go somewhere and get drugs, was that inside of |
| 10:29AM | 11 | Pharaoh's? |
| 10:29AM | 12 | A.  Yes. |
| 10:29AM | 13 | Q.  Did you follow his instructions and go do that? |
| 10:29AM | 14 | A.  Yes. |
| 10:29AM | 15 | Q.  Where did you go? |
| 10:29AM | 16 | A.  I went to a house, apartment, on Virginia Place downtown. |
| 10:29AM | 17 | Q.  Did you go alone or did someone go with you? |
| 10:29AM | 18 | A.  I was alone. |
| 10:29AM | 19 | Q.  Who did you meet with there? |
| 10:29AM | 20 | A.  When I -- the person opened the door, I ended up knowing |
| 10:29AM | 21 | who they were.  His name was Marcus Hatten. |
| 10:29AM | 22 | Q.  Okay.  And did Marcus Hatten have, like, a nickname or a |
| 10:29AM | 23 | name he sometimes went by? |
| 10:29AM | 24 | A.  Marcus Black.  Black Marcus. |
| 10:29AM | 25 | Q.  You said it's someone you ended up knowing.  Where did |

| | | |
|---|---|---|
| 10:29AM | 1 | you know that person from? |
| 10:29AM | 2 | A.  He's very much out in all of the bars, I think downtown, |
| 10:29AM | 3 | just from being out in -- |
| 10:29AM | 4 | Q.  So you knew him socially? |
| 10:29AM | 5 | A.  Yes, um-hum. |
| 10:29AM | 6 | Q.  Did Marcus Hatten or Marcus Black provide you with |
| 10:29AM | 7 | cocaine? |
| 10:29AM | 8 | A.  Yes. |
| 10:29AM | 9 | Q.  Did you give him Peter Gerace's money? |
| 10:29AM | 10 | A.  Yes. |
| 10:29AM | 11 | Q.  What did you do with the cocaine once you got it? |
| 10:29AM | 12 | A.  I got back in my car and went back to Pharaoh's. |
| 10:30AM | 13 | Q.  Okay.  What did you do with it when you got back to |
| 10:30AM | 14 | Pharaoh's? |
| 10:30AM | 15 | A.  I gave it to Peter. |
| 10:30AM | 16 | Q.  Did you use cocaine with Peter Gerace that night? |
| 10:30AM | 17 | A.  We did, yes. |
| 10:30AM | 18 | Q.  Is that the only time in your whole life that you used |
| 10:30AM | 19 | cocaine with Peter Gerace? |
| 10:30AM | 20 | A.  No. |
| 10:30AM | 21 | Q.  Is it the only time in your life that you used cocaine |
| 10:30AM | 22 | inside of Pharaoh's? |
| 10:30AM | 23 | A.  No. |
| 10:30AM | 24 | Q.  Has that happened a lot of times in your life? |
| 10:30AM | 25 | A.  Yes. |

10:30AM    1    Q.  Now, we just talked a second ago about Marcus Black or

10:30AM    2    Marcus Hatten.

10:30AM    3         Have you seen Marcus Black or Marcus Hatten inside of

10:30AM    4    Pharaoh's before?

10:30AM    5    A.  Yes.

10:30AM    6    Q.  Okay.  Once or more than once?

10:30AM    7    A.  More than once.

10:30AM    8    Q.  Was he there quite a bit?

10:30AM    9    A.  Yes.

10:30AM   10    Q.  Okay.  And can you describe for the jury, what was Marcus

10:30AM   11    Black's relationship with Peter Gerace?

10:30AM   12    A.  They're friends.

10:30AM   13    Q.  How do you know that?

10:30AM   14    A.  He hung out with us on many occasions.  There was even a

10:30AM   15    time we went to Ellicottville that he came to stay in the

10:31AM   16    chalet for the big Oktoberfest thing that they have.

10:31AM   17    Q.  Okay.  So based on your own personal experience, do you

10:31AM   18    know Marcus Black and Peter Gerace to be friends?

10:31AM   19    A.  Yes.

10:31AM   20    Q.  Do you know Marcus Black to be a drug dealer?

10:31AM   21    A.  Yes.

10:31AM   22    Q.  Have you bought drugs from him?

10:31AM   23    A.  Yes.

10:31AM   24    Q.  Other than that one time that you just described from us

10:31AM   25    driving to a house, have you bought drugs from Marcus inside

10:31AM  1    of Pharaoh's?

10:31AM  2    A.  Yes.

10:31AM  3    Q.  Once or more than once?

10:31AM  4    A.  More than once.

10:31AM  5    Q.  Have you seen Peter Gerace buy drugs from Marcus Black

10:31AM  6    inside --

10:31AM  7    A.  Yes.

10:31AM  8    Q.  -- of Pharaoh's.

10:31AM  9        Sorry, let me finish the question.

10:31AM  10   A.  Sorry.

10:31AM  11   Q.  That's okay.

10:31AM  12       Have you seen Peter Gerace buy drugs from Marcus Black

10:31AM  13   inside of Pharaoh's?

10:31AM  14   A.  Yes.

10:31AM  15   Q.  Once or more than once?

10:31AM  16   A.  More than once.

10:31AM  17          **MR. COOPER:**  Just -- can I have one second, Judge.

10:31AM  18          **THE COURT:**  Sure.

10:31AM  19          **BY MR. COOPER:**

10:32AM  20   Q.  Just give me one second.  I'm just trying to pull up an

10:32AM  21   exhibit.

10:32AM  22   A.  Sure.

10:32AM  23          **MR. COOPER:**  I'm going to ask that for the witness

10:32AM  24   only, please, we pull up Government Exhibit 484.

10:32AM  25          **MS. CHAMPOUX:**  I'm sorry, 485?

| | | |
|---|---|---|
| 10:32AM | 1 | **MR. COOPER:** I'm sorry, 485. |
| 10:33AM | 2 | **BY MR. COOPER:** |
| 10:33AM | 3 | Q. Can you see Government Exhibit 485 on your screen? |
| 10:33AM | 4 | A. Yes. |
| 10:33AM | 5 | Q. Who is that a picture of? |
| 10:33AM | 6 | A. Marcus. |
| 10:33AM | 7 | Q. Does that fairly and accurately depict the person Marcus |
| 10:33AM | 8 | Hatten that we've been talking about? |
| 10:33AM | 9 | A. Yes. |
| 10:33AM | 10 | **MR. COOPER:** With that foundation, I'd offer this |
| 10:33AM | 11 | into evidence as Government's Exhibit 485. |
| 10:33AM | 12 | **MR. SOEHNLEIN:** No objection. |
| 10:33AM | 13 | **THE COURT:** Received without objection. |
| 10:33AM | 14 | **(GOV Exhibit 485 was received in evidence.)** |
| 10:33AM | 15 | **MR. COOPER:** Can we publish that to the jury, |
| 10:33AM | 16 | Ms. Demma? |
| 10:33AM | 17 | **BY MR. COOPER:** |
| 10:33AM | 18 | Q. So we've been talking about a person Marcus Hatten, |
| 10:33AM | 19 | sometimes called Black Marcus or Marcus Black. Is that him |
| 10:33AM | 20 | on the screen there? |
| 10:33AM | 21 | A. Yes. |
| 10:33AM | 22 | **MR. COOPER:** Okay. You can take that down. |
| 10:33AM | 23 | **BY MR. COOPER:** |
| 10:33AM | 24 | Q. I want to switch gears for a second. |
| 10:33AM | 25 | We've talked about your drug use at Pharaoh's. We've |

