09:37AM

```
                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,
                                        Case No. 1:19-cr-227
              Plaintiff,                         1:23-cr-37
  v.                                                  (LJV)

PETER GERACE, JR.,                      November 19, 2024

              Defendant.
_____

       TRANSCRIPT EXCERPT - EXAMINATION OF JOSEPH KRYWALSKI
           BEFORE THE HONORABLE LAWRENCE J. VILARDO
                UNITED STATES DISTRICT JUDGE
```

**APPEARANCES:**     TRINI E. ROSS, UNITED STATES ATTORNEY
                     BY: **JOSEPH M. TRIPI, ESQ.**
                         **NICHOLAS T. COOPER, ESQ.**
                         **CASEY L. CHALBECK, ESQ.**
                     Assistant United States Attorneys
                     Federal Centre, 138 Delaware Avenue
                     Buffalo, New York 14202
                     For the Plaintiff

                     **THE FOTI LAW FIRM, P.C.**
                     BY: **MARK ANDREW FOTI, ESQ.**
                     16 West Main Street, Suite 100
                     Rochester, New York 14614
                       And
                     **SOEHNLEIN LAW**
                     BY: **ERIC MICHAEL SOEHNLEIN, ESQ.**
                     350 Main Street, Suite 2100
                     Buffalo, New York 14202
                     For the Defendant

**PRESENT:**         **KAREN A. CHAMPOUX, USA PARALEGAL**
                     **BRIAN A. BURNS, FBI SPECIAL AGENT**
                     **MARILYN K. HALLIDAY, HSI SPECIAL AGENT**
                     **OLIVIA A. PRIOIA, J.D., PARALEGAL**

**LAW CLERK:**       **REBECCA FABIAN IZZO, ESQ.**

**COURT CLERK:**     **COLLEEN M. DEMMA**

**REPORTER:**        **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                     Robert H. Jackson Courthouse
                     2 Niagara Square Buffalo, New York 14202
                     Ann_Sawyer@nywd.uscourts.gov

Case 1:19-cr-00227-LJV-MJR   Document 1452   Filed 03/08/25   Page 2 of 8
USA v Gerace - Krywalski - Chalbeck/Direct - 11/19/24

2

| | | |
|---|---|---|
| 11:16AM | 1 | (Excerpt commenced at 11:16 a.m.) |
| 11:17AM | 2 | (Jury seated at 11:16 a.m.) |
| 11:17AM | 3 | **THE COURT:** The record will reflect that all our |
| 11:17AM | 4 | jurors are again present. |
| 11:17AM | 5 | The government can call its next witness. |
| 11:17AM | 6 | **MS. CHALBECK:** Thank you, Your Honor. The government |
| 11:17AM | 7 | calls Joseph Krywalski. |
| 11:17AM | 8 | |
| 11:17AM | 9 | **J O S E P H   K R Y W A L S K I**, having been duly called and |
| 11:17AM | 10 | sworn, testified as follows: |
| 11:17AM | 11 | **MS. CHALBECK:** May I inquire, Judge? |
| 11:17AM | 12 | **THE COURT:** You may. |
| 11:17AM | 13 | |
| 11:17AM | 14 | **DIRECT EXAMINATION BY MS. CHALBECK:** |
| 11:17AM | 15 | Q. Good morning. |
| 11:17AM | 16 | A. Good morning. |
| 11:17AM | 17 | Q. How are you? |
| 11:17AM | 18 | A. Good, how are you? |
| 11:17AM | 19 | Q. Please introduce yourself to the jury. |
| 11:17AM | 20 | A. My name is Zone Sergeant Joseph Krywalski. |
| 11:17AM | 21 | Q. And what do you do for work, sir? |
| 11:17AM | 22 | A. I am employed by the New York State Police. |
| 11:17AM | 23 | Q. How long have you been with the New York State Police? |
| 11:18AM | 24 | A. About 19 and a half years now. |
| 11:18AM | 25 | Q. Can you just walk the jury through the different |

