1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

2

_____

3  **UNITED STATES OF AMERICA,**

Case No. 1:19-cr-227

4                    Plaintiff,                    (LJV)

v.

5                                        September 16, 2024

6  **JOSEPH BONGIOVANNI,**

_____                Defendant._____

7

8  **TRANSCRIPT EXCERPT - EXAMINATION OF RONALD SERIO - DAY 1**
**BEFORE THE HONORABLE LAWRENCE J. VILARDO**

9                    **UNITED STATES DISTRICT JUDGE**

10  **APPEARANCES:**          **TRINI E. ROSS, UNITED STATES ATTORNEY**
**BY: JOSEPH M. TRIPI, ESQ.**

11                              **NICHOLAS T. COOPER, ESQ.**
**CASEY L. CHALBECK, ESQ.**

12                          Assistant United States Attorneys
Federal Centre, 138 Delaware Avenue

13                          Buffalo, New York 14202
For the Plaintiff

14

                          **SINGER LEGAL PLLC**

15                          **BY: ROBERT CHARLES SINGER, ESQ.**
80 East Spring Street

16                          Williamsville, New York 14221
And

17                          **LAW OFFICES OF PARKER ROY MacKAY**
**BY: PARKER ROY MacKAY, ESQ.**

18                          3110 Delaware Avenue
Kenmore, New York 14217

19                              And
**OSBORN, REED & BURKE, LLP**

20                          **BY: JOHN J. GILSENAN, ESQ.**
120 Allens Creek Road

21                          Rochester, New York 14618
For the Defendant

22

**PRESENT:**              **BRIAN A. BURNS,** FBI Special Agent

23                          **MARILYN K. HALLIDAY,** HSI Special Agent
**KAREN A. CHAMPOUX,** USA Paralegal

24

**LAW CLERK:**            **REBECCA FABIAN IZZO, ESQ.**

25

1    **COURT DEPUTY CLERK:   COLLEEN M. DEMMA**

2    **COURT REPORTER:**       **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                              Robert H. Jackson Federal Courthouse
3                             2 Niagara Square
                              Buffalo, New York  14202
4                             Ann_Sawyer@nywd.uscourts.gov

5

6                    *    *    *    *    *    *    *

7

8              (Excerpt commenced at 2:47 p.m.)

02:47PM   9              (Jury is present.

02:47PM  10          **THE COURT:**  The government can call its next witness.

02:47PM  11          **MR. TRIPI:**  We call Ron Serio, Your Honor.

02:47PM  12

02:48PM  13    **R O N A L D    S E R I O**, having been duly called and sworn,

02:48PM  14    testified as follows:

02:48PM  15          **MR. TRIPI:**  May I proceed, Your Honor?

02:48PM  16          **THE COURT:**  You may.

02:48PM  17          **MR. TRIPI:**  Thank you.

02:48PM  18

02:48PM  19                   **DIRECT EXAMINATION BY MR. TRIPI:**

02:48PM  20    Q.  Good afternoon, Mr. Serio.

02:48PM  21    A.  Good afternoon.

02:48PM  22    Q.  Mr. Serio, how old are you, sir?

02:48PM  23    A.  I'm 48.

02:49PM  24    Q.  And as you sit there today, who do you live with?

02:49PM  25    A.  My parents.

02:49PM   1   Q.  Fair to say the events that brought you to this chair

02:49PM   2   today, you went from living in a mansion to, at age 47,

02:49PM   3   living with your mom and dad?

02:49PM   4   A.  Correct.

02:49PM   5   Q.  Where did you grow up?

02:49PM   6   A.  I'm sorry?

02:49PM   7   Q.  Where did you grow up?

02:49PM   8   A.  Tonawanda.

02:49PM   9   Q.  City or Town?

02:49PM  10   A.  Town of Tonawanda.

02:49PM  11   Q.  How far have you gone in school?

02:49PM  12   A.  High school.

02:49PM  13   Q.  What high schools have you attended?

02:49PM  14   A.  O'Hara, Kenmore West, Kenmore East.

02:49PM  15   Q.  For those who aren't familiar, would that be Cardinal

02:49PM  16   O'Hara High School?

02:49PM  17   A.  Correct.

02:49PM  18   Q.  Is that a private school?

02:49PM  19   A.  Yes.

02:49PM  20   Q.  And then Kenmore West and Kenmore East are both public

02:49PM  21   schools?

02:49PM  22   A.  Correct.

02:49PM  23   Q.  What type of jobs have you done in the course of your

02:49PM  24   life?

02:49PM  25   A.  I was a busboy.  Worked for a butcher.  Pizza delivery.

02:50PM    1    Carpentry.  And I owned a sub shop.

02:50PM    2    Q.  And in terms of carpentry, how did you learn to do that

02:50PM    3    type of work?

02:50PM    4    A.  Through my father and brother.

02:50PM    5    Q.  I was going to ask you, do you have any siblings?

02:50PM    6    A.  Yes.

02:50PM    7    Q.  Who are your siblings?

02:50PM    8    A.  Thomas Serio and Carrie Serio.

02:50PM    9    Q.  And you said you're -- you said you're 47?

02:50PM   10    A.  48.

02:50PM   11    Q.  48, I'm sorry.  How old is Thomas?

02:50PM   12    A.  He is 50.

02:50PM   13    Q.  So he's your older brother?

02:50PM   14    A.  Correct.

02:50PM   15    Q.  How old is your sister, Carrie?

02:50PM   16    A.  She is 44.

02:50PM   17    Q.  What do they each do for a living currently?

02:50PM   18    A.  My brother owns a collection agency, and my sister owns a

02:50PM   19    cleaning company.

02:50PM   20    Q.  And what did your parents do for a living?

02:50PM   21    A.  My mother worked at M&T Bank, and my father worked at

02:51PM   22    Dunlop.

02:51PM   23    Q.  What was your mother's job at M&T Bank?

02:51PM   24    A.  She started off as a teller, and then eventually heading

02:51PM   25    some department with ATM machines.

02:51PM 1 Q. And you said your father worked at Dunlop. What --

02:51PM 2 what -- what is -- what is Dunlop?

02:51PM 3 A. It's a tire company. He was making tires.

02:51PM 4 Q. Are your parents both retired from those jobs?

02:51PM 5 A. Yes.

02:51PM 6 Q. At some point growing up, you indicated you went to three

02:51PM 7 different high schools, did -- did you end up graduating from

02:51PM 8 high school?

02:51PM 9 A. Yes.

02:51PM 10 Q. Which one did you graduate from?

02:51PM 11 A. Kenmore East.

02:51PM 12 Q. At some point during your life in high school, did you

02:51PM 13 start to focus less on school and get into using drugs?

02:51PM 14 A. Yes.

02:51PM 15 Q. What was your first introduction to drugs?

02:51PM 16 A. I was 14. Smoked marijuana and was doing LSD.

02:51PM 17 Q. What type of drug is LSD?

02:51PM 18 A. Hallucinogenic.

02:51PM 19 Q. Is that something you did less frequently or more

02:52PM 20 frequently than the marijuana?

02:52PM 21 A. Less frequently.

02:52PM 22 Q. Okay. And you said you were 14 years old?

02:52PM 23 A. Correct.

02:52PM 24 Q. Did that -- did those experiences when you were 14 start

02:52PM 25 you down a path where you began using and selling marijuana?

02:52PM  1    A.  Yes.

02:52PM  2    Q.  Tell the jury about your introduction to -- how old were

02:52PM  3    you and describe for them your introduction to selling

02:52PM  4    marijuana.

02:52PM  5    A.  Selling marijuana?  I believe I was 15.  And I worked for

02:52PM  6    a telemarketing company that my cousin owned, and his brother

02:52PM  7    was a manager there.  And I was getting marijuana from him.

02:52PM  8    Q.  And at that point, 15 years old, what type of marijuana

02:52PM  9    amounts are you talking about?

02:52PM  10   A.  Like a half pound, a pound at most.

02:52PM  11   Q.  And what were you doing with the half-pound or the

02:52PM  12   one-pound quantities that you were getting?

02:52PM  13   A.  Selling them in 3-and-a-half grams, 7 grams, half ounces,

02:52PM  14   ounces.

02:52PM  15   Q.  Were you selling them to other kids your age?

02:52PM  16   A.  Yes.

02:52PM  17   Q.  Basically, high school, we're talking high school age?

02:53PM  18   A.  Yes.

02:53PM  19   Q.  Eventually -- was that cousin a cousin by the name of

02:53PM  20   Gordon Hinckley?

02:53PM  21   A.  Yes.

02:53PM  22   Q.  So to put it, I guess, bluntly, Gordon Hinckley was your

02:53PM  23   first source of supply for marijuana?

02:53PM  24   A.  Correct.

02:53PM  25   Q.  As time went on, you got older.  Did the amounts of

02:53PM   1   marijuana that you sell progress?

02:53PM   2   A.   Yes.

02:53PM   3   Q.   Did the different types of drugs that you sold progress?

02:53PM   4   A.   Yes.

02:53PM   5   Q.   As you -- as you started to get older, did you learn how

02:53PM   6   to grow marijuana?

02:53PM   7   A.   Yes.

02:53PM   8   Q.   How old were you, or when -- when did you learn how to

02:53PM   9   grow marijuana?

02:53PM  10   A.   I believe it was early 2000s.

02:53PM  11   Q.   Ballpark, about how old were you by then?

02:53PM  12   A.   Drawing a blank.

02:53PM  13   Q.   Are we talking, like, 24 years ago?

02:54PM  14   A.   24 years ago, so I'd be 24.

02:54PM  15   Q.   Okay.  How did you learn how to grow marijuana?

02:54PM  16   A.   Just from reading books.

02:54PM  17   Q.   Where did you get these books?

02:54PM  18   A.   At Barnes & Noble's.

02:54PM  19   Q.   And did you learn how to grow marijuana outdoors?

02:54PM  20   A.   Yes.

02:54PM  21   Q.   Did you learn how to grow marijuana indoors?

02:54PM  22   A.   Yes.

02:54PM  23   Q.   Did you learn to do those things at the same time, or was

02:54PM  24   it a process over time?

02:54PM  25   A.   It was a process over -- I was more indoor.  Outdoor was

02:54PM    1    too iffy depending on the whether, stuff like that.  It was

02:54PM    2    inconsistent.

02:54PM    3    Q.  When you were first getting in -- started getting into

02:54PM    4    grows and learning how to grow, your first experiences were

02:54PM    5    indoors?

02:54PM    6    A.  Correct.

02:54PM    7    Q.  Where was the -- where did you first start growing

02:54PM    8    marijuana indoors?

02:54PM    9    A.  I was doing real estate and I would buy houses, and

02:54PM   10    sometimes I would have a grow house in there.  I'd grow in

02:54PM   11    there one or two times and then sell the house.

02:54PM   12    Q.  So were these houses you were purchasing?

02:55PM   13    A.  Correct.

02:55PM   14    Q.  At that point, are you about 24 years old?

02:55PM   15    A.  Yes.

02:55PM   16    Q.  And did you -- did you have a formal company yet in terms

02:55PM   17    of real estate, or were you just someone who would buy a

02:55PM   18    house, do some work on it, carpentry work, and then sell it?

02:55PM   19    A.  I believe it was TRS Enterprises, but sometimes we put it

02:55PM   20    in our own names because I was partners with my brother.

02:55PM   21    Q.  So it's you and Tom?

02:55PM   22    A.  Yes.

02:55PM   23    Q.  Okay.  Tell the jury, what's the process of setting up an

02:55PM   24    indoor marijuana grow?  Explain it to them.

02:55PM   25    A.  You have to build a room in the basement, you have to do

02:55PM  1  it in the basement because it's cooler down there.  You'd

02:55PM  2  frame it, drywall it, have exhaust, run electric to properly

02:55PM  3  run the lights so you don't start a fire.

02:55PM  4  Q.  When setting up a grow room, does it involve heavy -- a

02:56PM  5  lot of lighting equipment?

02:56PM  6  A.  Yes.

02:56PM  7  Q.  What type of lighting equipment do you set up?

02:56PM  8  A.  600 watt, high-pressure sodium bulbs.

02:56PM  9  Q.  And why is that the type of lighting that you need?

02:56PM  10  A.  It's -- well, there's -- I forget what the other kind is

02:56PM  11  for -- to grow it, it's like a blue light.

02:56PM  12      And then when you go into flowering, which produces the

02:56PM  13  bud marijuana, you have got to use more of a red light.  But

02:56PM  14  it has to be high power.

02:56PM  15  Q.  Is there anything you do when you set up that type of

02:56PM  16  room to try to keep the odor down from the marijuana growing?

02:56PM  17  A.  Yes.  Carbon filters.  They're like filters that suck the

02:56PM  18  air out trough a chimney, but it filters it and takes the

02:56PM  19  smell away.

02:56PM  20  Q.  Does that essentially, like, get the exhaust outdoors but

02:56PM  21  try to take away the odor?

02:56PM  22  A.  Because if you have more pressure going out, it sucks all

02:56PM  23  the air in so none of the air is escaping.

02:57PM  24  Q.  Why is it important to try to keep the odor down?

02:57PM  25  A.  Because you could get caught that way if a utility worker

02:57PM 1 smells the marijuana outside.

02:57PM 2 Q.  Or neighbors?

02:57PM 3 A.  Neighbors.

02:57PM 4 Q.  In terms of indoor grows, describe the process of making

02:57PM 5 sure the plants get watered.

02:57PM 6 A.  Well, you have to go there every second day and water

02:57PM 7 them.  They get feeded nutrients.

02:57PM 8 Q.  For the lighting equipment, do you set things to timers?

02:57PM 9 A.  Yes.

02:57PM 10 Q.  Why is -- why do you do that?

02:57PM 11 A.  Because when it grows, it has to be on -- 18 hours on,

02:57PM 12 six hours off.

02:57PM 13     And then when it flowers, it's got to be 12 hours on, 12

02:57PM 14 hours off.  And it has to be consistent.

02:57PM 15 Q.  Okay.  Now, talk them through the sort of lifespan of the

02:58PM 16 marijuana plant itself.  When you start this indoor grow, are

02:58PM 17 you beginning with seeds?

02:58PM 18 A.  No.  You're taking clones from -- because there's male

02:58PM 19 and female.  Male have seeds, so you don't want male.

02:58PM 20     So you take a female plant, and you cut branches off, and

02:58PM 21 you put them in a solution, and then they're the exact clone

02:58PM 22 of the mother plant.  So you'd have, say, 100 plants of the

02:58PM 23 same ones, so --

02:58PM 24 Q.  Is the mother plant the one that creates the bud?

02:58PM 25 A.  Well, the mother plant creates the clones that are

02:58PM     1   female, so all hundred plants are females, so those all

02:58PM     2   hundred will create bud.  If not, you have male, it will just

02:58PM     3   create all seed.

02:58PM     4   Q.  And the bud is what gets sold to smoke?

02:58PM     5   A.  Correct.

02:58PM     6   Q.  How long -- what's the process of growing plant

02:58PM     7   indoors --

02:58PM     8   A.  You have to --

02:58PM     9   Q.  -- in terms of timeframe?

02:58PM    10   A.  Timeframe, about two and a half months each cycle.

02:58PM    11   Q.  Now, I'll get into outdoor grows a little bit later, but

02:59PM    12   eventually you got into outdoor grows as well; is that right?

02:59PM    13   A.  Yes.

02:59PM    14   Q.  While you were involved in this sort of marijuana growing

02:59PM    15   indoors, did it become lucrative for you?

02:59PM    16   A.  Yes.

02:59PM    17   Q.  Did you also get into other drugs for distribution?

02:59PM    18   A.  Yes.

02:59PM    19   Q.  What types of other drugs?

02:59PM    20   A.  Cocaine.

02:59PM    21   Q.  Roughly when was that?

02:59PM    22   A.  Around 2008.  And then I stopped for a while, and then

02:59PM    23   2013, on -- on and off.

02:59PM    24   Q.  We'll get more into that in a little bit.

02:59PM    25   A.  Okay.

02:59PM 1 Q. Now, at a certain point in your progress sort of before

02:59PM 2 you started these indoor grows, did you become aware that one

02:59PM 3 of the people that you were procuring marijuana for --

02:59PM 4 from -- for -- from, excuse me, for distribution was a person

02:59PM 5 named Mike Masecchia?

03:00PM 6 A. Yes.

03:00PM 7 Q. At that point, how old were you when you first developed

03:00PM 8 an awareness that the marijuana that you were getting to sell

03:00PM 9 was coming from Mike Masecchia?

03:00PM 10 A. Around 18 years old.

03:00PM 11 Q. Now at that point, was there a middleman sort of between

03:00PM 12 you and Masecchia?

03:00PM 13 A. Yes.

03:00PM 14 Q. And Masecchia is older than you, right?

03:00PM 15 A. Yes, I believe he's ten years older.

03:00PM 16 Q. And so who was that middleman at that point in time?

03:00PM 17 A. In the beginning, it was Lou LoVallo.

