```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK
 2
   _____
 3 UNITED STATES OF AMERICA,
                                          Case No. 1:19-cr-227
 4                  Plaintiff,                     1:23-cr-37
   v.                                                   (LJV)
 5
   PETER GERACE, JR.,                      December 16, 2024
 6
                    Defendant.
 7 _____

       TRANSCRIPT EXCERPT - EXAMINATION OF BRIAN BURNS - DAY 1
 8            BEFORE THE HONORABLE LAWRENCE J. VILARDO
                   UNITED STATES DISTRICT JUDGE
 9
   APPEARANCES:      TRINI E. ROSS, UNITED STATES ATTORNEY
10                   BY: JOSEPH M. TRIPI, ESQ.
                         NICHOLAS T. COOPER, ESQ.
11                       CASEY L. CHALBECK, ESQ.
                     Assistant United States Attorneys
12                   Federal Centre, 138 Delaware Avenue
                     Buffalo, New York 14202
13                   For the Plaintiff

14                   THE FOTI LAW FIRM, P.C.
                     BY: MARK ANDREW FOTI, ESQ.
15                   16 West Main Street, Suite 100
                     Rochester, New York 14614
16                      And
                     SOEHNLEIN LAW
17                   BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                     350 Main Street, Suite 2100
18                   Buffalo, New York 14202
                     For the Defendant
19
   PRESENT:          KAREN A. CHAMPOUX, USA PARALEGAL
20                   BRIAN A. BURNS, FBI SPECIAL AGENT
                     MARILYN K. HALLIDAY, HSI SPECIAL AGENT
21                   OLIVIA A. PROIA, J.D., PARALEGAL

22 LAW CLERK:        REBECCA FABIAN IZZO, ESQ.

23 COURT CLERK:      COLLEEN M. DEMMA

24 REPORTER:         ANN MEISSNER SAWYER, FCRR, RPR, CRR
                     Robert H. Jackson Courthouse
25                   2 Niagara Square Buffalo, New York 14202
                     Ann_Sawyer@nywd.uscourts.gov
```

05:03PM

| | | |
|---|---|---|
| 05:03PM | 1 | (Excerpt commenced at 5:03 p.m.) |
| 05:03PM | 2 | (Jury seated at 5:03 p.m.) |
| 05:03PM | 3 | **THE COURT:**  The record will reflect all our jurors |
| 05:03PM | 4 | are present. |
| 05:03PM | 5 | The government may call its next witness. |
| 05:03PM | 6 | **MR. TRIPI:**  We call Special Agent Brian Burns of the |
| 05:03PM | 7 | FBI, Your Honor. |
| 05:03PM | 8 | |
| 05:03PM | 9 | **B R I A N   B U R N S**, having been duly called and sworn, |
| 05:04PM | 10 | testified as follows: |
| 05:04PM | 11 | **MR. TRIPI:**  May I proceed, Judge? |
| 05:04PM | 12 | **THE COURT:**  You may. |
| 05:04PM | 13 | |
| 05:04PM | 14 | **DIRECT EXAMINATION BY MR. TRIPI:** |
| 05:04PM | 15 | Q.  Good afternoon, Special Agent Burns. |
| 05:04PM | 16 | A.  Good afternoon. |
| 05:04PM | 17 | Q.  Special Agent Burns, can you tell the jury a little bit |
| 05:04PM | 18 | about where you're from, and your educational background, |
| 05:04PM | 19 | please? |
| 05:04PM | 20 | A.  I'm born in Buffalo, raised predominantly in Tonawanda, |
| 05:04PM | 21 | and then moved back to Buffalo and joined the FBI. |
| 05:04PM | 22 | Q.  All right.  Describe your educational background for the |
| 05:04PM | 23 | jury. |
| 05:04PM | 24 | A.  I have a bachelor's of science in pharmacy.  I was |
| 05:04PM | 25 | actually a licensed pharmacist in the State of New York, and |

05:04PM    1    I still am licensed, I don't practice.

05:04PM    2      And then I received a masters in business administration.

05:04PM    3    Q.  And where did you get those degrees from?

05:04PM    4    A.  Both from the University of Buffalo.

05:04PM    5    Q.  How long did you work as a licensed pharmacist?

05:04PM    6    A.  From '94 until about '98.

05:04PM    7    Q.  After that, and around 1998, did you begin the process of

05:04PM    8    becoming an FBI agent?

05:05PM    9    A.  Yeah.  I applied in '97.  There was a series of steps in

05:05PM   10    there.  And then I entered on duty October 26th of 1998.

05:05PM   11    Q.  Very briefly, describe the process of becoming an FBI

05:05PM   12    agent for the jury.  I think you might be the first FBI agent

05:05PM   13    who's actually -- oh, second, sorry about that.

