1            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF NEW YORK
2
   _____
3  UNITED STATES OF AMERICA,
                                     Case No. 1:19-cr-227
4              Plaintiff,                      1:23-cr-37
   v.                                             (LJV)
5
   PETER GERACE, JR.,                December 11, 2024
6
   _____
               Defendant.
7
        TRANSCRIPT EXCERPT - EXAMINATION OF LOUIS SELVA
8          BEFORE THE HONORABLE LAWRENCE J. VILARDO
                UNITED STATES DISTRICT JUDGE
9
   APPEARANCES:    TRINI E. ROSS, UNITED STATES ATTORNEY
10                 BY: JOSEPH M. TRIPI, ESQ.
                       NICHOLAS T. COOPER, ESQ.
11                     CASEY L. CHALBECK, ESQ.
                   Assistant United States Attorneys
12                 Federal Centre, 138 Delaware Avenue
                   Buffalo, New York 14202
13                 For the Plaintiff

14                 THE FOTI LAW FIRM, P.C.
                   BY: MARK ANDREW FOTI, ESQ.
15                 16 West Main Street, Suite 100
                   Rochester, New York 14614
16                    And
                   SOEHNLEIN LAW
17                 BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                   350 Main Street, Suite 2100
18                 Buffalo, New York 14202
                   For the Defendant
19
   PRESENT:        KAREN A. CHAMPOUX, USA PARALEGAL
20                 BRIAN A. BURNS, FBI SPECIAL AGENT
                   MARILYN K. HALLIDAY, HSI SPECIAL AGENT
21                 OLIVIA A. PROIA, J.D., PARALEGAL

22 LAW CLERK:      REBECCA FABIAN IZZO, ESQ.

23 COURT CLERK:    COLLEEN M. DEMMA

24 REPORTER:       ANN MEISSNER SAWYER, FCRR, RPR, CRR
                   Robert H. Jackson Courthouse
25                 2 Niagara Square Buffalo, New York 14202
                   Ann_Sawyer@nywd.uscourts.gov

04:21PM

04:21PM   1                    (Excerpt commenced at 4:21 p.m.)

04:21PM   2                    (Jury is present.)

04:22PM   3              **THE COURT:**  We're all getting our steps in today.  I

04:22PM   4    said three minutes, I was spot on.  The record will reflect

04:22PM   5    that all our jurors are present.

04:22PM   6              Mr. Tripi, you can call your next witness.

04:22PM   7              **MR. TRIPI:**  Yes, we call Louis Selva, Your Honor.

04:22PM   8

04:22PM   9    **L O U I S   S E L V A**, having been duly called and sworn,

04:22PM  10    testified as follows:

04:22PM  11              **MR. TRIPI:**  May I proceed, Your Honor?

04:22PM  12              **THE COURT:**  You may.

04:22PM  13

04:22PM  14                    **DIRECT EXAMINATION BY MR. TRIPI:**

04:22PM  15    Q.  Good afternoon, Mr. Selva.

04:22PM  16    A.  Good afternoon.

04:22PM  17    Q.  Mr. Selva, how old are you, sir?

04:22PM  18    A.  60.

04:22PM  19    Q.  And where did you grow up?

04:22PM  20    A.  In North Buffalo.

04:22PM  21    Q.  Basically, with a brief stint in Las Vegas, have you

04:22PM  22    lived in the Buffalo area your whole life?

04:22PM  23    A.  Yes, the exception of living in Arizona as well, yes, out

04:23PM  24    West for a little while.

04:23PM  25    Q.  Did you go to Arizona for a period of time for some

04:23PM   1   college?

04:23PM   2   A.   Yes.

04:23PM   3   Q.   Did you live in Las Vegas for a short period of time?

04:23PM   4   A.   I did.

04:23PM   5   Q.   Other than that, you're from Buffalo?

04:23PM   6   A.   Correct.

04:23PM   7   Q.   What part of Buffalo did you grow up in?

04:23PM   8   A.   North Buffalo, the north side.

04:23PM   9   Q.   How far have you gone in school?

04:23PM  10   A.   Just under -- I have three -- over -- a little over three

04:23PM  11   years of college.  A little short of my bachelor's.

04:23PM  12   Q.   Tell the jury what different types of jobs you have had

04:23PM  13   as an adult.

04:23PM  14         THE COURT:  Mr. Selva, can you just move the

04:23PM  15   microphone up and speak right into it, please?

04:23PM  16         THE WITNESS:  Yes.  Mostly --

04:23PM  17         THE COURT:  Put the microphone -- just move it over

04:23PM  18   to the side.

04:23PM  19         Mr. Tripi, help him, yeah.

04:23PM  20         THE WITNESS:  Okay.

04:23PM  21         THE COURT:  So, you, as you're looking at them, so

04:23PM  22   they can hear you.

04:24PM  23         THE WITNESS:  In sales, sales management, and

04:24PM  24   bartending as well.

         25

|  |  |  |
|--|--|--|
| 04:24PM | 1 | **BY MR. TRIPI:** |
| 04:24PM | 2 | Q.  Are you currently in the sales field? |
| 04:24PM | 3 | A.  I am. |
| 04:24PM | 4 | Q.  Have you also for a time, were you also a member of the |
| 04:24PM | 5 | Erie County Sheriff's Department? |
| 04:24PM | 6 | A.  I was. |
| 04:24PM | 7 | Q.  What was your job there? |
| 04:24PM | 8 | A.  I was a deputy at the holding center. |
| 04:24PM | 9 | Q.  Did you resign that position as a result of some trouble |
| 04:24PM | 10 | you got into that we're gonna touch upon during your |
| 04:24PM | 11 | testimony today? |
| 04:24PM | 12 | A.  I did, yes. |
| 04:24PM | 13 | Q.  Okay.  Do you know an individual named Joseph |
| 04:24PM | 14 | Bongiovanni? |
| 04:24PM | 15 | A.  I do. |
| 04:24PM | 16 | Q.  Who is that? |
| 04:24PM | 17 | A.  At the time, we -- I had grown up with him.  We were best |
| 04:24PM | 18 | friends at the time. |
| 04:24PM | 19 | Q.  And you indicated you're best friends.  At some point, |
| 04:24PM | 20 | were you the best man at one of his weddings? |
| 04:24PM | 21 | A.  Yes. |
| 04:24PM | 22 | Q.  How many years have you known Joseph Bongiovanni? |
| 04:24PM | 23 | A.  Since grammar school.  Since sixth grade. |
| 04:24PM | 24 | Q.  And do you know an individual named Peter Gerace Jr.? |
| 04:25PM | 25 | A.  Yes. |

04:25PM 1    Q.  How long have you known Peter Gerace Jr.?

