

## ERIE COUNTY CLERKS OFFICE
### County Clerk's Recording Page

Return To:

BOX 54

Party 1:

**LEONE JOHN**

Party 2:

**999 AERO DRIVE INC**

Book: **11162**    Page: **6131**

Page Count: **4**

Doc Type: **DEED-$165 EQUIL**

Rec Date: **06/01/2009**

Rec Time: **02:55:21 PM**

Control #: **2009107402**

User ID: **nk**

Trans Num: **719938**

DEED SEQ: **TT2008018650**

MTG SEQ:

UCC:

SCAR:

INDEX:

| Recording Fees: | | Consideration Amount: | $950,000.00 |
|---|---|---|---|
| RECORDING | $40.00 | BASIC | $0.00 |
| COE CO $1 RET | 1.00 | SONYMA | $0.00 |
| TRANSFER | $3,800.00 | ADDL | $0.00 |
| NFTA TT | $4,750.00 | NFTA MT | $0.00 |
| COE STATE $14.25 GEN | $14.25 | TRANSFER | $3,800.00 |
| COE STATE $4.75 RM | $4.75 | NFTA TT | $4,750.00 |
| RP5217 ST-NON RES $156 | $241.00 | | |
| RP5217 COUNTY $9 RET | $9.00 | | |
| | $10.00 | | |
| TP584 | 10.00 | | |

Total:    **$8,870.00**

**STATE OF NEW YORK**
**ERIE COUNTY CLERK'S OFFICE**

**WARNING - THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT,**
**REQUIRED BY SECTIONS 319&316-a (5) OF THE REAL PROPERTY LAW**
**OF THE STATE OF NEW YORK.  DO NOT DETACH.  THIS IS NOT A BILL.**

**Kathleen C. Hochul**
**County Clerk**

Book11162/Page6131

Deed - Warranty with lien covenant (Individual)

*Bck 54*

# This Indenture

**Made this** \3 **day of** May _____, **2009.**

**BETWEEN:**　　　　**John Leone**
635 Hopkins Road
Amherst, New York 14221

*Grantor, and*

**999 Aero Drive, Inc.**
999 Aero Drive
Cheektowaga, New York 14225

*Grantee.*

**WITNESSETH,** that the Grantor, in consideration of ONE AND MORE and 00/100 Dollars ($1.00 and more) lawful money of the United States, paid by the Grantee, does hereby grant and release unto the Grantee, his heirs, executors and assigns forever,

**ALL THAT TRACT OR PARCEL OF LAND,** (See Schedule A attached).

**TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said premises.

**TO HAVE AND TO HOLD,** the above granted premises unto the Grantee, its heirs, executors and assigns forever.

**AND** said Grantor does covenant as follows:

**FIRST,** that the Grantee shall quietly enjoy the said premises;

**SECOND,** that said Grantor will forever Warrant the title to said premises;

**THIRD,** that this conveyance is subject to the trust fund provisions of Section Thirteen of the Lien Law.

Optional   See Attached Continuation attached hereto

~~**FOURTH,** that this conveyance is for no consideration as it is pursuant to family estate planning.~~

~~**FIFTH,** that this conveyance is not intended to defraud creditors and does not render the Grantor insolvent.~~

**IN WITNESS WHEREOF,** the party of the first part has hereunto set his hand and seals the day and year first above written.

**IN PRESENCE OF** _____   _____
　　　　　　　　　　Donald Parrino　　　　　　John Leone

**STATE OF NEW YORK**　　　)
**COUNTY OF ERIE**　　　　　) ss:

On this \3 day of May, 2009, before me, the undersigned, a notary public in and for said state, personally appeared **JOHN LEONE,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose names is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the within instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

HORACE A. GIOIA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires Jan. 31, 2010

_____
NOTARY PUBLIC

CK6
DBD-3
107402

*STATE OF NEW YORK*     )
*COUNTY OF ERIE*      )*SS.:*

On the day of 1st <u>Day of June</u> in the year 2009, before me the undersigned, a notary public in and for said state, personally appeared Donald Parrino, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

DEBORAH J. CHADSEY
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Oct. 1, 2014

## <u>CONTINUATION</u>

This Conveyance is made and accepted subject to an indebtedness secured by a First Mortgage upon said premises held by, which said mortgage was recorded in the Erie County Clerk's Office, on the day 9th of November 2001 in Liber 12957 at page 4824, on which there is an unpaid principal of $176,864.18, with interest from June 1, 2009 at the rate set forth in the Note secured by said Mortgage, which said mortgage debt the Grantee assumes and agrees to pay and the Grantee hereby executed and acknowledged this instrument as by Law required.

