An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details ⌃

**ENTITY NAME:** 999 AERO DRIVE, INC.

**DOS ID:** 3191805

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 04/15/2005

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 04/15/2005

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** ERIE

**NEXT STATEMENT DUE DATE:** 04/30/2021

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

‹    ENTITY DISPLAY        NAME HISTORY        FILING HISTORY        MERGER HISTORY        ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** 999 AERO DRIVE, CHEEKTOWAGA, NY, UNITED STATES, 14225

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** LINDA GERACE

**Address:** 999 AERO DRIVE, CHEEKTOWAGA, NY, UNITED STATES, 14225

Principal Executive Office Address

**Address:** 999 AERO DRIVE, CHEEKTOWAGA, NY, UNITED STATES, 14225

Registered Agent Name and Address

Case 1:19-cr-00227-LJV-MJR    Document 173-2    Filed 04/10/26    Page 2 of 2

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

Agencies  App Directory  Counties  Events  Programs  Services