

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PETER GERACE, JR.,
      Defendant.

---

999 AERO DRIVE, INC.,

      Petitioner.

Nos. 19-CR-227
23-CR-37

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samuel L. Yellen, Esq., hereby appears as counsel of record for 999 Aero Drive, Inc., the third-party petitioner in the ancillary forfeiture proceeding in the above-captioned action.

Undersigned counsel respectfully requests that all notices, orders, pleadings, papers, and other documents filed in this matter, and all electronic notifications issued through the Court's CM/ECF system, be served upon and directed to him at the address set forth below.

Dated: Buffalo, New York
     July 1, 2026

*Samuel L. Yellen*
Samuel L. Yellen, Esq.
SAMUEL L. YELLEN,
ATTORNEY AT LAW, PLLC
1 Seneca St., 29th Fl.
Buffalo, NY 14203
(716) 304-2820
sam@yellenlegal.com