UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.

PETER GERACE, JR.,

          Defendant.

_____

19-CR-227
23-CR-37

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he works at the United States Attorney's Office for the Western District of New York. The undersigned hereby certifies that he is of such age and discretion to be competent to serve papers and hereby states that he caused to be served copies of the **Notice of Forfeiture**, and **Preliminary Order of Forfeiture** on June 5, 2026 by First Class and USPS Certified Mail upon:

        999 Aero Drive, Inc.
        999 Aero Drive
        Cheektowaga, New York 14225

The undersigned hereby certifies that he is of such age and discretion to be competent to serve papers and hereby states that he caused to be served copies of the **Notice of Forfeiture**, and **Preliminary Order of Forfeiture** on June 5, 2026 by First Class Mail upon:

        999 Aero Drive, Inc.
        c/o Samuel L. Yellen, Esq.
        Attorney at Law, PLLC
        1 Seneca St., 29th Fl.
        Buffalo, New York 14203

The undersigned further certifies that to the best of his knowledge, according to the records kept by the United States Attorney's Office, that on June 5, 2026, copies of the **Notice of Forfeiture**, and **Preliminary Order of Forfeiture** were sent by a person of such age and discretion to be competent to serve papers, by Electronic Mail upon:

> 999 Aero Drive, Inc.
> c/o Samuel L. Yellen, Esq.
> sam@yellenlegal.com

The undersigned further certifies that to the best of his knowledge, according to the records kept by the United States Attorney's Office, that on June 12, 2026, copies of the **Notice of Forfeiture**, and **Preliminary Order of Forfeiture** were sent by a person of such age and discretion to be competent to serve papers by USPS Certified Mail and First Class mail upon:

Current Occupant
999 Aero Drive
Cheektowaga, New York 14225

Five Star Bank
55 North Main Street
Warsaw, New York 14569

Dated: July 1, 2026
      Buffalo, New York

                                       s/Levi Bourdette
                                       Contract Paralegal

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                              19-CR-227
                                                                23-CR-37
PETER GERACE, JR.,

           Defendant.

---

### NOTICE OF FORFEITURE TO 999 AERO DRIVE INC.

On May 6, 2026, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 21, United States Code, Section 853(a)(2), and Title 18, United States Code, Section 1594(d)(1), the District Court for the Western District of New York issued the enclosed Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the property listed therein.

Pursuant to Title 21, United States Code, Section 853(n), any person, other than the defendant, asserting a legal interest in such property may, within 30 days of the final publication of notice (June 18, 2026), or receipt of this notice, **whichever is earlier**, petition the court for a hearing to adjudicate the validity of the alleged interest in the property.

The petitioner shall sign their petition under penalty of perjury and shall identify the property in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property; and any additional facts and documents supporting the petitioner's claim and relief sought.

A petitioner **must file** a petition with the United States District Court Clerk, Western District of New York, 2 Niagara Square, Buffalo, New York 14202, under case *United States v. Peter Gerace, Jr.*; 1:19-CR-00227 and **provide service** upon Elizabeth M. Palma, United States Attorney's Office, Western District of New York, 138 Delaware Avenue, Buffalo, New York 14202. Failure to do so will jeopardize any interest in the property you may possess.

*This notice is sent strictly to comply with the noticing provisions of Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure and no other purpose should be implied.*

Dated:    June 5, 2026
          Buffalo, New York

                                        MICHAEL DIGIACOMO
                                        United States Attorney
                                        Western District of New York

                            BY:    *s/Elizabeth M. Palma*
                                        Elizabeth M. Palma
                                        Assistant United States Attorney
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        elizabeth.palma@usdoj.gov

Enclosure:    Preliminary Order of Forfeiture

By Mail:    999 Aero Drive, Inc.
            999 Aero Drive
            Cheektowaga, New York 14225

            999 Aero Drive, Inc.
            c/o Samuel L. Yellen, Esq.
            Attorney at Law, PLLC
            1 Seneca St., 29th Fl.
            Buffalo, New York 14203

By E-mail:    Samuel Yellen, Esq.
              sam@yellenlegal.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                      19-CR-227
                                            23-CR-37

PETER GERACE, JR.,

            Defendant.

_____

### NOTICE OF FORFEITURE TO CURRENT OCCUPANT OF 999 AERO DRIVE

On May 6, 2026, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 21, United States Code, Section 853(a)(2), and Title 18, United States Code, Section 1594(d)(1), the District Court for the Western District of New York issued the enclosed Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the property listed therein.

Pursuant to Title 21, United States Code, Section 853(n), any person, other than the defendant, asserting a legal interest in such property may, within 30 days of the final publication of notice (June 18, 2026), or receipt of this notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property.

The petitioner shall sign their petition under penalty of perjury and shall identify the property in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property; and any additional facts and documents supporting the petitioner's claim and relief sought.

A petitioner **must file** a petition with the United States District Court Clerk, Western District of New York, 2 Niagara Square, Buffalo, New York 14202, under case *United States v. Peter Gerace, Jr.*; 1:19-CR-00227 and **provide service** upon Elizabeth M. Palma, United States Attorney's Office, Western District of New York, 138 Delaware Avenue, Buffalo, New York 14202. Failure to do so will jeopardize any interest in the property you may possess.

*This notice is sent strictly to comply with the noticing provisions of Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure and no other purpose should be implied.*

Dated:     June 12, 2026
           Buffalo, New York

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

BY:     s/Elizabeth M. Palma
        Elizabeth M. Palma
        Assistant United States Attorney
        138 Delaware Avenue
        Buffalo, New York 14202
        elizabeth.palma@usdoj.gov

Enclosure:     Preliminary Order of Forfeiture

Mail to:       Current Occupant
               999 Aero Drive
               Cheektowaga, New York 14225

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                                                     19-CR-227
                                                                                  23-CR-37
PETER GERACE, JR.,

          Defendant.

_____

### NOTICE OF FORFEITURE TO FIVE STAR BANK

On May 6, 2026, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 21, United States Code, Section 853(a)(2), and Title 18, United States Code, Section 1594(d)(1), the District Court for the Western District of New York issued the enclosed Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the property listed therein.

Pursuant to Title 21, United States Code, Section 853(n), any person, other than the defendant, asserting a legal interest in such property may, within 30 days of the final publication of notice (June 18, 2026), or receipt of this notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property.

The petitioner shall sign their petition under penalty of perjury and shall identify the property in which the petitioner claims a legal right, title, or interest; the nature and extent of such right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property; and any additional facts and documents supporting the petitioner's claim and relief sought.

A petitioner **must file** a petition with the United States District Court Clerk, Western District of New York, 2 Niagara Square, Buffalo, New York 14202, under case *United States v. Peter Gerace, Jr.*; 1:19-CR-00227 and **provide service** upon Elizabeth M. Palma, United States Attorney's Office, Western District of New York, 138 Delaware Avenue, Buffalo, New York 14202. Failure to do so will jeopardize any interest in the property you may possess.

*This notice is sent strictly to comply with the noticing provisions of Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure and no other purpose should be implied.*

Dated:    June 12, 2026
          Buffalo, New York

                              MICHAEL DIGIACOMO
                              United States Attorney
                              Western District of New York

                    BY:    *s/Elizabeth M. Palma*
                           Elizabeth M. Palma
                           Assistant United States Attorney
                           138 Delaware Avenue
                           Buffalo, New York 14202
                           elizabeth.palma@usdoj.gov

Enclosure:    Preliminary Order of Forfeiture

Mail to:      Five Star Bank
              55 North Main Street
              Warsaw, New York 14569