| | | |
|---|---|---|
| 10:33AM | 1 | talked about Marcus Black.  Have you ever sold drugs before |
| 10:33AM | 2 | in your life? |
| 10:33AM | 3 | A.  Yes. |
| 10:33AM | 4 | Q.  Once or more than once? |
| 10:33AM | 5 | A.  More than once. |
| 10:33AM | 6 | Q.  As you sit here today, you're proud about that? |
| 10:33AM | 7 | A.  Not at all. |
| 10:33AM | 8 | Q.  Okay.  Is it easy to talk about? |
| 10:33AM | 9 | A.  No. |
| 10:34AM | 10 | Q.  Okay.  We're going to talk about it, though. |
| 10:34AM | 11 | Have you sold drugs at Pharaoh's? |
| 10:34AM | 12 | A.  Yes. |
| 10:34AM | 13 | Q.  One time or more than once? |
| 10:34AM | 14 | A.  More than once. |
| 10:34AM | 15 | Q.  Did you do that while you worked there? |
| 10:34AM | 16 | A.  Yes. |
| 10:34AM | 17 | Q.  Who did you sell drugs to at Pharaoh's? |
| 10:34AM | 18 | A.  Some of the other dancers, employees, customers, and |
| 10:34AM | 19 | Peter. |
| 10:34AM | 20 | Q.  You just listed a few different categories of people.  I |
| 10:34AM | 21 | just want to break that down. |
| 10:34AM | 22 | Did you sell drugs at Pharaoh's to other people who |
| 10:34AM | 23 | worked at Pharaoh's? |
| 10:34AM | 24 | A.  Yes. |
| 10:34AM | 25 | Q.  Did that include other exotic dancers? |

| 10:34AM | 1 | A.  Yes. |
| 10:34AM | 2 | Q.  Did that include bouncers or DJs or people like that? |
| 10:34AM | 3 | A.  Yes. |
| 10:34AM | 4 | Q.  Did you sell drugs to Peter Gerace? |
| 10:34AM | 5 | A.  Yes. |
| 10:34AM | 6 | Q.  I think you also mentioned customers; is that correct? |
| 10:34AM | 7 | A.  Yes. |
| 10:34AM | 8 | Q.  Would customers come into the club during the time that |
| 10:34AM | 9 | you worked there and ask to purchase drugs? |
| 10:34AM | 10 | A.  Not like that. |
| 10:34AM | 11 | Q.  How would it play out?  Explain it to the jury. |
| 10:34AM | 12 | A.  It was more of that if someone had come in and was |
| 10:34AM | 13 | looking for it, I would have it.  It wasn't like I went out |
| 10:35AM | 14 | of my way to ask, do you want some cocaine.  It was, you |
| 10:35AM | 15 | know, more of someone asking, and I would help with that |
| 10:35AM | 16 | because it would make them stay longer and potentially I |
| 10:35AM | 17 | would make more money. |
| 10:35AM | 18 | Q.  So let -- let's focus in on that part for a second. |
| 10:35AM | 19 | The ways that you make money when you work as a dancer at |
| 10:35AM | 20 | Pharaoh's, is it by customers staying and spending time with |
| 10:35AM | 21 | you? |
| 10:35AM | 22 | A.  One of the ways, yes. |
| 10:35AM | 23 | Q.  If a customer buys a VIP or a lap dance, does that make |
| 10:35AM | 24 | you more money as a dancer? |
| 10:35AM | 25 | A.  Yes. |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

16

10:35AM    1    Q.  If a customer stays inside the club longer and watches

10:35AM    2    you go on stage and puts money out, does that make you more

10:35AM    3    money?

10:35AM    4    A.  Yes.

10:35AM    5    Q.  Okay.  Does Pharaoh's serve alcohol?

10:35AM    6    A.  Yes.

10:35AM    7    Q.  And you've told us before, you've used cocaine before,

10:35AM    8    right?

10:35AM    9    A.  Yes.

10:35AM    10    Q.  Does using cocaine while you're drinking alcohol allow

10:35AM    11    you to kind of stay up and stay alert longer?

10:35AM    12    A.  Yes.

10:35AM    13    Q.  Is that something that happens commonly in that industry

10:35AM    14    in Pharaoh's?

10:35AM    15    A.  Yes.

10:35AM    16    Q.  Was it beneficial to you financially to give cocaine to

10:36AM    17    customers to keep them spending money on you?

10:36AM    18    A.  Yes.

10:36AM    19    Q.  Okay.  If the customers were staying in the club and

10:36AM    20    spending more money on things like alcohol and lap dances,

10:36AM    21    was that beneficial to the club?

10:36AM    22    A.  Absolutely.  Yes.

10:36AM    23    Q.  Did the club make money selling alcohol?

10:36AM    24    A.  Yes.

10:36AM    25    Q.  Did the club make money when you or other dancers went in

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

| | | |
|---|---|---|
| 10:36AM | 1 | the back to do VIP dances? |
| 10:36AM | 2 | A.   Yes. |
| 10:36AM | 3 | Q.   Did cocaine help the club make more money? |
| 10:36AM | 4 | A.   Yes. |
| 10:36AM | 5 | Q.   At the same time that you were selling cocaine -- just |
| 10:36AM | 6 | let me start here.  Were you selling, like, kilos of cocaine? |
| 10:36AM | 7 | A.   No. |
| 10:36AM | 8 | Q.   Was it, like, user amounts? |
| 10:36AM | 9 | A.   Yes. |
| 10:36AM | 10 | Q.   A gram here, 8 Ball there? |
| 10:36AM | 11 | A.   Yes, I wasn't making any kind of substantial amount from |
| 10:36AM | 12 | it.  It was mostly to cover my habit and maybe make a little |
| 10:36AM | 13 | bit extra, few hundred dollars extra. |
| 10:36AM | 14 | Q.   Okay.  I used the term "8 Ball" there, but are you |
| 10:36AM | 15 | familiar with that term? |
| 10:36AM | 16 | A.   Yes. |
| 10:36AM | 17 | Q.   What is that? |
| 10:36AM | 18 | A.   So, a nickname for about 3-and-a-half grams of cocaine. |
| 10:37AM | 19 | Q.   Okay.  And is that kind of consistent with a bit of a |
| 10:37AM | 20 | larger user amount of cocaine? |
| 10:37AM | 21 | A.   Yeah. |
| 10:37AM | 22 | Q.   Okay.  You said that you were selling drugs mostly to |
| 10:37AM | 23 | cover your habit.  At that time in your life when you were |
| 10:37AM | 24 | selling cocaine at Pharaoh's, how much cocaine were you using |
| 10:37AM | 25 | per day? |

| | | |
|---|---|---|
| 10:37AM | 1 | A.  At least a gram a day. |
| 10:37AM | 2 | Q.  About how much would a gram of cocaine cost back then, if |
| 10:37AM | 3 | you remember? |
| 10:37AM | 4 | A.  Probably 50 to $70, depending. |
| 10:37AM | 5 | Q.  Did selling drugs at Pharaoh's help you afford to |
| 10:37AM | 6 | continue spending money on drugs? |
| 10:37AM | 7 | A.  Yes. |
| 10:37AM | 8 | Q.  Did you make some money on top of just the 50 or $70 that |
| 10:37AM | 9 | you were spending on cocaine a day? |
| 10:37AM | 10 | A.  I'm sorry? |
| 10:37AM | 11 | Q.  Were you making some extra money on top of just paying -- |
| 10:37AM | 12 | A.  Very little. |
| 10:37AM | 13 | Q.  Okay.  Did there come -- or have you ever been fronted |
| 10:38AM | 14 | drugs? |
| 10:38AM | 15 | A.  Yes. |
| 10:38AM | 16 | Q.  Do you know what that means? |
| 10:38AM | 17 | A.  Yes. |
| 10:38AM | 18 | Q.  What does it mean to be fronted drugs? |
| 10:38AM | 19 | A.  So basically, if you don't have the money to buy them, |
| 10:38AM | 20 | you can ask the person who's selling them to loan it to you, |
| 10:38AM | 21 | kind of like a credit-card thing, and you pay them back. |
| 10:38AM | 22 | Q.  Okay.  So they give you the drugs on credit, you sell |
| 10:38AM | 23 | them, and then you pay the person back? |
| 10:38AM | 24 | A.  Correct.  Hopefully. |
| 10:38AM | 25 | Q.  What's that? |