11:18AM  1   positions you've had while there?
11:18AM  2   A.  I started as a road trooper working my way back from
11:18AM  3   downstate to upstate.  Then was promoted to sergeant, and
11:18AM  4   then eventually a zone sergeant.
11:18AM  5   Q.  In your capacity as a road patrol trooper, did you come
11:18AM  6   into contact with a person named Jessica Leyland?
11:18AM  7   A.  I did.
11:18AM  8   Q.  How -- how do you know that person?
11:18AM  9   A.  She was -- I arrested her on a traffic stop.
11:18AM  10  Q.  Do you remember the date that you arrested her?
11:18AM  11  A.  It was August 2nd, 2013.
11:18AM  12  Q.  And do you remember the time of day that you arrested
11:18AM  13  Ms. Leyland?
11:18AM  14  A.  Approximately 2:35, in that area, in the morning.
11:18AM  15  Q.  In the morning, a.m.?
11:18AM  16  A.  Correct.
11:18AM  17  Q.  And can you just explain to the jury the circumstances of
11:18AM  18  the stop?
11:18AM  19  A.  I was on patrol on Transit Road in the Town of Clarence,
11:18AM  20  Cheektowaga, Lancaster area.  We conducted a traffic stop on
11:19AM  21  a vehicle that had turned onto Transit Road.  The vehicle was
11:19AM  22  un-inspected and turned improperly onto Transit.  We did a
11:19AM  23  routine traffic stop on the car.
11:19AM  24       When we approached the vehicle, I was with a partner at
11:19AM  25  the time, he was in the driver side I was in the passenger

11:19AM  1    side.  As soon as we walked up to the car, I saw in plain
11:19AM  2    view illegal drugs on the passenger's side seat, as well as
11:19AM  3    in the gear shifter and in the ashtray.
11:19AM  4    Q.  And let me stop you right there.  We'll break this down a
11:19AM  5    little bit.
11:19AM  6        You said that you -- you pulled Ms. Leyland over on
11:19AM  7    Transit Road; is that correct?
11:19AM  8    A.  That's correct.
11:19AM  9    Q.  Where in relation to Pharaoh's Gentlemen's Club did you
11:19AM  10   pull Ms. Leyland over?
11:19AM  11   A.  Within eyesight.  I mean she -- the infraction happened
11:19AM  12   at Aero and Transit, which you can almost see the club from
11:19AM  13   there.  And then the actual traffic stop occurred at
11:19AM  14   Cloverleaf, I believe, which is just south on Transit.
11:20AM  15   Q.  Okay.  So, fair to say that you saw the -- the illegal
11:20AM  16   turn, the infraction, and then it took a while to pull -- to
11:20AM  17   make a successful stop?
11:20AM  18   A.  That's correct.
11:20AM  19   Q.  Okay.  You mentioned that you saw illegal drugs in plain
11:20AM  20   view.  What drugs did you see?
11:20AM  21   A.  There was a large amount of cocaine on the passenger's
11:20AM  22   side front seat.  And there was an unburned marijuana
11:20AM  23   cigarette in the gear shifter on the -- her side of the car,
11:20AM  24   as well as a burnt marijuana cigarette in the ashtray.  And
11:20AM  25   at this time, marijuana was still illegal.

Case 1:19-cr-00227-LJV-MJR    Document 1452    Filed 03/08/25    Page 5 of 8
USA v Gerace - Krywalski - Chalbeck/Direct - 11/19/24