03:00PM 18 Q. And then did it become someone else?

03:00PM 19 A. Yes, Joe Tomasello.

03:00PM 20 Q. Okay. In this timeframe of your life, you're age 18, 19.

03:00PM 21 You haven't progressed yet to the indoor grows that you just

03:00PM 22 described a moment ago. Did you know what Mike Masecchia's

03:00PM 23 day job ws?

03:00PM 24 A. Yes.

03:00PM 25 Q. What was his day job?

03:00PM   1   A.   School teacher.

03:00PM   2   Q.   Through the people you were dealing with, did you have an

03:00PM   3   understanding of his reputation at the time?

03:00PM   4   A.   Yes.

03:00PM   5   Q.   What was your understanding of his reputation?

03:01PM   6   A.   That he was tough.

03:01PM   7   Q.   As time went on, did the understanding of his reputation

03:01PM   8   evolve into something more?

03:01PM   9   A.   Yes.

03:01PM  10   Q.   Did you develop an understanding that he was connected?

03:01PM  11   A.   Correct.

03:01PM  12   Q.   And when I say the word "connected," what -- what do you

03:01PM  13   understand that to mean?

03:01PM  14   A.   To Italian Organized Crime.

03:01PM  15   Q.   Now, over time, as you got older, did your relationship

03:01PM  16   with Masecchia evolve?

03:01PM  17   A.   Yes.

03:01PM  18   Q.   Did you eventually become partners in marijuana

03:01PM  19   trafficking?

03:01PM  20   A.   Yes.

03:01PM  21   Q.   Did you become friends?

03:01PM  22   A.   Yes.

03:01PM  23   Q.   Did you become close?

03:01PM  24   A.   Very close.

03:01PM  25   Q.   And I'll go back and get into this in more detail, but

03:01PM   1    eventually, as time went on, did your operations grow to the

03:01PM   2    point where you bought a mansion at 697 Lebrun?

03:01PM   3    A.  Yes.

03:01PM   4    Q.  Was that in or about 2011?

03:01PM   5    A.  Yes.

03:01PM   6         **MR. TRIPI:**  Ms. Champoux, can we pull up

03:02PM   7    Exhibit 42A-33, 34, and 35.  We can pop them all on the screen

03:02PM   8    at the same time.

03:02PM   9         **BY MR. TRIPI:**

03:02PM  10    Q.  Are those different views of the property you purchased

03:02PM  11    in or about 2011 at 697 Lebrun?

03:02PM  12    A.  Yes.

03:02PM  13    Q.  And did you renovate that property?

03:02PM  14    A.  Yes, I did.

03:02PM  15    Q.  Did you renovate it in part with money you were making

03:02PM  16    selling drugs?

03:02PM  17    A.  Yes.

03:02PM  18    Q.  Is that one way to legitimize your money and to kind of

03:02PM  19    clean it?

03:02PM  20    A.  Yes.

03:02PM  21    Q.  Describe for the jury the renovations you did to that

03:02PM  22    property.

03:02PM  23    A.  I redid seven bathrooms, gutted them, gutted the kitchen,

03:02PM  24    redid the kitchen, tennis court, pool.

03:02PM  25    Q.  When you say "tennis court," what did you do to the

03:02PM    1    tennis court?

03:02PM    2    A.   Had it resurfaced.

03:03PM    3    Q.   Okay.  What did you do to the pool?

03:03PM    4    A.   I had a hot tub put in the front of it.

03:03PM    5    Q.   Did you build a separate pool house?

03:03PM    6    A.   Yes.

03:03PM    7    Q.   Where's that on this overhead?

03:03PM    8    A.   This is -- is the circle --

03:03PM    9    Q.   You can circle it, yeah.

03:03PM   10    A.   Right there.

03:03PM   11    Q.   Did you circle the garage and the pool house there?

03:03PM   12    A.   Oh, yeah.

03:03PM   13    Q.   Okay.

03:03PM   14         **MR. TRIPI:**  May the record reflect the witness made a

03:03PM   15    circle in pretty much the middle of Exhibit 42A-35 indicating

03:03PM   16    both the garage and the pool house.

03:03PM   17         **BY MR. TRIPI:**

03:03PM   18    Q.   Is that an accurate description of what you did,

03:03PM   19    Mr. Serio?

03:03PM   20    A.   Correct.

03:03PM   21         **MR. TRIPI:**  Okay, we can take that down,

03:03PM   22    Ms. Champoux.

03:03PM   23         **BY MR. TRIPI:**

03:03PM   24    Q.   I'd like to just start with a -- sort of a 30,000-foot

03:03PM   25    overview.

03:03PM 1  A.  Okay.

03:03PM 2  Q.  And then we're going to go through in more detail, okay?

03:03PM 3  A.  Yes.

03:03PM 4  Q.  Between approximately 2008 and the date you were arrested

03:03PM 5  by the Erie County Sheriffs on April 18th, 2017 --

03:03PM 6  A.  Yes.

03:03PM 7  Q.  -- that window of time -- how much total cocaine did you

03:04PM 8  and others working with you possess with intent to distribute

03:04PM 9  and distribute?

03:04PM 10  A.  I would say at least 5 kilos.

03:04PM 11  Q.  So 5 kilos or more?

03:04PM 12  A.  Correct.

03:04PM 13  Q.  That same window of time, between approximately 2008 and

03:04PM 14  April 18th, 2017, how many total marijuana plants did you and

03:04PM 15  others grow for distribution?

03:04PM 16  A.  I don't know exactly, but I would say thousands.

03:04PM 17  Q.  In that same window of time, between approximately 2008

03:04PM 18  and April 18th, 2017, how many total pounds of marijuana did

03:04PM 19  you and others would you estimate possess with intent to

03:04PM 20  distribute and distribute?

03:04PM 21  A.  Around 10,000.

03:04PM 22  Q.  For a portion of that time, between approximately 2015

03:04PM 23  and April 18th, 2017, the day you were arrested, did you also

03:04PM 24  acquire fake oxycodone pills that were really fentanyl?

03:05PM 25  A.  Yes.

03:05PM   1   Q.  Did you, at that point in your life, both use and

03:05PM   2   distribute them?

03:05PM   3   A.  I used the majority of them, and distributed them to

03:05PM   4   users that were friends of mine.

03:05PM   5   Q.  How many total pills would you say you acquired that were

03:05PM   6   of that type.

03:05PM   7   A.  I would say 16,000.  Four shipments of 4,000.

03:05PM   8   Q.  Between those same dates that we've been working with,

03:05PM   9   approximately 2008 and April 18th, 2017, did you pay money to

03:05PM  10   a federal agent for protection of your drug-trafficking

03:05PM  11   activities and those that were working with you?

03:05PM  12   A.  Yes.

03:05PM  13   Q.  Who did you pay for protection?

03:05PM  14   A.  Joe Bongiovanni.

03:05PM  15   Q.  Who were you working with to pay Joe Bongiovanni?

03:05PM  16   A.  Mike Masecchia and Lou Selva.

03:05PM  17   Q.  What were you paying Joe Bongiovanni for in the broadest

03:06PM  18   terms?

03:06PM  19   A.  For protection to know if I was being investigated, or --

03:06PM  20   and possible names of informants.

03:06PM  21   Q.  I'll get into this in more detail later.

03:06PM  22       As part of that protection, did you want to know whether

03:06PM  23   your cell phone was tapped?

03:06PM  24   A.  Yes.

03:06PM  25   Q.  Did you want to know whether associates of yours had

03:06PM 1 their phones tapped?

03:06PM 2 A. Yes.

03:06PM 3 Q. Who was involved in getting information and passing it

03:06PM 4 back to you from Joseph Bongiovanni?

03:06PM 5 A. Mike Masecchia and Lou Selva.

03:06PM 6 Q. In your dealings with other sources of supply, drug

03:07PM 7 dealers, and by this point in your life in your trafficking

03:07PM 8 career, we're talking high-level distribution; is that right?

03:07PM 9 A. Yes.

03:07PM 10 Q. We're talking suppliers who can get access to a lot,

03:07PM 11 large quantities?

03:07PM 12 A. Correct.

03:07PM 13 Q. Did you use the fact that you had a DEA agent on the

03:07PM 14 payroll during negotiations with other traffickers to vouch

03:07PM 15 for the security of your operation?

03:07PM 16 A. Yes.

03:07PM 17 Q. Explain for the jury how you did that in a negotiation

03:07PM 18 specifically.

03:07PM 19 A. Well, in one example, I -- I was supposed to get

03:07PM 20 marijuana from somebody, but he was also bringing it to

03:07PM 21 Boston. So to try to convince him to give all the marijuana

03:07PM 22 to me, I said it would be safer if I -- if you stuck with me,

03:07PM 23 because I had a DEA agent on the payroll.

03:07PM 24 Q. And who was that supplier that you explained that to?

03:07PM 25 A. T.S. and Santiago Gale.

03:07PM 1    Q.  So in other words, that person was providing some of

03:08PM 2    their marijuana to you and some to a purchaser in Boston, and

03:08PM 3    you wanted it all?

03:08PM 4    A.  Correct.

03:08PM 5    Q.  During that window of time, that overview that I've been

03:08PM 6    discussing, approximately 2008 to April 18th, 2017, how much

03:08PM 7    total money would you estimate you paid for protection, or

03:08PM 8    you paid in bribes, essentially?

03:08PM 9    A.  About a quarter million.

03:08PM 10   Q.  Now, did you ever meet Joseph Bongiovanni face to face?

03:08PM 11   A.  No.

03:08PM 12   Q.  Was that intentional and by design?

03:08PM 13   A.  Yes.

03:08PM 14   Q.  Explain for this jury why that was intentional and by

03:08PM 15   design.

03:08PM 16   A.  We didn't want to be seen together because I was a drug

03:08PM 17   dealer and he was a DEA agent.

03:08PM 18       And also, there's only limited information, because if I

03:08PM 19   ever got in trouble, there would be only so much information

03:08PM 20   I could say.

03:08PM 21   Q.  What do you mean by that part?  Can you elaborate?

03:09PM 22   A.  Well, if I got arrested, I wouldn't have specifics on,

03:09PM 23   like, in detail of what he was doing.

03:09PM 24   Q.  So, the way it was -- this bribery scheme was set up, who

03:09PM 25   would you give your money to?

03:09PM   1   A.   Mike Masecchia.

03:09PM   2   Q.   And who would pay Bongiovanni?

03:09PM   3   A.   Either Mike Masecchia or Lou Selva.

03:09PM   4   Q.   And did Masecchia ever tell you the specifics of where

03:09PM   5   they were meeting for payment?

03:09PM   6   A.   No.

03:09PM   7   Q.   And in the drug trade, is that type of compartmentalizing

03:09PM   8   of information common in the trade?

03:09PM   9   A.   Very common.

03:09PM   10   Q.   As someone at your level of distribution at the time, was

03:09PM   11   it important to you to compartmentalize information that you

03:09PM   12   had from others in your operation?

03:09PM   13   A.   Yes.

03:09PM   14   Q.   Explain why that's important and common for the jury.

03:09PM   15   A.   Say I had a shipment coming in.  I wouldn't tell

03:09PM   16   everybody about it, because if someone got in trouble, then

03:09PM   17   they would have specifics to be able to get me -- to get the

03:10PM   18   shipment arrested.

03:10PM   19   Q.   So do you just not give more information than is needed?

03:10PM   20   A.   Correct.

03:10PM   21   Q.   Does limiting dissemination of certain information help

03:10PM   22   keep the operation, the organization, and ultimately you,

03:10PM   23   secure?

03:10PM   24   A.   Yes.

03:10PM   25   Q.   Now, as you expanded and over time, were numerous other

03:10PM 1    individuals involved in various aspects of your network?

03:10PM 2    A.   Yes.

03:10PM 3    Q.   And this is a network where Masecchia became your

03:10PM 4    partner?

03:10PM 5    A.   Correct.

03:10PM 6    Q.   Did you have, for a period of time, a supplier named Mark

03:10PM 7    Kagan?

03:10PM 8    A.   Yes.

03:10PM 9    Q.   Where was Mark Kagan based out of?

03:10PM 10   A.   In New York City.

03:10PM 11   Q.   Did you have another source of supply eventually named

03:10PM 12   Santiago Gale who you referenced a moment ago?

03:11PM 13   A.   Yes.

03:11PM 14   Q.   And where was he based out of?

03:11PM 15   A.   Utah.

03:11PM 16   Q.   And where was he procuring the marijuana from?

03:11PM 17   A.   California.

03:11PM 18   Q.   Did you have people that introduced -- withdrawn.

03:11PM 19        Did you have an individual or individuals who introduced

03:11PM 20   you to Mark Kagan?

03:11PM 21   A.   Yes, sir.

03:11PM 22   Q.   How did you meet Mark Kagan?

03:11PM 23   A.   Through Mike Piazza.

03:11PM 24   Q.   And now turning back to Santiago Gale, who did you meet

03:11PM 25   Santiago Gale through, or who did -- who made that

03:11PM 1  introduction?

03:11PM 2  A.  Through T.S..

03:11PM 3  Q.  Was Frank Burkhart another person who knew Santiago Gale?

03:11PM 4  A.  Correct.

03:11PM 5  Q.  And were T.S. and Burkhart associated?

03:11PM 6  A.  Yes.

03:11PM 7  Q.  And we'll get into this name in a little further, but

03:11PM 8  were Burkhart and T.S. also associated with a person named

03:12PM 9  R.K.?

03:12PM 10  A.  Yes.

03:12PM 11  Q.  Eventually, did you move on to another source of supply

03:12PM 12  named Jarrett Guy?

03:12PM 13  A.  Yes.

03:12PM 14  Q.  And who introduced you to Jarrett Guy?

03:12PM 15  A.  Mark Kagan.

03:12PM 16  Q.  And where was Jarrett Guy based out of?

03:12PM 17  A.  Vancouver.

03:12PM 18  Q.  Vancouver, Canada?

03:12PM 19  A.  Yes.

03:12PM 20  Q.  Was another person that was part of your -- your network

03:12PM 21  and operations a person named Anthony Gerace?

03:12PM 22  A.  Yes.

03:12PM 23  Q.  Is he someone that you were friends with?

03:12PM 24  A.  Yes.

03:12PM 25  Q.  Is he someone that supplied you marijuana at times, and

03:12PM    1    you also supplied him marijuana?

03:12PM    2    A.  Correct.

03:12PM    3    Q.  Is he someone that also you provided some of those

03:12PM    4    fentanyl pills?

03:12PM    5    A.  Yes.

03:12PM    6    Q.  We'll get into more details in a moment, okay?

03:13PM    7        In terms of a general review, who were your cocaine

03:13PM    8    suppliers?

03:13PM    9    A.  Jimmy Rivera, and sometimes Jacob Martinez.

03:13PM   10    Q.  I should have asked you this when I asked you the

03:13PM   11    overview questions about Jarrett Guy.

03:13PM   12        Was he also the one who supplied you those fentanyl pills

03:13PM   13    as time went on?

03:13PM   14    A.  Correct.

03:13PM   15    Q.  And was that closer to that 2015 to 2017 timeframe?

03:13PM   16    A.  Yes.  Yes.

03:13PM   17    Q.  Was there also an occasion where Jarrett Guy supplied you

03:13PM   18    with MDMA?

03:13PM   19    A.  Yeah, one time he sent 2 kilos.

03:13PM   20    Q.  Is that Ecstasy?

03:13PM   21    A.  Yes.

03:13PM   22        **MR. TRIPI:**  Judge, I'm fine to keep going.  I just

03:13PM   23    don't know when you want the afternoon break.

03:14PM   24        **THE COURT:**  About 3:30 let's break.

03:14PM   25        **MR. TRIPI:**  Okay.

**BY MR. TRIPI:**

03:14PM  1

03:14PM  2  Q.  Now, I've asked you about that -- that window of time,

03:14PM  3  and I'm focusing in on 2008 to April 17th, 2018.  I know

03:14PM  4  you've said you went back farther, and we've covered that.

03:14PM  5  A.  Yes.

03:14PM  6  Q.  But in that window of time, was there a portion of time

03:14PM  7  where you were involved in marijuana grow operations with

03:14PM  8  your brother, Tom?

03:14PM  9  A.  Yes.

03:14PM  10  Q.  And then did you become involved in outdoor marijuana

03:14PM  11  grow operations with Mike Masecchia?

03:14PM  12  A.  Yes.

03:14PM  13  Q.  All right.  I'd like to go back to actually your brother

03:14PM  14  Tom for a moment.  Before you said when you got -- when you

03:14PM  15  were 24, you were involved getting houses with him.  Was he

03:14PM  16  part of those indoor grow operations?

03:14PM  17  A.  Yes, he would help me.

03:14PM  18  Q.  And then ultimately did you purchase a -- a warehouse at

03:14PM  19  some point?

03:14PM  20  A.  Correct.

03:14PM  21  Q.  Where was your warehouse?

03:14PM  22  A.  It was two buildings.  It was 82 Sycamore and 608

03:14PM  23  Michigan.