05:05PM   14    A.  It's a -- it's -- back then it was four months.  You

05:05PM   15    actually stay in kind of like a dorm setting at the Marine

05:05PM   16    base at Quantico, Virginia.  And really they teach you just

05:05PM   17    about everything that you need to know from, you know, how

05:05PM   18    to -- constitutional law, how to effect an arrest, how to

05:05PM   19    execute a search warrant, interview techniques, the different

05:05PM   20    crime prob -- the different -- both foreign and

05:05PM   21    counterintelligence, criminal statutes, surveillance, just

05:05PM   22    really all the different tools that you're -- you -- you need

05:05PM   23    to successfully become an FBI agent.

05:06PM   24    Q.  After you -- is that academy in Quantico, Virginia?

05:06PM   25    A.  Yes, it is.

05:06PM | 1 | Q. After you graduated from the FBI Academy in Quantico, did

05:06PM | 2 | you receive your first assignment in the field somewhere?

05:06PM | 3 | A. Yes, I was assigned to Memphis, Tennessee, the FBI office

05:06PM | 4 | there.

05:06PM | 5 | Q. How long were you an FBI agent in Memphis, Tennessee?

05:06PM | 6 | A. From '99 until about 2008. I had some trials, so I kind

05:06PM | 7 | of went back and forth for a couple years.

05:06PM | 8 | Q. So almost ten years?

05:06PM | 9 | A. About ten years.

05:06PM | 10 | Q. What types of cases did you work when you were in Memphis

05:06PM | 11 | primarily?

05:06PM | 12 | A. When I initially started, I worked predominantly

05:06PM | 13 | narcotics investigations. And then I kind of segued to

05:06PM | 14 | corruption-type matters, particularly like law enforcement

05:06PM | 15 | corruption. Law enforcement would also be involved. Usually

05:06PM | 16 | they related to narcotics. And then I kind of started

05:06PM | 17 | working public officials, elected officials. And I've done

05:06PM | 18 | some frauds along the way, and a couple civil rights cases,

05:07PM | 19 | but --

05:07PM | 20 | Q. All right. After -- after that stint in Memphis working

05:07PM | 21 | narcotics and corruption-related cases, did you make your way

05:07PM | 22 | back to Buffalo?

05:07PM | 23 | A. Yes. I had an opportunity to get back home. So in 1998,

05:07PM | 24 | I actually started on January 1999, I started in the -- with

05:07PM | 25 | the Buffalo office, but out of the Niagara Falls they had a

05:07PM    1    small office.

05:07PM    2    Q.  You're in the '90s again.  Did you mean to say 2000s?

05:07PM    3    A.  2000, sorry.

05:07PM    4    Q.  Please, go ahead.

05:07PM    5    A.  Yeah, sorry.  So it was 2008 I got back.  And I was

05:07PM    6    initially assigned to the Niagara Falls resident agency, it's

05:07PM    7    a small office up in the Falls.

05:07PM    8    Q.  Does that exist anymore?

05:07PM    9    A.  No, they closed it down as the population of Niagara

05:07PM   10    Falls has gotten smaller.

05:07PM   11    Q.  At that point, did you move to the Buffalo office here?

05:07PM   12    A.  Yes, I did.

05:07PM   13    Q.  What types of cases have you been assigned to work on

05:08PM   14    since you returned to, we'll call it, Niagara Falls/Buffalo

05:08PM   15    area?

05:08PM   16    A.  Predominantly I've been on the white collar squad the

05:08PM   17    whole time, and predominantly working public corruption

05:08PM   18    matters.

05:08PM   19    Q.  Not to fast forward too much, but is that what ultimately

05:08PM   20    gets you involved in this case as it related to Special Agent

05:08PM   21    Joseph Bongiovanni?

05:08PM   22    A.  Yes, that's why I was -- ended up here.

05:08PM   23    Q.  Throughout your work in Buffalo and Memphis, have many of

05:08PM   24    your corruption cases that you've investigated still had some

05:08PM   25    type of nexus to narcotics in the kinds of cases you worked

05:08PM    1    in the beginning of your career?

05:08PM    2    A.  Yeah.  A lot of the corruption cases I had involved with

05:08PM    3    narcotics and law enforcement officers.

05:08PM    4    Q.  Other than your sort of stint in Quantico for training

05:08PM    5    and your about ten years in Memphis, Tennessee, do you

05:08PM    6    consider yourself a lifelong member of this community?

05:08PM    7    A.  Yes.  I've always been a Buffalo guy.  I was happy to get

05:08PM    8    back home.

05:08PM    9    Q.  Sometime in 2019, did you become involved in the public

05:09PM   10    corruption investigation as it related to former DEA Special

05:09PM   11    Agent Joseph Bongiovanni?