04:25PM 2    A.  Since we were teenagers, 20s.

04:25PM 3    Q.  How did you meet Peter Gerace Jr.?

04:25PM 4        If you're gonna turn back away, we've got to move the mic

04:25PM 5    back in front of you, okay?

04:25PM 6    A.  Just from growing up.  Growing up in the neighborhood.

04:25PM 7    Just different -- I don't remember where exactly we met, but

04:25PM 8    we've known each other.

04:25PM 9    Q.  As you grew up in the neighborhood, did you know Joseph

04:25PM 10   Bongiovanni and Peter Gerace Jr. to be friends?

04:25PM 11   A.  Yes.

04:25PM 12   Q.  What was the nature of their relationship, based on your

04:25PM 13   observations and experiences?

04:25PM 14   A.  They were close.  They were good friends.

04:25PM 15   Q.  Do you see Peter Gerace Jr. in court today?

04:25PM 16   A.  Yes.

04:25PM 17   Q.  Can you please point to him and describe something he's

04:25PM 18   wearing?

04:25PM 19   A.  He's at the defense table in the middle wearing a suit,

04:25PM 20   dark suit and a tie.

04:25PM 21       **MR. TRIPI:**  May the record reflect that the witness

04:25PM 22   has identified the defendant, Your Honor.

04:25PM 23       **THE COURT:**  It does.

04:25PM 24       **BY MR. TRIPI:**

04:25PM 25   Q.  All right.  Getting back to Bongiovanni just for a

04:26PM   1   moment.  Would you characterize yourself as sort of his

04:26PM   2   childhood best friend and all the way into adulthood?

04:26PM   3   A.  Yes, one of them.  He had other best friends, but yes, we

04:26PM   4   were close.

04:26PM   5   Q.  Did you go to grammar school with Mr. Bongiovanni?  Same

04:26PM   6   grammar school?

04:26PM   7   A.  Yes, from sixth grade on.

04:26PM   8   Q.  Did you attend three different high schools:

04:26PM   9   Saint Joe's, Canisius, and Cardinal O'Hara?

04:26PM   10  A.  That's correct.

04:26PM   11  Q.  Ultimately, did you graduate from Bennett High School?

04:26PM   12  A.  That's correct.

04:26PM   13  Q.  So as it relates to the Saint Joe's, Canisius, and

04:26PM   14  Cardinal O'Hara, was that freshman, sophomore, junior year?

04:26PM   15  A.  Yes, sir.

04:26PM   16  Q.  Was Mr. Bongiovanni a classmate at all of those same

04:26PM   17  schools with you?

04:26PM   18  A.  Yes, he was.

04:26PM   19  Q.  After high school, did you spend a little bit of time in

04:26PM   20  the Air Force?

04:26PM   21  A.  I did.

04:26PM   22  Q.  Ultimately, you received a separation from the Air Force?

04:26PM   23  A.  Yes, separation under honorable conditions.

04:26PM   24  Q.  And did you also attend college, I think you said, over

04:27PM   25  three years of college credit?

USA v Gerace - Selva - Tripi/Direct - 12/11/24

7

04:27PM | 1 | A.  Yes.

04:27PM | 2 | Q.  At Mesa Junior College in Arizona?

04:27PM | 3 | A.  There for two years, and then Buff State.

04:27PM | 4 | Q.  Buff State for one year?

04:27PM | 5 | A.  Buffalo State locally, yes, sir.

04:27PM | 6 | Q.  You indicated for a period of your adult life you worked

04:27PM | 7 | at the Erie County Sheriff's Office.  What -- what time

04:27PM | 8 | period of your life was that?  Approximately what year?

04:27PM | 9 | A.  Well, it was going -- it would be -- when was it?  March

04:27PM | 10 | 9th -- March of 2019 until I resigned, which was the end of

04:27PM | 11 | August of 2019.

04:27PM | 12 | Q.  And specifically did you resign August 23rd, 2019, when

04:27PM | 13 | Homeland Security Investigations executed a federal search

04:27PM | 14 | warrant at your residence?

04:27PM | 15 | A.  That's correct.

04:27PM | 16 | Q.  Okay.  I'll get into that in slightly more detail later.

04:27PM | 17 | **MR. TRIPI:**  But if we can show the witness

04:27PM | 18 | Exhibit 215, please, for the witness only at this point, I

04:28PM | 19 | think.

04:28PM | 20 | **BY MR. TRIPI:**

04:28PM | 21 | Q.  Okay.  As a part of your -- let me ask you a few

04:28PM | 22 | questions while you look at that.

04:28PM | 23 | As a part of your application to become a member of the

04:28PM | 24 | Erie County Sheriff's Office, in part did you have to list

04:28PM | 25 | some references?

USA v Gerace - Selva - Tripi/Direct - 12/11/24

8

04:28PM   1   A.  I did, yes.

04:28PM   2   Q.  Did you fill out a list of references as part of the

04:28PM   3   application process?

04:28PM   4   A.  Yes.

04:28PM   5   Q.  Do you recognize the Exhibit 215 in redacted format

04:28PM   6   that's in front of you?

04:28PM   7   A.  Yes.

04:28PM   8   Q.  What do you recognize that to be?

04:28PM   9   A.  Those are the references that I provided.

04:28PM   10  Q.  Is that -- other than the redacted box and the fact that

04:28PM   11  it's just page 10 of the application, does that fairly and

04:28PM   12  accurately depict the references that you listed when you

04:28PM   13  were applying to become a member of the Erie County Sheriff's

04:28PM   14  Office?

04:28PM   15  A.  That's correct, yes.

04:28PM   16       **MR. TRIPI:**  The government offers Exhibit 215,

04:28PM   17  Your Honor.

04:28PM   18       **MR. FOTI:**  No objection.

04:28PM   19       **THE COURT:**  Received without objection.

04:28PM   20       **(GOV Exhibit 215 was received in evidence.)**

04:28PM   21       **MR. TRIPI:**  Can we publish this just, briefly?

04:29PM   22       **BY MR. TRIPI:**

04:29PM   23  Q.  I want to focus in on this one name, the top sort of box

04:29PM   24  there.

04:29PM   25       Who did you list as your -- in order of sequence down the

04:29PM    1    list there, number 1 reference?

04:29PM    2    A.  Joseph Bongiovanni.

04:29PM    3    Q.  And did you describe his occupation in the application?