Book11162/Page6133

## SCHEDULE A

ALL THAT TRACT OR PARCEL OF LAND, situate in the Town of Cheektowaga, County of Erie and State of New York, being part of lot No. 80, Township 11, Range 7 of the Holland Land Company's Survey, bounded and described as follows:

BEGINNING at a point in the north line of Pfohl Road, 462 feet easterly from the intersection of the north line of Pfohl Road with the east line of Rein Road; thence northerly forming an interior of 90 degrees, 10 minutes, 10 seconds 188.57 feet to the true point or place of beginning; thence continuing northerly, 648.29 feet to the southeasterly line of Aero Drive; thence northeasterly along the said southeasterly line of Aero Drive, 238.14 feet; thence southerly parallel with the west line of Lot No. 80, 707.12 feet to a point 188.57 feet northerly from the northerly line of Pfohl Road; thence westerly parallel to the northerly line of Pfohl Road, 231 feet to the point of beginning.

Book11162/Page6134

Case 1:19-cr-00227-LJV-MJR    Document 1723-1    Filed 04/10/26    Page 5 of 5

**FOR COUNTY USE ONLY**

**REAL PROPERTY TRANSFER REPORT**

**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**

# RP - 5217

RP-5217 Rev 3/97

C1. SWIS Code | 1 4 3 0 8 9

C2. Date Deed Recorded | 6 / 1 / 09
Month / Day / Year

C3. Book | 1 1 1 6 2   C4. Page | 6 1 3 1

## PROPERTY INFORMATION

**1. Property Location**
STREET NUMBER: 999   STREET NAME: Aero Drive
CITY OR TOWN: Cheektowaga   VILLAGE:   ZIP CODE: 14225

**2. Buyer Name**
LAST NAME / COMPANY: 999 Aero Drive, Inc.   FIRST NAME:

LAST NAME / COMPANY:   FIRST NAME:

**3. Tax Billing Address**
Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY:   FIRST NAME:
STREET NUMBER AND STREET NAME:   CITY OR TOWN:   STATE:   ZIP CODE:

**4. Indicate the number of Assessment Roll parcels transferred on the deed** | 0.0.1 # of Parcels OR ☐ Part of a Parcel

(Only if Part of a Parcel) Check as they apply:
4A. Planning Board with Subdivision Authority Exists ☐
4B. Subdivision Approval was Required for Transfer ☐
4C. Parcel Approved for Subdivision with Map Provided ☐

**5. Deed Property Size**
FRONT FEET: ___ X DEPTH: ___ OR ACRES: 3.7.0

**6. Seller Name**
LAST NAME / COMPANY: Leone   FIRST NAME: John

LAST NAME / COMPANY:   FIRST NAME:

**7. Check the box below which most accurately describes the use of the property at the time of sale:**

Check the boxes below as they apply:
8. Ownership Type is Condominium ☐
9. New Construction on Vacant Land ☐
10A. Property Located within an Agricultural District ☐
10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

A ☐ One Family Residential
B ☐ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Agricultural
F ☐ Commercial
G ☐ Apartment
H ☐ Entertainment / Amusement
I ☐ Community Service
J ☐ Industrial
K ☐ Public Service
L ☐ Forest

## SALE INFORMATION

**11. Sale Contract Date** | 3 / 29 / 09
Month / Day / Year

**12. Date of Sale / Transfer** | 5 / 29 / 09
Month / Day / Year

**13. Full Sale Price** | 9 5 0, 0 0 0 . 0 0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**14. Indicate the value of personal property included in the sale** | 0. 0

**15. Check one or more of these conditions as applicable to transfer:**
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**16. Year of Assessment Roll from which information taken** | 0.9

**17. Total Assessed Value (of all parcels in transfer)** | 4 3 3, 9 0 0

**18. Property Class** | 4.2.4 -

**19. School District Name** | Cheektowaga

**20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))**

81.04 - 2 - 7.2

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

BUYER SIGNATURE   DATE

STREET NUMBER: 999   STREET NAME (AFTER SALE): AERO DR
CITY OR TOWN: CHEEKTOWAGA   STATE: NY   ZIP CODE: 14205

**SELLER**

SELLER SIGNATURE   DATE

**BUYER'S ATTORNEY**
LAST NAME: Fowler   FIRST NAME: Thomas E.
AREA CODE: 716   TELEPHONE NUMBER: 681 7380

NEW YORK STATE COPY

Book11162/Page6134 Extra Page 1