| | | |
|---|---|---|
| 10:38AM | 1 | A. I said hopefully they do, yeah. |
| 10:38AM | 2 | Q. Did there come a time when, while you were working at |
| 10:38AM | 3 | Pharaoh's, you were storing some cocaine in, like, the |
| 10:38AM | 4 | locker/dressing room area there? |
| 10:38AM | 5 | A. I did, yes. |
| 10:38AM | 6 | Q. Okay. And did there come a time when a manager at |
| 10:38AM | 7 | Pharaoh's found it? |
| 10:38AM | 8 | A. Yes. |
| 10:38AM | 9 | Q. Okay. And were there a number of different managers at |
| 10:38AM | 10 | Pharaoh's? |
| 10:38AM | 11 | A. Yes. |
| 10:38AM | 12 | Q. And because they're different people, did some of them |
| 10:38AM | 13 | act differently at how they kind of managed Pharaoh's? |
| 10:38AM | 14 | A. Yes. |
| 10:38AM | 15 | Q. Who found the drugs in your -- in your dressing room? |
| 10:39AM | 16 | A. Chris Chudy. |
| 10:39AM | 17 | Q. Okay. Was he a manager there? |
| 10:39AM | 18 | A. Yes. |
| 10:39AM | 19 | Q. What happened when Chris Chudy found drugs in your |
| 10:39AM | 20 | dressing room? |
| 10:39AM | 21 | A. He threw them in the toilet. Flushed them. And I can't |
| 10:39AM | 22 | remember if he himself called. Someone called from there and |
| 10:39AM | 23 | told me and Jessica Leyland, who was in my dressing room |
| 10:39AM | 24 | where they found the cocaine at the time, that we had to come |
| 10:39AM | 25 | and get our stuff and get out. We didn't have a job anymore. |

10:39AM    1    Q.  Was it your understanding that -- well, let me walk that

10:39AM    2    back for a second.

10:39AM    3        During the time that you worked at Pharaoh's, between

10:39AM    4    about '06, '07, and 2012, or 2013, who ran the club?

10:39AM    5    A.  Are you talking owner?  Managers?

10:39AM    6    Q.  So who was in charge?  You tell me.

10:39AM    7    A.  Well, Peter and Don Parrino owner -- were the owners.

10:40AM    8    And then, I mean, managers run it as well.

10:40AM    9    Q.  Okay.  So from -- if we're going, like, top, down, you

10:40AM   10    described Peter and Don Parrino; is that correct?

10:40AM   11    A.  Yes.

10:40AM   12    Q.  Okay.  And then below them would be managers; is that

10:40AM   13    fair?

10:40AM   14    A.  Yes.

10:40AM   15    Q.  Were there some differences that you experienced in how

10:40AM   16    Peter ran the club and his co-owner, Don, wanted to run the

10:40AM   17    club?

10:40AM   18    A.  I mean, Peter was more on the scene, and, you know,

10:40AM   19    there, where Donnie more kind of sat back and wasn't there as

10:40AM   20    much.

10:40AM   21    Q.  So would you say Peter was more involved in, like, the

10:40AM   22    day-to-day running of the club?

10:40AM   23    A.  Yes.

10:40AM   24    Q.  Let me ask you this:  When Chris Chudy found -- was it

10:40AM   25    cocaine?

10:40AM   1   A.  Yes.

10:40AM   2   Q.  When Chris Chudy found cocaine in your dressing room, was

10:40AM   3   it Don Parrino who fired you?

10:40AM   4   A.  No.

10:40AM   5   Q.  Was it Chris Chudy who fired you?

10:40AM   6   A.  Yes.

10:40AM   7   Q.  Did -- after you got fired, did you go and -- and work

10:40AM   8   elsewhere for a period of time?

10:41AM   9   A.  Yes.

10:41AM  10   Q.  Now, do you remember coming back to work at the club at

10:41AM  11   some point after that?

10:41AM  12   A.  Yes.

10:41AM  13   Q.  I want to speak about how you came back to work at the

10:41AM  14   club, okay?

10:41AM  15       During the time period that you were fired, did you

10:41AM  16   attend some kind of Pharaoh's outing?

10:41AM  17   A.  Yes.

10:41AM  18   Q.  What?

10:41AM  19   A.  A golf tournament.

10:41AM  20   Q.  The golf tournament.  What was the golf tournament like?

10:41AM  21   A.  They're fun.  They -- just was a bunch of Peter's friends

10:41AM  22   and people that signed up to do the tournament.  And it was a

10:41AM  23   fun day.

10:41AM  24   Q.  Was it kind of like a giant party?

10:41AM  25   A.  Yeah.

| | | |
|---|---|---|
| 10:41AM | 1 | Q.  A lot of alcohol? |
| 10:41AM | 2 | A.  Yep. |
| 10:41AM | 3 | Q.  Was there a lot of drugs there? |
| 10:41AM | 4 | A.  People were doing drugs, yes. |
| 10:41AM | 5 | Q.  Okay.  And so did you attend -- do you remember what year |
| 10:41AM | 6 | that was you attended the golf outing while you were kind of |
| 10:41AM | 7 | fired? |
| 10:41AM | 8 | A.  I really don't. |
| 10:41AM | 9 | Q.  That's okay.  If you don't remember, say you don't |
| 10:41AM | 10 | remember. |
| 10:41AM | 11 | A.  I'm sorry, I really don't. |
| 10:41AM | 12 | Q.  Okay.  That's okay. |
| 10:42AM | 13 | Do you remember attending the golf outing during that |
| 10:42AM | 14 | timeframe, though, when you were -- when you were fired from |
| 10:42AM | 15 | Pharaoh's? |
| 10:42AM | 16 | A.  Yes. |
| 10:42AM | 17 | Q.  Okay.  After the golf outing that day, did you go back to |
| 10:42AM | 18 | Pharaoh's? |
| 10:42AM | 19 | A.  Yes. |
| 10:42AM | 20 | Q.  What were you doing going back there? |
| 10:42AM | 21 | A.  It was a hot day, and we were out in the sun all day, so |
| 10:42AM | 22 | I'm not sure what we were going to do after, but all of us |
| 10:42AM | 23 | needed to take a shower.  So a few of the girls, we went |
| 10:42AM | 24 | upstairs in -- to Pharaoh's and took showers. |
| 10:42AM | 25 | Q.  Got it.  Did there come a time when that kind of caused |

| | | |
|---|---|---|
| 10:42AM | 1 | some trouble that you were at Pharaoh's? |
| 10:42AM | 2 | A.   Yes. |
| 10:42AM | 3 | Q.   What happened? |
| 10:42AM | 4 | A.   So, Don Parrino's wife, Adele, had caught wind that I was |
| 10:42AM | 5 | upstairs.  And at that time, I was not allowed to be in |
| 10:42AM | 6 | Pharaoh's.  She got quite upset, and I had to leave. |
| 10:42AM | 7 | Q.   Okay.  A few -- I want to switch gears for a second. |
| 10:43AM | 8 | A few minutes ago you mentioned that Jessica Leyland |
| 10:43AM | 9 | shared the dressing room with you -- |
| 10:43AM | 10 | A.   Yes. |
| 10:43AM | 11 | Q.   -- where the cocaine was found; is that right? |
| 10:43AM | 12 | A.   Yes. |
| 10:43AM | 13 | Q.   Back at that time in your life, were you close friends |
| 10:43AM | 14 | with Jessica? |
| 10:43AM | 15 | A.   She was my best friend. |
| 10:43AM | 16 | Q.   Did she have a -- a stage name or a name she went by at |
| 10:43AM | 17 | the club? |
| 10:43AM | 18 | A.   Charm. |
| 10:43AM | 19 | Q.   And you described for us that you were selling cocaine |
| 10:43AM | 20 | for a period of time when you were working at Pharaoh's.  Was |
| 10:43AM | 21 | Charm or Jessica also a person who sold cocaine at Pharaoh's? |
| 10:43AM | 22 | A.   Yes. |
| 10:43AM | 23 | Q.   Did she sell it to employees? |
| 10:43AM | 24 | A.   Yes. |
| 10:43AM | 25 | Q.   Did she sell it to dancers? |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