5

| | | |
|---|---|---|
| 11:20AM | 1 | Q. Now you mentioned that there was cocaine in the |
| 11:20AM | 2 | passenger's seat. Was there anyone else in the vehicle at |
| 11:20AM | 3 | the time? |
| 11:20AM | 4 | A. No. |
| 11:20AM | 5 | Q. Did you, after you saw the cocaine, did you make an |
| 11:20AM | 6 | arrest of Ms. Leyland? |
| 11:20AM | 7 | A. Yes. |
| 11:20AM | 8 | Q. After making the arrest, did you complete an inventory |
| 11:20AM | 9 | inspection of the vehicle? |
| 11:21AM | 10 | A. I did. |
| 11:21AM | 11 | Q. Can you just explain to the jury what that means, an |
| 11:21AM | 12 | inventory inspection? |
| 11:21AM | 13 | A. So we -- the state police has a form that we do when |
| 11:21AM | 14 | we're towing a vehicle. It's essentially an inventory of the |
| 11:21AM | 15 | contents of the vehicle, so the state can't be held liable if |
| 11:21AM | 16 | some of those items go missing. |
| 11:21AM | 17 | Q. And so when you completed this inventory check of the |
| 11:21AM | 18 | vehicle, did you find articles of clothing? |
| 11:21AM | 19 | A. I did. |
| 11:21AM | 20 | Q. Can you describe for the jury the kinds of clothing that |
| 11:21AM | 21 | you found? |
| 11:21AM | 22 | A. It was all women's clothing, mostly scantily-clad items. |
| 11:21AM | 23 | Q. Did it look consistent with stripper clothing? |
| 11:21AM | 24 | A. It did. |
| 11:21AM | 25 | Q. Okay. Going back to the cocaine, did you ultimately |

11:21AM 1 weigh out the amount of cocaine that was in the passenger's
11:21AM 2 seat of this vehicle?
11:21AM 3 A. I did.
11:21AM 4 Q. How many grams or how much cocaine was there?
11:21AM 5 A. I believe just over 31 grams, approximately. A little
11:21AM 6 more than nine 8 Balls, I want to say.
11:22AM 7          **MS. CHALBECK:** May I have one moment, Your Honor?
11:22AM 8          **THE COURT:** Sure.
11:22AM 9          **BY MS. CHALBECK:**
11:22AM 10 Q. A couple more questions on that cocaine.
11:22AM 11    Was it one big bag of cocaine? Or was it packaged in a
11:22AM 12 certain way?
11:22AM 13 A. So it was one large baggie containing 39
11:22AM 14 individually-packaged baggies.
11:22AM 15 Q. Based on your training and experience, is that consistent
11:22AM 16 with selling user quantities?
11:22AM 17 A. It is.
11:22AM 18 Q. Do you know many drug users who just have 31 grams of
11:22AM 19 cocaine for their own personal use?
11:22AM 20 A. No.
11:22AM 21          **MS. CHALBECK:** Okay. No further direct, Your Honor.
11:22AM 22          **THE COURT:** Any cross?
11:22AM 23          **MR. SOEHNLEIN:** Just briefly.
11:22AM 24
25

```
11:22AM    1           CROSS-EXAMINATION BY MR. SOEHNLEIN:
11:22AM    2    Q.  You said this was 2013?
11:22AM    3    A.  That's correct.
11:22AM    4              MR. SOEHNLEIN:  That's all I have.  Thank you.
11:22AM    5              THE COURT:  You can step down, sir.  Thank you.
11:22AM    6              THE WITNESS:  Thank you, Judge.
11:22AM    7              (Witness excused at 11:22 a.m.)
           8              (Excerpt concluded at 11:22 a.m.)
           9               *    *    *    *    *    *    *
```

**CERTIFICATE OF REPORTER**

In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Western District of New York on November 19, 2024.

s/ Ann M. Sawyer
Ann M. Sawyer, FCRR, RPR, CRR
Official Court Reporter
U.S.D.C., W.D.N.Y.

# TRANSCRIPT INDEX

## EXCERPT - EXAMINATION OF JOSEPH KRYWALSKI

### NOVEMBER 19, 2024

**W I T N E S S**                                              **P A G E**

**J O S E P H   K R Y W A L S K I**                                  2

  DIRECT EXAMINATION BY MS. CHALBECK:                     2

  CROSS-EXAMINATION BY MR. SOEHNLEIN:                      7