03:14PM  24  Q.  And when did you -- approximately, when did you purchase

03:15PM  25  those buildings?

03:15PM 1   A.  It was 2005.

03:15PM 2   Q.  And is that sort of a corner lot?

03:15PM 3   A.  Yes.

03:15PM 4   Q.  What was your purpose in purchasing those buildings?

03:15PM 5   A.  To grow marijuana.

03:15PM 6   Q.  So it's a larger space to grow more plants?

03:15PM 7   A.  Yes.

03:15PM 8   Q.  And because you were gonna be growing marijuana in

03:15PM 9   those -- at those premises, did you purchase the building,

03:15PM 10  and was it put in someone else's name?

03:15PM 11  A.  Yes.

03:15PM 12  Q.  Do you remember whose name you put it in?

03:15PM 13  A.  Sam Tedesco.

03:15PM 14  Q.  And who's that?

03:15PM 15  A.  My brother-in-law.

03:15PM 16  Q.  Is that a common tactic that people trafficking use?  Do

03:15PM 17  they put properties in other people's names that are

03:15PM 18  sometimes gonna be associated with the criminal conduct?

03:15PM 19  A.  Yes.

03:15PM 20  Q.  In particular, that address, was basically the only

03:15PM 21  reason you bought it, to use it to grow marijuana?

03:16PM 22  A.  Correct.

03:16PM 23          **MR. TRIPI:**  One moment.

03:16PM 24          Ms. Champoux, can we pull up Government Exhibit

03:16PM 25  51A-7.

03:16PM    1          This is in evidence, Your Honor.

03:16PM    2          **BY MR. TRIPI:**

03:16PM    3    Q.   And do you recognize this corner, Mr. Serio?

03:16PM    4    A.   Yes.

03:16PM    5    Q.   Tell the jury what this is.

03:16PM    6    A.   That is 82 Sycamore.

03:16PM    7    Q.   And is 608 Michigan sort of set behind it?

03:16PM    8    A.   It's -- yeah, to the right, if you're looking at the

03:16PM    9    picture.  It's actually on Michigan Street, the 608 Michigan.

03:16PM   10    Q.   Do we see that building in this photo, the 608 Michigan

03:16PM   11    building?

03:16PM   12    A.   Not really.  You can see it a little bit.

03:16PM   13    Q.   Can you touch where it is?

03:16PM   14         Okay.  So you see a portion of it, right?

03:17PM   15    A.   Yes.

03:17PM   16    Q.   And then the building in the forefront, can you also

03:17PM   17    circle 82 Sycamore?  Okay.

03:17PM   18          **MR. TRIPI:**  Your Honor, may the record reflect he

03:17PM   19    placed a small circle sort of to the right of the photo

03:17PM   20    indicating you can see a portion of a building that's set back

03:17PM   21    behind the building at the forefront of the picture.  And then

03:17PM   22    a larger circle around a structure where you see the sign,

03:17PM   23    Sycamore, on the corner.

03:17PM   24          Thank you, Mr. Serio.

          25

**BY MR. TRIPI:**

03:17PM 2 Q. Now, would this warehouse remain in play at various

03:17PM 3 points in time as part of your drug operations all the way up

03:17PM 4 through your arrest?

03:17PM 5 A. Yes.

03:17PM 6 Q. We'll get into it in more detail, but at times when you

03:17PM 7 were not growing marijuana at 608 Michigan and 82 Sycamore,

03:17PM 8 did you store drugs in there at times?

03:17PM 9 A. Yes.

03:17PM 10 Q. Did you take delivery of large shipments there?

03:17PM 11 A. Yes.

03:17PM 12 Q. By and large, would it be accurate to say that the

03:18PM 13 majority of the time that you went to 82 Sycamore or 608

03:18PM 14 Michigan, you were doing something in connection with your

03:18PM 15 drug trafficking?

03:18PM 16 A. It depends on what timeframe. I mean, the majority of

03:18PM 17 the time, yes.

03:18PM 18 Q. That's all I'm asking, just as an overview.

03:18PM 19 A. Yes, okay.

03:18PM 20 Q. If you were saying percentages --

03:18PM 21 A. Yeah. Percentage, yes.

03:18PM 22 Q. -- most of the time you were going there, it was drug

03:18PM 23 related?

03:18PM 24 A. Correct.

03:18PM 25 Q. Did you also store things like tools relating to

03:18PM 1    carpentry and things like that in there?

03:18PM 2    A.  Yes, yes.

03:18PM 3    Q.  Okay.  Now, terms of outdoor marijuana grow operations,

03:18PM 4    did you become involved in outdoor marijuana grow operations

03:19PM 5    with Mike Masecchia?

03:19PM 6    A.  Yes.

03:19PM 7    Q.  Did that sort of begin in and around the 2007 timeframe?

03:19PM 8    A.  Well, I was buying marijuana.  I wasn't actually going to

03:19PM 9    the places to -- to help them grow it.

03:19PM 10   Q.  So it's a little bit after that?

03:19PM 11   A.  Yeah, it was in 2015.

03:19PM 12   Q.  Okay.  So you were the one selling the marijuana from the

03:19PM 13   Masecchia grows?

03:19PM 14   A.  Correct.

03:19PM 15   Q.  We'll get to that in more detail.  But did you also set

03:19PM 16   up indoor marijuana grows for Mr. Masecchia?

03:19PM 17   A.  Yes.

03:19PM 18   Q.  How many?

03:19PM 19   A.  Three.

03:19PM 20   Q.  Where were those?

03:19PM 21   A.  At John Suppa, Lou Selva's, and this guy named Martino.

03:19PM 22   I'm not sure what his real name is.

03:19PM 23   Q.  Do you remember approximately where the John Suppa indoor

03:19PM 24   grow was?

03:19PM 25   A.  It was on Hertel in North Buffalo.

03:19PM 1    Q.  Hertel Avenue?

03:19PM 2    A.  Yes.

03:19PM 3    Q.  And -- and in what approximate year did you start the

03:20PM 4    indoor grow at that location?

03:20PM 5    A.  It was -- I believe it was late 2008, early 2009.

03:20PM 6    Q.  Okay.  And is that a location that you kept -- that they

03:20PM 7    kept operating consistently?

03:20PM 8    A.  Correct.

03:20PM 9    Q.  So once you set up the grow there, it was an operation

03:20PM 10   for how long?

03:20PM 11   A.  Till my arrest, I believe.

03:20PM 12   Q.  Until April of 2017?

03:20PM 13   A.  '17, yes.

03:20PM 14   Q.  Okay.  And again, I'll get into this in more detail a

03:20PM 15   little bit later on, but approximately what year did you set

03:20PM 16   up the grow in Lou Selva's house?

03:20PM 17   A.  It was, I believe, 2013 or '14.

03:20PM 18   Q.  And was that at his house at 128 Rebecca Court?

03:20PM 19   A.  Yes.

03:20PM 20   Q.  And how many years did that stay in operation for?

03:20PM 21   A.  As far as I know, till -- actually, no, I think it ended

03:21PM 22   before my arrest.  Because at some point, I was storing

03:21PM 23   marijuana there.  But then again, I wasn't in the basement,

03:21PM 24   so I don't know.

03:21PM 25   Q.  It went on for several -- at least several years that

03:21PM 1    you're aware of?

03:21PM 2    A.   Yes, yes.

03:21PM 3    Q.   And I think the last person you mentioned setting up an

03:21PM 4    indoor marijuana grow for Masecchia was a person named

03:21PM 5    Martino?

03:21PM 6    A.   Correct.

03:21PM 7    Q.   And when we say -- when I say "for Masecchia," are you

03:21PM 8    understanding me to mean he asked you to help set up the

03:21PM 9    grows?

03:21PM 10   A.   Yes.

03:21PM 11   Q.   Okay.  Would you be involved in obtaining part of the

03:21PM 12   profits of each of these locations?

03:21PM 13   A.   Yes.

03:21PM 14   Q.   What was your share of the proceeds from each location?

03:21PM 15   A.   It depended.  Like in the Suppa one, I was -- we're

03:21PM 16   splitting it three ways for, I think, over a year.  And I

03:21PM 17   just -- I didn't like going to a place too often, so I kind

03:21PM 18   of backed off from it.  But I was still making money from

03:21PM 19   selling it, though.

03:21PM 20   Q.   Okay.  So initially, it was a three-way split, and then

03:21PM 21   you just took a portion of the marijuana and distributed it?

03:22PM 22   A.   Correct.

03:22PM 23   Q.   How about the Selva grow?  What was the percentage split

03:22PM 24   there?

03:22PM 25   A.   I usually make about 500 off each pound with Martino and

03:22PM 1  Selva.  And then eventually with Suppa, that was -- kind of

03:22PM 2  my cut was they would give it to me, and I would make 500

03:22PM 3  pounds off of it.

03:22PM 4  Q.  And where was the Martino grow?

03:22PM 5  A.  On Norwalk.

03:22PM 6  Q.  Where is that located, for those who may not know?

03:22PM 7  A.  Hertel and Norwalk.  It's in North Buffalo, Hertel

03:22PM 8  Avenue.

03:22PM 9  Q.  So the Suppa location was right on Hertel Avenue, the

03:22PM 10  Martino location was off of Hertel Avenue, and Selva's house

03:22PM 11  is not too far off of Hertel Avenue as well, correct?

03:22PM 12  A.  Correct.

03:22PM 13  Q.  Are we generally talking the North Buffalo portion of the

03:22PM 14  city?

03:22PM 15  A.  Yes.

03:22PM 16  Q.  Did you also have some -- some close friends that helped

03:22PM 17  you sell the -- the -- the pounds and pounds of marijuana

03:23PM 18  that you were getting, as well as selling cocaine over time?

03:23PM 19  A.  Yes.

03:23PM 20  Q.  Who was Mark Falzone?

03:23PM 21  A.  Friend of mine that would sell cocaine and marijuana.

03:23PM 22  Q.  Was he one of your best friends?

03:23PM 23  A.  Yes.

03:23PM 24  Q.  Who was Mike Moynihan?

03:23PM 25  A.  One of my good friends that sold marijuana.

03:23PM  1  Q.  Who was Matt LoTempio?

03:23PM  2  A.  Another friend of mine that sold marijuana.

03:23PM  3  Q.  Who was Chris Baker?

03:23PM  4  A.  He sold cocaine and marijuana, a friend of mine.

03:23PM  5  Q.  Who was John Robinson?

03:23PM  6  A.  He was a friend, but also worked for me when I had a

03:23PM  7  collection agency.

03:23PM  8  Q.  And did he sell marijuana?

03:23PM  9  A.  Yes.

03:23PM  10  Q.  Who was Mario Vacanti?

03:23PM  11  A.  He was a friend that sold marijuana.

03:23PM  12  Q.  And we've talked about Anthony Gerace, right?

03:23PM  13  A.  Yes.

03:23PM  14  Q.  Did you also have a sister-in-law named Adrian that would

03:23PM  15  procure marijuana from you and sell it for a period of time?

03:23PM  16  A.  Yes.

03:23PM  17  Q.  And that was your ex-wife's sister?

03:24PM  18  A.  Correct.

03:24PM  19  Q.  And for the record, your -- your -- your wife was Adrian

03:24PM  20  Fina, or Lauren Fina?

03:24PM  21  A.  Lauren Fina.

03:24PM  22  Q.  And Adrian is Adrian Fina?

03:24PM  23  A.  Correct.

03:24PM  24  Q.  Okay.  Now, did you know some people -- and so would it

03:24PM  25  be fair to say that those were many of your distributors for

03:24PM    1    the pounds of marijuana and some of the cocaine?

03:24PM    2    A.  Yes.

03:24PM    3    Q.  Being a person who's involved in business, would it be

03:24PM    4    accurate to say they were essentially -- formed a portion of

03:24PM    5    your sales team?

03:24PM    6    A.  Correct.

03:24PM    7    Q.  Is that how you treated this?

03:24PM    8    A.  Yes.

03:24PM    9    Q.  Just like a business?

03:24PM    10    A.  Just like a business.

03:24PM    11    Q.  As -- as all these activities are occurring, were you

03:24PM    12    also opening and starting up other businesses?

03:24PM    13    A.  Yes.

03:24PM    14    Q.  We'll get to those in more detail a little bit later on.

03:24PM    15    But just as an overview, can you tell the jury what types of

03:24PM    16    businesses you were opening up?

03:24PM    17    A.  Collection agency, credit card payment processing, and

03:25PM    18    real estate.

03:25PM    19    Q.  Now, did you also know some people who were involved in

03:25PM    20    your operations that were close with Joseph Bongiovanni?

03:25PM    21    A.  Eventually, I found out that Anthony Gerace was.

03:25PM    22    Q.  And how about Lou Selva?

03:25PM    23    A.  Yeah, Lou Selva also.

03:25PM    24    Q.  What was your understanding of the relationship between

03:25PM    25    Lou Selva and Joseph Bongiovanni?

03:25PM 1    A.  That they were best friends.

03:25PM 2    Q.  Did you have an understanding of the relationship between

03:25PM 3    Mike Masecchia and Joseph Bongiovanni?

03:25PM 4    A.  Yes.

03:25PM 5    Q.  What was your understanding of that relationship?

03:25PM 6    A.  That they grew up together.

03:25PM 7    Q.  Did you believe they -- they were also friends?

03:25PM 8    A.  Yes, they were.

03:25PM 9    Q.  Did you also have an employee who had a relationship with

03:25PM 10   Mr. Bongiovanni's current wife?  I'm referencing Matthew

03:25PM 11   Maglietto.

03:25PM 12   A.  Yes.

03:25PM 13   Q.  Was he your employee?

03:26PM 14   A.  Yes.

03:26PM 15   Q.  At the debt collection agency?

03:26PM 16   A.  Correct.

03:26PM 17   Q.  Were some of the same people that were involved in the

03:26PM 18   trafficking/distribution parts of your business also employed

03:26PM 19   at the debt collection agency?

03:26PM 20   A.  Just John Robinson.

03:26PM 21   Q.  Did Chris Baker ever work at your debt collection agency?

03:26PM 22   A.  No.

03:26PM 23   Q.  Did you know anybody who had a close relationship with

03:26PM 24   Bongiovanni's wife, Lindsay?

03:26PM 25   A.  Close, as far as --

03:26PM    1    Q.  Friendship.

03:26PM    2    A.  Friendship.

03:26PM    3    Q.  Common friends.

03:26PM    4    A.  Maria Miosi.

03:26PM    5    Q.  Who is that?

03:26PM    6    A.  A friend of my ex-wife's.

03:26PM    7    Q.  So your ex-wife, Lauren, your wife at the time of many of

03:26PM    8    these activities, when -- when did she become your wife?

03:26PM    9    When did she become your ex-wife?  Let's just frame that.

03:26PM   10    A.  2011.  We got married in August of 2011, and then we

03:26PM   11    separated in 2016, but we didn't get divorced until last

03:27PM   12    year.

03:27PM   13    Q.  Okay.  So Lauren was friends with Maria Miosi, who's

03:27PM   14    friends with the defendant's wife?

03:27PM   15    A.  Correct.

03:27PM   16    Q.  Did you also have a colleague or someone you knew named

03:27PM   17    Frank Parisi?

03:27PM   18    A.  Yes.

03:27PM   19    Q.  How did you know that person?

03:27PM   20    A.  Just through mutual friends.  And then eventually we had

03:27PM   21    some dealings with the collection agency, and he legitimately

03:27PM   22    lent money and borrowed money sometimes.

03:27PM   23    Q.  Do you -- do you have an -- an understanding of whether

03:27PM   24    he's also friends with the defendant?

03:27PM   25    A.  That, I don't know.

03:27PM   1   Q.   Okay.  Did you know some other people in common with the

03:27PM   2   defendant as far as you knew?

03:27PM   3   A.   I mean, I'm sure I do, but I can't think of offhand.

03:27PM   4   Q.   Do you know Wayne Anderson?

03:27PM   5   A.   Yes.

03:27PM   6   Q.   Do you know a person named Frank Tripi?

03:27PM   7   A.   Yes.

03:28PM   8   Q.   Do you know a person named Mike Sinatra?

03:28PM   9   A.   I don't personally know him.  I've heard of him.  I don't

03:28PM  10   know him.

03:28PM  11   Q.   Do you know a person named Paul Francoforte, Hot Dog?

03:28PM  12   A.   Yes.

03:28PM  13   Q.   We talked about Frank Burkhart; do you know that person?

03:28PM  14   A.   Yes.

03:28PM  15   Q.   I'm just going to ask you:  A moment ago I asked you what

03:28PM  16   some -- some of the other businesses that you developed over

03:28PM  17   time were.  Can you go through those for the jury?  And then

03:28PM  18   I think that will take us to our break.

03:28PM  19   A.   Yeah.  Debt collection -- sorry.  Debt collection agency,

03:28PM  20   a payment processing company, and I would buy real estate,

03:28PM  21   buy houses, rental properties.

03:28PM  22   Q.   So did you start a company called Serio Development?