05:09PM   12    A.  Yes, I did.

05:09PM   13    Q.  Approximately when did you start becoming involved in

05:09PM   14    that?

05:09PM   15    A.  In January of 2019, I was -- we had a briefing at the

05:09PM   16    United States Attorney's Office.

05:09PM   17    Q.  And by "briefing," is that just sort of a meeting where

05:09PM   18    you began to familiarize yourself with what had happened up

05:09PM   19    to that point?

05:09PM   20    A.  Yeah, I was requested to attend that along with our

05:09PM   21    executive management at my office, a couple -- another agent,

05:09PM   22    a couple agents on my squad, our supervisor, and we met with

05:09PM   23    HSI, I met with executive management from the U.S. Attorney,

05:09PM   24    first assistant, so executive management from the U.S.

05:09PM   25    Attorney's Office.  And then we were briefed up from our HSI

USA v Gerace - Burns - Tripi/Direct - 12/16/24

7

| | | |
|---|---|---|
| 05:09PM | 1 | partners. |
| 05:09PM | 2 | Q.  At that point, was Homeland Security, HSI Investigations, |
| 05:09PM | 3 | essentially the lead agency that was working with the |
| 05:10PM | 4 | Department of Justice Office of Inspector General up to that |
| 05:10PM | 5 | point? |
| 05:10PM | 6 | A.  Up to that point, yes. |
| 05:10PM | 7 | Q.  Now, locally, does typically the FBI investigate public |
| 05:10PM | 8 | corruption? |
| 05:10PM | 9 | A.  It's kind of one of our first criminal priority. |
| 05:10PM | 10 | Q.  So that's when you were basically brought in? |
| 05:10PM | 11 | A.  Yeah, it made sense to kind of -- for us to get involved. |
| 05:10PM | 12 | Q.  I'd like to fast forward to June of -- June 6th of 2019. |
| 05:10PM | 13 | By that point in time, had agents you were working with with |
| 05:10PM | 14 | HSI, specifically Special Agent Curtis Ryan, obtained a |
| 05:10PM | 15 | search warrant -- federal search warrant to search the |
| 05:10PM | 16 | residence of Joseph Bongiovanni? |
| 05:10PM | 17 | A.  Yes, they had. |
| 05:10PM | 18 | Q.  Did you participate in the search warrant executed at |
| 05:10PM | 19 | Bongiovanni's house that day? |
| 05:10PM | 20 | A.  Yes, I did. |
| 05:10PM | 21 | Q.  Other than sort of getting briefed on what had been done, |
| 05:10PM | 22 | was that essentially your first investigative actions in the |
| 05:10PM | 23 | case? |
| 05:10PM | 24 | A.  Yeah, it was the first kind of, like, more involvement in |
| 05:10PM | 25 | the case.  The other part had been just background. |

05:11PM    1    Q.   Okay.  My question might have been poorly phrased, but

05:11PM    2    was it the first large event you were present for?

05:11PM    3    A.   Yes, first significant investigative activity involving

05:11PM    4    this case that I was a part of.

05:11PM    5    Q.   Were there other agents who were leading the

05:11PM    6    investigation to that point?  Did it include Special Agents

05:11PM    7    Curtis Ryan and Marilyn Halliday with HSI, and Dave Carpenter

05:11PM    8    from DOJ OIG at that time?

05:11PM    9    A.   Yes.

05:11PM   10    Q.   At that search warrant, what was your role?

05:11PM   11    A.   I did some inter -- I interviewed Joseph Bongiovanni's

05:11PM   12    wife, Lindsay.  Their son was present.  I did do a tertiary

05:11PM   13    search, but I was not part of the search team.  I was

05:11PM   14    predominantly interviewing Mrs. Bongiovanni.

05:11PM   15    Q.   You were in and out of the house?

05:11PM   16    A.   Yes.

05:11PM   17    Q.   You were in and out of various rooms in the house?

05:11PM   18    A.   Yes.  But I wasn't the actual person looking and

05:11PM   19    searching, so I spoke to her outside, and we spoke inside.

05:11PM   20    She directed me to some areas in the house or some of the

05:12PM   21    evidence that would have been seized pursuant to the search

05:12PM   22    warrant.  So she helped identify --

05:12PM   23    Q.   Generally, what were Special Agents Ryan and Carpenter

05:12PM   24    doing?

05:12PM   25    A.   They were sitting at the kitchen table interviewing

USA v Gerace - Burns - Tripi/Direct - 12/16/24

9

05:12PM    1    Mr. --

05:12PM    2    Q.  Dining room table?

05:12PM    3    A.  Kind of dining room/kitchen, sort of over to the right.

05:12PM    4    Q.  Open floor plan?