04:29PM    4    A.  I did, yes.

04:29PM    5    Q.  What was the description that you provided?

04:29PM    6    A.  Special agent, Drug Enforcement Agency.

04:29PM    7    Q.  And that's the DEA?

04:29PM    8    A.  The DEA.

04:29PM    9    Q.  And at the time of the application, did you list how long

04:29PM    10   you had known Mr. Bongiovanni?

04:29PM    11   A.  Yes.

04:29PM    12   Q.  And how long -- how much time had you known him as of the

04:29PM    13   time of your application in 2019?

04:29PM    14   A.  Oh, 45 years.

04:29PM    15   Q.  Now, I just said 2019.  I introduced that year, and I may

04:29PM    16   have misspoke.  Did the application process begin in 2018?

04:29PM    17   A.  I believe so, yes.

04:29PM    18   Q.  Okay.

04:29PM    19   A.  Before I got appointed.

04:29PM    20   Q.  I apologize for that.

04:29PM    21        **MR. TRIPI:**  All right.  Can we take that down.  For

04:29PM    22   the witness only, can we bring up Government Exhibit 109AA.

04:29PM    23        **BY MR. TRIPI:**

04:30PM    24   Q.  I'm gonna ask you a couple questions, and I'm going to

04:30PM    25   ask you some questions about the image on the screen.

04:30PM  1    Ultimately, after going through the application process,

04:30PM  2  were you hired by the Erie County Sheriff's Office?

04:30PM  3  A.  I was, yes.

04:30PM  4  Q.  And after you are told you're gonna be hired, do you have

04:30PM  5  to complete some training courses before you're officially a

04:30PM  6  sheriff deputy?

04:30PM  7  A.  You have to go through the academy.

04:30PM  8  Q.  Okay.  And is there a graduation associated with the

04:30PM  9  academy?

04:30PM  10  A.  There is.

04:30PM  11  Q.  Looking at now on the screen Government Exhibit 109AA, do

04:30PM  12  you recognize what's there?

04:30PM  13  A.  That's the day I graduated from the academy.

04:30PM  14  Q.  So that's an image of a picture on your screen, right?

04:30PM  15  A.  Yes.

04:30PM  16  Q.  Does that fairly and accurately depict a moment in time

04:30PM  17  from the day of your graduation from the academy?

04:30PM  18  A.  Yes.

04:30PM  19      **MR. TRIPI:**  The government offers Exhibit 109AA,

04:30PM  20  Your Honor.

04:30PM  21      **MR. SOEHNLEIN:**  No objection.

04:30PM  22      **THE COURT:**  Received without objection.

04:31PM  23      **(GOV Exhibit 109AA was received in evidence.)**

04:31PM  24      **MR. TRIPI:**  If we can publish that for the jury.

       25

04:31PM    1          **BY MR. TRIPI:**

04:31PM    2    Q.  Can you tell us who's in the middle of the photograph

04:31PM    3    there?

04:31PM    4    A.  That's myself.

04:31PM    5    Q.  And if we're looking at the picture to the left of the

04:31PM    6    picture, but to your right as you were situated in the photo,

04:31PM    7    who's that?

04:31PM    8    A.  Joseph Bongiovanni.

04:31PM    9    Q.  Okay.  And just for completeness, I guess, who's that

04:31PM   10    other person?

04:31PM   11    A.  Victor Sorrento.

04:31PM   12    Q.  Is he another friend of yours?

04:31PM   13    A.  Yes.

04:31PM   14          **MR. TRIPI:**  We can take that down.

04:31PM   15          **BY MR. TRIPI:**

04:31PM   16    Q.  Now, in your life experience with Mr. Bongiovanni, in

04:31PM   17    terms of your relationship, have you also been a character

04:31PM   18    reference for him on a -- a prior application?

04:31PM   19    A.  Yes.

04:31PM   20    Q.  What was that all about?

04:31PM   21    A.  I believe it was his pistol permit.

04:31PM   22          **MR. TRIPI:**  Okay.  Can we show Government

04:31PM   23    Exhibit 143A-1 for the witness only?

04:31PM   24          **BY MR. TRIPI:**

04:31PM   25    Q.  All right.  I'm gonna ask you just orient yourself to

04:32PM  1   that, and I'll ask you a couple questions.  Let me know when

04:32PM  2   you're done.

04:32PM  3   A.   Okay.

04:32PM  4   Q.   Do you recognize that document that's up on the screen

04:32PM  5   even though it's redacted?

04:32PM  6   A.   Yes.

04:32PM  7   Q.   What do you recognize that to be?

04:32PM  8   A.   That's an application for a pistol permit from Joseph

04:32PM  9   Bongiovanni.

04:32PM  10  Q.   And as part of that application, did you serve as a

04:32PM  11  character reference?

04:32PM  12  A.   I did, yes.

04:32PM  13  Q.   Did your information get input into the application, and

04:32PM  14  did you sign it verifying it?

04:32PM  15  A.   Yes.

04:32PM  16  Q.   Do you recognize your signature there?

04:32PM  17  A.   Yes.

04:32PM  18  Q.   Other than the redactions, does this page fairly and

04:32PM  19  accurately depict a portion of a character reference that you

04:32PM  20  provided for Mr. Bongiovanni back when he was applying for a

04:32PM  21  pistol permit?

04:32PM  22  A.   Correct, yes.

04:32PM  23       **MR. TRIPI:**  The government offers Exhibit 143A-1,

04:32PM  24  Your Honor.

04:32PM  25       **MR. SOEHNLEIN:**  No objection.

| | | |
|---|---|---|
| 04:32PM | 1 | **THE COURT:**  Received without objection. |
| 04:32PM | 2 | **(GOV Exhibit 143A-1 was received in evidence.)** |
| 04:32PM | 3 | **MR. TRIPI:**  Thank you.  Okay.  We can take that down. |
| 04:32PM | 4 | **BY MR. TRIPI:** |
| 04:32PM | 5 | Q.  I'm gonna ask you some very specific questions.  If you |
| 04:33PM | 6 | could, to the extent possible, limit your answers just to yes |
| 04:33PM | 7 | or no, and if I need to ask some followups I will. |
| 04:33PM | 8 | A.  Go ahead. |
| 04:33PM | 9 | Q.  Are you here today testifying under the terms of a |
| 04:33PM | 10 | cooperation agreement with the United States government? |
| 04:33PM | 11 | A.  An agreement, but I -- I have nothing guaranteed, yes. |
| 04:33PM | 12 | Q.  Just the question is -- |
| 04:33PM | 13 | A.  Yes. |
| 04:33PM | 14 | Q.  -- as you sit here today, do you have a cooperation |
| 04:33PM | 15 | agreement? |
| 04:33PM | 16 | A.  Yes. |
| 04:33PM | 17 | Q.  Okay.  And who is that agreement between? |
| 04:33PM | 18 | A.  Myself and the U.S. Attorney's Office. |
| 04:33PM | 19 | Q.  Okay.  Now I want to talk about the things that preceded |
| 04:33PM | 20 | you entering that agreement, okay?  And sort of just limit |
| 04:33PM | 21 | your answers if you could. |
| 04:33PM | 22 | Prior to you coming to that agreement with the U.S. |
| 04:33PM | 23 | Attorney's Office, your house was searched by Homeland |
| 04:33PM | 24 | Security Investigations on August 23rd, 2019; is that |
| 04:33PM | 25 | correct? |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

14

04:33PM   1   A.  That's correct.