24

| | | |
|---|---|---|
| 10:43AM | 1 | A.  Yes. |
| 10:43AM | 2 | Q.  Did she sell it to customers? |
| 10:43AM | 3 | A.  Yes. |
| 10:43AM | 4 | Q.  Did you know Charm and this defendant, Peter Gerace, to |
| 10:43AM | 5 | have a close friendship or relationship? |
| 10:43AM | 6 | A.  Yes. |
| 10:43AM | 7 | Q.  You ended up getting hired back to work at Pharaoh's, |
| 10:43AM | 8 | right? |
| 10:43AM | 9 | A.  Yes. |
| 10:43AM | 10 | Q.  Who brought you back to work at Pharaoh's? |
| 10:43AM | 11 | A.  Peter. |
| 10:43AM | 12 | Q.  That was after you had been let go by Chris Chudy for |
| 10:44AM | 13 | selling drugs? |
| 10:44AM | 14 | A.  Yes. |
| 10:44AM | 15 | Q.  Did Peter ever say to you, oh, my God, A.P., you're |
| 10:44AM | 16 | selling drugs inside any club, what are you doing?  Did that |
| 10:44AM | 17 | ever happen? |
| 10:44AM | 18 | A.  No. |
| 10:44AM | 19 | Q.  I want to speak with you now about an individual named |
| 10:44AM | 20 | Joseph Bongiovanni.  Do you know that person? |
| 10:44AM | 21 | A.  I know who he is. |
| 10:44AM | 22 | Q.  Have you met him before? |
| 10:44AM | 23 | A.  I have. |
| 10:44AM | 24 | Q.  Can you tell the jury how you met Joseph Bongiovanni? |
| 10:44AM | 25 | A.  Joe has been in Pharaoh's a couple of times, I've seen |

| | | |
|---|---|---|
| 10:44AM | 1 | him.  I was introduced to him by Peter. |
| 10:44AM | 2 | Q.  What was your understanding of Joe Bongiovanni's |
| 10:44AM | 3 | relationship with Peter? |
| 10:44AM | 4 | A.  That they were friends. |
| 10:44AM | 5 | Q.  Is that based on your observations? |
| 10:44AM | 6 | A.  Yes. |
| 10:44AM | 7 | Q.  Did there come a time when you learned what Joe |
| 10:44AM | 8 | Bongiovanni did for work? |
| 10:44AM | 9 | A.  Yes. |
| 10:44AM | 10 | Q.  How did you learn that? |
| 10:44AM | 11 | A.  Peter had a business card of Joe's.  He had given it to |
| 10:45AM | 12 | me and said that if I had gotten into trouble, that I could |
| 10:45AM | 13 | call him and try to get help. |
| 10:45AM | 14 | Q.  Now, earlier, you described for us that the very first |
| 10:45AM | 15 | night you met Peter, you kind of, like, middled a cocaine |
| 10:45AM | 16 | deal for him; is that fair to say? |
| 10:45AM | 17 |     You ran and got coke from Marcus Black and brought it |
| 10:45AM | 18 | back to Peter; do you remember saying that? |
| 10:45AM | 19 | A.  Yes. |
| 10:45AM | 20 |         MR. SOEHNLEIN:  Objection, Your Honor, to the last |
| 10:45AM | 21 | question.  Sorry. |
| 10:45AM | 22 |         THE COURT:  What's the basis of the objection? |
| 10:45AM | 23 |         MR. SOEHNLEIN:  Speculative, and I don't think that |
| 10:45AM | 24 | it fairly characterized her testimony calling -- |
| 10:45AM | 25 |         THE COURT:  Overruled. |

10:45AM    1          **BY MR. COOPER:**

10:45AM    2    Q.  Did you hear my question?

10:45AM    3    A.  Yes.

10:45AM    4    Q.  Okay.  Is that what happened?

10:45AM    5    A.  Yes.

10:45AM    6    Q.  Okay.  And that was the first night you met Peter, right?

10:45AM    7    A.  Yes.

10:45AM    8    Q.  So by the time Peter is giving you Joe Bongiovanni's

10:45AM    9    business card, it's fair to say that Peter knows that you're

10:45AM   10    involved with cocaine, right?

10:45AM   11    A.  Yes.

10:45AM   12          **MR. COOPER:**  Can I just have one second, Judge?

10:45AM   13          **THE COURT:**  Sure.

10:45AM   14          **MR. COOPER:**  Thank you.

10:45AM   15          **BY MR. COOPER:**

10:46AM   16    Q.  Just a few follow-up questions that I think I might have

10:46AM   17    missed.  You talked about having a dressing room where you

10:46AM   18    stored cocaine.

10:46AM   19        Do you remember talking about that?

10:46AM   20    A.  Yes.

10:46AM   21    Q.  Was that separate from, kind of, the standard, general

10:46AM   22    dressing room that most of the dancers used?

10:46AM   23    A.  It's inside of it, but there was a door that, you know,

10:46AM   24    would close so you had privacy, but it was in the dressing

10:46AM   25    room.

| | | |
|---|---|---|
| 10:46AM | 1 | Q.  Got it.  And so did you have kind of a private dressing |
| 10:46AM | 2 | room inside of Pharaoh's? |
| 10:46AM | 3 | A.  Yes. |
| 10:46AM | 4 | Q.  And who -- who authorized or -- or gave you that? |
| 10:46AM | 5 | A.  Peter. |
| 10:46AM | 6 | Q.  Just to circle back for a second to Marcus Black, did |
| 10:46AM | 7 | you -- based on your observations when you worked at |
| 10:46AM | 8 | Pharaoh's, did Marcus Black frequently distribute cocaine to |
| 10:47AM | 9 | people inside of Pharaoh's? |
| 10:47AM | 10 | A.  Yes. |
| 10:47AM | 11 | Q.  How frequently was Marcus at Pharaoh's? |
| 10:47AM | 12 | A.  Once every few weeks, I guess.  I mean, I wasn't there |
| 10:47AM | 13 | every day.  I can't, you know -- |
| 10:47AM | 14 | Q.  Yeah.  I'm just asking based on your experience -- |
| 10:47AM | 15 | A.  Sure. |
| 10:47AM | 16 | Q.  -- when you worked there, how frequently did you see him? |
| 10:47AM | 17 | A.  Once every few weeks. |
| 10:47AM | 18 | Q.  When you saw him there, was he selling drugs? |
| 10:47AM | 19 | A.  Sometimes. |
| 10:47AM | 20 | Q.  I asked you before kind of a general question about |
| 10:47AM | 21 | whether Peter Gerace ever provides you cocaine.  Do you |
| 10:47AM | 22 | remember me asking you that? |
| 10:47AM | 23 | A.  Yes. |
| 10:47AM | 24 | Q.  And I asked you if that happened once or more than once; |
| 10:47AM | 25 | do you remember that? |