03:28PM  23   A.   Yes.

03:28PM  24   Q.   Were you the principal in that company?

03:28PM  25   A.   Yes.

03:28PM  1    Q.  Did you have any partners in the company?

03:28PM  2    A.  No.

03:28PM  3    Q.  And what was the nature of that business?

03:28PM  4    A.  That was real estate.

03:28PM  5    Q.  When did you start Serio Development?

03:28PM  6    A.  It was 2011.

03:28PM  7    Q.  In part, did you use that business to launder any of your

03:29PM  8    drug proceeds?

03:29PM  9    A.  Yes.

03:29PM  10   Q.  How did you do that?

03:29PM  11   A.  By buying properties and then using cash to buy the

03:29PM  12   materials.

03:29PM  13   Q.  So you'd buy the property, use drug money to buy

03:29PM  14   material, renovate it, and then resell?

03:29PM  15   A.  Correct.  Or I would just keep them as rentals and just

03:29PM  16   make the money off that, too.

03:29PM  17   Q.  And you can charge higher rents once you make them look

03:29PM  18   nicer?

03:29PM  19   A.  Correct.

03:29PM  20   Q.  Did you have a company called Secure Billing Services?

03:29PM  21   A.  Yes.

03:29PM  22   Q.  What was that company involving?

03:29PM  23   A.  It was a payment processing company for -- that processed

03:29PM  24   payments for other debt collections that couldn't can get

03:29PM  25   their own processing.

03:29PM   1   Q.  Was that located in Kenmore?

03:29PM   2   A.  I believe it was Delaware and West Girard.

03:29PM   3   Q.  And at that time, did you -- did you need to have

03:29PM   4   essentially a clean record in order to get the type of

03:29PM   5   authorization to be a payment processor?

03:29PM   6   A.  Correct.

03:30PM   7   Q.  So prior to your involvement in this case, you -- you

03:30PM   8   were not a convicted felon, right?

03:30PM   9   A.  No.

03:30PM  10   Q.  So that enabled you to become a payment processor for

03:30PM  11   other companies?

03:30PM  12   A.  Yes.

03:30PM  13   Q.  And did you have to have good credit for that?

03:30PM  14   A.  Yes.

03:30PM  15   Q.  Did you use Secure Billing at all to launder any money?

03:30PM  16   A.  I believe one time.  I'm not sure if it was Secure

03:30PM  17   Billing or Roycroft or Serio Development.

03:30PM  18   Q.  So you're a little -- you're unsure if you used Secure

03:30PM  19   Billing?

03:30PM  20   A.  Yeah, I'm not sure.  But I took a quarter million dollars

03:30PM  21   from -- I forgot what his name was, I wrote him clean checks.

03:30PM  22   Q.  If I said a name, would it potentially refresh your

03:30PM  23   memory?

03:30PM  24   A.  Yes, sir.

03:30PM  25   Q.  Joseph Plevniak?

03:30PM  1   A.  Correct.

03:30PM  2   Q.  Okay.  So he gave you monies for drugs that you had sold

03:30PM  3   him?

03:30PM  4   A.  No, no, no.  He had money that he made from selling

03:30PM  5   drugs, and then he came to me through Mario Vacanti to clean

03:31PM  6   the money for him.

03:31PM  7   Q.  And you wrote checks out of your company?

03:31PM  8   A.  Correct.

03:31PM  9   Q.  And then Upstate Management?

03:31PM  10      We have two more, Judge.

03:31PM  11      Upstate Management, what was that company?

03:31PM  12   A.  It was a collection agency.

03:31PM  13   Q.  Did you use that company at all to launder any drug

03:31PM  14   money?

03:31PM  15   A.  No.

03:31PM  16   Q.  Was that one you were involved in with involvement with

03:31PM  17   with your brother?

03:31PM  18   A.  Yes.  I was only involved with that for either 2010 and

03:31PM  19   2011 to 2013.

03:31PM  20   Q.  And were you the one who basically provided the startup

03:31PM  21   money for that business?

03:31PM  22   A.  Yes.

03:31PM  23   Q.  Is that the one where John Robinson had become a manager?

03:31PM  24   A.  Correct.

03:31PM  25   Q.  And lastly, what was Roycroft?

03:31PM 1    A.  That was the collection agency that I opened later on

03:31PM 2    after me and my brother split.

03:31PM 3    Q.  And when did you start that company?

03:31PM 4    A.  I want to say it was 2014 or 2015.

03:31PM 5    Q.  Did you use that business at all for laundering any of

03:31PM 6    your drug proceeds?

03:31PM 7    A.  Possibly with that, Joe Plevniak.

03:31PM 8    Q.  Same type of ideas?

03:31PM 9    A.  Yes.

03:31PM 10   Q.  He gives you drug money, and you write him checks from

03:31PM 11   the company?

03:31PM 12   A.  Correct.

03:31PM 13   Q.  Okay.

03:32PM 14          **MR. TRIPI:**  Judge, I think we can take our break.

03:32PM 15          **THE COURT:**  Okay.  We'll take our afternoon break.

03:32PM 16          Remember my instructions.  Don't talk about the case,

03:32PM 17   even with each other.  Don't make up your mind.

03:32PM 18          See you back here in about 15 minutes or so.

03:32PM 19          (Jury excused at 3:32 p.m.)

03:32PM 20          **THE COURT:**  Anything for the record before we break?

03:32PM 21          **MR. TRIPI:**  Nothing from the government.

03:32PM 22          **MR. MacKAY:**  No, Your Honor.

03:32PM 23          **THE COURT:**  Good.  See you folks in about 15 minutes.

03:32PM 24          **MR. TRIPI:**  Thank you, Your Honor.

03:32PM 25          **THE CLERK:**  All rise.

| | | |
|---|---|---|
| 03:32PM | 1 | (Off the record at 3:32 p.m.) |
| 03:51PM | 2 | (Back on the record at 3:51 p.m.) |
| 03:51PM | 3 | (Jury not present.) |
| 03:51PM | 4 | **THE CLERK:**  All rise. |
| 03:51PM | 5 | **THE COURT:**  Please be seated. |
| 03:51PM | 6 | **THE CLERK:**  We are back on the record for the |
| 03:51PM | 7 | continuation of the jury trial in case number 19-cr-227, |
| 03:51PM | 8 | United States of America versus Joseph Bongiovanni. |
| 03:51PM | 9 | All counsel and parties are present. |
| 03:51PM | 10 | **THE COURT:**  Anything from the defense? |
| 03:51PM | 11 | **MR. MacKAY:**  No, Your Honor. |
| 03:51PM | 12 | **THE COURT:**  Anything from the government. |
| 03:51PM | 13 | **MR. TRIPI:**  No, thank you, Judge. |
| 03:51PM | 14 | **THE COURT:**  Let's bring them back, please, Pat. |
| 03:52PM | 15 | (Jury seated at 3:52 p.m.) |
| 03:52PM | 16 | **THE COURT:**  Okay.  The record will reflect that all |
| 03:53PM | 17 | our jurors are present again. |
| 03:53PM | 18 | I remind the witness that he's still under oath. |
| 03:53PM | 19 | And Mr. Tripi, you may continue. |
| 03:53PM | 20 | **MR. TRIPI:**  Thank you, Your Honor. |
| 03:53PM | 21 | **BY MR. TRIPI:** |
| 03:53PM | 22 | Q.  Mr. Serio, before the break, we went through some of the |
| 03:53PM | 23 | businesses that you had started.  I'd like to pivot to |
| 03:53PM | 24 | another topic, generally.  As you -- over time, did you begin |
| 03:53PM | 25 | to gamble at casinos frequently? |

03:53PM 1    A.  Yes.

03:53PM 2    Q.  When would you estimate you started going to casinos

03:53PM 3    frequently?

03:53PM 4    A.  Mid 2011.

03:53PM 5    Q.  And was -- was that one of the years you -- you made a

03:53PM 6    lot of money in the drug trade?

03:53PM 7    A.  Yes.

03:53PM 8    Q.  How much money would you estimate you made in 2011 from

03:53PM 9    selling drugs?

03:53PM 10   A.  Probably $1 million.

03:53PM 11   Q.  How often would you go to the casino beginning around

03:53PM 12   2011?

03:53PM 13   A.  Every day.

03:53PM 14   Q.  Were you gambling high stakes?

03:54PM 15   A.  Yes.

03:54PM 16   Q.  Did you go to a number of different casinos?

03:54PM 17   A.  Yes.

03:54PM 18   Q.  What different casinos did you go to?

03:54PM 19   A.  Seneca Niagara.  Niagara in Canada.  Various ones in

03:54PM 20   Vegas.  Mohegan Sun in Pennsylvania.  Mount Airy in

03:54PM 21   Pennsylvania.  Atlantic City, Tropicana.

03:54PM 22   Q.  Was some of the money that you were gambling with money

03:54PM 23   that you made selling drugs?

03:54PM 24   A.  Yes.

03:54PM 25   Q.  Is that another way that you would clean the money?

03:54PM 1    A.  Yes.

03:54PM 2    Q.  Did you win when you went to the casino?

03:54PM 3    A.  For a while, I was winning an a lot.

03:54PM 4    Q.  We mentioned that person, Paul Francoforte, Hot Dog,

03:54PM 5    earlier.  Was that someone you would gamble with from time to

03:54PM 6    time?

03:54PM 7    A.  Yes.

03:54PM 8    Q.  Did you go on a gambling trip with him to the Poconos?

03:55PM 9    A.  Yes.

03:55PM 10   Q.  Do you remember what year that was?

03:55PM 11   A.  That, I don't.  Maybe 2014?  Around then.

03:55PM 12   Q.  Who went with you on that trip?

03:55PM 13   A.  I think it was my wife Lauren, Hot Dog or Paul

03:55PM 14   Francoforte, and his girlfriend.

03:55PM 15   Q.  Okay.  Did John Robinson and Adrian go on that trip, if

03:55PM 16   you recall?

03:55PM 17   A.  I can't recall.  They might have.

03:55PM 18   Q.  Okay.  I'd like to fast forward to your 2017 arrest on

03:55PM 19   April 18th, okay?

03:55PM 20   A.  Yes.

03:55PM 21   Q.  On that day, were you arrested and did you ultimately

03:55PM 22   have your property searched by the Erie County Sheriff's

03:55PM 23   Office and who you later learned were also the FBI?

03:55PM 24   A.  Yes.

03:55PM 25   Q.  When you were initially arrested, did you believe it was

03:56PM 1 just an Erie County Sheriff's Office operation?

03:56PM 2 A.  Yeah, I -- I really had no idea who it was.

03:56PM 3 Q.  Okay.  What properties of yours were searched --

03:56PM 4 withdrawn.

03:56PM 5     What properties were searched that day?

03:56PM 6 A.  697 Lebrun.  And I'm not sure what the address is, but a

03:56PM 7 property that I was renting on Grimsby in Tonawanda.

03:56PM 8 Q.  Does 91 sound right?

03:56PM 9 A.  Yes.

03:56PM 10 Q.  And when you were taken into custody, initially arrested,

03:56PM 11 whose house were you at?

03:56PM 12 A.  Kelly Brace's.

03:56PM 13 Q.  Did he have a house at 370 Huntington?

03:56PM 14 A.  Yes.

03:56PM 15 Q.  Where is that?

03:56PM 16 A.  In North Buffalo.

03:56PM 17 Q.  As just an overview of the items, we'll go through it in

03:56PM 18 more detail later, but as sort of an overview of the items

03:56PM 19 seized from your house at 697 Lebrun and the property you had

03:56PM 20 at 91 Grimsby, did -- did that include kilograms of

03:56PM 21 marijuana?

03:56PM 22 A.  Yes.

03:56PM 23 Q.  Did that include cocaine?

03:56PM 24 A.  Yes.

03:56PM 25 Q.  Did that include various pills including fentanyl?

03:56PM    1    A.   Yes.

03:56PM    2    Q.   Did that include a firearm?

03:57PM    3    A.   Yes.

03:57PM    4    Q.   Ammunition?

03:57PM    5    A.   Yes.

03:57PM    6    Q.   Was your Range Rover searched?

03:57PM    7    A.   Yes.

03:57PM    8    Q.   Did they recover cellular phones?

03:57PM    9    A.   Yes.

03:57PM    10    Q.   Currency?

03:57PM    11    A.   Yes.

03:57PM    12    Q.   About 22,000 in cash?

03:57PM    13    A.   I believe so.

03:57PM    14    Q.   Other items associated with narcotics distribution like

03:57PM    15    vacuum sealers and plastic wraps?

03:57PM    16    A.   Yes.

03:57PM    17    Q.   Now, I'd like to focus you in on when you were initially

03:57PM    18    approached by law enforcement at Kelly Brace's house.  Okay?

03:57PM    19    A.   Yes.

03:57PM    20    Q.   Can you describe for the jury what happened?  So you get

03:57PM    21    to Kelly Brace's house.  Described what happened.

03:57PM    22    A.   I pulled my vehicle in the backyard.  I take out a

03:57PM    23    garbage bag of marijuana.  Me and Kelly are talking.  I

03:57PM    24    believe he went in the house for a minute to grab the money.

03:57PM    25    And then when he came back out, that's when law enforcement

03:57PM 1 arrested us.

03:57PM 2 Q. And where did you -- where did you -- where did you pack

03:57PM 3 the garbage bag full of marijuana that you brought to Kelly

03:57PM 4 Brace's house?

03:58PM 5 A. It was between Grimsby and Lebrun.

03:58PM 6 Q. Okay. So you had some at Grimsby, some at Lebrun?

03:58PM 7 A. Correct.

03:58PM 8 Q. You drove your Range Rover from one property to another?

03:58PM 9 A. Yes.

03:58PM 10 Q. How many total pounds of marijuana did you have in that

03:58PM 11 garbage bag?

03:58PM 12 A. I believe 19.

03:58PM 13 Q. Was it a big, black garbage bag?

03:58PM 14 A. Yes.

03:58PM 15 Q. Now, after the police sort of -- they ascend upon you --

03:58PM 16 A. Yes.

03:58PM 17 Q. Is this in the backyard?

03:58PM 18 A. Correct.

03:58PM 19 Q. At that point, are you -- are you brought into the

03:58PM 20 kitchen of Kelly Brace's house?

03:58PM 21 A. Yes.

03:58PM 22 Q. Were you upset in that moment?

03:58PM 23 A. Very upset.

03:58PM 24 Q. Why were you upset?

03:58PM 25 A. Because I was being arrested.

| | | |
|---|---|---|
| 03:58PM | 1 | Q. When you were arrested, did you ask for somebody? |
| 03:58PM | 2 | A. I asked for Joe Bongiovanni. |
| 03:58PM | 3 | Q. Why did ask for him? |
| 03:58PM | 4 | A. I just figured I wanted to talk to him to see what was |
| 03:59PM | 5 | going on. |
| 03:59PM | 6 | Q. Was he the one that was supposed to be protecting you? |
| 03:59PM | 7 | A. Yes. |
| 03:59PM | 8 | Q. When you asked an officer for Joe Bongiovanni, did that |
| 03:59PM | 9 | officer respond by asking you a question? |
| 03:59PM | 10 | A. Yes. |
| 03:59PM | 11 | Q. What did that officer ask you? |
| 03:59PM | 12 | A. He said, do you work with him? |
| 03:59PM | 13 | Q. When that officer said "do you work with him," what did |
| 03:59PM | 14 | you understand the officer to be asking you? |
| 03:59PM | 15 | A. That if I was an informant for him. |
| 03:59PM | 16 | Q. At what point -- at that point, what did you do? |
| 03:59PM | 17 | A. I didn't say -- I believe I said I wanted my lawyer. |
| 03:59PM | 18 | Q. Ultimately, after you were arrested at Kelly Brace's |
| 03:59PM | 19 | house, did you learn that your houses at 697 Lebrun and 91 |
| 03:59PM | 20 | Grimsby were also searched? |
| 03:59PM | 21 | A. Yes. |
| 03:59PM | 22 | Q. Did you learn that your Range Rover was taken to the |
| 03:59PM | 23 | Sheriff's and searched? |
| 03:59PM | 24 | A. Yes. |
| 03:59PM | 25 | Q. Did you learn all that sort of once you were charged in |

03:59PM 1  federal court?

03:59PM 2  A.  Yeah.  I believe like a -- well, when I was at the

04:00PM 3  sheriff's office, they had a list of everything that they --

04:00PM 4  they seized.  And I briefly looked at it.  But I was so --

04:00PM 5  starting withdrawing.  I was kind of incoherent for like a

04:00PM 6  week.

04:00PM 7  Q.  By that point, were you addicted to substances?

04:00PM 8  A.  Yes.

04:00PM 9  Q.  What were you addicted to?

04:00PM 10  A.  Cocaine, fentanyl, and Adderall.

04:00PM 11  Q.  If you didn't have an opiate, did you start to get sick?

04:00PM 12  A.  Very sick.

04:00PM 13  Q.  If you did have opiates, did that keep you from getting

04:00PM 14  sick?