05:12PM    5    A.  Open floor plan, so I -- yeah.  So there was a table,

05:12PM    6    they were both sitting at it, and they were both interviewing

05:12PM    7    Mr. Bongiovanni.

05:12PM    8    Q.  Were you at -- were you present at the location when a

05:12PM    9    DEA evidence box was recovered in the basement --

05:12PM    10         **MR. FOTI:**  Objection.

05:12PM    11         **BY MR. TRIPI:**

05:12PM    12    Q.  -- and then brought upstairs at some point where Special

05:12PM    13    Agent Ryan and Carpenter were interviewing Bongiovanni?

05:12PM    14    A.  Yes.

05:12PM    15         **MR. FOTI:**  Objection.  Can we approach?

05:12PM    16         **THE COURT:**  Yeah, come on up.

05:12PM    17         (Sidebar discussion held on the record.)

05:12PM    18         **MR. FOTI:**  I will withdraw the objection to that

05:12PM    19    specific question, but I think where it's going is something

05:13PM    20    that we've already -- I could be wrong, but I think it's going

05:13PM    21    somewhere that we've already addressed this with an earlier

05:13PM    22    witness.  The government wanted to get into the contents of

05:13PM    23    that box, which primarily relates to the Serio conspiracy.

05:13PM    24    The Court had denied --

05:13PM    25         **THE COURT:**  And I let the government get into some

05:13PM    1    contents and --

05:13PM    2         **MR. TRIPI:**  Yeah, in my -- in my December 3rd

05:13PM    3    briefing, I circled back, and I've identified two documents

05:13PM    4    that I want to get into evidence through this witness.  And

05:13PM    5    one is a DARTS email that links to -- it's one email thread,

05:13PM    6    several pages, it links to both Anthony Gerace and Hot Dog,

05:13PM    7    which I think I've linked up in this trial.

05:13PM    8         And the other document is OCDETF report that links up

05:13PM    9    to Frank Tripi, who I think I've linked up in this trial and

05:13PM    10    will further, because he'll explain the phone records.

05:13PM    11         So those are the only two.  I've submarked them.

05:13PM    12    I've sent those over.

05:13PM    13         So, one of the concerns was all the documents.  I've

05:13PM    14    isolated two.

05:13PM    15         **THE COURT:**  Yeah, I understand.

05:14PM    16         **MR. TRIPI:**  Okay.  So --

05:14PM    17         **MR. FOTI:**  I -- I guess I don't really have a

05:14PM    18    strong -- even though I do have an argument against Anthony

05:14PM    19    Gerace, I understand that there's been testimony about that.

05:14PM    20    I think Frank Tripi and Hot Dog, it really comes down to their

05:14PM    21    contacts in both the phones.

05:14PM    22         **THE COURT:**  The Anthony Gerace document is the same

05:14PM    23    as the --

05:14PM    24         **MR. TRIPI:**  It's in the same, yeah, they're both on

05:14PM    25    one document.  It might be like a four- or five-page document.

05:14PM  1      **THE COURT:**  Frank Tripi, it's the OCDETF.

05:14PM  2      **MR. TRIPI:**  It's the OCDETF form, yeah.

05:14PM  3      **THE COURT:**  Yes, it's an organized --

05:14PM  4      **MR. TRIPI:**  Yes.

05:14PM  5      **THE COURT:**  -- crime form, you certainly can --

05:14PM  6      **MR. TRIPI:**  And it is charged overt acts.

05:14PM  7      **THE COURT:**  Those two things, but that's it.

05:14PM  8      **MR. TRIPI:**  That's all I'm going for.

05:14PM  9      **MR. FOTI:**  Okay.

05:14PM  10     (End of sidebar discussion.)

05:14PM  11     **MR. FOTI:**  I'll withdraw the objection, Judge.

05:14PM  12     **THE COURT:**  Okay.  Go ahead, next question.

05:14PM  13     Read it back, Ann.

05:14PM  14     (The above-requested testimony was then read by the

05:15PM  15  reporter.)

05:15PM  16     **MR. TRIPI:**  Okay.  I think you answered the question,

05:15PM  17  so I'll move on to the next question.

05:15PM  18        **BY MR. TRIPI:**

05:15PM  19  Q.  And as part of your involvement as a member of the

05:15PM  20  investigative team, you have reviewed that box as well as the

05:15PM  21  contents of it several times?

05:15PM  22  A.  Yes, I have.

05:15PM  23  Q.  And just for record purposes, the box and the file inside

05:15PM  24  the box is Exhibit Number 100; is that correct?

05:15PM  25  A.  The box is 100, correct.

05:15PM    1    Q.  The file in the box --

05:15PM    2    A.  Correct.

05:15PM    3    Q.  -- is -- the box is 100, the file in the box is 100A?

05:15PM    4    A.  Correct.  100, and then 100A, the Redweld.