04:33PM   2   Q.  Prior to that date, had you been involved in distribution

04:34PM   3   of marijuana with others?

04:34PM   4   A.  Yes.

04:34PM   5   Q.  Had that conduct you were engaged in gone on for a long

04:34PM   6   time?

04:34PM   7   A.  Yes.

04:34PM   8   Q.  The day of that search warrant that was executed at your

04:34PM   9   residence, were you getting ready for work that morning to go

04:34PM   10   to work as an Erie County sheriff deputy?

04:34PM   11   A.  I was.

04:34PM   12   Q.  Did you work at the jail?

04:34PM   13   A.  I did.

04:34PM   14   Q.  Was basically your job to guard prisoners in the Erie

04:34PM   15   County Holding Center?

04:34PM   16   A.  Correct.

04:34PM   17   Q.  All right.  That morning when you were getting ready to

04:34PM   18   go to work, Homeland Security executed a search warrant; is

04:34PM   19   that right?

04:34PM   20   A.  That's correct.

04:34PM   21   Q.  Did they find in your residence evidence associated with

04:34PM   22   your marijuana distribution activity that you had been

04:34PM   23   involved in for a long time?

04:34PM   24   A.  Yes.  They did.

04:35PM   25   **THE COURT:**  Into the microphone, please.

04:35PM   1          **THE WITNESS:**  Yes, they did.

04:35PM   2          I'm sorry.  I'm sorry, Your Honor.

04:35PM   3          **THE COURT:**  That's okay.

04:35PM   4          **BY MR. TRIPI:**

04:35PM   5   Q.   I just want to go through some examples of some of the

04:35PM   6   things that were in your house.

04:35PM   7          Was there a grow lamp in your house?

04:35PM   8   A.   There was.

04:35PM   9   Q.   Was there some leftover marijuana in your house?

04:35PM  10   A.   Scraps, yes.

04:35PM  11   Q.   Little bit?

04:35PM  12   A.   A little bit, yes.

04:35PM  13   Q.   Was that the scraps, as you called them, evidence of

04:35PM  14   things that had been going on in your house?

04:35PM  15   A.   Yes.

04:35PM  16   Q.   Did you have some firearms that you had as well?

04:35PM  17   A.   Yes.

04:35PM  18   Q.   Okay.  After that did -- in your house, without getting

04:35PM  19   into what you said, did you have an interview in some

04:35PM  20   substance with Homeland Security Special Agent Marilyn

04:35PM  21   Halliday?

04:35PM  22   A.   Yes.

04:35PM  23   Q.   Did you provide her your cell phone, and allow Homeland

04:35PM  24   Security consent to search your phone?

04:35PM  25   A.   I did, yes.

04:35PM  1  Q.  Did you then go to the Sheriff's Office?  Were you

04:36PM  2  transported there by a member of the Sheriff's Office?

04:36PM  3  A.  Correct.

04:36PM  4  Q.  Did you resign your position?

04:36PM  5  A.  I did.

04:36PM  6  Q.  In that interview with Ms. Halliday, did you tell a

04:36PM  7  little bit of truthful information but withhold a lot of

04:36PM  8  details pertaining to what you were involved in?

04:36PM  9  A.  Yes, exactly.

04:36PM  10  Q.  Okay.  Following that search warrant and then your

04:36PM  11  resignation, that following Monday, okay, did you come into

04:36PM  12  the U.S. Attorney's Office with an attorney?

04:36PM  13  A.  Yes.

04:36PM  14  Q.  Did you engage in what's called a proffer interview?

04:36PM  15  A.  I did.

04:36PM  16  Q.  Did you and your attorney execute that document, and did

04:36PM  17  you agree to answer questions?

04:36PM  18  A.  Yes.

04:36PM  19  Q.  At that time, were you hoping that answering questions

04:36PM  20  would, under the terms of that proffer agreement, would

04:36PM  21  potentially benefit you down the road?

04:36PM  22  A.  That's correct, yes.

04:36PM  23  Q.  After your initial proffer, is there a provision in the

04:37PM  24  proffer agreement that when you sign it, you agree to do a

04:37PM  25  polygraph interview?

04:37PM 1    A.  That's correct.

04:37PM 2    Q.  Were you asked to do a polygraph?

04:37PM 3    A.  Yes.

04:37PM 4    Q.  Did you -- did you participate in a polygraph that was

04:37PM 5    conducted by Homeland Security Investigations?

04:37PM 6    A.  Yes.

04:37PM 7    Q.  Now, I want to focus you in on that polygraph, okay?

04:37PM 8    A.  Okay.

04:37PM 9    Q.  And, again, just answer my questions yes or no.

04:37PM 10       Prior to -- at some point in your relationship with

04:37PM 11   Joseph Bongiovanni prior to Homeland Security searching your

04:37PM 12   house, prior to your resignation, prior to the first proffer

04:37PM 13   you were in, and prior to the polygraph, okay, prior to all

04:37PM 14   that occurring, at some point in your relationship with

04:37PM 15   Mr. Bongiovanni, had he given you a directive or an

04:38PM 16   instruction about what to do if law enforcement ever

04:38PM 17   approached you asking you questions about criminal activity?

04:38PM 18   A.  Yes.

04:38PM 19   Q.  What was the directive or instruction he provided you to

04:38PM 20   give?

04:38PM 21   A.  To say that I was an informant working for him.

04:38PM 22   Q.  Okay.  Now, was that ever true?

04:38PM 23   A.  No.

04:38PM 24   Q.  Was that a lie?

04:38PM 25   A.  Yes.