| | | |
|---|---|---|
| 10:47AM | 1 | A.  Yes. |
| 10:47AM | 2 | Q.  Can you tell the jury where inside the club, either one |
| 10:47AM | 3 | area or multiple areas, where did that happen? |
| 10:47AM | 4 | A.  That we -- that we did it? |
| 10:47AM | 5 | Q.  That Peter gave you cocaine, where inside the club did |
| 10:47AM | 6 | that happen? |
| 10:47AM | 7 | A.  We did it upstairs.  I guess when we were there when the |
| 10:48AM | 8 | whole building was shut down, we've done it in the -- just |
| 10:48AM | 9 | general area.  It was just me and him there. |
| 10:48AM | 10 | Q.  That upstairs area that you just described for us a |
| 10:48AM | 11 | moment ago, is that upstairs area, like, publically |
| 10:48AM | 12 | accessible to any customer that wants to walk up there? |
| 10:48AM | 13 | A.  No. |
| 10:48AM | 14 | Q.  Who controls that upstairs area? |
| 10:48AM | 15 | A.  Peter and Donnie. |
| 10:48AM | 16 | Q.  When you've done cocaine at Pharaoh's with Peter, has it |
| 10:48AM | 17 | been mostly in that upstairs area? |
| 10:48AM | 18 | A.  Yes. |
| 10:48AM | 19 | Q.  Have you done it always with just the two of you, or have |
| 10:48AM | 20 | there been other people up there as well? |
| 10:48AM | 21 | A.  There's been other people. |
| 10:48AM | 22 | Q.  Who else would go up there? |
| 10:48AM | 23 | A.  Friends of his or other dancers. |
| 10:48AM | 24 | Q.  Okay.  And in terms of, like, the other dancers, did |
| 10:48AM | 25 | they -- did they have to be invited?  Or were people free to |

| | | |
|---|---|---|
| 10:48AM | 1 | go up there whenever they felt like it? |
| 10:48AM | 2 | A.  No, it was invite only. |
| 10:48AM | 3 | Q.  Okay.  During this time, you described that you dated |
| 10:49AM | 4 | Peter kind of on and off; is that correct? |
| 10:49AM | 5 | A.  Yes. |
| 10:49AM | 6 | Q.  Did Peter ever ask you to engage in commercial sex with |
| 10:49AM | 7 | people at Pharaoh's? |
| 10:49AM | 8 | A.  No.  Never. |
| 10:49AM | 9 | Q.  You were his girlfriend, right? |
| 10:49AM | 10 | A.  Right. |
| 10:49AM | 11 | MR. COOPER:  No further direct, Judge.  Thank you. |
| 10:49AM | 12 | THE COURT:  Cross? |
| 10:49AM | 13 | MR. SOEHNLEIN:  Can we approach on one thing -- |
| 10:49AM | 14 | THE COURT:  Sure, come on up. |
| 10:49AM | 15 | (Sidebar discussion held on the record.) |
| 10:49AM | 16 | MR. SOEHNLEIN:  I want to ask two questions, just |
| 10:49AM | 17 | because Mr. Cooper asked her when she was fired that she went |
| 10:49AM | 18 | and got a job somewhere else.  She went to work at Tiffany's, |
| 10:49AM | 19 | which is another strip club, stripped there, then came back. |
| 10:49AM | 20 | That's all I want to ask. |
| 10:49AM | 21 | THE COURT:  Sure. |
| 10:49AM | 22 | MR. SOEHNLEIN:  Okay.  Thank you. |
| 10:49AM | 23 | (Sidebar discussion ended.) |
| 10:49AM | 24 | |
| | 25 | |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 10:49AM  | 1  | **CROSS-EXAMINATION BY MR. SOEHNLEIN:**                      |
| 10:49AM  | 2  | Q.  Good morning, Ms. A.P.                                   |
| 10:50AM  | 3  | A.  Good morning.                                            |
| 10:50AM  | 4  | Q.  Is that close enough?                                    |
| 10:50AM  | 5  | A.  A.P., but it's close enough.                            |
| 10:50AM  | 6  | Q.  A.P.?                                                    |
| 10:50AM  | 7  | A.  Yeah.                                                    |
| 10:50AM  | 8  | Q.  I'm hoping we get a witness in this case with an easy    |
| 10:50AM  | 9  | name.  So far, it hasn't happened.                          |
| 10:50AM  | 10 | You said that you worked at Pharaoh's from 2007 to 2013;     |
| 10:50AM  | 11 | is that right?                                              |
| 10:50AM  | 12 | A.  Correct.  Yeah.                                          |
| 10:50AM  | 13 | Q.  You listed a number of jobs that you did there.  You were|
| 10:50AM  | 14 | a dancer?                                                    |
| 10:50AM  | 15 | A.  Yes.                                                     |
| 10:50AM  | 16 | Q.  You were a bartender?                                    |
| 10:50AM  | 17 | A.  Yes.                                                     |
| 10:50AM  | 18 | Q.  You were a shot girl?                                    |
| 10:50AM  | 19 | A.  Yes.                                                     |
| 10:50AM  | 20 | Q.  Anything else?                                           |
| 10:50AM  | 21 | A.  Waitress.                                                |
| 10:50AM  | 22 | Q.  Waitress, okay.                                          |
| 10:50AM  | 23 | Now, you started working at Pharaoh's for the money,         |
| 10:50AM  | 24 | right?                                                       |
| 10:50AM  | 25 | A.  Yes.                                                     |

USA v Gerace - A.P. - Soehnlein/Cross - 11/7/24

31

| | | |
|---|---|---|
| 10:50AM | 1 | Q.  Tell us about that. |
| 10:50AM | 2 | A.  At the time, before I had worked there, I was cutting |
| 10:50AM | 3 | hair and working at a clothing store.  And I was giving one |
| 10:50AM | 4 | of my friends a haircut, and we were talking about one of the |
| 10:50AM | 5 | girls we knew that we were kind of friends with that worked |
| 10:50AM | 6 | there. |
| 10:51AM | 7 | I asked, you know, does she make good money?  What's -- |
| 10:51AM | 8 | what's -- you know -- and he said, yeah. |
| 10:51AM | 9 | I danced my whole life, jazz, tap, ballet, dancing |
| 10:51AM | 10 | school.  So, I thought about, you know, doing it to make more |
| 10:51AM | 11 | money.  And I asked my friend if he would take me there.  I'd |
| 10:51AM | 12 | never been to a strip club or anything like that.  And we |
| 10:51AM | 13 | went. |
| 10:51AM | 14 | Q.  Okay.  And -- and -- and eventually, you got hired as a |
| 10:51AM | 15 | dancer? |
| 10:51AM | 16 | A.  I did. |
| 10:51AM | 17 | Q.  And -- and you did make good money? |
| 10:51AM | 18 | A.  I did. |
| 10:51AM | 19 | Q.  You made more than you made cutting hair and doing what |
| 10:51AM | 20 | you were doing beforehand? |
| 10:51AM | 21 | A.  I did. |
| 10:51AM | 22 | Q.  All right.  Now, I want to ask you a little bit about -- |
| 10:51AM | 23 | about the club. |
| 10:51AM | 24 | Now, did you work weekends, weekdays?  What was your |
| 10:51AM | 25 | schedule like? |

10:51AM   1    A.  I didn't have a schedule.  So when you're a dancer,

10:51AM   2    you're an independent contractor.  So I just went in whenever

10:51AM   3    I wanted to, or needed to kind of thing.

10:51AM   4       I think in the beginning, I was, you know, working maybe

10:51AM   5    three or four nights a week.  I did start working for a stag

10:52AM   6    company on the weekends, so I would either go there after my

10:52AM   7    stags or just not go at all because I did well enough with

10:52AM   8    the stags.