04:00PM 15  A.  Yes.

04:00PM 16  Q.  So you started going through withdrawals in custody?

04:00PM 17  A.  Yes.

04:00PM 18  Q.  Were you charged in federal court by what's called a

04:00PM 19  federal complaint?

04:00PM 20  A.  Yes.

04:00PM 21  Q.  Did you go to court sort of the next day after spending a

04:00PM 22  night in jail?

04:00PM 23  A.  Yes.

04:00PM 24  Q.  Generally -- I don't want to get into what the judge said

04:00PM 25  and lawyers said, but generally tell the jury what happens

04:01PM  1   the next day in court.

04:01PM  2   A.  You get arraigned.  They -- I really don't remember it

04:01PM  3   too much.

04:01PM  4   Q.  Okay.

04:01PM  5   A.  All I know is I was charged.

04:01PM  6   Q.  Did you review the federal complaint with your attorney?

04:01PM  7   A.  I didn't.

04:01PM  8   Q.  Who was your attorney?

04:01PM  9   A.  Herb Greenman.

04:01PM  10  Q.  He's your attorney still, right?

04:01PM  11  A.  Correct.

04:01PM  12  Q.  By that point, though, once you were charged and were in

04:01PM  13  court the next day, did you start to develop an awareness

04:01PM  14  that the agencies that were involved in your arrest were the

04:01PM  15  Erie County Sheriffs and the FBI?

04:01PM  16  A.  Yes.

04:01PM  17  Q.  Was this sort of the peak of your addiction?

04:01PM  18  A.  Yes.

04:01PM  19  Q.  Let's talk about that for a moment.

04:01PM  20  A.  Okay.

04:01PM  21  Q.  We've talked about that window of time, 2008 to

04:01PM  22  April 18th of 2017 when you were arrested; do you remember

04:01PM  23  that?

04:01PM  24  A.  Yes.

04:01PM  25  Q.  Where would you pinpoint sort of the height of your drug

04:01PM   1   usage in that window?

04:01PM   2   A.  Started around 2012, '13.  It wasn't bad, but it started

04:02PM   3   going down.  But in 2016 when my wife left, there was no one

04:02PM   4   to keep my in check, so I kind of went off the rails.

04:02PM   5   Q.  So you start to use more in 2016 --

04:02PM   6   A.  Yes.

04:02PM   7   Q.  -- into the 2017 time period?

04:02PM   8   A.  Correct.

04:02PM   9   Q.  When did she leave in 2016, just to --

04:02PM  10   A.  I believe it was late spring, early summer.

04:02PM  11   Q.  Okay.  Once -- once you learned that the agencies that

04:02PM  12   were involved in your arrest were the Sheriff -- Erie County

04:02PM  13   Sheriffs and the FBI, did the fact that you got arrested make

04:02PM  14   more sense to you?

04:02PM  15   A.  Yes, a little bit.

04:02PM  16   Q.  Now, even though late spring 2016 or early summer 2016,

04:02PM  17   into your arrest in April of 2017, is sort of the height of

04:03PM  18   your addiction --

04:03PM  19   A.  Yes.

04:03PM  20   Q.  -- were you still able to keep track of your money?

04:03PM  21   A.  Yes.

04:03PM  22   Q.  Were you still able to run your businesses?

04:03PM  23   A.  Yes.

04:03PM  24   Q.  Were you still, in your view, a good businessman?

04:03PM  25   A.  Yes.

04:03PM 1    Q.  Did you still pay attention to detail?

04:03PM 2    A.  Very much.

04:03PM 3    Q.  How were you able to do that even though you had a drug

04:03PM 4    addiction?

04:03PM 5    A.  Well, business is more like second nature, where it's --

04:03PM 6    my problem is more in my personal decisions that I made.  I

04:03PM 7    never not made money, so, even through my addiction I was

04:03PM 8    still making a lot of money.  I was still on point, because

04:03PM 9    it was -- it was more concrete what I had to do.

04:03PM 10   Q.  Would you do -- would you take steps, in your mind, to

04:03PM 11   keep yourself sharp when you had something drug-trafficking

04:03PM 12   related to do?

04:03PM 13   A.  Yes.

04:03PM 14   Q.  What would you do?

04:03PM 15   A.  I would do less opiates and more cocaine.

04:03PM 16   Q.  Why did you think that that was helpful?

04:03PM 17   A.  Well, it would wake me up a little bit.

04:03PM 18   Q.  Have you described it before as leveling you off?

04:04PM 19   A.  Yes.

04:04PM 20   Q.  What does that mean?

04:04PM 21   A.  It means bringing you back to normalcy.

04:04PM 22   Q.  By April 18th, 2017, through your ability to move drugs

04:04PM 23   and obtain sources of supply, did you help a lot of people

04:04PM 24   make a lot of money over a lengthy period of time?

04:04PM 25   A.  Yes.

04:04PM    1    Q.  Did that include Mike Masecchia?

04:04PM    2    A.  Yes.

04:04PM    3    Q.  We'll get into that in more detail in a moment.

04:04PM    4        Did you go through withdrawal, though, in jail?

04:04PM    5    A.  Yes, severely.

04:04PM    6    Q.  Describe that process for the jury.

04:04PM    7    A.  It's like having the worst flu and panic attacks at the

04:04PM    8    same time for -- I think it was almost two weeks.  And

04:04PM    9    constant twitching.  You can't sleep because you're twitching

04:04PM   10    so much.  Throwing up.  Just not a good experience.

04:04PM   11    Q.  Roughly ten days or so after you were arrested,

04:04PM   12    April 27th, 2017, I guess that might be nine days, did

04:04PM   13    you -- did you engage in your first proffer interview with

04:04PM   14    the FBI?

04:05PM   15    A.  Yes.

04:05PM   16    Q.  And is a proffer interview basically an interview you go

04:05PM   17    to with your attorney, it's governed by the terms of the

04:05PM   18    document, and you sit with law enforcement and prosecutors to

04:05PM   19    talk to them?

04:05PM   20    A.  Yes.

04:05PM   21    Q.  Now, at that point in your life, I'm just going to ask

04:05PM   22    you straight up.  If you got out of jail, did you intend to

04:05PM   23    go right back to drug trafficking at that point?

04:05PM   24    A.  At that point?  Yes.

04:05PM   25    Q.  Did you go into that proffer with a certain strategy in

04:05PM    1    your mind?

04:05PM    2    A.  Yes.

04:05PM    3    Q.  What was your strategy going into that April 27th, 2017

04:05PM    4    proffer?

04:05PM    5    A.  Kind of deflect from my friends and the people I was

04:05PM    6    dealing with, and put the focus more on the distributors in

04:05PM    7    Canada.

04:05PM    8    Q.  Why did you want to keep the focus off your friends that

04:05PM    9    were distributing with you locally and put the focus on your

04:05PM   10    supplier in Canada?

04:05PM   11    A.  There's a few reasons.  It's -- doesn't look good to be

04:06PM   12    an informant.  And they were friends that I've known for a

04:06PM   13    long time, I didn't want to inform on them, and maybe some

04:06PM   14    day continue doing business.

04:06PM   15    Q.  By that, you mean drug business?

04:06PM   16    A.  Yes.

04:06PM   17    Q.  Were you confident you could develop another source of

04:06PM   18    supply?

04:06PM   19    A.  Yes.

04:06PM   20    Q.  At that point, was your supplier Jarrett Guy?

04:06PM   21    A.  Correct.

04:06PM   22    Q.  Based out of Vancouver, Canada?

04:06PM   23    A.  Yes.

04:06PM   24    Q.  So he -- he's located a long, long way away from the

04:06PM   25    agents that were questioning you?

04:06PM   1    A.   Yes.

04:06PM   2    Q.   At the time you went into that proffer, did you have any

04:06PM   3    intention of telling investigators that you were working with

04:06PM   4    Mike Masecchia who had a reputation of being connected to

04:06PM   5    Italian Organized Crime?

04:06PM   6    A.   No.

04:06PM   7    Q.   Did you have any intention of talking about a DEA agent

04:06PM   8    who you had been bribing on your payroll?

04:06PM   9    A.   No.

04:06PM  10    Q.   Was your -- was it your intention to protect that

04:06PM  11    information?

04:06PM  12    A.   Yes.

04:06PM  13    Q.   Were you also trying to protect people, close friends of

04:07PM  14    yours that were in your inner circle?

04:07PM  15    A.   Yes.

04:07PM  16    Q.   Was that some of the people we talked about earlier?

04:07PM  17    A.   Correct.

04:07PM  18    Q.   As you got through that first proffer, did your plan sort

04:07PM  19    of work?

04:07PM  20    A.   It did.

04:07PM  21    Q.   Did the people who -- the investigators and the

04:07PM  22    prosecutor in that first proffer press you on anything

04:07PM  23    locally?

04:07PM  24    A.   No.

04:07PM  25    Q.   As time went on, did you come in for more interviews?

04:07PM  1    A.  Yes.

04:07PM  2    Q.  As time went on, did your plan unravel over a series of

04:07PM  3    additional proffer interviews?

04:07PM  4    A.  It did.

04:07PM  5    Q.  Describe for the jury how your plan unraveled.

04:07PM  6    A.  Well, each time I was questioned, I would answer the

04:07PM  7    questions, but leave out or not or give information that

04:07PM  8    wasn't asked.  And then eventually, I had to come clean

04:07PM  9    because they knew everything.

04:07PM  10   Q.  Over time, did the questions get more focused?

04:08PM  11   A.  Yes.

04:08PM  12   Q.  More pointed?

04:08PM  13   A.  Correct.

04:08PM  14   Q.  Did the questions turn more to your associations locally

04:08PM  15   here in Buffalo?

04:08PM  16   A.  Yes.

04:08PM  17   Q.  Eventually, do you remember being in a proffer July 20th,

04:08PM  18   2018, in the U.S. Attorney's Office where you were being

04:08PM  19   asked questions about Special Agent Curtis Ryan?

04:08PM  20   A.  Yes.

04:08PM  21   Q.  Do you remember him being focused on Peter and Anthony

04:08PM  22   Gerace in his questioning?  Not what you said, but what his

04:08PM  23   questions were?

04:08PM  24   A.  Do I remember what his questions were?

04:08PM  25   Q.  Do you remember that general topic?

04:08PM 1   A.  Yes.  Yes.

04:08PM 2   Q.  In that particular interview, was that the first time

04:08PM 3   that you indicated that Bongiovanni provided information?

04:08PM 4   A.  Correct.

04:08PM 5   Q.  Did you indicate in that interview that Bongiovanni

04:08PM 6   provided information to Anthony Gerace about informants R.K.

04:09PM 7   and T.S.?

04:09PM 8   A.  Yes.

04:09PM 9   Q.  Now when you did that, when you said that was Anthony

04:09PM 10  Gerace, did you swap Anthony out for you?

04:09PM 11  A.  Yes.

04:09PM 12  Q.  In truth and in fact, were you the one who got that

04:09PM 13  information?

04:09PM 14  A.  Yes.

04:09PM 15  Q.  But at the time, that's what you said?

04:09PM 16  A.  Yes.

04:09PM 17  Q.  After that July 20th, 2018 proffer, did more proffers

04:09PM 18  happen over time?

04:09PM 19  A.  Yes.

04:09PM 20  Q.  Eventually, did you acknowledge that it was in fact you

04:09PM 21  who received that information?

04:09PM 22  A.  Correct.

04:09PM 23  Q.  Did you go into the grand jury on March 7th, 2019, so

04:09PM 24  months, many months into the next year later?

04:09PM 25  A.  Yes.

04:09PM  1   Q.  Now, by that point in that grand jury testimony, were you

04:09PM  2   totally honest as to the amount of total bribe payments you

04:09PM  3   made to Bongiovanni?

04:09PM  4   A.  No.

04:09PM  5   Q.  Why not?

04:09PM  6   A.  Wanted to kind of minimize it, so, I mean, it's -- I

04:10PM  7   heard that you get a -- was it a discovery?  So when Mike got

04:10PM  8   his discovery, seeing that I kind of minimized it, maybe he

04:10PM  9   wouldn't be as mad.

04:10PM  10  Q.  Let's break that down just a little bit.  So when you say

04:10PM  11  you minimized it --

04:10PM  12  A.  Yes.

04:10PM  13  Q.  -- did you minimize the amount of bribes that you paid to

04:10PM  14  the defendant?

04:10PM  15  A.  Yes.

04:10PM  16  Q.  Significantly?

04:10PM  17  A.  Significantly.

04:10PM  18  Q.  And you said you -- you did that so if Mike got his

04:10PM  19  discovery?

04:10PM  20  A.  Yes.

04:10PM  21  Q.  By that point in time, based on things that you had said,

04:10PM  22  did you have a belief that eventually Mike Masecchia would be

04:10PM  23  charged?

04:10PM  24  A.  Yes.

04:10PM  25  Q.  Is that what you're referencing when you said you wanted

04:10PM  1    to minimize what you said?

04:10PM  2    A.  Correct.

04:10PM  3    Q.  Why did you want to minimize the amount that you had

04:10PM  4    explained that Mr. --

04:10PM  5    A.  I felt that if I --

04:10PM  6    Q.  Let me finish the question, sorry.

04:10PM  7         -- that Mr. Masecchia helped you bribe Bongiovanni, why

04:10PM  8    did you want to minimize that amount?

04:10PM  9    A.  I feel like if it was just a few times, it wouldn't be as

04:11PM 10    a big of a deal as what actually happened.

04:11PM 11    Q.  I'd like to fast forward from your March 7th, 2019,

04:11PM 12    testimony.  Eventually, in early October of 2019, focus you

04:11PM 13    in on that timeframe.

04:11PM 14    A.  Yes.

04:11PM 15    Q.  Did you go back in the grand jury?

04:11PM 16    A.  Yes.

04:11PM 17    Q.  By that point in time, did you -- did you describe the

04:11PM 18    actual amount?

04:11PM 19    A.  Correct.

04:11PM 20    Q.  And that was the quarter million dollars you told this

04:11PM 21    jury about?

04:11PM 22    A.  Yes.

04:11PM 23    Q.  Now, by that point in time, did you learn before, prior

04:11PM 24    to October 2019, that Mike Masecchia and Lou Selva's houses

04:12PM 25    had both been raided?

04:12PM 1  A.  Yes.

04:12PM 2  Q.  Had you heard about that?

04:12PM 3  A.  Yes.

04:12PM 4  Q.  Did anyone ever tell you anything specifically that Mike

04:12PM 5  Masecchia or Lou Selva said about you?

04:12PM 6  A.  No.

04:12PM 7  Q.  Did you know whether one or either of them were talking?

04:12PM 8  A.  No.

04:12PM 9  Q.  Did questions to you get more specific?

04:12PM 10 A.  Yes.

04:12PM 11 Q.  Did anyone tell you what amounts to say?

04:12PM 12 A.  No.

04:12PM 13 Q.  Are you clean as you sit here today?

04:12PM 14 A.  Yes.

04:12PM 15 Q.  How long have you been clean from any drugs or alcohol?

04:12PM 16 A.  Seven and a half years.

04:12PM 17 Q.  What's your clean date, do you know?

04:12PM 18 A.  My date of my arrest, April 18th, 2017.

04:12PM 19 Q.  Is your mindset different today than when you got

04:13PM 20 arrested?

04:13PM 21 A.  Yes, very different.

04:13PM 22 Q.  Are you going to play games with the jury like you did

04:13PM 23 the law enforcement and pick and choose what you answer

04:13PM 24 truthfully?

04:13PM 25 A.  No.

04:13PM 1        **MR. MacKAY:** Objection.

04:13PM 2        **THE COURT:** Sustained.

04:13PM 3        **BY MR. TRIPI:**

04:13PM 4    Q. Are you going to tell the complete truth to this jury?

04:13PM 5    A. Yes.

04:13PM 6    Q. Are you going to protect anybody?

04:13PM 7    A. No.

04:13PM 8    Q. Are you going to withhold any information?

04:13PM 9    A. Nope.

04:13PM 10   Q. All right. I'd like to talk -- as you sit here,

04:13PM 11   you're -- you're now a federally convicted felon; is that

04:13PM 12   right?

04:13PM 13   A. Yes.

04:13PM 14   Q. As you sit there, are you currently awaiting sentencing

04:13PM 15   based upon convictions that you have in this matter for

04:13PM 16   possession with intent to distribute cocaine and unlawful

04:13PM 17   possession of firearm. And when I say "in this matter," I

04:13PM 18   mean what you're here to talk about.

04:13PM 19   A. Correct.

04:13PM 20   Q. Okay. Are you looking at a substantial prison sentence

04:13PM 21   potentially?

04:13PM 22   A. Yes.

04:13PM 23   Q. Have you ever been -- other than that case, have you ever

04:14PM 24   been to jail before?

04:14PM 25   A. No.

04:14PM  1  Q.  As part of your plea, did you admit to possessing all the

04:14PM  2  drugs, money, and firearm evidence that law enforcement

04:14PM  3  seized when they searched your properties in April of 2017?