05:15PM    5    Q.  Have you reviewed every document inside that Redweld

05:16PM    6    folder that is Exhibit 100A?

05:16PM    7    A.  Yes, I have, extensively.

05:16PM    8    Q.  Now I want to show you two documents, one at a time.

05:16PM    9         **MR. TRIPI:**  For the witness only, Ms. Champoux, can

05:16PM    10   we pull up what I've marked as 100A.1-1?

05:16PM    11        And, Ms. Champoux, when the witness indicates, can we

05:16PM    12   just scroll through each page?

05:16PM    13        **BY MR. TRIPI:**

05:16PM    14   Q.  And, Mr. Burns, once you've looked at every page, signal

05:16PM    15   to me, and I'll ask more questions, okay?

05:16PM    16   A.  Can you move up?

05:16PM    17   Q.  I'm also going to hand it up for you if that's faster for

05:16PM    18   you.

05:16PM    19   A.  That might be easier.

05:16PM    20   Q.  I'll hand up 100A.1-1.

05:17PM    21   A.  That was a document that was contained -- one of the many

05:17PM    22   documents contained in that Redweld folder.

05:17PM    23   Q.  Specifically, do you recognize that to be a DARTS

05:17PM    24   deconfliction email that was contained in the file folder

05:17PM    25   that was marked as 100A?

05:17PM  1    A.  Yes, it is.

05:17PM  2    Q.  Is that a fair and accurate copy of one of those

05:17PM  3    documents that was in the file?

05:17PM  4    A.  That is.

05:17PM  5         **MR. TRIPI:**  The government offers 100A.1-1,

05:17PM  6    Your Honor.

05:17PM  7         **MR. FOTI:**  No objection.

05:18PM  8         **THE COURT:**  Received without objection.

05:18PM  9         **(GOV Exhibit 100A.1-1 was received in evidence.)**

05:18PM  10        **BY MR. TRIPI:**

05:18PM  11   Q.  I'd like to ask you just a couple questions about this

05:18PM  12   document now, okay?

05:18PM  13   A.  Certainly.

05:18PM  14   Q.  When you reviewed this document, do you understand it to

05:18PM  15   be a DARTS deconfliction email?

05:18PM  16   A.  Yes, it is.

05:18PM  17   Q.  And is DARTS a DEA deconfliction database?

05:18PM  18   A.  Yes, it deconflicts based on entries into their system.

05:18PM  19   Q.  Does the FBI have a similar system that also operates the

05:18PM  20   same way?

05:18PM  21   A.  Similar.  It's not called DARTS, but there's a telephone

05:18PM  22   application system.

05:18PM  23   Q.  And this particular document that you reviewed, are there

05:18PM  24   references that have indications pertaining to Anthony

05:18PM  25   Gerace, as well as a phone number pertaining to Paul

05:18PM    1    Francoforte?

05:18PM    2    A.  Anthony Gerace, I see a red flag.

05:19PM    3    Q.  What page is that, please?

05:19PM    4    A.  The Anthony Gerace?

05:19PM    5    Q.  Yes.

05:19PM    6    A.  It's referenced on page 6 of this document, but it would

05:19PM    7    actually be page -- front and back -- 3 of the exhibit.

05:19PM    8    Q.  Okay.

05:19PM    9    A.  Do you want me to look for Mr. Bifulco now?

05:19PM   10    Q.  What's the printed number -- page number at the bottom?

05:19PM   11    A.  6.

05:19PM   12         MR. TRIPI:  Okay.  Go to page 6, Ms. Champoux.

05:19PM   13         BY MR. TRIPI:

05:19PM   14    Q.  Is this a document that's generated from an email system?

05:19PM   15    A.  That's correct.

05:19PM   16    Q.  So in order to have a physical copy, it would need to be

05:19PM   17    printed?

05:19PM   18    A.  Yes, you have to print it out.  It's, as you can see on

05:19PM   19    the first page, it's an email.

05:19PM   20    Q.  Now, looking at your screen, can you show us the

05:19PM   21    reference to Anthony Gerace on this deconfliction document?

05:20PM   22    A.  Sure.  I think there's several, but this is the one I'm

05:20PM   23    looking at on this page.

05:20PM   24    Q.  And can you just walk them through the -- that portion of

05:20PM   25    the document, please?

05:20PM   1   A.   Right.   So Anthony Casullo, sorry, I forgot.

05:20PM   2       So you can see that Anthony Casullo was the DEA agent,

05:20PM   3   had entered this into the -- his system.   And the cases, it

05:20PM   4   has his case number there, the C2-17-0023, and then numbers

05:20PM   5   in contact with oxycodone trafficker Anthony Gerace, so that

05:20PM   6   would be an email to the individuals on the first page, and

05:20PM   7   basically deconflicting, so they'll all be aware of that

05:20PM   8   number and how it tied into the various DEA cases.