04:38PM  1   Q.  Did you try to repeat that lie the day of your polygraph?

04:38PM  2   A.  Yes.

04:38PM  3   Q.  Did that not work out for you?

04:38PM  4   A.  It did not, no.

04:38PM  5   Q.  Okay.  After the polygraph, did you engage in more

04:38PM  6   interviews with law enforcement under the terms of that

04:38PM  7   proffer agreement?

04:38PM  8   A.  I did, yes.

04:38PM  9   Q.  Were those generally at the U.S. Attorney's Office?

04:38PM  10  A.  They were.

04:38PM  11  Q.  Over time, did you provide more information?

04:38PM  12  A.  Yes.

04:38PM  13  Q.  Okay.  As you sit there today -- withdrawn.

04:38PM  14      Eventually, did you enter that cooperation agreement on

04:39PM  15  May 14th, 2020?

04:39PM  16  A.  That's correct.

04:39PM  17  Q.  In terms of the reasons that you withheld information for

04:39PM  18  a period of time, I want to ask some more "yes" or "no"

04:39PM  19  questions, okay?

04:39PM  20  A.  Okay.

04:39PM  21  Q.  Did that -- was that because of your friendship with

04:39PM  22  Mr. Bongiovanni?

04:39PM  23  A.  Yes.

04:39PM  24  Q.  Was that also because of fear you had of being labeled a

04:39PM  25  snitch in the neighborhood?

04:39PM  1   A.  Yes.

04:39PM  2   Q.  Okay.  What does your cooperation agreement require of

04:39PM  3   you?

04:39PM  4   A.  Tell the truth.

04:39PM  5   Q.  Does it require you to testify in any particular way?

04:39PM  6   A.  No.

04:39PM  7   Q.  Is it contingent on the results of any proceeding or

04:39PM  8   trial?

04:39PM  9   A.  No.

04:39PM  10  Q.  In terms of your conduct, ultimately was it your activity

04:40PM  11  and what you were involved in that caused you to have to

04:40PM  12  resign and puts you in this position?

04:40PM  13  A.  That's correct.

04:40PM  14  Q.  Are you responsible for it?

04:40PM  15  A.  I am.

04:40PM  16  Q.  Do you intend to tell this jury the truth?

04:40PM  17  A.  I do.

04:40PM  18  Q.  Okay.  We talked a little bit about Peter Gerace.  You

04:40PM  19  indicated you met him, and I don't want to forget what the

04:40PM  20  answer was.  Was that in your teenage years, you said?

04:40PM  21  A.  Yes.  Yeah.  When we were younger, yes.

04:40PM  22  Q.  At one point, were -- was Mr. Bongiovanni a bartender

04:40PM  23  growing up?

04:40PM  24  A.  He was, yes.

04:40PM  25  Q.  Where was he a bartender?

04:40PM  1    A.  A place called the Ramada, The Bubble, it was called.

04:40PM  2    Q.  Where was that located?

04:40PM  3    A.  On Transit Road.

04:40PM  4    Q.  Is that over by the Buffalo-Niagara International

04:40PM  5    Airport?

04:40PM  6    A.  Yeah.  Yeah, yes, that vicinity.

04:40PM  7    Q.  Generally?

04:40PM  8    A.  Generally, yes.  Sorry.

04:41PM  9    Q.  And there was a bar inside the Ramada.  Was that a hotel?

04:41PM 10    A.  Yes.  And there was a nightclub they called The Bubble.

04:41PM 11    Q.  Okay.

04:41PM 12    A.  I think.

04:41PM 13    Q.  Would you go and visit Mr. Bongiovanni when he worked

04:41PM 14    there?

04:41PM 15    A.  Yeah.  A few times, yeah.

04:41PM 16    Q.  Did you know this defendant to also work with

04:41PM 17    Mr. Bongiovanni at that bar?

04:41PM 18    A.  Yes.

04:41PM 19    Q.  Did you see them work together?

04:41PM 20    A.  Few times I was there, yes.

04:41PM 21    Q.  I'd like to focus you in a little bit more on sort of

04:41PM 22    your relationship with Mr. Bongiovanni and sort of growing up

04:41PM 23    in the neighborhood, okay?

04:41PM 24    A.  Okay.

04:41PM 25    Q.  You indicated that you grew up in North Buffalo, right?

USA v Gerace - Selva - Tripi/Direct - 12/11/24

21

| | | |
|---|---|---|
| 04:41PM | 1 | A.  Correct. |
| 04:41PM | 2 | Q.  Was that a predominantly Italian neighborhood? |
| 04:41PM | 3 | A.  It was. |
| 04:41PM | 4 | Q.  Were you friends with predominantly Italian men? |
| 04:41PM | 5 | A.  Correct. |
| 04:42PM | 6 | Q.  Would that hold true for Mr. Bongiovanni?  Were his |
| 04:42PM | 7 | friends your same friend group? |
| 04:42PM | 8 | A.  Yes, sir. |
| 04:42PM | 9 | Q.  Were they of Italian descent? |
| 04:42PM | 10 | A.  They were. |
| 04:42PM | 11 | Q.  Early in life, high school and beyond, did you experiment |
| 04:42PM | 12 | with drugs? |
| 04:42PM | 13 | A.  Yes. |
| 04:42PM | 14 | Q.  Have you used marijuana? |
| 04:42PM | 15 | A.  Yes. |
| 04:42PM | 16 | Q.  Have you used cocaine? |
| 04:42PM | 17 | A.  Yes. |
| 04:42PM | 18 | Q.  Did Mr. Bongiovanni also experiment with those same drugs |
| 04:42PM | 19 | with you? |
| 04:42PM | 20 | A.  Yes. |
| 04:42PM | 21 | Q.  Where did you live in proximity to Mr. Bongiovanni |
| 04:42PM | 22 | growing up in North Buffalo? |
| 04:42PM | 23 | A.  Few blocks away.  I mean, actually originally around the |
| 04:42PM | 24 | corner.  He lived on a street called Lovering.  I lived on |
| 04:42PM | 25 | Commonwealth, and then we moved to Tennyson which was all in |

USA v Gerace - Selva - Tripi/Direct - 12/11/24                        22

04:43PM   1   the same area.

04:43PM   2   Q.  And which grammar school did you guys go to together?

04:43PM   3   A.  P.S. Number 81.

04:43PM   4   Q.  And that's where you met?

04:43PM   5   A.  That's correct.

04:43PM   6   Q.  So you would see each other at school?

04:43PM   7   A.  Yes.

04:43PM   8   Q.  And when you were out of school, would you hang out?