10:52AM   9    Q.  Yeah.  And the stag company, that wasn't Pharaoh's,

10:52AM  10    right?

10:52AM  11    A.  No.

10:52AM  12    Q.  That had nothing to do with Peter?

10:52AM  13    A.  No.

10:52AM  14    Q.  Completely independent?

10:52AM  15    A.  Right.

10:52AM  16    Q.  Right.  He -- he -- to your knowledge, he wasn't getting

10:52AM  17    any cut of the money or anything?

10:52AM  18    A.  No.

10:52AM  19    Q.  Completely separate from -- from Pharaoh's, right?

10:52AM  20    A.  Yes.

10:52AM  21    Q.  Okay.  Now, when you're working at Pharaoh's, you choose

10:52AM  22    what you wear, right?

10:52AM  23    A.  Correct.

10:52AM  24    Q.  You choose what customers you talk to?

10:52AM  25    A.  Yes.

10:52AM  1    Q.  If a customer wants to take you in the VIP Room, if you

10:52AM  2    don't want to do it, you don't have to do it, right?

10:52AM  3    A.  Right.

10:52AM  4    Q.  Okay.  There's cameras there?

10:52AM  5    A.  Yes.

10:52AM  6    Q.  There's security there?

10:52AM  7    A.  Yes.

10:52AM  8    Q.  Did you trust the security when you were working there?

10:52AM  9    A.  Absolutely.

10:52AM  10   Q.  Yeah.  They were pretty good at protecting you, right?

10:52AM  11   A.  They were awesome.

10:52AM  12   Q.  Yeah, awesome.

10:52AM  13       Now, I want to talk to you a little bit about your -- and

10:53AM  14   I don't want to dwell on it, so we're just gonna, you know,

10:53AM  15   kind of just touch the surface.

10:53AM  16       You testified earlier about your drug use?

10:53AM  17   A.  Yes.

10:53AM  18   Q.  You started using drugs before you met Peter Gerace?

10:53AM  19   A.  Yes.

10:53AM  20   Q.  And you started using drugs outside of Pharaoh's?

10:53AM  21   A.  Yes.

10:53AM  22   Q.  Yeah.  And your drug use continued even though you were

10:53AM  23   working at Pharaoh's, correct?

10:53AM  24   A.  Yes.

10:53AM  25   Q.  Okay.  And I think there was some testimony about you met

10:53AM  1   Peter and he asked you to go and get cocaine, correct?

10:53AM  2   A.  Yes.

10:53AM  3   Q.  Now, at that point in time, that -- that was something

10:53AM  4   you wanted to do, right?

10:53AM  5   A.  Yes.

10:53AM  6   Q.  You were a cocaine user, right?

10:53AM  7   A.  Yes.

10:53AM  8   Q.  Okay.  And -- and you went and you bought the cocaine

10:53AM  9   from Marcus Black --

10:53AM  10  A.  Yes.

10:53AM  11  Q.  -- right?

10:53AM  12      Now, you -- I'm gonna summarize the transaction.

10:53AM  13      You gave Marcus the money, and Marcus gave you the

10:53AM  14  cocaine, right?

10:53AM  15  A.  Yes.

10:53AM  16  Q.  Okay.  And then you and Peter and some other people went

10:53AM  17  back and used it, correct?

10:54AM  18  A.  Yes.

10:54AM  19  Q.  Okay.  Yeah.  And -- and so Marcus didn't tell you he was

10:54AM  20  giving you any kind of a deal because it was being sold to

10:54AM  21  Peter, right?

10:54AM  22  A.  No.

10:54AM  23  Q.  Okay.  And, in fact, you -- you had known Marcus from

10:54AM  24  other places outside of Pharaoh's, right?

10:54AM  25  A.  Yes.

| | | |
|---|---|---|
| 10:54AM | 1 | Q.  He went to a lot of bars? |
| 10:54AM | 2 | A.  Yes. |
| 10:54AM | 3 | Q.  And he was a known drug dealer at all those bars -- |
| 10:54AM | 4 | A.  Yes. |
| 10:54AM | 5 | Q.  -- correct? |
| 10:54AM | 6 | So if I see Marcus Black at SoHo, I can buy drugs from |
| 10:54AM | 7 | him, right? |
| 10:54AM | 8 | A.  Yes. |
| 10:54AM | 9 | Q.  If I see Marcus Black at Mother's, I can buy drugs from |
| 10:54AM | 10 | him, right? |
| 10:54AM | 11 | A.  Yes. |
| 10:54AM | 12 | Q.  If I see Marcus Black outside on the corner outside of |
| 10:54AM | 13 | the U.S. Attorney's Office, I can buy drugs from him? |
| 10:54AM | 14 | A.  Yes. |
| 10:54AM | 15 | Q.  It might be a little dangerous? |
| 10:54AM | 16 | A.  That's a little weird, yeah. |
| 10:54AM | 17 | Q.  But based on your knowledge of Marcus Black, you probably |
| 10:54AM | 18 | could have bought drugs there, right? |
| 10:54AM | 19 | A.  Yes. |
| 10:54AM | 20 | Q.  All right.  So there was nothing unique of what he is |
| 10:54AM | 21 | doing inside of Pharaoh's, right? |
| 10:54AM | 22 | A.  Right. |
| 10:54AM | 23 | Q.  All right.  Now, you -- you testified a little bit about |
| 10:54AM | 24 | your drug sales -- |
| 10:54AM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 10:54AM | 1 | Q.  -- you were doing. |
| 10:54AM | 2 | You were doing that clandestinely, right?  You weren't |
| 10:55AM | 3 | advertising that you were selling cocaine? |
| 10:55AM | 4 | A.  No. |
| 10:55AM | 5 | Q.  Okay.  Small amounts, right? |
| 10:55AM | 6 | A.  Yes. |
| 10:55AM | 7 | Q.  Recreational amounts? |
| 10:55AM | 8 | A.  Yes. |
| 10:55AM | 9 | Q.  Okay.  And -- and you were doing that to your benefit, |
| 10:55AM | 10 | right? |
| 10:55AM | 11 | A.  Yes. |
| 10:55AM | 12 | Q.  In other words, if you do a drug transaction at |
| 10:55AM | 13 | Pharaoh's, you're not giving Peter a cut of the money, right? |
| 10:55AM | 14 | A.  No. |
| 10:55AM | 15 | Q.  You're not giving any other girls a cut of the money? |
| 10:55AM | 16 | A.  No. |
| 10:55AM | 17 | Q.  Okay.  You're doing that to support your habit, right? |
| 10:55AM | 18 | A.  Yes. |
| 10:55AM | 19 | Q.  Peter Gerace never told you to sell cocaine? |
| 10:55AM | 20 | A.  No. |
| 10:55AM | 21 | Q.  All right.  Okay. |
| 10:55AM | 22 | **MR. SOEHNLEIN:**  Can I just have one minute, Judge? |
| 10:55AM | 23 | **THE COURT:**  Sure. |
| 10:55AM | 24 | **MR. SOEHNLEIN:**  Thank you. |
| 10:56AM | 25 | Sorry about that.  Thank you, Judge. |