04:14PM  4  A.  Yes.

04:14PM  5  Q.  Have you forfeited to the federal government a lot of

04:14PM  6  money?

04:14PM  7  A.  Yes.

04:14PM  8  Q.  As part of that, did you have to sell your mansion and

04:14PM  9  forfeit the net proceeds of the sale amount?

04:14PM  10  A.  Yes.

04:14PM  11  Q.  Did you have to sell another property that you had an

04:14PM  12  ownership interest in at 626 Richmond in Buffalo, New York,

04:14PM  13  and forfeit your interest in that property, the money you

04:14PM  14  made?

04:14PM  15  A.  Yes, yes.

04:14PM  16  Q.  Did you also forfeit the money that was seized from you,

04:14PM  17  your vehicle, and a duffle bag that belonged to you at 370

04:14PM  18  Huntington?

04:14PM  19  A.  Yes.

04:14PM  20  Q.  In total, did you forfeit to the federal government about

04:14PM  21  $596,601.69?

04:14PM  22  A.  Yes.

04:14PM  23  Q.  Now, does your plea agreement contain a cooperation

04:15PM  24  agreement?

04:15PM  25  A.  Yes.

04:15PM 1  Q.  Do you know what your sentence will be as you sit here

04:15PM 2  today?

04:15PM 3  A.  No.

04:15PM 4  Q.  Ultimately, who is your sentence up to?

04:15PM 5  A.  The judge.

04:15PM 6  Q.  Who's the Judge in your case?

04:15PM 7  A.  Judge Sinatra.

04:15PM 8  Q.  Do you have any guarantee of what sentence the judge will

04:15PM 9  impose?

04:15PM 10  A.  No.

04:15PM 11  Q.  As you sit here up there, are you required to testify in

04:15PM 12  any particular way?

04:15PM 13  A.  No.

04:15PM 14  Q.  What is your obligation as you sit in that chair?

04:15PM 15  A.  To tell the truth.

04:15PM 16  Q.  Now, at some point after you were arrested, and at some

04:15PM 17  point after you first started proffering, through your

04:15PM 18  attorney, did you tell FBI agents where they could find more

04:15PM 19  of your drugs?

04:15PM 20  A.  Yes.

04:15PM 21  Q.  What type of drugs did the Sheriffs and the FBI not find

04:16PM 22  that you had?

04:16PM 23  A.  MDMA.

04:16PM 24  Q.  Is that that 2 kilos we talked about before?

04:16PM 25  A.  Correct.

04:16PM 1  Q.  Where were you storing that MDMA?

04:16PM 2  A.  At 82 Sycamore Street.

04:16PM 3          **MR. TRIPI:**  Let's pull up Exhibit 51A-7 again.  A-7.

04:16PM 4          **BY MR. TRIPI:**

04:16PM 5  Q.  This location?

04:16PM 6  A.  Yes.

04:16PM 7  Q.  So there were 2 kilograms of MDMA in there?

04:16PM 8  A.  Correct.

04:16PM 9  Q.  How long had that been sitting there?

04:16PM 10  A.  After my arrest?

04:16PM 11  Q.  No, up until your arrest.

04:16PM 12  A.  Maybe a year.

04:16PM 13  Q.  I'm going to hand you up Government Exhibits 51A-1,

04:16PM 14  51A-2, 15A-3, 51A-4, 51A-5, and 51A-6.

04:17PM 15          **MR. TRIPI:**  Can you see these, Mr. MacKay?

04:17PM 16          Okay.  Handing up those exhibits, Your Honor.

04:17PM 17          **BY MR. TRIPI:**

04:17PM 18  Q.  Take a moment to look through those, and when you're

04:17PM 19  done, look back up at me.

04:17PM 20      Do you recognize those exhibits -- those photos depicted

04:17PM 21  in those exhibits?

04:17PM 22  A.  Yes.

04:17PM 23  Q.  What do you recognize that to be, generally?

04:17PM 24  A.  MDMA.

04:17PM 25  Q.  Is it the locations inside your warehouse at 82 Sycamore

04:17PM     1    where -- where you had stored the MDMA, as well as the MDMA

04:17PM     2    that you had stored inside the building?

04:17PM     3    A.   Correct.

04:17PM     4    Q.   Do they fairly and accurately depict both the locations

04:18PM     5    within the warehouse that you had at 82 Sycamore as well as

04:18PM     6    the MDMA that you were storing there?

04:18PM     7    A.   Yes.

04:18PM     8    Q.   Excuse me.

04:18PM     9            **MR. TRIPI:**  The government offers Exhibit 51A-1

04:18PM    10    through and inclusive of 51A-6, Your Honor.

04:18PM    11            **MR. MacKAY:**  No objection.

04:18PM    12            **THE COURT:**  Received without objection.

04:18PM    13    **(GOV Exhibits 51A-1 through 51A-6 were received in evidence.)**

04:18PM    14            **MR. TRIPI:**  Ms. Champoux, can we pull up 51A-1.

04:18PM    15            **BY MR. TRIPI:**

04:18PM    16    Q.   Mr. Serio, can you tell the jury what they're looking at

04:18PM    17    in this photo?

04:18PM    18    A.   It is the doorway where I stored the MDMA, above the

04:18PM    19    doorway behind the drywall.

04:18PM    20    Q.   When you enter the warehouse, where do you enter to get

04:18PM    21    to this point?

04:18PM    22    A.   If you go -- you enter, and then you go to the right.

04:18PM    23            **MR. TRIPI:**  Ms. Champoux, can you put 51A-7 up next

04:18PM    24    to this?

           25

04:18PM   1          **BY MR. TRIPI:**

04:18PM   2   Q.   Is there a door on the 82 Sycamore warehouse that you

04:18PM   3   would use and make a right-hand turn?

04:19PM   4   A.   The door with the cage on it.

04:19PM   5   Q.   Can you tap on the screen and it will make a mark?

04:19PM   6          **MR. TRIPI:**   May the record reflect that the witness

04:19PM   7   has made an indication, a temporary green dot, on what appears

04:19PM   8   to be a red door with a black cage over it in sort of the

04:19PM   9   middle of the structure that's depicted on Sycamore Street.

04:19PM   10         **BY MR. TRIPI:**

04:19PM   11   Q.   Is that a fair description?

04:19PM   12   A.   Yes.

04:19PM   13   Q.   Is it -- is it a red door with a black cage over it?

04:19PM   14   A.   Correct.

04:19PM   15   Q.   So you enter that door and you make a right-hand turn,

04:19PM   16   and you come upon the scene that's depicted in 51A-1?

04:19PM   17   A.   You go about 50 feet up, and then a right.

04:19PM   18   Q.   50 feet up and then turn right?

04:19PM   19   A.   Correct.

04:19PM   20   Q.   Using 51A-1, can you show the jury the general area where

04:19PM   21   the -- you had hidden the MDMA?

04:19PM   22         **MR. TRIPI:**   So may the record reflect in the 51A-1

04:19PM   23   exhibit he has made a temporary green circle.  There's what

04:19PM   24   appears to be an open door with some drywall, and there's an

04:19PM   25   area near the top of the drywall that he has circled.

04:20PM    1          **BY MR. TRIPI:**

04:20PM    2    Q.   Is that an accurate description?

04:20PM    3    A.   Correct.

04:20PM    4    Q.   Okay.  Now describe for the jury how you hid that.

04:20PM    5    A.   It's kind of bumped out a little bit, so there's a

04:20PM    6    cavity, so I just put it in the cavity.

04:20PM    7    Q.   Okay.  Let me just clear that.

04:20PM    8          **MR. TRIPI:**  Ms. Champoux, you can keep 51A-7 up if

04:20PM    9    you could.  And can we go to 51A-2.

04:20PM   10          **BY MR. TRIPI:**

04:20PM   11    Q.   Does this show another angle --

04:20PM   12          **MR. TRIPI:**  It's okay, we can just put them both down

04:20PM   13    and go to 51A-2, Ms. Champoux.

04:20PM   14          **BY MR. TRIPI:**

04:20PM   15    Q.   Does this show the opposite angle of that door that we

04:20PM   16    saw on 51A-1 where you would just walk through?

04:20PM   17    A.   Yes.

04:20PM   18    Q.   Now we're looking at it from the other direction?

04:20PM   19    A.   Yes.

04:20PM   20          **MR. TRIPI:**  Let's go to 51A-3.

04:20PM   21          **BY MR. TRIPI:**

04:20PM   22    Q.   And what does that depict?

04:20PM   23    A.   That is the 2 kilos of MDMA.

04:21PM   24    Q.   And is that how it looked when you hid it?

04:21PM   25    A.   Yes.

04:21PM 1          **MR. TRIPI:**  Let's go to 51A-4.

04:21PM 2              **BY MR. TRIPI:**

04:21PM 3  Q.  Does that look like a close-up view of some of the MDMA?

04:21PM 4  A.  Yes.

04:21PM 5  Q.  And you, in fact, did consent to the search of this

04:21PM 6  location?

04:21PM 7  A.  Correct.

04:21PM 8  Q.  In other words, you didn't make the FBI get another

04:21PM 9  search warrant, right?

04:21PM 10  A.  No.

04:21PM 11  Q.  And so you see a note in that photo that says consent

04:21PM 12  search?  Do you see that handwritten portion?

04:21PM 13  A.  Yes.

04:21PM 14  Q.  Is that consistent with your understanding of why your

04:21PM 15  premises at that location was being searched?

04:21PM 16  A.  Correct.

04:21PM 17          **MR. TRIPI:**  Let's go to 51A-5.

04:21PM 18              **BY MR. TRIPI:**

04:21PM 19  Q.  Is this sort of the other kilo?

04:21PM 20  A.  Yes.

04:21PM 21  Q.  Okay.

04:21PM 22          **MR. TRIPI:**  Let's go to 51A-6.

04:21PM 23              **BY MR. TRIPI:**

04:21PM 24  Q.  Is that more of the MDMA?

04:21PM 25  A.  Yes.

04:21PM   1   Q.  I'm going to hand you Government Exhibits 296A and 296B.

04:22PM   2   It's in secure outer packaging.

04:22PM   3   A.  Okay.

04:22PM   4   Q.  But you can see through it.

04:22PM   5   A.  Yes.

04:22PM   6   Q.  I'd like you to take a look at these, and then I'm going

04:22PM   7   to ask you if this is the MDMA.

04:22PM   8        **MR. TRIPI:**  Handing up 296A and B, Your Honor.

04:22PM   9        **BY MR. TRIPI:**

04:22PM  10   Q.  Do you see those items in FBI, sort of, packaging?

04:22PM  11   A.  Yes.

04:22PM  12   Q.  Does that consist of the MDMA we just looked in the

04:22PM  13   photos, specifically 51A-, I think, 3, 4, 5, and 6?

04:22PM  14   A.  Yes.

04:22PM  15   Q.  Other than the fact that it's now in sort of FBI

04:23PM  16   wrapping, does this -- is it in the same or substantially the

04:23PM  17   same condition today as when you gave your consistent search?

04:23PM  18   A.  Yes, it is.

04:23PM  19        **MR. TRIPI:**  The government offers 296A and 296B,

04:23PM  20   Your Honor.

04:23PM  21        **MR. MacKAY:**  No objection.

04:23PM  22        **THE COURT:**  They're received without objection.

04:23PM  23    **(GOV Exhibits 296A and 296B were received in evidence.)**

04:23PM  24        **MR. TRIPI:**  Thank you.  I'll hold them up for the

04:23PM  25   jury, take them out of the box.

04:23PM    1    **BY MR. TRIPI:**

04:23PM    2    Q. Why did you keep that stuff so long? You had it, you

04:23PM    3    said, over a year.

04:23PM    4    A. They didn't want to take it back because they'd have to

04:23PM    5    bring it back to Canada, so it was just kind of what to do

04:23PM    6    with it.

04:23PM    7    Q. Was that generally not a product you sold?

04:23PM    8    A. No, it wasn't.

04:24PM    9    Q. Was that something that Jarrett Guy sent you anyway to

04:24PM    10    see if could you move it?

04:24PM    11    A. Yes.

04:24PM    12    Q. All right. I'd like to go through this timeline of your

04:24PM    13    dealings focusing in on your relationship with Mr. Masecchia

04:24PM    14    and its evolution, okay?

04:24PM    15    A. Okay.

04:24PM    16    Q. In or about the fall of 2007 -- withdrawn.

04:24PM    17    Earlier, you had said when you were 18 or 19, you were

04:24PM    18    sort of going to Masecchia for marijuana, but it was

04:24PM    19    indirect. You were going through LoVallo and then Tomasello?

04:24PM    20    A. Yes.

04:24PM    21    Q. In or about the fall of 2007, did you start having a

04:24PM    22    direct relationship with Masecchia regarding marijuana

04:24PM    23    distribution?

04:24PM    24    A. Yes.

04:24PM    25    Q. Tell the jury how that began in or about the fall of

04:24PM     1    2007?

04:24PM     2    A.  Me and Joe Tomasello had a falling out, so we didn't

04:24PM     3    speak.  And then Mike knew this place that I hung out at, and

04:24PM     4    my friend was the manager, it was O Restaurant on Sheridan

04:25PM     5    Drive.  He went there and set up a meeting with my friend,

04:25PM     6    Joe, to meet me.

04:25PM     7    Q.  So it was like a restaurant/bar called "O"?

04:25PM     8    A.  Yes.

04:25PM     9    Q.  And who was your friend that Masecchia went in and sort

04:25PM    10    of indicated that he wanted to meet you?

04:25PM    11    A.  Joe Gugino.

04:25PM    12    Q.  Did you have another friend that worked there?

04:25PM    13    A.  Yes.

04:25PM    14    Q.  Who was that other friend?

04:25PM    15    A.  Chris Baker.

04:25PM    16    Q.  We've talked about him already, right?

04:25PM    17    A.  Correct.

04:25PM    18    Q.  Okay.  So after Masecchia indicates that he wants to meet

04:25PM    19    you, did -- did you have a follow-up meeting at O with Mike

04:25PM    20    Masecchia?

04:25PM    21    A.  Yes.

04:25PM    22    Q.  Was that to discuss operations and distribution of

04:25PM    23    marijuana?

04:25PM    24    A.  Yes.

04:25PM    25    Q.  Describe that conversation you had with Mr. Masecchia in

04:25PM  1  terms of marijuana distribution.

04:25PM  2  A.  They wanted to know if I wanted to buy any of the

04:26PM  3  marijuana that was growing outdoors.

04:26PM  4  Q.  What did he tell you about his operation at that time?

04:26PM  5  A.  Not too much.  Just -- well, I knew it was somewhere in

04:26PM  6  Franklinville or Ellicottville.

04:26PM  7  Q.  By that point in time, how much marijuana were you moving

04:26PM  8  that was ultimately sourced from Mr. Masecchia?

04:26PM  9  A.  Well, it would be usually just in the fall, so I want to

04:26PM  10  say maybe 10, 20 pounds.

04:26PM  11  Q.  And was this a meeting for you to become more involved

04:26PM  12  directly with him in the grows?

04:26PM  13  A.  Yes.

04:26PM  14  Q.  What role did he want you or ask you to take?

04:26PM  15  A.  To basically -- well, for the indoor -- well, actually

04:26PM  16  the indoor, we didn't start until two years later, but it was

04:26PM  17  more just to sell the outdoor marijuana for him.

04:26PM  18  Q.  So were you gonna become like his sole distributor?

04:26PM  19  A.  Yes.

04:27PM  20  Q.  You were gonna take all the product?

04:27PM  21  A.  Correct.

04:27PM  22  Q.  And move it all for him?

04:27PM  23  A.  Yes.

04:27PM  24  Q.  Was the idea that that would make it easier for him, only

04:27PM  25  dealing with one person?

04:27PM 1    A.  Yes.

04:27PM 2    Q.  Did you agree to do that?

04:27PM 3    A.  Yes.

04:27PM 4    Q.  Did you explain to Mr. Masecchia you had the ability to

04:27PM 5    move everything that he could produce at those outdoor grows?

04:27PM 6    A.  Yes.

04:27PM 7    Q.  What did he say about that?

04:27PM 8    A.  He was happy about it.

04:27PM 9    Q.  As time went on, from that moment on, did your

04:27PM 10   relationship with Masecchia grow?

04:27PM 11   A.  Yes.

04:27PM 12   Q.  Did you develop a nickname that he called you?

04:27PM 13   A.  Yes.

04:27PM 14   Q.  What was your nickname?

04:27PM 15   A.  Greenie.

04:27PM 16   Q.  Why did he call you Greenie?

04:27PM 17   A.  Because I was good at growing marijuana and making money.

04:28PM 18   Q.  Now, earlier you indicated you then started to show

04:28PM 19   Masecchia how to set up indoor grows; is that right?

04:28PM 20   A.  Correct.

04:28PM 21   Q.  At that point in his operations, did he have any indoor

04:28PM 22   grows going on?