05:20PM   9   Q.   So in layman's terms, is -- does that email indicate that

05:21PM  10   a phone number Anthony Casullo was investigating was in

05:21PM  11   contact with a phone number associated with Anthony Gerace?

05:21PM  12   A.   Yes, it does.

05:21PM  13   Q.   And this was a document located in Defendant

05:21PM  14   Bongiovanni's basement?

05:21PM  15   A.   That's correct.

05:21PM  16       **MR. TRIPI:**   Now, if we can just briefly,

05:21PM  17   Ms. Champoux, pull up Exhibit 310AT.

05:21PM  18       **THE COURT:**   In evidence?

05:21PM  19       **MR. TRIPI:**   It is in evidence, yes, sorry.

05:21PM  20       And could, Ms. Champoux, could you advance it to

05:21PM  21   record entry number 16, please?

05:22PM  22       **BY MR. TRIPI:**

05:22PM  23   Q.   Okay.   Generally in Exhibit 310AT, are we looking at

05:22PM  24   contacts that were extracted from Mr. Gerace's phone?

05:22PM  25   A.   Yes, pursuant to the border search.

05:22PM    1    Q.  And I should be clear, that would be Peter Gerace's

05:22PM    2    phone?

05:22PM    3    A.  That's Peter Gerace's phone.

05:22PM    4    Q.  At record number 16, does he have a contact for a person

05:22PM    5    Pauly, Hot Dog?

05:22PM    6    A.  Yes, he does.

05:22PM    7    Q.  And what is the phone number there?

05:22PM    8    A.  716-866-2687.

05:22PM    9         **MR. TRIPI:**  Okay.  Now, Ms. Champoux, if we could

05:22PM   10    toggle back over to Exhibit 100A.1-1.

05:22PM   11         **BY MR. TRIPI:**

05:22PM   12    Q.  That same exhibit, is there a deconfliction regarding

05:22PM   13    that phone number that you just associated or just referenced

05:22PM   14    in Mr. Gerace -- Peter Gerace's phone contacts for Hot Dog?

05:22PM   15         **MR. TRIPI:**  Ms. Champoux, can we scroll down while

05:22PM   16    he's looking for that?  Here we go, stop here.

05:22PM   17         **BY MR. TRIPI:**

05:23PM   18    Q.  Look at page number 2.

05:23PM   19    A.  Certainly.  Yes.  That's the telephone number for Paul

05:23PM   20    Francoforte, a/k/a Hot Dog.  That was contained as a contact

05:23PM   21    in Mr. Gerace's cell phone extraction.

05:23PM   22    Q.  And so do you see that number in the sort of upper

05:23PM   23    left-hand corner --

05:23PM   24    A.  Yes.

05:23PM   25    Q.  -- of the box?

USA v Gerace - Burns - Tripi/Direct - 12/16/24

17

```
05:23PM    1   A.  Yep.
05:23PM    2   Q.  Right there.
05:23PM    3   A.  I'm familiar with that number.
05:23PM    4   Q.  And does that indicate that that number was part of
05:23PM    5   Mr. Casullo's investigation, and it created a deconfliction
05:23PM    6   notice based upon its contact with a file Mr. Bongiovanni had
05:23PM    7   in the middle there?
05:23PM    8   A.  Yes.
05:23PM    9   Q.  And what file number is that?
05:23PM   10   A.  C2-13-0026.
05:23PM   11   Q.  And is that the number of the file that was recovered in
05:23PM   12   the basement?
05:23PM   13   A.  Yes, it is.
05:24PM   14       MR. TRIPI:  And let's go back to the first page of
05:24PM   15   this exhibit, Ms. Champoux.
05:24PM   16       BY MR. TRIPI:
05:24PM   17   Q.  Looking at the header of the document, the "to" section.
05:24PM   18   Do you see that Mr. Bongiovanni received this email?
05:24PM   19   A.  Yes, along with a number of other DEA personnel.  Joseph
05:24PM   20   Bongiovanni's on that "to" line.
05:24PM   21   Q.  Can you circle Mr. Bongiovanni's name?  It's just a
05:24PM   22   temporary highlight.
05:24PM   23       And do you see Mr. Casullo's name?
05:24PM   24   A.  Yes.
05:24PM   25   Q.  Okay.  Does that indicate they both received this email?
```

05:24PM   1   A.   That's correct.  Along with the other individual, or

05:24PM   2   other DEA personnel.

05:24PM   3   Q.   Right.  Everyone in that "to" section --

05:24PM   4   A.   Would get this email, yes.

05:24PM   5   Q.   Now, looking at page 1, can you just read the section --

05:24PM   6   I have sort of indicated, beginning in blue there?