04:43PM   9   A.  Yes.

04:43PM   10  Q.  Did you spend some time at his house with his parents

04:43PM   11  growing up?

04:43PM   12  A.  Yes.

04:43PM   13  Q.  Do you know his whole family?

04:43PM   14  A.  Yes.

04:43PM   15  Q.  Does he know your whole family?

04:43PM   16  A.  Yes.

04:43PM   17  Q.  Growing up in the neighborhood, as time went on, did you

04:43PM   18  and Mr. Bongiovanni -- and this is just one of those "yes" or

04:43PM   19  "no" questions -- did you ever engage in conversations about

04:43PM   20  what we're referring to as Italian Organized Crime with

04:43PM   21  Mr. Bongiovanni?

04:43PM   22  A.  Yeah.  It came up, sure, yes.

04:43PM   23  Q.  That topic of conversation came up on occasion?

04:43PM   24  A.  Yeah.

04:43PM   25  Q.  Okay.  I'm just going to -- I'm going to ask you

| | | |
|---|---|---|
| 04:43PM | 1 | questions, and I really -- these questions are designed to |
| 04:43PM | 2 | talk about Mr. Bongiovanni's mindset when we're talking about |
| 04:43PM | 3 | it, okay? |
| 04:43PM | 4 | A.  Okay. |
| 04:44PM | 5 | Q.  Just to focus you in. |
| 04:44PM | 6 | A.  Okay. |
| 04:44PM | 7 | Q.  Growing up in that neighborhood, did you personally |
| 04:44PM | 8 | develop a perception of certain people in the neighborhood |
| 04:44PM | 9 | based upon things you heard from other people in the |
| 04:44PM | 10 | neighborhood, news reports, books, things like that? |
| 04:44PM | 11 | A.  All of that, perception, yes. |
| 04:44PM | 12 | Q.  Did you -- did you form opinions as to who may or may not |
| 04:44PM | 13 | be part of Italian Organized Crime as you were growing up in |
| 04:44PM | 14 | the neighborhood? |
| 04:44PM | 15 | A.  Yes.  When I was younger, yes. |
| 04:44PM | 16 | Q.  That's what I'm asking you about. |
| 04:44PM | 17 | A.  Yes. |
| 04:44PM | 18 | Q.  When you were with Mr. Bongiovanni, would you and he |
| 04:44PM | 19 | engage in some of those discussions about some of those |
| 04:44PM | 20 | people in the neighborhood? |
| 04:44PM | 21 | A.  Yes. |
| 04:44PM | 22 | Q.  Were there some people that you had opinions based, upon |
| 04:44PM | 23 | the reputation in the neighborhood, that you believed they |
| 04:44PM | 24 | were associated with Italian Organized Crime? |
| 04:44PM | 25 | A.  From things you heard, yes.  Yes. |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

24

04:44PM 1    Q.  That's a yes?

04:44PM 2    A.  Yes.

04:44PM 3    Q.  When you discussed that topic with Mr. Bongiovanni, did

04:45PM 4    he have his own opinions as well?

04:45PM 5    A.  Yes.

04:45PM 6    Q.  When you were present with Mr. Bongiovanni in the

04:45PM 7    neighborhood in various social situations, did you ever see

04:45PM 8    him go and sort of show respect to people that you believed,

04:45PM 9    based on things you'd heard, opinions you formed, were --

04:45PM 10   were, by reputation at least, connected to Italian Organized

04:45PM 11   Crime?

04:45PM 12        MR. SOEHNLEIN:  I'm just going to object to form of

04:45PM 13   that question.

04:45PM 14        MR. TRIPI:  Did you understand my question?

04:45PM 15        THE WITNESS:  I did, yes.

04:45PM 16        THE COURT:  I'm going to sustain the form of the

04:45PM 17   question.  It was a little unwieldy, Mr. Tripi, so --

04:45PM 18        MR. TRIPI:  Yeah, I'm trying to be mindful of the

04:45PM 19   time, and I maybe tried to ask it in too convoluted of a way,

04:45PM 20   so I --

04:45PM 21        THE COURT:  Sometimes by trying to save time, we end

04:45PM 22   up wasting it, so go ahead.

04:45PM 23        MR. TRIPI:  You are correct, Judge, that's what I

04:45PM 24   did.

        25

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 04:45PM  | 1  | **BY MR. TRIPI:**                                        |
| 04:45PM  | 2  | Q.  When you were present with Mr. Bongiovanni, did you |
| 04:45PM  | 3  | observe him show respect to individuals that you had both |
| 04:45PM  | 4  | discussed as being, by reputation, connected to organized |
| 04:45PM  | 5  | crime?                                                   |
| 04:45PM  | 6  | A.  By reputation, yes.                                  |
| 04:46PM  | 7  | Q.  What was Mr. Bongiovanni's demeanor around those types of |
| 04:46PM  | 8  | individuals?                                             |
| 04:46PM  | 9  | A.  Just friendly.  One of respect.  Just, hello, goodbye. |
| 04:46PM  | 10 | Brief.                                                   |
| 04:46PM  | 11 | Q.  What do you mean by respect or respectful?           |
| 04:46PM  | 12 | A.  Just saying hello.  I mean, shaking their hand.  Just |
| 04:46PM  | 13 | acknowledging their presence.  Just being friendly.      |
| 04:46PM  | 14 | Q.  Was it important to you to know who people were in   |
| 04:46PM  | 15 | relation to one another in the neighborhood?             |
| 04:46PM  | 16 | A.  It wasn't important, but I -- you hear things and, yeah. |
| 04:46PM  | 17 | Sure, I knew.                                            |
| 04:46PM  | 18 | Q.  Did -- did you perceive Mr. Bongiovanni to care about |
| 04:46PM  | 19 | individual status in the neighborhood?                   |
| 04:46PM  | 20 | A.  Yeah.  In a sense, yes.                              |
| 04:46PM  | 21 | Q.  Now, again, I told you about sort of Mr. Bongiovanni's |
| 04:47PM  | 22 | state of mind.  When you were growing up through the years |
| 04:47PM  | 23 | with him, did he ever tell you about any of his father's |
| 04:47PM  | 24 | friends and -- regarding whether or not they were connected |
| 04:47PM  | 25 | to Italian Organized Crime?                              |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

04:47PM   1    A.  His father was a card player, so yes, he would talk about

04:47PM   2    some of his dad's friends.

04:47PM   3    Q.  When Mr. Bongiovanni would bring up his father's friends'

04:47PM   4    names, did he do it in a respectful sort of way?