|          |    |                                                                 |
|----------|----|-----------------------------------------------------------------|
| 10:56AM  | 1  | **BY MR. SOEHNLEIN:**                                            |
| 10:56AM  | 2  | Q.  You had some testimony about Joe Bongiovanni; do you        |
| 10:56AM  | 3  | recall that?                                                    |
| 10:56AM  | 4  | A.  Yes.                                                        |
| 10:56AM  | 5  | Q.  When he was at the club, was he treated similar to other    |
| 10:56AM  | 6  | customers?                                                      |
| 10:56AM  | 7  | A.  Yes.                                                        |
| 10:56AM  | 8  | Q.  Yeah.  He didn't get any preferential treatment?           |
| 10:56AM  | 9  | A.  No.                                                         |
| 10:56AM  | 10 | Q.  Okay.  Now, there was testimony about a business card      |
| 10:56AM  | 11 | that was given to you; is that correct?                        |
| 10:56AM  | 12 | A.  Yes.                                                        |
| 10:56AM  | 13 | Q.  Yeah.  And you -- you shared all of the -- the entirety    |
| 10:56AM  | 14 | of your recollection about that business card with the jury,   |
| 10:56AM  | 15 | correct?                                                        |
| 10:56AM  | 16 | A.  Yes.                                                        |
| 10:56AM  | 17 | Q.  Okay.  Now, when Mr. Gerace gave you that business card,   |
| 10:56AM  | 18 | he didn't tell you what Mr. Bongiovanni would do for you,      |
| 10:56AM  | 19 | right?                                                          |
| 10:56AM  | 20 | A.  No, I really think was to get out of, like, a traffic      |
| 10:56AM  | 21 | kind of thing if I got pulled over.                            |
| 10:56AM  | 22 | Q.  All right.  So -- so your impression is, you get a         |
| 10:57AM  | 23 | speeding ticket, you're going to show them the Bongiovanni     |
| 10:57AM  | 24 | card, right?                                                    |
| 10:57AM  | 25 | A.  Yeah.                                                       |

| | | |
|---|---|---|
| 10:57AM | 1 | Q.  Right.  You didn't expect that, like, you get busted for |
| 10:57AM | 2 | cocaine, that the charges were just gonna go away? |
| 10:57AM | 3 | A.  At that time, I wasn't even selling the cocaine, I was |
| 10:57AM | 4 | just a user, so -- |
| 10:57AM | 5 | Q.  Yeah.  So what was on your radar is, like, traffic |
| 10:57AM | 6 | tickets, speeding tickets, things like that? |
| 10:57AM | 7 | A.  Yes. |
| 10:57AM | 8 | Q.  Okay.  So in your mind, it didn't even occur to you that |
| 10:57AM | 9 | it might have anything to do with drug sales, right? |
| 10:57AM | 10 | A.  Not at all. |
| 10:57AM | 11 | Q.  And Peter Gerace didn't tell you that, right? |
| 10:57AM | 12 | A.  No. |
| 10:57AM | 13 | MR. SOEHNLEIN:  Okay.  And -- and one more minute, |
| 10:57AM | 14 | Judge.  Thanks. |
| 10:58AM | 15 | BY MR. SOEHNLEIN: |
| 10:58AM | 16 | Q.  We're rounding third and heading home, I promise.  I |
| 10:58AM | 17 | don't mean to -- just to set you up. |
| 10:58AM | 18 | You met with the government several times to -- to |
| 10:58AM | 19 | prepare for this, correct? |
| 10:58AM | 20 | A.  Yes. |
| 10:58AM | 21 | Q.  Yeah.  And you recall that they asked you questions about |
| 10:58AM | 22 | commercial sex acts at Pharaoh's; is that correct? |
| 10:58AM | 23 | A.  Yes. |
| 10:58AM | 24 | Q.  And -- and you never saw any commercial sex acts; is that |
| 10:58AM | 25 | right? |

USA v Gerace - A.P. - Soehnlein/Cross - 11/7/24

39

| | | |
|---|---|---|
| 10:58AM | 1 | A.  No. |
| 10:58AM | 2 | Q.  Not upstairs? |
| 10:58AM | 3 | A.  No. |
| 10:58AM | 4 | Q.  Not in the VIP area? |
| 10:58AM | 5 | A.  No. |
| 10:58AM | 6 | Q.  You were at Pharaoh's a lot, right? |
| 10:58AM | 7 | A.  Yes. |
| 10:58AM | 8 | Q.  For six years -- |
| 10:58AM | 9 | A.  Yeah. |
| 10:58AM | 10 | Q.  -- right? |
| 10:58AM | 11 | And -- and in your estimation, they -- they tried pretty |
| 10:58AM | 12 | hard to get you to give on that testimony, right? |
| 10:58AM | 13 | A.  I'm sorry? |
| 10:58AM | 14 | Q.  It's -- it's a bad question. |
| 10:58AM | 15 | The government asked you about commercial sex acts quite |
| 10:58AM | 16 | a bit when they were prepping you, right? |
| 10:58AM | 17 | A.  Yes. |
| 10:58AM | 18 | Q.  All right.  And you're solid on that you never saw |
| 10:59AM | 19 | anything, right? |
| 10:59AM | 20 | A.  Right. |
| 10:59AM | 21 | Q.  Okay.  You trusted the bouncers? |
| 10:59AM | 22 | A.  I did. |
| 10:59AM | 23 | Q.  Yeah.  They did a good job protecting you? |
| 10:59AM | 24 | A.  Yes. |
| 10:59AM | 25 | **MR. SOEHNLEIN:**  That -- that's all I have, Judge. |

10:59AM    1    Thank you.

10:59AM    2              **THE COURT:**  Redirect?

10:59AM    3

10:59AM    4              **REDIRECT EXAMINATION BY MR. COOPER:**

10:59AM    5    Q.  Most of the time you prepared was with me, right?

10:59AM    6    A.  Yes.

10:59AM    7    Q.  Okay.  And there were some agents in the room, right?

10:59AM    8    A.  Yes.

10:59AM    9    Q.  Did anybody ever, one time, tell you to make something up

10:59AM   10    because we wanted to hear it?

10:59AM   11    A.  Not once.

10:59AM   12    Q.  What did we ask you to do?

10:59AM   13    A.  Tell the truth.

10:59AM   14    Q.  You were asked some questions about that business card a

10:59AM   15    second ago; do you remember that?

10:59AM   16    A.  Yes.

10:59AM   17    Q.  The business card said that Bongiovanni was a DEA agent,

10:59AM   18    right?

10:59AM   19    A.  Yes.

10:59AM   20    Q.  Not a state trooper, right?

10:59AM   21    A.  No.

10:59AM   22    Q.  Not a Cheektowaga local police officer, right?

10:59AM   23    A.  Right.

10:59AM   24    Q.  Okay.  And I just want to know what you understand.  Do

10:59AM   25    you believe that DEA agents stop people for speeding?

| | | |
|---|---|---|
| 10:59AM | 1 | A.  No. |
| 10:59AM | 2 | Q.  Okay.  Do you think that they're really involved in |
| 10:59AM | 3 | traffic tickets at all? |
| 10:59AM | 4 | A.  I have no clue.  I just thought that it's a -- some kind |
| 11:00AM | 5 | of law enforcement, I mean, they are -- |
| 11:00AM | 6 | Q.  Do you know what DEA stands for? |
| 11:00AM | 7 | A.  Yes. |
| 11:00AM | 8 | Q.  What does it stand for? |
| 11:00AM | 9 | A.  Drug -- |
| 11:00AM | 10 | Q.  If I say it, will that help? |
| 11:00AM | 11 | A.  Yes. |
| 11:00AM | 12 | Q.  Is that the Drug Enforcement Administration? |
| 11:00AM | 13 | A.  Yes. |
| 11:00AM | 14 | Q.  Okay.  And the business card that this defendant handed |
| 11:00AM | 15 | to you was a business card for a special agent from the Drug |
| 11:00AM | 16 | Enforcement Administration, right? |
| 11:00AM | 17 | A.  Correct. |
| 11:00AM | 18 | Q.  Okay.  And when he handed it to you, do you remember what |
| 11:00AM | 19 | his exact words were? |
| 11:00AM | 20 | A.  Just to -- that I could use this to get out of trouble. |
| 11:00AM | 21 | Q.  Okay.  And he didn't say use this if you get a speeding |
| 11:00AM | 22 | ticket, right? |
| 11:00AM | 23 | A.  Right. |
| 11:00AM | 24 | Q.  And when he told you -- "he" being the defendant, told |
| 11:00AM | 25 | you use this if you get in trouble, or use it to get out of |