04:28PM 23   A.  He had one at John Suppa's house.

04:28PM 24   Q.  Is this the one that you get involved in in 2008?

04:28PM 25   A.  Yes.

04:28PM 1    Q.  Did you improve it?  What work did you do there?

04:28PM 2    A.  I redid everything.  They had plants in every room in the

04:28PM 3    house and wires everywhere.  It was like a fire hazard.  So I

04:28PM 4    condensed it to the basement.

04:28PM 5    Q.  You basically recreated the grow?

04:28PM 6    A.  Yes.

04:28PM 7    Q.  Did you increase the capacity for the -- for it to grow

04:28PM 8    more plants?

04:28PM 9    A.  Well, they were growing too many that they couldn't take

04:28PM 10   care of them, they weren't doing it properly.  So I grew

04:28PM 11   less, but they made way more money.

04:28PM 12   Q.  How many plants were they growing before you got

04:28PM 13   involved?

04:28PM 14   A.  I don't even know, probably thousands.

04:29PM 15   Q.  In Suppa's house there?

04:29PM 16   A.  Yes, all over.

04:29PM 17   Q.  And this is the house on Hertel?

04:29PM 18   A.  Yes.

04:29PM 19   Q.  And what did you take it down to?

04:29PM 20   A.  Took it to 14 lights.

04:29PM 21   Q.  How many plants?

04:29PM 22   A.  It was about 12 to each light.  So, maybe 170 plants,

04:29PM 23   180.

04:29PM 24   Q.  And how -- how did -- how were you able to reduce the

04:29PM 25   number of plants and make that operation more profitable?

04:29PM    1    A.  Because they were inefficient.  They were probably making

04:29PM    2    about 10,000 every two and a half months.

04:29PM    3        And then when I did it, we were splitting around 70,000

04:29PM    4    every two and a half months.  Just efficiency.

04:29PM    5    Q.  More plants survive, less plants die.  That kind of

04:29PM    6    thing?

04:29PM    7    A.  Yes, correct.  When you have too many, you can't take

04:29PM    8    care of them all, so if you have less, you can attend to them

04:29PM    9    more so they produce more.

04:29PM   10    Q.  And I think earlier you said by 2013, 2014, you -- you

04:30PM   11    did the same thing at Lou Selva's house?

04:30PM   12    A.  Correct.

04:30PM   13    Q.  Describe the grow you set up there.

04:30PM   14    A.  I believe it was four lights there.

04:30PM   15    Q.  How many plants?

04:30PM   16    A.  Not -- probably about 50 to 60.

04:30PM   17    Q.  Total?

04:30PM   18    A.  Yes.

04:30PM   19    Q.  Who helped you set that up?

04:30PM   20    A.  Mike was there.  But, I mean, I did all the work.

04:30PM   21    Q.  Was Lou there as well?

04:30PM   22    A.  Yes.

04:30PM   23    Q.  And then how many plants were you -- did you set up for

04:30PM   24    the grow at Martino's house?

04:30PM   25    A.  That, I think we did six lights there.  So probably

04:30PM      1    around 100.

04:30PM      2    Q.  And what year did you set that grow up?

04:30PM      3    A.  It would say it was 2013 or '14.

04:30PM      4    Q.  Okay.  Within that same general timeframe of Selva's

04:31PM      5    grow?

04:31PM      6    A.  Correct.

04:31PM      7    Q.  Now, when you were talking with Masecchia about his

04:31PM      8    outdoor grows, you mentioned a moment ago he mentioned sort

04:31PM      9    of Franklinville/ Ellicottville area?

04:31PM     10    A.  Yes.

04:31PM     11    Q.  What -- and what information in that initial meeting did

04:31PM     12    he tell you about those grows?

04:31PM     13    A.  Not much, any specifics.

04:31PM     14    Q.  How did the marijuana make it from those grows initially

04:31PM     15    to you, to those outdoor grows?

04:31PM     16    A.  I believe -- the one time I helped them process it by

04:31PM     17    clipping it.  So he would clip it at his property on -- I

04:31PM     18    forgot what the address is.  But the Franklinville property.

04:31PM     19        And then once he would process it, he would drive it

04:31PM     20    back.

04:31PM     21    Q.  So is this in the -- still the 2008 timeframe?

04:31PM     22    A.  Yes.

04:31PM     23    Q.  So you did go to the property to help clip?

04:31PM     24    A.  Yeah.  Yes.  Not in 2007, but in 2008.  The fall of 2008.

04:32PM     25    Q.  Okay.  And so let's talk a little bit about that.

04:32PM   1          You start becoming involved in that regard in the outdoor

04:32PM   2    grows with Masecchia.  Tell the jury what the process is and

04:32PM   3    how it differs from an outdoor grow operation from an indoor

04:32PM   4    grow.

04:32PM   5    A.   The outdoor, you have to plant them in June, and then

04:32PM   6    they grow all through the summer.  You've got to water them

04:32PM   7    and make sure that there's not slugs and protect them from

04:32PM   8    the deer with different various fences and stuff like that.

04:32PM   9          And then you harvest them in October.  Late September,

04:32PM  10    early October.

04:32PM  11    Q.   Now, are there -- is there a difference in the quality

04:32PM  12    between the indoor and the outdoor marijuana?

04:32PM  13    A.   Yes, outdoor is lesser quality.

04:32PM  14    Q.   Are there more challenges to growing outdoors?

04:32PM  15    A.   Yes.

04:32PM  16    Q.   What are some of the challenges?

04:32PM  17    A.   The weather, mold, animals.  More exposed to law

04:32PM  18    enforcement.

04:32PM  19    Q.   When the plants have grown, do they need to be cut or

04:33PM  20    clipped?

04:33PM  21    A.   Yes.

04:33PM  22    Q.   Explain that part of the process.  So once the plant --

04:33PM  23    withdrawn.

04:33PM  24          Does the same cloning have to happen to transport plants

04:33PM  25    out into the ground?

04:33PM    1    A.  Yes.

04:33PM    2    Q.  So plants are cloned indoors?

04:33PM    3    A.  Correct.  They're grown indoors starting in April, and

04:33PM    4    then you grow them to about maybe a foot and a half high, and

04:33PM    5    then you transfer them outside.

04:33PM    6    Q.  Okay.  So that process of outdoor grows begins indoors in

04:33PM    7    April?

04:33PM    8    A.  Correct.

04:33PM    9    Q.  And it proceeds to outdoors by maybe June?

04:33PM   10    A.  Yes.

04:33PM   11    Q.  And then if the weather is good into October, you're

04:33PM   12    cutting down plants and clipping?

04:33PM   13    A.  Correct.

04:33PM   14    Q.  And when you're clipping, what are you -- what are you

04:33PM   15    clipping?

04:33PM   16    A.  Clipping the leaves off.  And just -- you finish with the

04:33PM   17    bud.  You take all the leaves, so you got just a bud at the

04:33PM   18    end.  And that's what you sell.

04:33PM   19    Q.  And just during this time period, were you still having

04:33PM   20    other indoor grows as part of your operation?

04:34PM   21    A.  Yes.

04:34PM   22    Q.  Were you still using 82 Sycamore or 608 Michigan as part

04:34PM   23    of your operation?

04:34PM   24    A.  Yes.

04:34PM   25    Q.  How would the -- how would the marijuana get transported

04:34PM 1    to you?  Or how would you get the Masecchia weed to

04:34PM 2    distribute in the Buffalo area?

04:34PM 3    A.  He would drive it to me.

04:34PM 4    Q.  Where would he deliver to you?

04:34PM 5    A.  Usually my house.

04:34PM 6    Q.  In '08, '09, 2010, where did you live?

04:34PM 7    A.  125 Huntington Court in Williamsville.

04:34PM 8    Q.  And then for -- for those outdoor marijuana grows to get

04:34PM 9    you the weed in 2011, '12, '13, '14, '15, '16, for those

04:34PM 10   years, would that weed get delivered to you at 697 Lebrun?

04:34PM 11   A.  Yes.  I think he might have taken a year off, a year or

04:35PM 12   two off in between that time too.

04:35PM 13   Q.  For the outdoor grow?

04:35PM 14   A.  Yes.

04:35PM 15   Q.  What year do you think that was?

04:35PM 16   A.  I'm not quite sure, maybe '12 and '13.

04:35PM 17   Q.  Well, that's two years, so --

04:35PM 18   A.  Yeah.  Between that, one of them two years.

04:35PM 19   Q.  One of those two years he was down?

04:35PM 20   A.  Yes.

04:35PM 21   Q.  Do you know why?

04:35PM 22   A.  I don't.

04:35PM 23   Q.  Is that an estimate?

04:35PM 24   A.  Yes, that's an estimate.

04:35PM 25   Q.  What did Masecchia tell you about who was involved in the

04:35PM 1 outdoor grow?

04:35PM 2 A. It was Lou.

04:35PM 3 Q. Selva?

04:35PM 4 A. Lou Selva. Dave Hersey. Some guy nicknamed Fat Ass.

04:35PM 5 And I'm not sure who else.

04:35PM 6 Q. Are these people that you met over time?

04:35PM 7 A. Yes.

04:35PM 8 Q. As you grew closer -- so the initial meeting setting this

04:35PM 9 up is in 2007. Is that in anticipation of the grow season in

04:36PM 10 2008?

04:36PM 11 A. Yes. Well, I took marijuana from them in 2007. It was

04:36PM 12 in the fall, so he had marijuana.

04:36PM 13 Q. Okay. And then I guess you becoming the sole distributor

04:36PM 14 is looking forward in time from that meeting into the next

04:36PM 15 season?

04:36PM 16 A. Correct.

04:36PM 17 Q. Okay. By the time that next season rolled around, now

04:36PM 18 we're talking early 2008?

04:36PM 19 A. Yes.

04:36PM 20 Q. During that timeframe, were you becoming closer with

04:36PM 21 Mr. Masecchia?

04:36PM 22 A. Yes.

04:36PM 23 Q. Did there come a point in time when Mr. Masecchia told

04:36PM 24 you about a DEA agent named Joe Bongiovanni in or about 2008?

04:36PM 25 A. Yes.

04:36PM  1   Q.  What did Mr. Masecchia tell you about Joe Bongiovanni?

04:36PM  2   A.  He said that he grew up with him, and he said that Joe

04:36PM  3   would tell him to -- what to look out for, like surveillance

04:36PM  4   vehicles and stuff like that.

04:36PM  5   Q.  Did he tell you that Joe would -- would give him a

04:37PM  6   heads-up?

04:37PM  7   A.  Yes.

04:37PM  8   Q.  What did you understand that to mean?

04:37PM  9   A.  To see if there was an investigation on him.

04:37PM  10  Q.  Did that provide you a level of comfort?

04:37PM  11  A.  Yes.

04:37PM  12  Q.  Did you like the idea of the fact that Masecchia was

04:37PM  13  linked up with a DEA agent?

04:37PM  14  A.  Yes.

04:37PM  15  Q.  Why did you like that idea?

04:37PM  16  A.  Extra protection.

04:37PM  17  Q.  Did Masecchia tell you anything about Bongiovanni's

04:37PM  18  ability to go on the computer?

04:37PM  19  A.  Yes.

04:37PM  20  Q.  What did he say about that?

04:37PM  21  A.  He wasn't too specific.  Just that he had access to

04:37PM  22  information that he could punch in on a computer.

04:37PM  23  Q.  Aside from the fact that he told you he knew the

04:37PM  24  defendant, they were friends, and that the defendant would

04:38PM  25  look out, what else did Masecchia tell you about the nature

04:38PM 1   or extent of his relationship with Bongiovanni?

04:38PM 2   A.  He didn't say much more.

04:38PM 3   Q.  Did you know they had been friends for a long time?

04:38PM 4   A.  Yes, he said they --

04:38PM 5   Q.  That's what I'm asking.

04:38PM 6   A.  He said that he grew up with him.

04:38PM 7   Q.  Okay.  Now when you first learned about that

04:38PM 8   relationship, were you making payments --

04:38PM 9   A.  No.

04:38PM 10  Q.  -- to Masecchia to give to Bongiovanni?

04:38PM 11  A.  No.

04:38PM 12  Q.  Okay.  Based upon the people that Masecchia told you were

04:38PM 13  involved in the grow with him, Lou Selva, Dave Hersey, this

04:38PM 14  person Fat Ass, did you have an understanding of whether

04:38PM 15  those were also people who had grown up with Bongiovanni?

04:38PM 16  A.  That, I don't know.

04:38PM 17      Well, I knew that Lou Selva was best friends with him.

04:38PM 18  Q.  Okay.

04:38PM 19  A.  The other people, I -- I don't know.

04:38PM 20  Q.  Okay.  Did you visit the location of that grow?  You said

04:38PM 21  you clipped there, but did you go out there?

04:39PM 22  A.  I went out there to clip.  I didn't go to where they were

04:39PM 23  actually growing it, though.

04:39PM 24  Q.  Okay.  Explain the difference.  So you went to --

04:39PM 25  withdrawn.

04:39PM 1    Was the location you went to a location on Morgan Hollow

04:39PM 2 Road?

04:39PM 3 A.  Yes.

04:39PM 4 Q.  That was where you went to clip?

04:39PM 5 A.  Correct.

04:39PM 6 Q.  Whose property was that?

04:39PM 7 A.  That was Mike Masecchia's and -- I forgot.  His partner's

04:39PM 8 name is Suppa, John Suppa's brother.  I forgot what his first

04:39PM 9 name was.

04:39PM 10 Q.  Okay.  And so that's where the marijuana was ready to

04:39PM 11 clip and sort of get ready to cut it down to bud?

04:39PM 12 A.  Yes.

04:39PM 13 Q.  And bag up?

04:39PM 14 A.  Correct.

04:39PM 15 Q.  But was the actual grow somewhere in that area but not on

04:39PM 16 Suppa's exact land?

04:39PM 17 A.  Correct.

04:39PM 18 Q.  Explain that for the jury.  Where was the grow versus

04:39PM 19 where the clipping was?

04:39PM 20 A.  I'm not sure exactly where.  I know it was in the

04:39PM 21 vicinity.  But usually you don't clip it where you grow it

04:40PM 22 because, in case law enforcement comes, you don't want to

04:40PM 23 have it there any longer than you have to.

04:40PM 24    I mean, sometimes you do -- you do do it, but you try not

04:40PM 25 to.

04:40PM 1  Q.  So your understanding was the -- the -- the plants were

04:40PM 2  grown some -- somewhere near, but off -- off Suppa's

04:40PM 3  property?

04:40PM 4  A.  Correct.

04:40PM 5  Q.  And during this timeframe, 2008 timeframe, how many

04:40PM 6  plants were you growing -- I might have asked you this, and I

04:40PM 7  apologize if I did, but how many plants were you growing in

04:40PM 8  your warehouse?

04:40PM 9  A.  It depends if my brother was helping me, because he was a

04:40PM 10  felon.  I would do 99 because of the federal guidelines.

04:40PM 11      But sometimes he wouldn't help me, so I'd do more if he

04:40PM 12  wasn't helping me.

04:40PM 13  Q.  Why did you limit it to 99 if your brother was helping

04:40PM 14  you?  Explain that for the jury.

04:41PM 15  A.  Because my brother is a felon.  And federally, any

04:41PM 16  plants -- if you have plants over 100, it's a mandatory

04:41PM 17  minimum of five years.

04:41PM 18  Q.  And so you tried to keep that under 100 if your brother

04:41PM 19  was involved?

04:41PM 20  A.  Correct, because he was already a prior felon.

04:41PM 21  Q.  And if he wasn't helping you with a particular grow, how

04:41PM 22  many plants would you grow?

04:41PM 23  A.  Double that.

04:41PM 24  Q.  Almost 200?

04:41PM 25  A.  Yes.

04:41PM    1    Q.  So this is overlapping with the outdoor grows that you're

04:41PM    2    selling Masecchia's marijuana?

04:41PM    3    A.  Correct.

04:41PM    4    Q.  How many -- generally speaking, how many indoor grow

04:41PM    5    cycles could you get in an year?

04:41PM    6    A.  You could do to two to three if you don't do it in the --

04:41PM    7    it's -- it's tough in the summertime because of the heat.

04:41PM    8        If you cut down the amount of lights, you can still do it

04:41PM    9    in the summer, but to me it wasn't worth it.

04:42PM   10    Q.  So on average, two to three grow cycles indoors in the

04:42PM   11    summer?

04:42PM   12    A.  In the winter.

04:42PM   13    Q.  In the winter?

04:42PM   14    A.  Correct.

04:42PM   15    Q.  So two to three per year --

04:42PM   16    A.  Yeah.

04:42PM   17    Q.  -- indoors, and then one cycle outdoors?

04:42PM   18    A.  Yes.

04:42PM   19    Q.  Now, in 2008, in addition to your properties where you

04:42PM   20    were growing marijuana, the Suppa property, and the outdoor

04:42PM   21    grow, were you also obtaining bulk marijuana that was getting

04:42PM   22    sort of transported into this area through Mark Kagan?