05:24PM   7   A.   An investigative overlap was created by agent POC, point

05:25PM   8   of contact, Anthony J. Casullo.  And then a telephone number.

05:25PM   9   Sean M. Hoerner on 1/7/2019, 10:45:35 under case number C2 --

05:25PM  10   C2 --

05:25PM  11           **MR. TRIPI:**  Can you move the cursor, Ms. Champoux?

05:25PM  12           **THE WITNESS:**  -- C2-17-0001, with a contact number of

05:25PM  13   716-846-6035, and an email for Mr. and Mrs. Hoerner, Sean,

05:25PM  14   smhoerner@dea.usdoj.gov.

05:25PM  15           **BY MR. TRIPI:**

05:25PM  16   Q.   And what's the subject of this email?

05:25PM  17   A.   DARTS deconfliction.

05:25PM  18   Q.   And then there's a bunch of numbers and the case number?

05:25PM  19   A.   Correct, the C2-17-0001.

05:25PM  20   Q.   Now, sticking on the topic of Mr. Francoforte, whose

05:25PM  21   number was 716-866-2687, we just looked at a moment ago --

05:26PM  22           **MR. TRIPI:**  We can take that down, Ms. Champoux.

05:26PM  23           **BY MR. TRIPI:**

05:26PM  24   Q.   -- have you reviewed Government Exhibit 358?

05:26PM  25   A.   Yes, I have.

| | | |
|---|---|---|
| 05:26PM | 1 | Q.  Are those phone records pertaining to Mr. Bongiovanni's |
| 05:26PM | 2 | work phone from December 2013 through January 2019? |
| 05:26PM | 3 | A.  I believe they might be November of 2013 to January '19. |
| 05:26PM | 4 | That would encompass December. |
| 05:26PM | 5 | Q.  And those are in evidence this case, correct? |
| 05:26PM | 6 | A.  Correct, stipulation. |
| 05:26PM | 7 | Q.  Based upon your review of those phone records, did |
| 05:26PM | 8 | Special Agent Bongiovanni have phone contact with |
| 05:26PM | 9 | Mr. Francoforte during that window of time? |
| 05:26PM | 10 | A.  Yes. |
| 05:26PM | 11 | Q.  Approximately how many times? |
| 05:26PM | 12 | A.  50 times, I think that's approximately, or might be |
| 05:26PM | 13 | exactly 50, over that period of December 2013 up until |
| 05:26PM | 14 | January of 2019.  Might have been December of 2019.  But 50 |
| 05:27PM | 15 | times. |
| 05:27PM | 16 | Q.  Okay.  Just keep your voice up just a little bit. |
| 05:27PM | 17 | A.  Certainly. |
| 05:27PM | 18 | Q.  Sometimes it's hard to hear you. |
| 05:27PM | 19 | **MR. TRIPI:**  And, Ms. Champoux, can you pull up |
| 05:27PM | 20 | Exhibit 393 side by side with Government Exhibit 310AT, that |
| 05:27PM | 21 | record number 16. |
| 05:27PM | 22 | Can you zoom in on record 16 for us?  You've got to |
| 05:27PM | 23 | go lower. |
| 05:27PM | 24 | **BY MR. TRIPI:** |
| 05:27PM | 25 | Q.  In Exhibit 39 on the left there, do you see |

05:27PM  1   Mr. Francoforte?

05:27PM  2   A.  Yes, I do.

05:27PM  3   Q.  Can you tap him?  Okay.

05:27PM  4        **MR. TRIPI:**  May the record reflect he's indicating

05:27PM  5   Mr. Francoforte.

05:27PM  6        **BY MR. TRIPI:**

05:27PM  7   Q.  Is that the person whose left hand was on

05:27PM  8   Mr. Todaro Sr.'s shoulder?

05:27PM  9   A.  Yes, it is.

05:27PM  10  Q.  And the jury has seen this earlier in this trial?

05:27PM  11  A.  That's correct.

05:28PM  12       **MR. TRIPI:**  Okay.  We can take this down.

05:28PM  13       **BY MR. TRIPI:**

05:28PM  14  Q.  And based upon your review of evidence seized from

05:28PM  15  Mr. Bongiovanni's house, was there also a wedding card from

05:28PM  16  Mr. Francoforte to Mr. Bongiovanni?

05:28PM  17  A.  Yes, there was.

05:28PM  18  Q.  Okay.  One moment.  I'm going to hand you up what's in

05:28PM  19  evidence as 100D-2, it was looked at earlier in the trial,

05:29PM  20  but it was a while ago.  This is in evidence.  Can you read

05:29PM  21  the note that's contained in handwriting at the bottom?