04:47PM   5    A.  Yes.

04:47PM   6    Q.  Did he seem to have an affinity for those people that he

04:47PM   7    reported to you were his father's friends?

04:47PM   8    A.  Yeah, it was one of respect.  He was always kind to them.

04:47PM   9    Q.  Some of -- who -- what was Mr. Bongiovanni's father's

04:47PM   10   name?  I should ask that.

04:47PM   11   A.  Fred.

04:47PM   12   Q.  Okay.  Who were some people that in that context,

04:48PM   13   perception, reputation of their involvement in Italian

04:48PM   14   Organized Crime, who were some of the people that

04:48PM   15   Mr. Bongiovanni named to you that his father was friends

04:48PM   16   with?

04:48PM   17   A.  I -- his father played cards.  I -- he had an uncle he

04:48PM   18   referenced in Las Vegas.

04:48PM   19   Q.  I'm talking about Buffalo right now.

04:48PM   20   A.  Oh, okay.

04:48PM   21   Q.  The names in Buffalo, and I'll get to Las Vegas in a

04:48PM   22   moment.

04:48PM   23   A.  I can't remember exactly --

04:48PM   24   Q.  Okay.

04:48PM   25   A.  -- in Buffalo.

| | | |
|---|---|---|
| 04:48PM | 1 | **MR. TRIPI:**  Ms. Champoux, for the witness only, can |
| 04:48PM | 2 | we pull up Government Exhibit 3540N? |
| 04:48PM | 3 | And I'm, for the witness, we're going to have him |
| 04:48PM | 4 | read pages 23 and 24, Your Honor. |
| 04:48PM | 5 | **BY MR. TRIPI:** |
| 04:48PM | 6 | Q.  This will be on your screen, Mr. Selva.  I'm going to |
| 04:48PM | 7 | want you to read those pages. |
| 04:49PM | 8 | You tell us when you need the page flipped, okay? |
| 04:49PM | 9 | A.  Okay. |
| 04:49PM | 10 | **MR. TRIPI:**  Okay.  Ms. Champoux, can we flip to page |
| 04:49PM | 11 | 24 for the witness only, please? |
| 04:49PM | 12 | **BY MR. TRIPI:** |
| 04:49PM | 13 | Q.  Maybe just let me know when you get to line 18, that |
| 04:49PM | 14 | should be about it. |
| 04:50PM | 15 | A.  Okay. |
| 04:50PM | 16 | Q.  Okay.  We'll take that down off the screen.  Did that |
| 04:50PM | 17 | refresh your recollection as to names Mr. Bongiovanni |
| 04:50PM | 18 | mentioned? |
| 04:50PM | 19 | A.  Yes. |
| 04:50PM | 20 | Q.  What were the names you that you recall him mentioning in |
| 04:50PM | 21 | relation to his father's friends? |
| 04:50PM | 22 | A.  From playing cards on Hertel, Tom Machelli, Joe Rosado, |
| 04:50PM | 23 | Gabby Cino, I believe that was it. |
| 04:50PM | 24 | Q.  Was there a John Catanzaro, as well? |
| 04:50PM | 25 | A.  Yes, and John Catanzaro. |

04:50PM    1    Q.   Mr. Selva, are you nervous mentioning these names?

04:50PM    2    A.   Yes.

04:50PM    3    Q.   Okay.  You understand when I ask the questions, you've

04:50PM    4    got to answer them though, right?

04:50PM    5    A.   Correct.

04:50PM    6    Q.   By reputation in that same community you grew up in, did

04:50PM    7    Defendant Gerace's grandfather have a reputation that you

04:51PM    8    were aware of related to Italian Organized Crime?

04:51PM    9    A.   Yes, from what I read in the paper.

04:51PM    10   Q.   What was that reputation?

04:51PM    11   A.   From what the paper said and what people said?

04:51PM    12   Q.   Yeah.

04:51PM    13   A.   Yeah.  That he was the head of organized crime.

04:51PM    14   Q.   Are we reference -- what's the name of the person you're

04:51PM    15   referencing?

04:51PM    16   A.   Joseph Todaro Sr.

04:51PM    17   Q.   Now you've mentioned Mr. Bongiovanni's father played

04:51PM    18   cards a few times.  Were you familiar with a location on

04:51PM    19   Hertel Avenue where Mr. Bongiovanni's father played cards?

04:51PM    20   A.   Yes.

04:51PM    21   Q.   Where was that?

04:51PM    22   A.   1231, or 12 -- I don't know the exact address, but it was

04:51PM    23   on Hertel Avenue between Commonwealth and Lovering, I

04:51PM    24   believe.

04:51PM    25   Q.   If I said the number, do you think it would jog your

USA v Gerace - Selva - Tripi/Direct - 12/11/24

29

| | | |
|---|---|---|
| 04:51PM | 1 | memory? |
| 04:51PM | 2 | A.  Yes. |
| 04:51PM | 3 | Q.  1234 Hertel? |
| 04:51PM | 4 | A.  Yes, that would be it. |
| 04:52PM | 5 | Q.  Did that location have a nickname that you were aware of |
| 04:52PM | 6 | in the neighborhood? |
| 04:52PM | 7 | A.  The Club.  They just called it The Club. |
| 04:52PM | 8 | Q.  What was your understanding of what happened at that |
| 04:52PM | 9 | location? |
| 04:52PM | 10 | A.  Guys would be playing cards, it was a social club. |
| 04:52PM | 11 | Q.  Okay.  What, if any, connection were you aware of between |
| 04:52PM | 12 | Mr. Bongiovanni's father and that location?  You mentioned |
| 04:52PM | 13 | card playing.  Can you elaborate? |
| 04:52PM | 14 | A.  Yeah.  His father would go there quite a bit as he got |
| 04:52PM | 15 | retired, he was an avid card player, so he spent a lot of |
| 04:52PM | 16 | time there. |
| 04:52PM | 17 | Q.  Now, in the same sort of vein, the same sort of |
| 04:52PM | 18 | discussion about Italian Organized Crime, did Mr. Bongiovanni |
| 04:52PM | 19 | ever talk to you about family he had in another part of the |
| 04:52PM | 20 | country in the context of organized crime? |
| 04:52PM | 21 | A.  He -- yeah, he mentioned an uncle he in Las Vegas. |
| 04:53PM | 22 | Q.  Did he mention the name or nickname of that person he |
| 04:53PM | 23 | called an uncle? |
| 04:53PM | 24 | A.  Yeah, I never knew his name, he just called him his |
| 04:53PM | 25 | Uncle Cheech. |

04:53PM  1   Q.  Uncle Cheech?