| | | |
|---|---|---|
| 11:00AM | 1 | trouble, he knew that you were a cocaine user, right? |
| 11:00AM | 2 | A.  Yes. |
| 11:00AM | 3 | Q.  You had brought cocaine from his drug dealer back to him, |
| 11:00AM | 4 | right? |
| 11:00AM | 5 | A.  Yes. |
| 11:00AM | 6 | Q.  And the words he says to you are use this to get out of |
| 11:00AM | 7 | trouble, right? |
| 11:00AM | 8 | A.  Yes. |
| 11:00AM | 9 | Q.  Okay.  You were asked some questions about Marcus Black |
| 11:01AM | 10 | selling drugs at other places, right? |
| 11:01AM | 11 | A.  Yes. |
| 11:01AM | 12 | Q.  I want to talk about Pharaoh's.  He sold drugs there, |
| 11:01AM | 13 | right? |
| 11:01AM | 14 | A.  Yes. |
| 11:01AM | 15 | Q.  Pharaoh's is a private business, isn't it? |
| 11:01AM | 16 | A.  Yes. |
| 11:01AM | 17 | Q.  And the owner of Pharaoh's, he's capable of excluding |
| 11:01AM | 18 | people from entering, right? |
| 11:01AM | 19 | A.  Yes. |
| 11:01AM | 20 | Q.  Private business owners can do that to your |
| 11:01AM | 21 | understanding? |
| 11:01AM | 22 | A.  Yes. |
| 11:01AM | 23 | Q.  And is it your understanding that Marcus Black was the |
| 11:01AM | 24 | defendant's friend? |
| 11:01AM | 25 | A.  Yes. |

USA v Gerace - A.P. - Cooper/Redirect - 11/7/24

| | | |
|---|---|---|
| 11:01AM | 1 | Q.  And the defendant, he certainly knew Marcus Black was a |
| 11:01AM | 2 | drug dealer, right? |
| 11:01AM | 3 | A.  Yes. |
| 11:01AM | 4 | Q.  He had actually sent you to Marcus Black to buy drugs, |
| 11:01AM | 5 | right? |
| 11:01AM | 6 | A.  Yes. |
| 11:01AM | 7 | Q.  Fair to say Marcus Black was very welcome at Pharaoh's |
| 11:01AM | 8 | Gentlemen's Club? |
| 11:01AM | 9 | A.  Yes. |
| 11:01AM | 10 | Q.  Okay.  You were asked questions about why you started |
| 11:01AM | 11 | working at Pharaoh's, and -- and that you wanted to make more |
| 11:01AM | 12 | money was your answer; do you remember that? |
| 11:01AM | 13 | A.  Yes. |
| 11:01AM | 14 | Q.  At that time, were you an opiate addict? |
| 11:01AM | 15 | A.  No. |
| 11:01AM | 16 | Q.  Have you ever been an opiate addict? |
| 11:01AM | 17 | A.  No. |
| 11:01AM | 18 | Q.  Have you struggled with opiate withdrawals? |
| 11:01AM | 19 | A.  No. |
| 11:01AM | 20 | Q.  Do you know what that feels like? |
| 11:01AM | 21 | A.  No. |
| 11:01AM | 22 | Q.  You were asked some questions about what you observed |
| 11:01AM | 23 | happening in the VIP Room with respect to commercial sex |
| 11:01AM | 24 | acts. |
| 11:02AM | 25 | Do you remember being asked that question? |

| | | |
|---|---|---|
| 11:02AM | 1 | A.  Yes. |
| 11:02AM | 2 | Q.  Have you seen -- and I'm not trying to be a jerk here, |
| 11:02AM | 3 | but have you seen every private dance that ever happened at |
| 11:02AM | 4 | Pharaoh's? |
| 11:02AM | 5 | A.  No. |
| 11:02AM | 6 | Q.  You didn't, like, follow other dancers around and watch |
| 11:02AM | 7 | what they were doing, right? |
| 11:02AM | 8 | A.  No. |
| 11:02AM | 9 | Q.  There were times when people were upstairs and you |
| 11:02AM | 10 | weren't; is that fair to stay? |
| 11:02AM | 11 | A.  Yes. |
| 11:02AM | 12 | Q.  And so is it fair to say, you wouldn't know what was |
| 11:02AM | 13 | happening at that time? |
| 11:02AM | 14 | A.  Yes. |
| 11:02AM | 15 | Q.  Have you told this jury everything you know to the best |
| 11:02AM | 16 | of your ability? |
| 11:02AM | 17 | A.  I have. |
| 11:02AM | 18 | **MR. COOPER:**  Okay.  I have nothing more, Judge. |
| 11:02AM | 19 | **THE COURT:**  Any recross? |
| 11:02AM | 20 | **MR. SOEHNLEIN:**  I have two questions.  Maybe three. |
| 11:02AM | 21 | Maybe five. |
| 11:02AM | 22 | |
| 11:02AM | 23 | **RECROSS-EXAMINATION BY MR. SOEHNLEIN:** |
| 11:02AM | 24 | Q.  When the -- when Peter Gerace gave you that business |
| 11:02AM | 25 | card, you don't know what he meant, do you? |

11:02AM 1  A.  No.

11:02AM 2  Q.  And you were at Pharaoh's -- how often were you at

11:02AM 3  Pharaoh's during that time period that we were talking about,

11:02AM 4  2007 to 2013?

11:02AM 5  A.  A couple days a week, every week.

11:02AM 6  Q.  Yeah, and you did most every job in the building, right?

11:03AM 7  A.  Yes.

11:03AM 8  Q.  You had a pretty good sense of what was going on there?

11:03AM 9  A.  Yes.

11:03AM 10 Q.  Yeah, you feel like you're kind of an expert at what --

11:03AM 11 what was going on inside the building?

11:03AM 12 A.  Yes.

11:03AM 13          **MR. SOEHNLEIN:**  I have nothing further.  Thank you.

11:03AM 14          **THE COURT:**  Anything more?

11:03AM 15          **MR. COOPER:**  I'm good.  Thank you.

11:03AM 16          **THE COURT:**  You may step down, ma'am.  You're

11:03AM 17 excused.

11:03AM 18          (Witness excused at 11:03 a.m.)

       19          (Excerpt concluded at 11:03 a.m.)

       20              *    *    *    *    *    *    *

       21

       22

       23

       24

       25

1

2                      <u>**CERTIFICATE OF REPORTER**</u>

3

4            In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on November 7, 2024.

8

9

10                        s/ Ann M. Sawyer
                          _____
                          Ann M. Sawyer, FCRR, RPR, CRR
11                        Official Court Reporter
                          U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

47

1

2                    **TRANSCRIPT INDEX**

3              **EXCERPT – EXAMINATION OF A.P.**

4                    **NOVEMBER 7, 2024**

5

6    **W I T N E S S**                          **P A G E**

7    **A. P.**                                  2

8      DIRECT EXAMINATION BY MR. COOPER:        2

9      CROSS-EXAMINATION BY MR. SOEHNLEIN:      30

10     REDIRECT EXAMINATION BY MR. COOPER:      40

11     RECROSS-EXAMINATION BY MR. SOEHNLEIN:    44

12

13

14   **E X H I B I T**                          **P A G E**

15   GOV Exhibit 485                              13

16

17

18

19

20

21

22

23

24

25