04:42PM   23    A.  Yes.

04:42PM   24    Q.  I think earlier you mentioned how you met Mark Kagan.

04:42PM   25    Can you remind the jury?

04:42PM    1    A.   Through Mike Piazza.

04:42PM    2    Q.   And who is Mike Piazza?

04:42PM    3    A.   Someone I knew from North Buffalo.

04:42PM    4    Q.   Is he someone who's also friends with Anthony Gerace, if

04:42PM    5    you know?

04:42PM    6    A.   That, I -- I don't know.  I mean, he probably knows him,

04:42PM    7    but --

04:42PM    8    Q.   Is he someone who's friends with Lou Selva, if you know?

04:43PM    9    A.   No.  He's -- he's a lot -- I want to say he's, like, five

04:43PM   10    years younger than me.

04:43PM   11    Q.   Okay.  In any event, how much marijuana were you getting

04:43PM   12    through Mark Kagan?

04:43PM   13    A.   50 pounds a month.

04:43PM   14    Q.   How frequently?

04:43PM   15    A.   Once a month.

04:43PM   16    Q.   I'm sorry about that.

04:43PM   17         For what price?

04:43PM   18    A.   I believe it was around 3,700.

04:43PM   19    Q.   Per pound?

04:43PM   20    A.   Correct.

04:43PM   21    Q.   And what were you turning it around and selling it for?

04:43PM   22    A.   Anywhere between 4- to 42-.

04:43PM   23    Q.   What would the -- what accounts for the variance in your

04:43PM   24    pricing, the 4,000 to 4,200 per month?

04:43PM   25    A.   It depends on how much someone is taking, and what

04:43PM 1    they're willing to pay.

04:43PM 2    Q.  Were you supplying it to a large number of your

04:43PM 3    distributors, people working with you?

04:44PM 4    A.  Yes.

04:44PM 5    Q.  How were you -- what was the transportation method of

04:44PM 6    acquiring the marijuana in this 2008 timeframe from Mark

04:44PM 7    Kagan?

04:44PM 8    A.  He would drive it from me -- drive it to me from New York

04:44PM 9    City.

04:44PM 10   Q.  So did you know exactly when he was leaving and exactly

04:44PM 11   when he should arrive?

04:44PM 12   A.  Correct.

04:44PM 13   Q.  Where would you meet Mark Kagan?

04:44PM 14   A.  He would usually come right to my house.

04:44PM 15   Q.  At that time, you were at 125 Huntington Court?

04:44PM 16   A.  Correct.

04:44PM 17   Q.  After you got it in town, what did you need to do to get

04:44PM 18   it ready for sale?

04:44PM 19   A.  Usually just sold it.  Or if it -- if there was --

04:44PM 20   sometimes when you get it, it's over maybe a quarter ounce or

04:44PM 21   an ounce over, so I would take it out because that's extra

04:44PM 22   money.

04:44PM 23   Q.  So for every pound he brought you, would you reweigh

04:44PM 24   it --

04:44PM 25   A.  Yes.

04:44PM  1   Q.  -- to see what actually it was?

04:45PM  2   A.  Yes.

04:45PM  3   Q.  Why would you do that?

04:45PM  4   A.  Well, you know, to make sure it was on or if it was over,

04:45PM  5   to take the overage out so I can make more money.

04:45PM  6   Q.  What do you mean by that?  Explain that for the jury.

04:45PM  7   A.  Say you have 50 pounds and then it's 50 ounces.

04:45PM  8   That's -- what's that?  Roughly an extra, like, maybe 3 or 4

04:45PM  9   pounds.  And at almost $4,000 a pound, that's an extra

04:45PM 10   $12,000 each time.

04:45PM 11   Q.  So you would take -- if -- if there was a certain pound

04:45PM 12   that was over by a little bit, you would take that out?

04:45PM 13   A.  Yes.

04:45PM 14   Q.  And you would go through all the different pounds and do

04:45PM 15   that?

04:45PM 16   A.  Correct.

04:45PM 17   Q.  And then see how much more you got?

04:45PM 18   A.  Correct.

04:45PM 19   Q.  Would you package that up in its own packaging?

04:45PM 20   A.  Yes.

04:45PM 21   Q.  And then sell it?

04:45PM 22   A.  Correct.

04:45PM 23   Q.  Did you apply that level of detail to every shipment?

04:45PM 24   A.  Yes.

04:45PM 25   Q.  Would you have people that helped you get it ready for

04:45PM 1    sale?

04:45PM 2    A.  Yes.

04:45PM 3    Q.  Who were some of those people?

04:45PM 4    A.  Mark Falzone, Matt LoTempio, Jacob Martinez, Anthony

04:45PM 5    Greco?

04:46PM 6    Q.  When you were selling it to people for distribution, were

04:46PM 7    you fronting it?  Or were you making people pay you up front?

04:46PM 8    A.  On the most part, I was fronting it.  Some people paid

04:46PM 9    cash.

04:46PM 10   Q.  Did you have a recurring network of customers?

04:46PM 11   A.  Yes.

04:46PM 12   Q.  Were your customers people who were smoking it or

04:46PM 13   reselling it?

04:46PM 14   A.  Reselling it.

04:46PM 15   Q.  As you're dealing with Kagan getting this 50 pounds in

04:46PM 16   per month, you still have your own grows on and you're still

04:46PM 17   in grows with Masecchia?

04:46PM 18   A.  Yes.

04:46PM 19   Q.  During that timeframe, would -- when Masecchia wanted

04:46PM 20   more marijuana to distribute, if that circumstance arose,

04:46PM 21   would you supply him?

04:46PM 22   A.  Yes.

04:46PM 23   Q.  How did you and Kagan communicate and coordinate these

04:47PM 24   drop-offs?

04:47PM 25   A.  Through prepaid cell phones, called burner phones.

04:47PM    1    Q.  Why did you use prepaid cell phones?

04:47PM    2    A.  Because it's non traceable.

04:47PM    3    Q.  In other words, if someone's looking into that phone

04:47PM    4    number, it doesn't have your name associated with it?

04:47PM    5    A.  Correct.

04:47PM    6    Q.  Okay.  Approximately how long did Mark Kagan supply you

04:47PM    7    in the manner you've just described?

04:47PM    8    A.  Probably until 2011.

04:47PM    9    Q.  And were you consistently looking for additional and

04:47PM    10   alternate suppliers?

04:47PM    11   A.  Yes.

04:47PM    12   Q.  Was it your idea that the more product you could bring

04:47PM    13   in, the more product you could move?

04:47PM    14   A.  Yes.

04:48PM    15   Q.  Did those sources of supply and the grows that we've just

04:48PM    16   discussed, Mark Kagan, did that continue in 2009?

04:48PM    17   A.  Yes.

04:48PM    18   Q.  Did your operations with Masecchia continue in 2009?

04:48PM    19   A.  Yes.

04:48PM    20   Q.  So we've just gone through two years, roughly, right,

04:48PM    21   2008 and 2009.  Based upon what you were paying and

04:48PM    22   distributing in the different indoor grow at Suppa's house

04:48PM    23   that you had going on, what would you estimate Masecchia's

04:48PM    24   yearly share of the proceeds were from your drug operations

04:48PM    25   each year, 2008 and 2009?

04:48PM 1    A.  Say at least 100- or $150,000.

04:48PM 2    Q.  Per year?

04:48PM 3    A.  Yes.

04:48PM 4    Q.  Now, from that point in time in your operations with

04:48PM 5    Masecchia, so '08, '09, you just estimated 100- to $150,000,

04:49PM 6    from there, did his profits increase over time working with

04:49PM 7    you?

04:49PM 8    A.  Yes.

04:49PM 9    Q.  Did your profits increase?

04:49PM 10   A.  Yes.

04:49PM 11   Q.  Did you guys have a good working relationship?

04:49PM 12   A.  We did.

04:49PM 13   Q.  Did you ever get in any big blowouts or fights?

04:49PM 14   A.  No.

04:49PM 15   Q.  If you know, was Masecchia able to purchase property out

04:49PM 16   of state?

04:49PM 17   A.  I believe he purchased a condo in Florida.

04:49PM 18   Q.  Do you know whether he put it in his name or his parents'

04:49PM 19   name?

04:49PM 20   A.  That, I'm not sure.

04:49PM 21   Q.  Now, after a little while, those -- those sort of first

04:50PM 22   two years we just talked about, did there come a point in

04:50PM 23   time -- well, withdrawn.

04:50PM 24       You did not grow up with Joseph Bongiovanni; is that

04:50PM 25   right?

04:50PM 1  A.  No.

04:50PM 2  Q.  As you started making money, were -- were your operations

04:50PM 3  getting larger?

04:50PM 4  A.  Yes.

04:50PM 5  Q.  Did there come a point in time where you had a discussion

04:50PM 6  with Masecchia about making monetary payments to Bongiovanni

04:50PM 7  through Mike Masecchia?

04:50PM 8  A.  Yes.

04:50PM 9  Q.  Where did you first have that conversation with

04:50PM 10  Masecchia?

04:50PM 11  A.  It was at my house, in my garage at 125 Huntington Court.

04:50PM 12  Q.  Were you two the only ones there?

04:50PM 13  A.  Yes.

04:50PM 14  Q.  How did that conversation first come up?

04:50PM 15  A.  He just said how that Joe's willing to give information

04:51PM 16  for money, to look out for us and make sure we're not under

04:51PM 17  investigation and let us know about potential people

04:51PM 18  cooperating against us.

04:51PM 19  Q.  By that point in time, had some friends of yours or some

04:51PM 20  people you know gotten caught up in a federal, like, roundup?

04:51PM 21  A.  Yes.

04:51PM 22  Q.  Who were some of the people you knew had been caught up

04:51PM 23  in a federal roundup?

04:51PM 24  A.  Dave Gambino and Sam Vacanti.

04:51PM 25  Q.  Now, that name Sam Vacanti, is he related to that Mario

04:51PM    1    Vacanti who was -- who you mentioned earlier was ultimately

04:51PM    2    moving marijuana with you?

04:51PM    3    A.  Yes, that's his brother.

04:52PM    4    Q.  Okay.  Can you, in as much detail as you can, and I'll

04:52PM    5    ask some followups, describe for this jury that conversation

04:52PM    6    with Masecchia in your garage, please.

04:52PM    7        As much of it as you can remember, and then I'll follow

04:52PM    8    up.

04:52PM    9    A.  He said that for 2,000 a month, that Joe would make sure

04:52PM   10    that we weren't being under investigation, check phones, and

04:52PM   11    let us know about any possible informants.

04:52PM   12        And then I asked him to ask about how -- because I'm sure

04:52PM   13    there was, like, tons of informants.  So, like, how would he

04:52PM   14    be able to cover it all?

04:52PM   15        And Mike said that he would ask him, but he never got

04:52PM   16    back to me on that though.

04:52PM   17    Q.  At that point, you didn't get an explanation as to how he

04:52PM   18    would be able to do it?

04:52PM   19    A.  Well, about the informants?  No.  Just that he could tell

04:52PM   20    by going on the computer or something.

04:53PM   21    Q.  Did Masecchia come back and explain to you how the

04:53PM   22    defendant would check phones?

04:53PM   23    A.  He said we would run it through some system or something.

04:53PM   24    Q.  Did you -- did you -- what was your understanding of what

04:53PM   25    Masecchia meant when he said check phones?

04:53PM  1   A.  See if they were tapped.

04:53PM  2   Q.  Now, even though you used burner phones, did you have a

04:53PM  3   main cell phone that you kept?

04:53PM  4   A.  Yes.

04:53PM  5   Q.  Did you want to make sure that phone was not being

04:53PM  6   tapped?

04:53PM  7   A.  Yes.

04:53PM  8   Q.  At that point, did Masecchia tell you anything about how

04:53PM  9   frequently the $2,000 would -- would be paid?

04:53PM  10  A.  Monthly.

04:53PM  11  Q.  At that point, did Masecchia explain to you or tell you

04:53PM  12  how the information would be reported from Bongiovanni back

04:54PM  13  to you?

04:54PM  14  A.  Well, usually Lou -- Lou was good friends with him and

04:54PM  15  around him all the time, so that information would flow

04:54PM  16  through Lou.

04:54PM  17  Q.  Did you agree to this arrangement?

04:54PM  18  A.  Yes.

04:54PM  19  Q.  Did you complain about having to pay?

04:54PM  20  A.  No.

04:54PM  21  Q.  Did it seem like a good deal to you?

04:54PM  22  A.  It did.

04:54PM  23  Q.  Was $2,000 a month a lot of money for -- for -- for you

04:54PM  24  at that time?

04:54PM  25  A.  No.

04:54PM 1   Q.  Who came up with the price per month as far as you

04:54PM 2   understand it?

04:54PM 3   A.  I don't know if Joe came up with it or Mike, but Mike is

04:54PM 4   the one that presented it to me, so I don't know.

04:54PM 5   Q.  Did Mike explain to you who would -- who would actually

04:55PM 6   meet with Joseph Bongiovanni and pay him?

04:55PM 7   A.  No.

04:55PM 8   Q.  Did you know who you would hand the money to?

04:55PM 9   A.  Yes.  Mike Masecchia.

04:55PM 10  Q.  At that point, did you think formalizing or having the

04:55PM 11  defendant on formal payroll was good for business?

04:55PM 12  A.  Yes.

04:55PM 13  Q.  Why?

04:55PM 14  A.  To avoid arrest.

04:55PM 15  Q.  If he was providing information to Masecchia before, as

04:55PM 16  you explained, why pay him?

04:55PM 17  A.  That, I don't know.

04:55PM 18  Q.  Do you know who came up with it?

04:55PM 19  A.  That, I don't know.

04:55PM 20  Q.  Did you feel as though if you were paying the defendant,

04:56PM 21  he was more committed to the arrangement?

04:56PM 22  A.  Yes.

04:56PM 23  Q.  Was that a comforting feeling for you?

04:56PM 24  A.  Yes.

04:56PM 25  Q.  Is that how it started?

04:56PM    1   A.   Yes.

04:56PM    2      **MR. TRIPI:**  Is this a good breaking point for the

04:56PM    3   day, Judge?

04:56PM    4      **THE COURT:**  Sure.

04:56PM    5      So, folks, we will break for the day.

04:56PM    6      Remember my instructions.  Don't use tools of

04:56PM    7   technology for any reason at all, either to learn about the

04:56PM    8   case or communicate about the case.  If the case finds its way

04:56PM    9   to TV or radio or newspapers or the internet, don't watch or

04:56PM   10   read or listen to any of it.

04:56PM   11      Don't communicate about the case in any way

04:56PM   12   whatsoever with anyone, including each other.  And don't make

04:56PM   13   up your mind until you start deliberating.

04:56PM   14      We'll see you tomorrow morning at 9:30.  Again, we're

04:56PM   15   down Wednesday and Thursday, and then back Friday at 9:30.

04:57PM   16      Drive carefully.  Get a good night's sleep.  See you

04:57PM   17   tomorrow morning.

04:57PM   18      (Jury excused at 4:57 p.m.)

04:57PM   19      **THE COURT:**  Okay.  Anything before we break from the

04:57PM   20   government?

04:57PM   21      **MR. COOPER:**  Yes, Judge, but I think maybe it's best

04:57PM   22   practice just to excuse the witness and --

04:57PM   23      **THE COURT:**  Sure.

04:57PM   24      Mr. Serio, you can -- you can leave.  Thank you.

04:57PM   25      **MR. COOPER:**  Thanks, Judge.

04:57PM   1            **MR. TRIPI:**  Mr. Serio, don't talk to anybody about

04:57PM   2    your testimony.

04:57PM   3            **THE COURT:**  Thank you, Mr. Tripi.

04:57PM   4            **MR. TRIPI:**  You're welcome.

        5            (Witness excused at 4:58 p.m.)

        6            (Excerpt concluded at 4:58 p.m.)

        7            *     *     *     *     *     *     *

        8

        9

       10

       11

       12            **CERTIFICATE OF REPORTER**

       13

       14            In accordance with 28, U.S.C., 753(b), I

       15    certify that these original notes are a true and correct

       16    record of proceedings in the United States District Court for

       17    the Western District of New York on September 16, 2024.

       18

       19                    s/ Ann M. Sawyer
                             Ann M. Sawyer, FCRR, RPR, CRR
       20                    Official Court Reporter
                             U.S.D.C., W.D.N.Y.

       21

       22

       23

       24

       25

1

2                 **TRANSCRIPT INDEX**

3    **EXCERPT - EXAMINATION OF RONALD SERIO - DAY 1**

4                 **SEPTEMBER 16, 2024**

5

6

7    **W I T N E S S**                        **P A G E**

8    **R O N A L D   S E R I O**                2

9       DIRECT EXAMINATION BY MR. TRIPI:         2

10

11

12   **E X H I B I T S**                       **P A G E**

13    GOV Exhibits 51A-1 through 51A-6           64

14    GOV Exhibits 296A and 296B                 68

15

16

17

18

19

20

21

22

23

24

25