05:29PM  22  A.  Government Exhibit 100D-2.  It's a wedding card.  Love

05:29PM  23  Hot Dog and Lynn, honored to be your friends.  Many years of

05:29PM  24  happiness.

05:29PM  25  Q.  And that was a card to Mr. Bongiovanni in his house?

05:29PM    1    A.   Yes, recovered in the search warrant on June 6th of 2019

05:29PM    2    at the residence.

05:29PM    3              MR. TRIPI:   All right.   Judge, I'm going to move to

05:29PM    4    another topic.   I see it's 5:29.   Is this good?

05:29PM    5              THE COURT:   Good, so a minute early.

05:29PM    6              Please remember my instructions.   Don't communicate

05:29PM    7    about the case with anyone.   Don't use tools of technology to

05:29PM    8    learn anything about the case or to communicate about the

05:29PM    9    case.   Don't read, or listen to, or watch any news coverage of

05:29PM   10    the case while the case is in progress.   And don't make up

05:29PM   11    your mind until you start deliberating, which hopefully will

05:30PM   12    not be too much longer.

05:30PM   13              Everybody drive carefully.   Get a good night's sleep.

05:30PM   14    And we'll see you here as close to 9:00 as you can be here

05:30PM   15    tomorrow morning.   Thanks very much.

05:30PM   16              (Jury excused at 5:30 p.m.)

05:30PM   17              THE COURT:   Okay.   Anything we need to do before we

05:30PM   18    break?

05:30PM   19              MR. TRIPI:   Not from the government, Judge.

05:30PM   20              MR. FOTI:   No, Judge.   We'll get an updated list of

05:30PM   21    who the potential witnesses would be for -- for Wednesday.

05:30PM   22              THE COURT:   Right.   But we're just gonna -- we're

05:30PM   23    gonna finish Mr. Burns tomorrow, the government's going to

05:30PM   24    rest, the defense is going to make motions, we're going to do

05:31PM   25    our charge conference.

| | | |
|---|---|---|
| 05:31PM | 1 | **MR. TRIPI:**  That sounds like a plan. |
| 05:31PM | 2 | **THE COURT:**  Okay.  Great. |
| 05:31PM | 3 | And then on Wednesday, we're either gonna sum up, or |
| 05:31PM | 4 | you're going to present your case? |
| 05:31PM | 5 | **MR. FOTI:**  Yes. |
| 05:31PM | 6 | **THE COURT:**  Great.  Okay.  Thanks. |
| 05:31PM | 7 | **MR. TRIPI:**  Thank you, Judge. |
| 05:31PM | 8 | **THE COURT:**  Mr. Cooper, you have something? |
| 05:31PM | 9 | **MR. COOPER:**  One -- I have a logistical question. |
| 05:31PM | 10 | When -- when are we gonna know -- I guess what's the deadline |
| 05:31PM | 11 | when we're gonna know if we're summing Wednesday or Thursday? |
| 05:31PM | 12 | When do we decide on the defense case?  Not me, when do |
| 05:31PM | 13 | they -- |
| 05:31PM | 14 | **MR. FOTI:**  I think it depends what time we finish |
| 05:31PM | 15 | with Mr. Burns.  But I -- as soon as we finish that, I think |
| 05:31PM | 16 | we're going meet with Mr. Gerace and have a conversation about |
| 05:31PM | 17 | his testimony.  And then before the charge conference, I would |
| 05:31PM | 18 | expect to have an answer. |
| 05:31PM | 19 | **THE COURT:**  Great.  That's fair. |
| 05:31PM | 20 | **MR. COOPER:**  Got it.  That's perfect. |
| 05:31PM | 21 | **THE COURT:**  Thank you, all, very much. |
| 05:31PM | 22 | (Proceedings concluded at 5:31 p.m.) |
| 05:31PM | 23 | *        *        *        *        * |
| | 24 | |
| | 25 | |

1

2                          **CERTIFICATE OF REPORTER**

3

4                    In accordance with 28, U.S.C., 753(b), I

5      certify that these original notes are a true and correct

6      record of proceedings in the United States District Court for

7      the Western District of New York on December 16, 2024.

8

9

10                              s/ Ann M. Sawyer
                                Ann M. Sawyer, FCRR, RPR, CRR
11                              Official Court Reporter
                                U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    **TRANSCRIPT INDEX**

3        **EXCERPT - EXAMINATION OF BRIAN BURNS - DAY 1**

4                     **DECEMBER 16, 2024**

5

6

7    **W I T N E S S**                              **P A G E**

8    **B R I A N    B U R N S**                     2

9       DIRECT EXAMINATION BY MR. TRIPI:            2

10

11

12   **E X H I B I T**                              **P A G E**

13   GOV Exhibit 100A.1-1                           13

14

15

16

17

18

19

20

21

22

23

24

25