04:53PM  2   A.  Yeah, I never knew the guy's name.

04:53PM  3   Q.  Sticking now on the topic of Mr. Bongiovanni --

04:53PM  4          **MR. TRIPI:**  And, Judge, I think once we get through

04:53PM  5   these next couple of questions, it might be a good breaking

04:53PM  6   point.  We're about five minutes early, right?

04:53PM  7          **THE COURT:**  Sure.

04:53PM  8          **BY MR. TRIPI:**

04:53PM  9   Q.  Do you know a woman named Dana Panepinto?

04:53PM  10  A.  Yes.

04:53PM  11  Q.  In sort of high school, late high school going into early

04:53PM  12  college age, so late teens, early 20s, did Mr. Bongiovanni

04:53PM  13  have a romantic relationship with that young lady?

04:53PM  14  A.  Yeah, it was his girlfriend back then.

04:53PM  15  Q.  About how long did they date for?

04:53PM  16  A.  Four or five years.

04:53PM  17  Q.  Would this be sort of high school into college time

04:54PM  18  period?

04:54PM  19  A.  I believe so, yes.

04:54PM  20  Q.  What -- do you know Dana Panepinto's father's name?

04:54PM  21  A.  Donnie.

04:54PM  22  Q.  Does he have a nickname?

04:54PM  23  A.  Turtle.

04:54PM  24  Q.  Sort of by -- by the same reputation I've been asking you

04:54PM  25  about, did -- did Mr. Panepinto, also known as Turtle, have a

| 04:54PM | 1 | reputation in the community you grew up in with having an |
| 04:54PM | 2 | association with Italian Organized Crime? |
| 04:54PM | 3 | **MR. SOEHNLEIN:**  Objection, relevance and foundation. |
| 04:54PM | 4 | **MR. TRIPI:**  This goes Mr. Bongiovanni, Your Honor. |
| 04:54PM | 5 | **THE COURT:**  Yeah, overruled. |
| 04:54PM | 6 | **THE WITNESS:**  Yes.  Again, it was all rumors that |
| 04:54PM | 7 | we -- yes. |
| 04:54PM | 8 | **BY MR. TRIPI:** |
| 04:54PM | 9 | Q.  I'm asking about reputation. |
| 04:54PM | 10 | A.  Yeah, reputation, yes. |
| 04:54PM | 11 | **MR. TRIPI:**  Okay.  I'm to another topic.  Do you want |
| 04:55PM | 12 | me to keep going, Judge? |
| 04:55PM | 13 | **THE COURT:**  No, I think this is probably as good a |
| 04:55PM | 14 | time as any, Mr. Tripi. |
| 04:55PM | 15 | **MR. TRIPI:**  Okay. |
| 04:55PM | 16 | **THE COURT:**  Some of our jurors have been through a |
| 04:55PM | 17 | very long day. |
| 04:55PM | 18 | **MR. TRIPI:**  Yes. |
| 04:55PM | 19 | **THE COURT:**  So we will now break for the evening. |
| 04:55PM | 20 | Please remember my instructions about not |
| 04:55PM | 21 | communicating about the case at all with anyone. |
| 04:55PM | 22 | Don't communicate electronically about the case, |
| 04:55PM | 23 | don't use electronic means or any means to learn anything |
| 04:55PM | 24 | about the case.  Don't read, or watch, or listen to any news |
| 04:55PM | 25 | coverage of the case. |

04:55PM  1          Again, we've had testimony about news coverage of

04:55PM  2   this case.  I don't want you to get curious now, especially

04:55PM  3   this far into it, and ruin things by learning something that

04:55PM  4   you shouldn't know about the case.  Everything you should know

04:55PM  5   about this case comes from this courtroom and only this

04:55PM  6   courtroom.  It's extremely important.

04:55PM  7          So don't read, or watch, or listen to, or talk to

04:55PM  8   anybody about any news coverage of the case, if there is any,

04:55PM  9   while the trial is in progress.

04:55PM  10         Don't make up your mind until you start deliberating.

04:55PM  11         See you tomorrow morning at 9.  Again, come in early.

04:56PM  12  Leave early if you have to.  If the weather is bad, leave

04:56PM  13  early and get here a little bit early, please, because I want

04:56PM  14  to get at least a half day in tomorrow.  So we'll go from 9

04:56PM  15  until noon.

04:56PM  16         And then on Friday, we'll start at 9:30 and go until

04:56PM  17  probably 4ish.  Okay?

04:56PM  18         Thanks very much.  Get a good night's sleep.  And

04:56PM  19  drive carefully, please, both tonight and tomorrow morning.

04:56PM  20         (Jury excused at 4:56 p.m.)

04:56PM  21         **THE COURT:**  Okay.  Mr. Selva, don't talk to anybody

04:56PM  22  except your lawyer about your testimony in the overnight,

04:57PM  23  okay?

04:57PM  24         **THE WITNESS:**  Yes, Your Honor.

04:57PM  25         **THE COURT:**  Great.  Anything we need to do before we

04:57PM  1    break?  From the government?

04:57PM  2              **MR. TRIPI:**  No, thank you, Judge.

04:57PM  3              **THE COURT:**  From the defense?

04:57PM  4              **MR. FOTI:**  No, thank you.

04:57PM  5              **THE COURT:**  Okay.  We'll see you folks tomorrow

04:57PM  6    morning.

04:57PM  7              **THE CLERK:**  All rise.

04:57PM  8              (Excerpt concluded at 4:57 p.m.)

04:57PM  9              *        *        *        *        *

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2                    **CERTIFICATE OF REPORTER**

3

4              In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on December 11, 2024.

8

9

10                        s/ Ann M. Sawyer
                        _____
                        Ann M. Sawyer, FCRR, RPR, CRR
11                       Official Court Reporter
                        U.S.D.C., W.D.N.Y.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                            **TRANSCRIPT INDEX**

3                   **EXCERPT - EXAMINATION OF LOUIS SELVA**

4                            **DECEMBER 11, 2024**

5

6

7        **W I T N E S S**                              **P A G E**

8        **L O U I S    S E L V A**                     2

9          DIRECT EXAMINATION BY MR. TRIPI:             2

10

11

12       **E X H I B I T S**                            **P A G E**

13       GOV Exhibit 215                                8

14       GOV Exhibit 109AA                              10

15       GOV Exhibit 143A-1                             13

16

17

18

19

20

21

22

23

24

25